# EXHIBIT 1



US007439969B2

(12) **United States Patent**
Chithambaram et al.

(10) Patent No.: **US 7,439,969 B2**
(45) Date of Patent: **\*Oct. 21, 2008**

(54) **SINGLE GESTURE MAP NAVIGATION GRAPHICAL USER INTERFACE FOR A THIN CLIENT**

(75) Inventors: **Nemmara Chithambaram**, Novato, CA (US); **Robin Warner Dandridge**, Albany, CA (US); **John Ricardo DeAguiar**, Sebastopol, CA (US)

(73) Assignee: **Autodesk, Inc.,** San Rafael, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/550,497**

(22) Filed: **Oct. 18, 2006**

(65) **Prior Publication Data**

US 2007/0080958 A1 Apr. 12, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 09/795,890, filed on Feb. 28, 2001, now Pat. No. 7,142,205, and a continuation-in-part of application No. 09/629,115, filed on Jul. 31, 2000, now abandoned, and a continuation-in-part of application No. 09/628,850, filed on Jul. 31, 2000, now Pat. No. 6,674,445, and a continuation-in-part of application No. 09/628,851, filed on Jul. 31, 2000, now Pat. No. 7,142,196, and a continuation-in-part of application No. 09/629,117, filed on Jul. 31, 2000.

(60) Provisional application No. 60/193,862, filed on Mar. 30, 2000, provisional application No. 60/193,153, filed on Mar. 29, 2000, provisional application No. 60/193,141, filed on Mar. 29, 2000, provisional application No. 60/193,142, filed on Mar. 29, 2000.

(30) **Foreign Application Priority Data**

Sep. 26, 2000 (WO) .................... PCT/US00/26436

(51) **Int. Cl.**
*G06T 15/00* (2006.01)

(52) **U.S. Cl.** ........................ **345/418**; 345/619; 715/863; 701/201; 702/2

(58) **Field of Classification Search** ................. 345/418, 345/711, 810, 619, 629; 715/515, 530, 854, 715/863; 701/201; 702/2
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,530,051 | A | 7/1985 | Johnson et al. |
| 4,843,569 | A | 6/1989 | Sawada et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| WO | WO 97/07467 | 2/1997 |

OTHER PUBLICATIONS

Hinckley et al., Interaction and Modeling Techniques for Desktop Two-Handed Input, UIST, 1998, San Francisco, ACM, pp. 49-58.\*

(Continued)

*Primary Examiner*—Phu K Nguyen
(74) *Attorney, Agent, or Firm*—Gates & Cooper LLP

(57) **ABSTRACT**

An application on a thin client displays a map. A graphical user interface permits the application to receive single gesture inputs of a stylus. If the single gesture input comprises a drag of the stylus a minimum distance, the map is panned such that the map is shifted to a new center view. The displayed map may contain one or more map objects. If the input comprises a single tap on a specific map object, the map object under the tap may be selected and highlighted. Further, a ToolTip for the map object may be displayed. A further tap of the ToolTip may result in the navigation to a link or URL associated with the map object selected. One or more zoom buttons may also be displayed. If a zoom button is tapped by the user, the map may be displayed in a different level of detail.

**20 Claims, 11 Drawing Sheets**



**US 7,439,969 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,231,584 A | 7/1993 | Nimura et al. |
| 5,528,248 A | 6/1996 | Steiner et al. |
| 5,543,789 A | 8/1996 | Behr et al. |
| 5,559,707 A | 9/1996 | DeLorme et al. |
| 5,564,005 A | 10/1996 | Weber et al. |
| 5,615,384 A | 3/1997 | Allard et al. |
| 5,673,421 A | 9/1997 | Shirakawa |
| 5,687,254 A | 11/1997 | Poon et al. |
| 5,689,431 A | 11/1997 | Rudow et al. |
| 5,699,244 A | 12/1997 | Clark, Jr. et al. |
| 5,727,159 A | 3/1998 | Kikinis |
| 5,754,176 A | 5/1998 | Crawford |
| 5,787,300 A | 7/1998 | Wijaya |
| 5,796,406 A * | 8/1998 | Shigematsu et al. ......... 715/863 |
| 5,809,145 A | 9/1998 | Slik et al. |
| 5,844,547 A | 12/1998 | Minakuchi et al. |
| 5,848,040 A | 12/1998 | Tanaka |
| 5,848,373 A | 12/1998 | DeLorme et al. |
| 5,910,800 A | 6/1999 | Shields et al. |
| 5,912,676 A | 6/1999 | Malladi et al. |
| 5,938,721 A | 8/1999 | Dussell et al. |
| 5,966,135 A | 10/1999 | Roy et al. |
| 5,973,678 A | 10/1999 | Stewart et al. |
| 5,974,431 A | 10/1999 | Iida |
| 5,995,101 A | 11/1999 | Clark et al. |
| 6,040,824 A | 3/2000 | Maekawa et al. |
| 6,057,854 A | 5/2000 | Davis, Jr. et al. |
| 6,083,353 A | 7/2000 | Alexander, Jr. |
| 6,104,415 A | 8/2000 | Gossett |
| 6,108,715 A | 8/2000 | Leach et al. |
| 6,124,858 A | 9/2000 | Ge et al. |
| 6,156,965 A | 12/2000 | Shinsky |
| 6,166,734 A | 12/2000 | Nahi |
| 6,182,010 B1 | 1/2001 | Berstis |
| 6,192,518 B1 | 2/2001 | Neal |
| 6,240,555 B1 | 5/2001 | Shoff et al. |
| 6,253,326 B1 | 6/2001 | Lincke et al. |
| 6,321,158 B1 | 11/2001 | DeLorme et al. |
| 6,336,072 B1 | 1/2002 | Takayama et al. |
| 6,337,693 B1 | 1/2002 | Roy et al. |
| 6,343,290 B1 | 1/2002 | Cossins |
| 6,359,633 B1 | 3/2002 | Balasubramaniam et al. |
| 6,370,449 B1 | 4/2002 | Razavi et al. |
| 6,397,259 B1 | 5/2002 | Lincke et al. |
| 6,405,226 B1 | 6/2002 | Alpert et al. |
| 6,421,453 B1 | 7/2002 | Kanevsky et al. |
| 6,456,938 B1 | 9/2002 | Barnard |
| 6,477,575 B1 | 11/2002 | Koeppel et al. |
| 6,505,242 B2 | 1/2003 | Holland et al. |
| 6,535,743 B1 | 3/2003 | Kennedy et al. |
| 6,542,813 B1 | 4/2003 | Kovacs |
| 6,551,357 B1 | 4/2003 | Madduri |
| 6,560,620 B1 | 5/2003 | Ching |
| 6,604,046 B1 | 8/2003 | Van Watermulen et al. |
| 6,654,683 B2 | 11/2003 | Jin et al. |
| 6,665,824 B1 | 12/2003 | Ruhlen et al. |
| 6,674,445 B1 | 1/2004 | Chithambaram et al. |
| 6,687,876 B1 | 2/2004 | Schilit et al. |
| 6,724,382 B2 | 4/2004 | Kenyon et al. |
| 6,725,281 B1 | 4/2004 | Zintel et al. |
| 6,763,458 B1 | 7/2004 | Watanabe |
| 6,769,019 B2 | 7/2004 | Ferguson |
| 6,826,473 B1 | 11/2004 | Burch et al. |
| 6,886,170 B1 | 4/2005 | Bahrs et al. |
| 6,934,628 B2 | 8/2005 | Harada |
| 7,043,362 B2 | 5/2006 | Krull et al. |
| 7,099,771 B1 | 8/2006 | Walters et al. |
| 7,142,205 B2 * | 11/2006 | Chithambaram et al. .... 345/418 |
| 7,224,365 B1 * | 5/2007 | Seideman et al. .......... 345/473 |
| 2001/0050675 A1 | 12/2001 | O'Leary |
| 2002/0049742 A1 | 4/2002 | Chan et al. |
| 2002/0085032 A1 | 7/2002 | Fong et al. |
| 2002/0128903 A1 | 9/2002 | Kernahan |
| 2003/0035003 A1 | 2/2003 | Marcos et al. |
| 2004/0237049 A1 | 11/2004 | Pletcher et al. |
| 2005/0216863 A1 | 9/2005 | Schumacher et al. |
| 2006/0129937 A1 | 6/2006 | Shafron |
| 2006/0184887 A1 | 8/2006 | Popp et al. |

## OTHER PUBLICATIONS

ARGU95, Argus User's Guide 3.0, The Next Generation in GIS, Munro Garrett International, May 1994, p. 176-180.

