# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> L3 HARRIS TECHNOLOGIES, INC. <br><br> Defendant. | Case No. _____ <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Huawei Technologies Co., Ltd. hereby discloses that it is a wholly-owned subsidiary of Huawei Investment & Holding Co., Ltd. and that no publicly held corporation owns 10% or more of its stock.

Dated: July 12, 2019

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Of Counsel: | |
| Kevin J. Post <br> Alexander E. Middleton <br> ROPES & GRAY LLP <br> 1211 Avenue of the Americas <br> New York, NY 10036-8704 <br> (212) 596-9000 <br> *kevin.post@ropesgray.com* <br> *alexander.middleton@ropesgray.com* <br><br> James R. Batchelder <br> ROPES & GRAY LLP <br> 1900 University Avenue, 6th Floor <br> East Palo Alto, CA 94303-2284 <br> (650) 617-4000 <br> *james.batchelder@ropesgray.com* | */s/ Anne Shea Gaza* <br> Adam W. Poff (No. 3990) <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> apoff@ycst.com <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Plaintiff* |

24710098.1