IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1306-MN |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the Court's approval, that defendant's time in which to move, plead, or otherwise respond to the Complaint (D.I. 1) is extended to August 19, 2019.

| | |
|---|---|
| */s/ Samantha G. Wilson* | */s/ David M. Fry* |
| Adam W. Poff (No. 3990) | David M. Fry (No. 5486) |
| Anne Shae Gaza (No. 4093) | SHAW KELLER LLP |
| Samantha G. Wilson (No. 5816) | I.M. Pei Building |
| YOUNG CONAWAY STARGATT | 1105 North Market Street, 12th Floor |
| & TAYLOR, LLP | Wilmington, DE 19801 |
| Rodney Square | (302) 298-0700 |
| 1000 North King Street | dfry@shawkeller.com |
| Wilmington, DE 19801 | *Attorneys for Defendant* |
| (302) 571-6600 | |
| apoff@ycst.com | |
| agaza@ycst.com | |
| swilson@ycst.com | |
| *Attorneys for Plaintiff* | |

Dated: July 30, 2019

SO ORDERED this \_\_\_\_\_ day of_____, 2019.

_____
United States District Judge