SOFT95, Specification for the Simple Vector Format (SVF) v1.1, article, SoftSource, Bellingham, WA, 1995, pp. 1-8.

XERO95, Map Viewer Technical Details, Xerox Corporation, Jun. 2, 1995, 3 pp.

XERO95, Mapwriter (1) User Commands, Xerox Corporation, Nov. 5, 1993, 4pp.

XERO95, About the Xerox PARC Map Viewer, Xerox Corporation, Jun. 1993, 1p.

wabasoft, "The Waba Virtual Machine," © 1999, 2000, 2 pgs.

wabasoft, "The Waba Class Library," © 1999, 2000, 1 pg.

wabasoft, "The Waba Software Development Kit," © 1999, 2000, 2 pgs.

wabasoft, "The WARP File Format—Version 1.0," © 1999, 2000, 3 pgs.

www.wabasoft.com/faq.html, Copyright 1999, 2000, 7 pp.

www.waba.io, Class Catalog, Jan. 2001, 6 pp.

M. Potmesil, "Maps Alive: Viewing Geospatial Information on the WWW," Computer Networks and ISDN Systems, 1997, 29: 1327-1342.

International Business Machines Corporation. "Markup File for Asynchronized Collaboration on an Image Viewer Application". Research Disclosure Datebase No. 418093, Research Disclosure Journal, ISSN 0374-4353 Kenneth Mason Publications Ltd, Feb. 1999.

Reilly, Rob. "Desktop Video-Conferencing with George Jetson," MultiMedia Schools, p. 78-79, Nov./Dec. 2000.

Microsoft NetMeeting Features. Updated Jun. 2, 1999 http://web.archive.org/web/19991013123712/microsoft.com/windows/NetMeeting/Features/Whiteboard/default.asp.

Microsoft NetMeeting Features. Updated Jun. 7, 1999. http://web.archive.org/web/19991013143705/http://microsoft.com/windows/NetMeeting/Features/default.asp.

Microsoft Corporation. "Resource Kit Copyright Information." Updated Dec. 15, 1999. http://www.microsoft.com/windows/NetMeeting/Corp/reskit/Copyright/default.asp.

"Welcome to Netmeeting 3". Updated Dec. 20, 2000. http://www.microsoft.com/windows/NetMeeting/Corp/reskit/Welcome/default.asp.

"NetMeeting 3.0" Updated Jul. 4, 2004. http://www.meetingbywire.com/NetMeeting3.htm.

"eZ Questions & Answers." Apr. 1, 2001 http://web.archive.org/web/20010405200856/www.ezmeeting.com/Q__A.html.

Windows NetMeeting Features. Updated Apr. 22, 2004. http://www.microsoft.com/windows/NetMeeting/Features/default.ASP.

Goodenough et al., Queries and Their Application to Reasoning with Remote Sensing and GIS, IEEE, Feb. 1994, pp. 1199-1203.

Drutman et al., Marine Geophysics Modeling With Geographic Information Systems, IEEE, May 1994, pp. III 528-531.

Kersting et al., Interactive 3D Visualization of Vector Data in GIS, GIS'02, ACM, Nov. 2002, pp. 107-112.

Definition of map, printed from http://thesaurus.reference.com.

Definition of "map", printed from http://encarta.msn.com.

Definition of "servlet", printed from http://foldoc.org.

Courter, Masering Microsoft Office 2000, 1999, Sybex, pp. 14-15.

Quo Vadis Version 1.5P User Manual, 1999, pp. 1-19.

Apple Computer Inc., Newton 2.0 User Interface Guidelines, 1996.

Microsoft Paint, Version 4.0, Copyright 1981-1989 Microsoft Corp.

* cited by examiner



FIG. 1



FIG. 2A



FIG. 2B

Case 1:19-cv-01306-MN   Document 1-1   Filed 07/12/19   Page 7 of 23 PageID #: 33



*FIG.3*

*FIG. 4*



## FIG. 5



Case 1:19-cv-01306-MN   Document 1-1   Filed 07/12/19   Page 10 of 23 PageID #: 36

FIG. 6



*FIG. 7*





FIG. 8

Case 1:19-cv-01306-MN   Document 1-1   Filed 07/12/19   Page 13 of 23 PageID #: 39



*FIG.9*



FIG.10

US 7,439,969 B2

**1**

## SINGLE GESTURE MAP NAVIGATION GRAPHICAL USER INTERFACE FOR A THIN CLIENT

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of and claims the benefit under 35 U.S.C. Section 120 of the following co-pending and commonly-assigned U.S. utility patent application, which is incorporated by reference herein:

Utility application Ser. No. 09/795,890, filed Feb. 28, 2001, by Nemmara Chithambaram, Robin Warner Dandridge, and John Ricardo Deaguiar, entitled SINGLE GESTURE MAP NAVIGATION GRAPHICAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT, which application claims the benefit under 35 U.S.C. §119(e) of the following co-pending and commonly assigned U.S. Provisional patent application, which applications are incorporated by reference herein:

U.S. application Ser. No. 60/193,142, entitled "INTER-PROCESS API AND GRAPHICAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al.;

U.S. application Ser. No. 60/193,141, entitled "SHAR-ABLE SERVER UPLOADABLE REDLINING FOR PER-SONAL DIGITAL ASSISTANT (PDA)," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al.;

U.S. application Ser. No. 60/193,153 entitled "INDEXED RASTER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al.; and

U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.

Utility application Ser. No. 09/795,890 also claims the benefit under 35 U.S.C. §120 and 35 U.S.C. §363 of the co-pending and commonly assigned international patent application number PCT/US00/26436, entitled "GEO-GRAPHIC MAPS ON A PERSONAL DIGITAL ASSIS-TANT (PDA) AND SERVER, filed on Sep. 26, 2000, by Autodesk, Inc., which application claims the benefit under 35 U.S.C. §119(e) of U.S. application Ser. No. 60/159,069, entitled "MAPGUIDE PERSONAL DIGITAL ASSIS-TANT," filed on Oct. 12, 1999, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,141, entitled "SHAR-ABLE SERVER UPLOADABLE REDLINING FOR PER-SONAL DIGITAL ASSISTANT (PDA) MAPS," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,153 entitled "INDEXED RAS-TER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,142, entitled "INTERPROCESS API AND GRAPHI-CAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., and U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.; and which international application is a continuation in part of U.S. patent application Ser. No. 09/629,115, entitled "METHOD AND APPARATUS FOR PROVIDING ACCESS TO MAPS ON A PERSONAL DIGITAL ASSISTANT (PDA)", by Nemmara Chithambaram et al., filed on Jul. 31, 2000, U.S. patent application Ser. No. 09/628,851, entitled "GEO-

**2**

GRAPHICAL DATA MARKUP ON A PERSONAL DIGI-TAL ASSISTANT (PDA)", by Edward J. Connor, et al., filed on Jul. 31, 2000, U.S. patent application Ser. No. 09/628,850, entitled "GENERALIZED, DIFFERENTIALLY ENCODED, INDEXED RASTER VECTOR DATA AND SCHEMA FOR MAPS ON A PERSONAL DIGITAL ASSISTANT", by Nemmara Chithambaram et al., filed on Jul. 31, 2000, and U.S. patent application Ser. No. 09/629,117, entitled "METHOD AND APPARATUS FOR OBTAINING A SET OF MAPS", by Howard Marantz et al., filed on Jul. 31, 2000.

Utility application Ser. No. 09/795,890 further is a continu-ation-in-part of the following co-pending and commonly assigned U.S. Patent Applications, which are incorporated by reference herein:

U.S. patent application Ser. No. 09/629,115, entitled "METHOD AND APPARATUS FOR PROVIDING ACCESS TO MAPS ON A PERSONAL DIGITAL ASSIS-TANT (PDA)", by Nemmara Chithambaram et al., filed on Jul. 31, 2000 which application claims the benefit of U.S. application Ser. No. 60/159,069, entitled "MAPGUIDE PERSONAL DIGITAL ASSISTANT," filed on Oct. 12, 1999, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,141, entitled "SHARABLE SERVER UPLOAD-ABLE REDLINING FOR PERSONAL DIGITAL ASSIS-TANT (PDA)," filed on Mar. 29, 2000, by Nemmara Chith-ambaram, et. al., U.S. application Ser. No. 60/193,153 entitled "INDEXED RASTER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,142, entitled "INTERPRO-CESS API AND GRAPHICAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nem-mara Chithambaram, et. al., and U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.;

U.S. patent application Ser. No. 09/628,850, entitled "GENERALIZED, DIFFERENTIALLY ENCODED, INDEXED RASTER VECTOR DATA AND SCHEMA FOR MAPS ON A PERSONAL DIGITAL ASSISTANT", by Nemmara Chithambaram et al., filed on Jul. 31, 2000, which application claims the benefit of U.S. application Ser. No. 60/159,069, entitled "MAPGUIDE PERSONAL DIGITAL ASSISTANT," filed on Oct. 12, 1999, by Nemmara Chitham-baram, et. al., U.S. application Ser. No. 60/193,141, entitled "SHARABLE SERVER UPLOADABLE REDLINING FOR PERSONAL DIGITAL ASSISTANT (PDA)," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,153 entitled "INDEXED RAS-TER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,142, entitled "INTERPROCESS API AND GRAPHI-CAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., and U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.;

U.S. patent application Ser. No. 09/628,851, entitled "GEOGRAPHICAL DATA MARKUP ON A PERSONAL DIGITAL ASSISTANT (PDA)", by Edward J. Connor, et al., filed on Jul. 31, 2000 which application claims the benefit of U.S. application Ser. No. 60/159,069, entitled "MAPGUIDE PERSONAL DIGITAL ASSISTANT," filed on Oct. 12, 1999,

US 7,439,969 B2

**3**

by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,141, entitled "SHARABLE SERVER UPLOAD-ABLE REDLINING FOR PERSONAL DIGITAL ASSIS-TANT (PDA)," filed on Mar. 29, 2000, by Nemmara Chith-ambaram, et. al., U.S. application Ser. No. 60/193,153 entitled "INDEXED RASTER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,142, entitled "INTERPRO-CESS API AND GRAPHICAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nem-mara Chithambaram, et. al., and U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.; and

U.S. patent application Ser. No. 09/629,117, entitled "METHOD AND APPARATUS FOR OBTAINING A SET OF MAPS", by Nemmara Chithambaram et al., filed on Jul. 31, 2000, which application claims the benefit of U.S. appli-cation Ser. No. 60/159,069, entitled "MAPGUIDE PER-SONAL DIGITAL ASSISTANT," filed on Oct. 12, 1999, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,141, entitled "SHARABLE SERVER UPLOAD-ABLE REDLINING FOR PERSONAL DIGITAL ASSIS-TANT (PDA)," filed on Mar. 29, 2000, by Nemmara Chith-ambaram, et. al., U.S. application Ser. No. 60/193,153 entitled "INDEXED RASTER VECTOR SCHEMA FOR PERSONAL DIGITAL ASSISTANT (PDA) DATABASES," filed on Mar. 29, 2000, by Nemmara Chithambaram, et. al., U.S. application Ser. No. 60/193,142, entitled "INTERPRO-CESS API AND GRAPHICAL USER INTERFACE FOR PERSONAL DIGITAL ASSISTANT (PDA) DEVICES AND APPLICATIONS," filed on Mar. 29, 2000, by Nem-mara Chithambaram, et. al., and U.S. application Ser. No. 60/193,862, entitled "MAPGUIDE FOR MOBILE DEVICES SERVER," filed on Mar. 30, 2000, by Nemmara Chithambaram, et. al.

This application is related to the following co-pending and commonly-assigned patent applications, which applications are incorporated by reference herein:

Utility application Ser. No. 10/642,857, filed Aug. 18, 2003, by Gregory A. Roy, Osman H. Bux, Kevin G. Robinson, and Roderick G. Munro, entitled "VECTOR-BASED GEO-GRAPHIC DATA, which application is a continuation of Utility application Ser. No. 10/008,625, filed Dec. 6, 2001, by Gregory Andrew Roy, Osman Hamid Bux, Kevin Glen Rob-inson, and Roderick Gaetan Munro, entitled "VECTOR BASED GEOGRAPHIC DATA", now U.S. Pat. No. 6,642, 925, issued on Nov. 4, 2003, which patent is a continuation of commonly-assigned patent application serial no. 09/411,506, filed Oct. 4, 1999, by Gregory Andrew Roy, Osman Hamid Bux, Kevin Glen Robinson, and Roderick Gaetan Munro, entitled "VECTOR BASED GEOGRAPHIC DATA", now U.S. Pat. No. 6,337,693, issued on Jan. 8, 2002, which appli-cation is a continuation of commonly-assigned patent appli-cation Ser. No. 08/757,706, filed on Oct. 30, 1996, by Gre-gory Andrew Roy, Osman Hamid Bux, Kevin Glen Robinson, and Roderick Gaetan Munro, entitled "VECTOR BASED GEOGRAPHIC DATA", now U.S. Pat. No. 5,966,135, issued on Oct. 12, 1999.

U.S. application Ser. No. 09/795,719, entitled "INTER-PROCESS APPLICATION PROGRAMMING INTER-FACE FOR PERSONAL DIGITAL ASSISTANT APPLICA-TIONS," filed on Feb. 28, 2001, herewith, by Timothy John Nelson, et. al.

**4**

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to electronic maps and geographic information, and in particular, to a method, apparatus, and article of manufacture for navigating a map displayed on a personal digital assistant (PDA).

2. Description of the Related Art

Computer implemented geographic information systems (GIS) are known in the art. Such GIS provide for the retrieval and display of geographic information (e.g., maps). A GIS is a system of software, hardware, and data that delivers geo-graphic data (street maps, property boundaries, power trans-mission lines, etc.) along with any associated attribute infor-mation. It can show you where a street is and also tell you the street name, when it was last paved, whether it is a one-way street, etc. Using a GIS, a user can perform complex queries (from a web browser to a server) to discover such things as how many people live near the street, what their income level is, and what the zoning laws are. A GIS can operate on a network/internet wherein the geographic information is stored on a server and transmitted to a client/user where the information (map picture and other data) is displayed on a web browser.

For the client to properly display the geographic informa-tion, a computer system with the appropriate processing capa-bilities, software, and memory is required. For example, a client may be required to utilize a computer with a web browser such as INTERNET EXPLORER or NETSCAPE NAVIGATOR and have a minimum of 10 megabytes of avail-able memory. Additionally, to display the geographic data such that a user does not have to wait an inordinate amount of time to retrieve and load the data, an appropriate Internet connection (e.g., a 28.8 Kbps (kilo bits per second) modem) and a computer system with significant processing power (e.g., a minimum speed of 100 megahertz) may be required.

Field/utility technicians such as gas company employees, salespersons, plumbers, insurance adjusters, or any type of employment that requires travel to different locations, often utilize or require access to maps and geographic information. Further, such technicians often need to interact with a map to obtain relevant information. For example, a plumber/contrac-tor may want to determine where the main gas line or water line on a street is located. However, while out in the field, the technicians often do not have a network connection, and carrying a laptop or desktop computer is cumbersome and impractical. Thus, it is desirable to have a small (handheld) portable computing device with the capabilities to display and interact with geographic information both online and offline.

Prior art handheld computing devices (also referred to as palm PCs or personal digital assistants (PDAs)), are often used to access and utilize personal information. Many hand-held computing devices are available in today's marketplace. Typically, handheld computing devices are only slightly larger than the size of one's palm (hence, the name palm PC) and have a small display screen for viewing a plethora of items. Software can be installed on a PDA to provide enhanced functionality. For example, a personal productivity tool may be installed to provide access to a calendar, contacts, email, Internet browsing, audio books, and audio recording capabilities. Card slots may also be available to provide addi-tional memory or other functions (e.g., a modem). Addition-ally, some PDAs have infrared (IR) ports for communication.

Field technicians using a PDA need to view, interact, and navigate maps displayed. The PDA environment, however, poses several challenges for geographic information systems in terms of map navigation, memory, storage, processor

US 7,439,969 B2

5

speeds, wireless transmission rates, and display attributes. For example, the screen area of PDAs is typically small (160× 160 pixels) and PDAs commonly only maintain 96K or less of memory, 2 Mb (megabytes) or less storage, a 13 MHz processor speed, and a black and white or gray scale display mechanism. Additionally, a stylus takes the place of a multi-button mouse. Map navigation may be particularly difficult on a PDA since technicians in many instances work in trenches or other places where a user's range of motion and vision are significantly limited.

Thus, there is a need for a geographic information system that overcomes the above described deficiencies on a portable handheld electronic device such as a PDA.

SUMMARY OF THE INVENTION

One or more embodiments of the invention provide for an interactive geographic information system on a personal digital assistant (PDA). The system enables the viewing, interaction, and navigation of maps on a PDA.

A graphical user interface (GUI) on the PDA displays a map requested by a user. A user may navigate the displayed map using movements of a stylus. When a single gesture input is received from a stylus, various functions and/or actions may be invoked. When a user drags a stylus more than a minimum distance, the system interprets the dragging as an attempt to pan the displayed map. Accordingly, the map is panned based on the stylus drag.

If the stylus was not dragged a minimum distance, it indicates that the user has tapped the map with a possible attempt to select a map object or button. If a zoom button was selected, the single tap gesture results in either zooming out or in on the map depending on the button selected.

If the user has tapped and selected a map object, a ToolTip associated with the map object may be displayed. The ToolTip may contain text or a link to a URL or file associated with the selected map object. If the ToolTip contains a URL or link, the text displayed in the ToolTip may be underlined or differentiated from standard text to indicate further action is possible.

Once a ToolTip containing a link has been displayed, the application may wait for further action from the user. Further, if the user taps the link or ToolTip containing the link, the application may navigate the user to the link associated with the ToolTip, if any. Such navigation may comprise invoking another application (e.g., a web browser application).

BRIEF DESCRIPTION OF THE DRAWINGS

Referring now to the drawings in which like reference numbers represent corresponding parts throughout:

FIG. 1 schematically illustrates a hardware and software environment for the architecture in accordance with one or more embodiments of the invention;

FIGS. 2A and 2B illustrate the interaction between a thin client, a servlet, and additional components in accordance with one or more embodiments of the invention;

FIG. 3 is a flow chart illustrating the display of a map upon starting up a mapguide application on the PDA in accordance with one or more embodiments of the invention;

FIG. 4 illustrates the menus available to the user when a user taps a Menus icon on a PDA when on a map screen in accordance with one or more embodiments of the invention;

FIG. 5 illustrates an example of a level of detail displayed on a PDA wherein the edge of the map extends just beyond the center of the view in accordance with one or more embodiments of the invention;

6

FIG. 6 illustrates a visual representation of a ToolTip in accordance with one or more embodiments of the invention;

FIG. 7 illustrates an actual ToolTip and map in accordance with one or more embodiments of the invention;

FIG. 8 is a flowchart illustrating map navigation through a graphical user interface in accordance with one or more embodiments of the invention;

FIG. 9 is a flow chart illustrating how a servlet responds to requests from client net services in accordance with one or more embodiments of the invention; and

FIG. 10 is a flow chart illustrating how the client and servlet respond to requests to show reports (e.g., maps) in accordance with one or more embodiments of the invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

In the following description, reference is made to the accompanying drawings which form a part hereof, and which is shown, by way of illustration, several embodiments of the present invention. It is understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the present invention.

Overview

One or more embodiments of the invention provide for a graphical user interface for navigating maps on a personal digital assistant (PDA). In the graphical user interface, a single gesture by a user using a stylus may result in a continuous pan, a zoom in or out of a map, a selection of a single object on the map, or the viewing of a report associated with a selected map object.

Embodiments further provide the use of the MAPGUIDE geographical information system (available from the assignee of the present invention) on a PDA. Software on the PDA is enabled to provide such functionality. Further, a servlet that provides enhanced server functionality may interface between the web server and the PDA to accommodate any additional processing needed.

Raster maps provide multiple zoom levels with each zoom level comprising multiple tiles that allow for "virtual roaming" across a map. Further, selectable vector geometry (for interacting and highlighting with user objects), geo-referencing information for map navigation, meta-data in the form of layer definitions (visibility, display attributes, etc.), links to object attributes in databases, links to object reports generated by corporate web servers, uploadable, sharable redlining data (created from scribbles on the field), and access to geographical information both online and offline on the PDA are provided. Accordingly, users will maintain the ability to access maps and other geographical information while offline and not connected to a network or server.

General Architecture

Hardware Environment

The use, on a PDA, of a modified MAPGUIDE GIS currently available from the assignee of the present invention is provided. The existing MAPGUIDE GIS is more fully described in co-pending U.S. patent application Ser. No. 09/411,506, entitled "VECTOR-BASED GEOGRAPHIC DATA", by Gregory Andrew Roy, et. al., filed on Oct. 4, 1999, which is a continuation patent application of U.S. Pat. No. 5,966,135 issued on Oct. 12, 1999 (Application Ser. No. 08/757,706 filed on Oct. 30, 1996), by Gregory A. Roy et al., entitled "VECTOR-BASED GEOGRAPHIC DATA".

FIG. 1 schematically illustrates a hardware and software environment for the architecture in accordance with one or more embodiments of the invention. A typical distributed

US 7,439,969 B2

7

computer system **100** uses a network/Internet **118** to connect technicians utilizing clients such as a thin client **102** (e.g. a PDA, WINCE, or PALM device) or a thick client **104** (e.g., a computer system running a browser) to server computers **106**.

A thick client **104** as utilized in the existing MAPGUIDE GIS may comprise a computer with a web browser (enhanced with a plugin or viewer) connected to a web server **110** that communicates with a MapGuide server **120** to retrieve data (e.g., raster data, spatial data format (SDF) data **126**, attribute data **128**, etc.).

A thin client includes three classes of devices: handheld personal computers (HPC), palm-held personal computers (PPC or PDA), and smart phones. Using these devices, a thin client **102** may not provide the full processing and memory capabilities as a thick client **104**. For example, as described above with respect to PDAs, thin clients **102** often have memory less than 100K, storage of less than 2-4 MB, processor speeds of 13 MHz, and limited display attributes. Consequently, additional server **106** side support (e.g., more generalized display data, simplified project files, de-cluttering services, and possibly server management of user state) may be utilized. A typical combination of resources may include a network/Internet **118** comprising the Internet, LANs, WANs, SNA networks, or the like, clients **102** and **104** that are PDAs, personal computers or workstations, and servers **106** that are personal computers, workstations, minicomputers, or mainframes.

The network/Internet **118** connects client computers **102** and **104** executing the appropriate software applications **130** to server computers **106** executing Web servers **110**, MapGuide servers **120**, and servlets **108**. MagGuide servers **120** and servlets **108** may be located within or part of web server **110**. The server **106** and its components may also be referred to as a back office system. Such a back office system maintains access to corporate databases, synchronization utilities, etc. The Web server **110** is typically a program such as an Apache Web Server or Microsoft's Internet Information Server. The servlet **108** communicates with thin client **102** through web server **110** such that any additional processing required by a thin client **102** may be performed by the servlet **108**. Servlet **108** communicates with MapGuide server **120** to obtain needed map data/information. Additionally, servlet **108** accesses map windows files (MWF) **124** to obtain relevant data. The servers **106** may also execute a Common Gateway Interface (CGI) **112** (or Netscape Application Programming Interface (NSAPI), Internet Server Application Programming Interface (ISAPI), etc.), which interfaces between the Web server **110** and a database management system (DBMS) **114** that may be utilized to retrieve relevant geographical data (such as SDF data, raster data, Open DataBase Connectivity (ODBC) data, etc.) from database **116**.

Generally, components **108-116** and **120-130** all comprise logic and/or data that is embodied in or retrievable from a device, medium, signal, or carrier, e.g., a data storage device, a data communications device, a remote computer or device coupled to the computer via a network or via another data communications device, etc. Moreover, this logic and/or data, when read, executed, and/or interpreted, results in the steps necessary to implement and/or use the present invention being performed.

Thus, embodiments of the invention may be implemented as a method, apparatus, or article of manufacture using standard programming and/or engineering techniques to produce software, firmware, hardware, or any combination thereof. The term "article of manufacture" (or alternatively, "com-

8

puter program product") as used herein is intended to encompass logic and/or data accessible from any computer-readable device, carrier, or media.

Those skilled in the art will recognize many modifications may be made to this exemplary environment without departing from the scope of the present invention. For example, those skilled in the art will recognize that any combination of the above components, or any number of different components, including different logic, data, different peripherals, and different devices, may be used to implement the present invention, so long as similar functions are performed thereby. Specifically, those skilled in the art will recognize that the present invention may be applied to any database, associated database management system, or peripheral device.

Software Embodiments

In accordance with the hardware descriptions, thick clients **104** are complete computer systems with web browsers and full processing capabilities. However, the hardware limitations of a PDA device necessitate software limitations. Accordingly, to enable a geographic information system on a PDA, a thin client **102** executing an application **130** is provided. To accommodate the thin client, additional support on server **106** may be utilized. For example, server **106** may provide more generalized display data, simplified project files, de-cluttering services, and possibly server management of the user state.

The architecture of the invention includes a data model that combines static raster layers (static raster data for multiple layers) with live vector objects to deliver good display and download performance, and also provides interactive selectable objects.

Vector based maps (also referred to as "map layer data" consisting of geographic information/data for one or more layers) are served by a servlet **108** and are an encoded and spatially indexed vector representation of the geographic data. Such vector maps provide for a more "interactive" display with flexible zooming on the client **102**, highlighting, etc. Alternatively, the Scalable Vector Graphics (SVG) representation as proposed by the WorldWideWeb Consortium (W3C) may be utilized. SVG allows for three types of graphic objects: vector graphic shapes (e.g., paths consisting of straight lines and curves), images, and text. Graphical objects can be grouped, styled, transformed, and composited into previously rendered objects.

A display background (that is raster based) for the geographic data and display layers is managed as a multi-level library of raster tiles. The raster layers are composed from multiple vector layers on servlet **108**, resulting in better download and display performance. The raster map on the PDA allows panning (virtual roaming paradigm), and zooming across multiple levels. A smart-cache on thin client **102** allows the swapping of compact tiles from the database to memory, in a manner appropriate to the device. A single workspace per map provides the definition of the map and the display attributes for the layers on the thin client **102**.

PDA users (e.g., technicians) can make scribbles and annotations on the map using a paper and pencil metaphor. To accommodate such markup, embodiments provide a markup object that consists of geometric scribbles (points, lines, polygons, symbols), GPS (global positioning system) input coordinates, annotations (positioned text with font information, etc.), and a geo-reference system that allows the markup object to be integrated into a spatial database **116** using server **106** and displayed on other maps. The markup system captures user input and allows for markup objects to be uploaded

**9**

to server **106**. Further, the level of sharing on the server **106** side is configurable (e.g., personal, group, global, etc.).

Details of Architecture

Thin Client **102**

The user of a thin client **102** such as a PDA displays geographical information (e.g., maps) using application **130**. The architecture of the invention accommodates various thin clients **102** such as Palm OS devices, WINDOWS CE 2.x devices, and/or smart phones with bitmapped graphics (e.g., SYMBIAN, MOTOROLA, NOKIA, PSION). The startup time for the GIS on the PDA is comparable to other applications on the PDA. Further, the thin client **102** (and application **130**) is enabled to store non-spatial data gathered from within the GIS application in a format suitable for uploading to or synchronizing with major relational database management system (RDBMS) vendors.

Thin client **102** supports a variety of net access patterns. For example, thin client **102** can have a connection to the back office system (e.g., server **106**) periodically (e.g., at the beginning and/or the end of the day), on-demand (e.g., through a wireless modem), or continuously.

FIGS. **2**A and **2**B illustrate the interaction between thin client **102**, servlet **108**, and additional components. Thin client **102** is made up application **130** that comprises subcomponents that allow viewing, navigation, and querying of a map model on the PDA. Thin client **102** and application **130** also includes services that allow management of business attributes **128**, communication with servlet **108**, and persistence management. Accordingly, application **130** collectively refers to the subcomponents on thin client **102** (i.e., subcomponents **202-222** and **238**).

To initialize the PDA thin client **102** with the appropriate map data, a user starts up the synchronization application **238**. Synchronization application **238** is the application on the PDA thin client **102** responsible for synchronizing information and map data stored in a database **220** on PDA thin client **102** with the relevant map data. Synchronization application **238** utilizes net services **218** to communicate with servlet **108** (through web server **110**) and to obtain the relevant map data. Net services component **218** provides services for two way communication (and exchange of data) with servlet **108** (i.e., following the link to FIG. **2**B). Accordingly, synchronization application **238** may communicate with servlet **108** to obtain the location of the map data. Thereafter, synchronization application **238** retrieves/obtains the map data from the identified location.

Upon receipt of the map data in the synchronization application **238**, persistent services **208** is utilized store the data (by performing various I/O operations) in PDA catalog database **220**. Thereafter, the synchronization process is complete. Such synchronization can be performed as often as desired depending on the configuration of the PDA thin client **102**. For example, if thin client **102** has a wireless modem, the synchronization operation can be performed whenever desired. If however, a direct connection is required, synchronization can only occur when the thin client **102** is connected to network **118** (or to server **106**).

The MapGuide PDA component **202** is the main application that provides the user interface (UT) **204** and responds to events. The user interface component **204** is the placeholder for the user interface controls that are specialized for the PDA. Accordingly, once the relevant map data has been retrieved using synchronization application **238**, the MapGuide PDA application **202** may be initialized/started by the user. Details of the UT and map navigation are described below.

**10**

MapGuide PDA component **202** requests the persistence services component **208** to load the active workspace **206**. The active workspace **206** provides/creates the definition of the map model **210**. Thus, the active workspace **206** may be seen as a minimized version of the traditional map file (referred to as a map window file (MWF)) for the PDA **102**. The map model **210** provides the services related to maintaining and manipulating map layers and map objects.

The persistent services component **208** loads the workspace **206** by providing object based database management services (ODBMS) using the local PDA database (PDA CatalogDB **220**). The PDA catalogDB **220** is the local database of geographic information that is resident on the PDA. Thus, the PDA catalogDB encapsulates the local PDA catalog database and provides the application programming interface (API) for record manipulation.

View component **212** listens to changes in the map model **210** and updates the map display when necessary. The business attributes services/manager component **214** provides services related to managing non-spatial business attributes.

Client resident viewer services **216** interact with map model component **210**. The client resident viewer services component **216** provides a flexible architecture that allows viewer service components to reside on either the client **102** or the servlet **108**. These services may be represented by two components: the client resident viewer services component **216** of FIG. **2**A and the servlet resident viewer services component **232** of FIG. **2**B. The services performed by client resident viewer services **216** and servlet resident viewer services **232** may be combined and reside entirely on client **102** or server **106**. All client **102** components send requests for viewer services to the client resident viewer services **216**. The client resident viewer services component **216** will perform the service if the required components are locally available on the client **102**. If not, the request may be delegated to the servlet resident viewer services **232** through synchronization application **238**. For example, for a given client configuration, polyline drawing services may be available on client **102**, whereas buffering services may be available on servlet **108**.

FIG. **3** is a flow chart illustrating the display of a map upon starting up an application **130** such as mapguide application **202** on the PDA in accordance with one or more embodiments of the invention. At step **300**, the mapguide PDA **202** is asked to start up. At step **302**, the mapguide PDA **202** requests the persistent services **208** to load the active workspace **206** (from the local PDA database **220**). At step **304**, the workspace **206** uses map definitions to create a new map model **210**. The map model **210** populates layers in the model at step **306**. The populating of step **306** may be performed by using the persistent services **208** to get data from the local PDA database **220** at step **306**A and/or conveying the request to client resident viewer services **216** at step **306**B. If client resident viewer services **216** determines that the service requires servlet resident viewer services **232**, the client resident viewer services **216** delegates the request to net services **218** through synchronization application **238** at step **308**.

At step **310**, any downloaded data may be optionally cached in the local database **220** using persistent services **208**. The model **210** notifies listeners (including the view **212**) of the change at step **312**. View **212** updates itself by getting display attributes from the workspace **206** and updating the map display at step **314**.

After viewing the map, a user on thin client **102** may markup or redline the map (i.e., the map and attribute data) as desired using a stylus. Markup data comprises pixel data for a markup entity. Application **130** provides the ability to obtain markup data from the user through user interface **204**. Appli-

US 7,439,969 B2

11

cation **130** then creates a file comprised of the markup data and provides for uploading the file from thin client **102** to server **106**. The file is uploaded to the server **106** by obtaining a socket connection, obtaining an inventory of resident mapsets, searching for markup data associated with the resident mapsets on thin client **102**, and uploading all resident markup data to the server **106**.

As described above, the markup entity may comprise a markup object that provides various mechanisms for marking up a map. For example, the user may draw a redline line wherein the markup object is a redline object. To draw a redline line, the application **130** determines when a new redline object has been selected and captures the stylus movements in a redline object while the stylus remains in contact with the screen of thin client **102**.

In another example, the markup data is a note, and the application **130** is configured to obtain the markup data in a note object. To insert/draw a note, application **130** determines when a new note object has been selected, accepts a user selection of an anchor point in a display of a map on the thin client **102**, displays a text entry screen **204** on the thin client **102**, accepts text user input in the text entry screen **204**, and displays an icon representative of the note at the anchor point.

To accommodate the markup data on server **106**, server **106** is configured to obtain a file comprised of markup data for the map and attribute **128** data, convert the markup data to coordinate data, and use the coordinate data to obtain a standard data format (SDF) file that can be used to superimpose the markup data on the map and attribute **128** data. Any component on server **106**, including servlet **108**, may provide such functionality.

Map Navigation Graphical User Interface (GUI)

In addition to redline functionality, one or more embodiments of the invention provide a GUI for navigating a map. Map navigation may be accomplished using a variety of single gestures such as selecting a menu, tapping, and/or dragging with the stylus.

A map screen may include one or more of the following elements: a map; a menu; and Zoom In and Zoom Out navigation buttons on a title bar. Various navigation buttons may be provided on a map display screen including Zoom In and Zoom Out. The Zoom In and Zoom Out buttons may function in the same way as Zoom In and Zoom Out menu items. If the menu is dropped down (visible), the buttons may not be available as they may be covered up by the menu. The buttons may also not be available during a Redline operation, as all (or a portion of) menu items except Finish Redline may be disabled during a Redline operation.

FIG. **4** illustrates the menus available to the user when a user taps a Menus icon on a PDA when on a map screen. Note that in FIG. **4**, the left-most menu choices **402** (i.e., Zoom In, New Note, New Redline, Undo, and Done) in "Map" are already visible (dropped-down). The graphical user interface (GUI) may also enable menu shortcuts wherein a display that indicates a command stroke plus a letter may indicate that a user can use the graffiti symbol plus a letter as a shortcut for choosing a menu item.

Panning

The GUI enables a user to pan a map across the PDA's display screen. To pan, the user holds down the stylus and drags the stylus to the desired new view. A minimum distance of movement before a pan operation begins may be required. By requiring a minimum distance, the drag operation may be distinguished from a selection/tap operation (e.g., a press/release without moving more than the threshold distance). In a drag operation, the map may be constrained from panning beyond the halfway mark of the view area. In other words, the

12

user may not be allowed to pan the edge of any map beyond the center of the view. In such an embodiment the center point of the PDA screen may always be required to fall inside of the map.

The GUI may also provide a means by which the user can return (pan) to a designated target point. In such an embodiment, the zoom factor may not be affected.

Zooming

A user may be presented with the option of zooming in closer or zooming away from a currently displayed map. Depending on the availability of zooming in or out from the current level of detail, a zoom in or zoom out button may be displayed on the PDA screen.

For example, an overview map may currently be displayed. If a more detailed view of the overview map is available, the "Zoom In" item may appear in the menu and a "Zoom In" button may be displayed on the screen. Further, if a less detailed view of the overview map is available, a "Zoom Out" item may appear in the menu and a "Zoom Out" button may be displayed on the screen. Both the Zoom Out and Zoom In items may be displayed simultaneously. To zoom in or zoom out, the user may select "Zoom In" or "Zoom Out" from the Map menu or may use a single tap gesture on either the Zoom In or Zoom Out button.

Once the user elects to zoom in or out, the map view immediately zooms/navigates to the requested map level/ level of detail, while maintaining the existing view center. A mapset consists of an array of maps (up to 9 zoom levels, not including the initial map). The Zoom In menu choice and button will be displayed if there is a more detailed view available and removed from the menu otherwise. Similarly, the Zoom Out menu choice and button will be displayed if there is a less detailed view available and removed otherwise. All of the zooms implicitly reference the MWF of the initial map. The user doesn't zoom between different MWF files, only between scales and centers within an MWF file.

A user may not be allowed to zoom in if a more detailed map does not cover the geographical point corresponding to the center of the view. FIG. **5** illustrates an example of a level of detail displayed on a PDA wherein the edge of the map extends just beyond the center of the view. Additionally, in FIG. **5**, a more detailed map of the area in the center of the view is not available. Accordingly, the user is not presented with the option of zooming in.

The GUI may also provide the ability to support a single level for a raster zoom. (pixel replication). For example, the GUI may provide a magnifying glass icon, on both an overview and detail level map, to enable viewers to look at the same map in a larger view. Such an icon may be activated using a single gesture such as a tap of the stylus on the magnifying glass or the area that the user desires to magnify. A similar icon with similar functionality may be used to zoom out or display a less detailed view of a map.

Map Object Display and Selection

As described above, a map may comprise one or more map objects. A map object may have numerous non-graphical attributes. For example, a map object may have an object type, a key value (for linking to database records), a simple text attribute (e.g., a road name for display in a ToolTip as discussed below), or a URL to a web page (e.g., maintenance information for the selected object) or to another map, drawing or image (e.g., detailed schematic diagram).

In the GUI, map objects and their attributes (graphical and non-graphical) may provide various functions when selected by a user. For example, the selection of a map object may link a user to the URL specified in the URL attribute. The selection

US 7,439,969 B2

**13**

of a map object may also permit the display of a ToolTip that contains the text from the simple text attribute.

When one or more map objects are selected, the GUI may highlight the selected objects using a ToolTip icon. Such functionality combines selection representation with that of ToolTips. The text within a ToolTip may comprise the value of the key attribute, the simple text attribute, or the URL attribute for the selected object. Where a link (e.g., a link to a file or a URL) is present, the ToolTip may be displayed and underlined. This underlined text may effectively act as a button. If the object has an URL but no ToolTip text, the string "More Info . . . " may be displayed.

The user may navigate to the file or URL identified by the link via the ToolTip. To navigate, the user may merely tap on the ToolTip with the stylus and be transported to the URL or file. Depending on the value of the link, the appropriate application may be invoked/initialized. For example, if the link is to a mapset, the mapset may be opened in a GIS application. However, if the link is to a URL, an AvantGo application may be initialized.

To indicate that a selection has been made (e.g., that a user's tap is being processed), when the user taps on the ToolTip, the ToolTip text may change to reverse video while the link is loading.

A ToolTip may not be displayed if there is no text or URL associated with the object. Additionally, an audible click may sound when the user taps a selectable object, menu item, or ToolTip with a link. An audible error tone may sound if the user taps an area where there is no selectable data or if the user taps a tool tip that has no link associated with it.

ToolTips may behave differently depending on various factors such as where the selected object is located on the map. For example, a ToolTip may be displayed near, but not on, a point on the selected object closest to the pick point. The selected object may flash (blink on and off) as a highlighting mechanism. The ToolTip may also expand to cover the selected object wherein the blinking object may be visible through the ToolTip text. Additionally, the text within a Tool-Tip may wrap to keep the ToolTip within the size of the screen. The PDA application may restrict the ToolTip to a maximum width that is roughly 80% of the screen width.

The text string in a ToolTip may have a maximum length. When the maximum length has been reached or exceeded, the text may be truncated. For example, the text may be truncated with ellipsis when the text length causes the height of the ToolTip to reach fifty percent (50%) of the screen height.

FIG. **6** illustrates a visual representation of a ToolTip in accordance with one or more embodiments of the invention. In FIG. **6**, the ToolTip **602** is displayed in proximity to the selected object **604**. FIG. **7** illustrates an actual ToolTip **702** and map **704**. The map of FIG. **7** is a bitmap of downtown Atlanta. The selected object **704** is Decatur St SE (as indicated by the ToolTip **702**).

Referring to FIG. **6**, when a ToolTip **602** is displayed, any other activity on the map screen may cancel the display of the ToolTip **602**. Alternatively, certain additional activities may invoke various functions. For example, the ToolTip **602** may be moved by dragging the ToolTip **602** to reposition it. The user may have the ability to indicate which objects the user is interested in for a subsequent operation, e.g. zoom selected objects, report generation, etc. A script-writer may also be able to select an object and thus highlight it on a map. Further, the user may specify a layer, object ID, etc. to be displayed in a later cycle.

FIG. **8** is a flowchart illustrating map navigation through a graphical user interface in accordance with one or more embodiments of the invention. At step **800**, a map is dis-

**14**

played. At step **802**, a determination is made regarding whether a single gesture input is received from a stylus. If a gesture is not received, no further action is needed. If a gesture is received, a determination is made regarding whether the stylus has been dragged a minimum distance at step **804**. If the stylus has been dragged a minimum distance, it indicates that the user is attempting a pan operation. Accordingly, the map is panned based on the stylus drag at step **806**. If the stylus was not dragged a minimum distance, it indicates that the user has attempted to tap a map object. At step **808**, a determination is made regarding whether the user attempted to tap a zoom button. If so, the map is zoomed appropriately at step **810**.

If a zoom button was not tapped, the ToolTip of the map object tapped is displayed at step **812**. As described above, the ToolTip may contain the text or URL of the map object tapped. The map object closest to the tapped point may be utilized. If no map object is within a predefined distance of the tap, step **812** may not be performed.

Once a ToolTip has been displayed, the application may wait for further user action at step **814**. Thus, at step **814**, a determination is made regarding whether the user has tapped the map again. If a tap is received, the application determines whether the tap was on the displayed ToolTip or not at step **816**. If the tap or user input was not on the ToolTip, processing may continue at step **804**. Alternatively, the ToolTip may disappear from the display and processing may continue at step **802**. If the tap was on the displayed ToolTip, the system may navigate the user to the link associated with the ToolTip, if any.

Servlet

Referring back to FIG. **1**, a servlet **106** accommodates any additional processing needed by PDA thin client **102** and application **130**. To take advantage of existing web servers **110** and servlet technology, servlet **108** may be implemented using the Java programming language. Alternatively, any programming language that performs/provides Java servlet like functionality may be utilized. Accordingly, a single code stream is utilized to implement the servlet **108** on multiple platforms. A minimum set of constraints beyond those provided by web server **110** and the servlet **108** framework provide scalability. For example, each client **102** request may be self-contained in that it is responded to by a different instantiation of the servlet **108**.

Servlet **108** may reside in a web server **110** and responds to requests for spatial and attribute data related to map objects, from multiple thin clients **102**. Servlet **108** processes the requests, performs the visualization and encoding and places the results in a location that is accessible to the thin clients **102**. Additionally, servlet **108** may identify one or more maps included in a mapset, obtain the map data for the one or more maps identified from the server **106**, and create the mapset comprised of the map data prior to receiving a request for the map data from a client **102**. Such map data retrieval and mapset creation may be performed by servlet **108** in response to receiving a request relating to a work order (e.g., a request to modify, delete, or add a work order).

Additionally, servlet **108** may support the retrieval and creation of a mapset (i.e., map data) using multiple central processing units in parallel. To provide such parallel processing support, servlet **108** identifies one or more maps in a mapset, instantiates separate threads on multiple central processing units to obtain map data for the one or more maps from the server **106** in parallel, assembles a transient database comprised of the map data, and creates a mapset comprised of the map data using the transient database.

US 7,439,969 B2

15
16

FIG. 2B illustrates the subcomponents of servlet **108**. The request broker **224** listens to and coordinates requests from multiple clients **102** (i.e., from FIG. 2A), and conveys the requests to the query processor **230**. The query processor **230** processes the query using services provided by the servlet resident viewer services component **232**. Query processor **230** also uses the visualizer component **228** and encoder component **226** to perform cartographic decluttering and encoding of the data to be sent back to or retrieve by the client **102**.

Map data on server **106** is comprised of multiple raster tile and vector object data for an object of the map data. Visualizer component **228** performs configurable decluttering of data in a manner that is appropriate to the display of thin client **102**. Accordingly, visualizer **228** generalizes the shape of a vector object by filtering out some of the vector object data. Encoder component **226** compacts and encodes the objects being retrieved by thin client **102**. Encoder component **226** differentially encodes a location of an object by encoding an offset for the location of the object with respect to an origin of the raster tile where the object is located. Further, encoder component **226** spatially indexes the vector object data by encoding the bounds of the object.

The raster tiles are stored in row major format. An index for each raster tile is stored following the raster tiles in an order corresponding to the storage of the raster tiles. The index comprises a reference to a record containing the generalized vector object data, and the offset and bounds for each raster tile.

By generalizing, encoding, and spatially indexing the map data, the thin client **102** may determine an object identified by a point by evaluating the bounds of one or more raster tiles to determine the raster tile containing the point, and evaluating the bounds of objects within the raster tile containing the point to determine which object contains the point.

Servlet resident viewer services components **232** represents the servlet resident part of viewer services (as described above with respect to FIG. 2A) and communicates with mapguide server **120**. The map guide server **120** may be web server **110** or a component of server **106**.

FIG. 9 is a flow chart illustrating how servlet **108** responds to requests received through net services **218**. Referring to FIGS. 2A, 2B, and **9**, at step **900**, net services **218** requests request broker **224** on servlet **108** to download new layers (for dynamic data). At step **902**, the request broker **224** (after coordinating requests from other clients **102** if necessary) conveys the request to the query processor **230**. The query processor **230** conveys the query to the servlet resident viewer services **232** and obtains the results at step **904**. The results are decluttered (if specified) using the visualizer **228** at step **906** and encoded for compaction using the encoder **226** at step **908**. The results (after visualization and encoding) or the location(s) where the results may be obtained are sent back to the client net services **218** at step **910**.

FIG. 10 is a flow chart further illustrating how the client **102** and servlet **108** respond to requests to show reports (e.g., maps). Referring to FIGS. 2A, 2B, and **10**, at step **1000**, the user is given an opportunity to alter the contents of the selected map objects. At step **1002**, the keys of the selected objects are saved to the PDA database **220**. The state of the mapguide PDA **202** is saved to the PDA database **220** at step **1004**. A report application (such as MapGuide PDA application **202**) is started up and the keys of the selected objects are read back from the PDA database **220** at step **1006**.

For local reports, the business attributes for the selected objects are read from the PDA database **220** at step **1010** and the report is formatted and displayed at step **1012**. For reports that require more extensive formatting services (e.g., COLD FUSION Application Server) or require data not stored in the local PDA database **220**, a request is issued to net services **218** (through synchronization application **238**) to obtain the report at step **1008**.

After the user is finished viewing the report, and possibly other reports linked to it, the mapguide PDA application **202** is re-started at step **1014** at which time the application **202** restores itself to its last saved state.

Conclusion

This concludes the description of one or more embodiments of the invention. The following describes some alternative embodiments for accomplishing the present invention.

For example, any type of personal digital assistant or computer, such as a mainframe, minicomputer, or personal computer, or computer configuration, such as a timesharing mainframe, local area network, standalone personal computer, WINCE device, etc. could be used with the present invention.

The foregoing description of one or more embodiments of the invention has been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise form disclosed. Many modifications and variations are possible in light of the above teaching. It is intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

We claim:

**1**. A method for map navigation using a graphical user interface on a thin client comprising:

displaying a map on a display screen of a thin client;

receiving a single gesture input from a user into the thin client, wherein the single gesture input comprises a drag of a stylus across the display screen, and wherein the drag of the stylus allows the graphical user interface to distinguish between desired user operations;

determining whether the stylus has been dragged a minimum distance; and

if the stylus has been dragged a minimum distance and in response to the drag, panning the map in accordance with the drag such that the map is shifted to a new center view, wherein an edge of the map cannot be panned beyond a center of a view.

**2**. The method of claim **1** wherein the map may be panned until an edge of the map is reached.

**3**. The method of claim **1** wherein the panning returns a view of the map to a designated target point.

**4**. A method for map navigation using a graphical user interface on a thin client comprising:

displaying a map having one or more map objects on a display screen of a thin client;

receiving a single gesture input from a user into the thin client, wherein the single gesture input comprises a single tap of a stylus on a specific map object, and wherein actions of the single gesture input allow the graphical user interface to distinguish between desired user operations; and

in response to the single tap:

selecting and highlighting the map object under the tap; and

displaying a tooltip for the map object.

**5**. The method of claim **4** further comprising:

receiving a second single gesture input from a user into the thin client, wherein the second single gesture input comprises a single tap of the stylus on the tooltip; and

displaying a report for the map object in response to the single tap on the tooltip.

US 7,439,969 B2

**17**

**6**. A method for map navigation using a graphical user interface on a thin client comprising:

  displaying a map on a display screen of a thin client;

  displaying a zoom button on the display screen of the thin client;

  receiving a single gesture input from a user into the thin client, wherein the single gesture input comprises a single tap by a stylus of the zoom button, and wherein actions of the single gesture input allow the graphical user interface to distinguish between desired user operations; and

  displaying the map on the display screen of the thin client with a different level of detail.

**7**. The method of claim **6** wherein the different level of detail is a more detailed view of the map than originally displayed.

**8**. The method of claim **6** wherein the different level of detail is a less detailed view of the map than originally displayed.

**9**. The method of claim **6** wherein the zoom button is only displayed if a display of a different level of detail is available.

**10**. A method for map navigation using a graphical user interface on a thin client comprising:

  (a) displaying a map on a display screen of a thin client;

  (b) receiving a single gesture input from a user into the thin client;

  (c) evaluating the single gesture input to determine if a stylus has been dragged across a display screen a minimum distance;

  (d) if the stylus has been dragged at least the minimum distance:

    (i) determining that a user desires to conduct a panning operation; and

    (ii) panning the map in accordance with the drag such that the map is shifted to a new center view; and

  (e) if the stylus has not been dragged the minimum distance:

    (i) determining that the user desired to conduct a map object selection operation in a form of a single tap of the stylus on a specific map object; and

    (ii) performing a map object selection operation based on the specific map object tapped.

**11**. The method of claim **10** wherein the map object selection operation comprises displaying a tooltip for the specific map object tapped.

**12**. The method of claim **10** wherein:

  the specific map object comprises a zoom button; and

  the map object selection operation comprises displaying the map on the display screen of the thin client with a different level of detail.

**13**. A system for navigating a map using a graphical user interface on a thin client comprising:

  (a) a thin client;

  (b) an application launched on the thin client, the application configured to:

    (i) display a map on a display screen of the thin client;

    (ii) receive a single gesture input from a user into the thin client, wherein the single gesture input comprises a drag of a stylus across the display screen, and wherein

**18**

    the drag of the stylus allows the graphical user interface to distinguish between desired user operations;

    (iii) determine whether the stylus has been dragged a minimum distance; and

    (iv) if the stylus has been dragged a minimum distance and in response to the drag, pan the map in accordance with the drag such that the map is shifted to a new center view, wherein an edge of the map cannot be panned beyond a center of a view.

**14**. The system of claim **13** wherein the map may be panned until an edge of the map is reached.

**15**. A system for navigating a map using a graphical user interface on a thin client comprising:

  (a) a thin client;

  (b) an application launched on the thin client, the application configured to:

    (i) display a map having one or more map objects on a display screen of a thin client;

    (ii) receive a single gesture input from a user into the thin client, wherein the single gesture input comprises a single tap of a stylus on a specific map object, and wherein actions of the single gesture input allow the graphical user interface to distinguish between desired user operations; and

    (iii) in response to the single tap:

      (1) select and highlighting the map object under the tap; and

      (2) display a tooltip for the map object.

**16**. The system of claim **15**, the application further configured to:

  receive a second single gesture input from a user into the thin client, wherein the second single gesture input comprises a single tap of the stylus on the tooltip; and

  display a report for the map object in response to the single tap on the tooltip.

**17**. A system for navigating a map using a graphical user interface on a thin client comprising:

  (a) a thin client;

  (b) an application launched on the thin client, the application configured to:

    (i) display a map on a display screen of a thin client;

    (ii) display a zoom button on the display screen of the thin client;

    (iii) receive a single gesture input from a user into the thin client, wherein the single gesture input comprises a single tap by a stylus of the zoom button, and wherein actions of the single gesture input allow the graphical user interface to distinguish between desired user operations; and

    (iv) display the map on the display screen of the thin client with a different level of detail.

**18**. The system of claim **17** wherein the different level of detail is a more detailed view of the map than originally displayed.

**19**. The system of claim **17** wherein the different level of detail is a less detailed view of the map than originally displayed.

**20**. The system of claim **17** wherein the zoom button is only displayed if a display of a different level of detail is available.

\*   \*   \*   \*   \*