# EXHIBIT 3

US006986161B2

(12) **United States Patent**
Billhartz

(10) Patent No.: **US 6,986,161 B2**
(45) Date of Patent: **\*Jan. 10, 2006**

(54) **MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,017**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028016 A1    Feb. 12, 2004

(51) **Int. Cl.**
*G06F 11/30* (2006.01)
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** ............................. **726/23**; 726/1; 709/224

(58) **Field of Classification Search** ................ 713/200, 713/201; 709/223, 224; 370/338, 389, 908, 370/912, 913, 339; 380/270
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins ...................... 370/94.1 |
| 5,621,889 A * | 4/1997 | Lermuzeaux et al. ....... 713/200 |
| 5,991,881 A * | 11/1999 | Conklin et al. ............. 713/201 |
| 6,088,804 A * | 7/2000 | Hill et al. ................... 713/201 |
| 6,304,556 B1 | 10/2001 | Haas .......................... 370/254 |
| 6,519,703 B1 * | 2/2003 | Joyce ......................... 713/201 |
| 2003/0084321 A1* | 5/2003 | Tarquini et al. ............ 713/200 |
| 2003/0210787 A1* | 11/2003 | Billhartz et al. ............ 380/270 |
| 2003/0210788 A1* | 11/2003 | Billhartz et al. ............ 380/270 |
| 2003/0237000 A1* | 12/2003 | Denton et al. .............. 713/201 |
| 2004/0027988 A1* | 2/2004 | Billhartz ..................... 370/229 |
| 2004/0028000 A1* | 2/2004 | Billhartz ..................... 370/312 |
| 2004/0028001 A1* | 2/2004 | Billhartz ..................... 370/312 |
| 2004/0064737 A1* | 4/2004 | Milliken et al. ............ 713/201 |

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update,* Nov. 13, 2001, available at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network,* CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.
*Wireless LAN Security 802.11b and Corporate Networks,* Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.
Blackwell, *Serious WLAN Security Threats: Part II,* INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781__947571,00.html.
*Accessing Wireless Security with Airopeek,* WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white__papers.

(Continued)

*Primary Examiner*—Christopher Revak
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A mobile ad-hoc network (MANET) may include a plurality of nodes for transmitting data therebetween and a policing node. The policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and generate an intrusion alert based thereon. The policing node may also detect intrusions based upon one or more of integrity check values which do not correspond with respective data packets, usage of non-consecutive media access control (MAC) sequence numbers by a node, and collisions of packet types and/or MAC addresses.

**78 Claims, 11 Drawing Sheets**



**US 6,986,161 B2**

Page 2

OTHER PUBLICATIONS

*WildPackets' Guide to Wireless LAN Analysis,* WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white_papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks,* ACM MOBICOM, 2000.

Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches,* Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

* cited by examiner



FIG. 1



FIG. 2

Case 1:19-cv-01306-MN   Document 8-3   Filed 08/19/19   Page 5 of 23 PageID #: 274



FIG. 3



FIG. 4

Case 1:19-cv-01306-MN   Document 8-3   Filed 08/19/19   Page 6 of 23 PageID #: 275



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

FIG. 12



FIG. 13

FIG. 14



FIG. 15

FIG. 16



FIG. 17

FIG. 18



FIG. 19

FIG. 20



*FIG. 21*

US 6,986,161 B2

1

## MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

### FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to mobile ad-hoc networks and related methods.

### BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks, or MANETs for short. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes come close enough to transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and clusterhead gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of security. More particularly, since nodes in a mobile ad-hoc network all communicate wirelessly, there is a much greater risk of intrusion by unauthorized users. Because of the early stage of development of ad-hoc networks and the numerous other challenges these networks present, the above routing protocols have heretofore primarily focused solely on the mechanics of data routing and not on intrusion detection.

Some approaches are now being developed for providing intrusion detection in mobile ad-hoc networks. One such approach is outlined in an article by Zhang et al. entitled "Intrusion Detection in Wireless Ad-Hoc Networks," ACM MOBICOM, 2000. In this article, an intrusion detection architecture is proposed in which every node in the MANET

2

participates in intrusion detection and response. That is, each node is responsible for detecting signs of intrusion locally and independently, but neighboring nodes can collaboratively investigate in a broader range. Moreover, intrusion detection is based upon anomaly detections, such as the detection of abnormal updates to routing tables or anomalies in certain network layers, such as with media access control (MAC) layer protocols. Another similar MANET intrusion detection architecture is disclosed in "Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches," by Albers et al., in Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), April 2002.

While the architectures discussed in the above articles may provide a convenient starting point for implementing intrusion detection, much of the details regarding the implementation of intrusion detection in MANETs have yet to be determined. That is, the particular types of node characteristics which can reliably indicate whether a node is a rouge node attempting to intrude upon the network still remain largely undefined.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a mobile ad-hoc network (MANET) with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a MANET which may include a plurality of nodes for transmitting data therebetween and a policing node. The policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and generate an intrusion alert based thereon.

More particularly, the nodes may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the policing node may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets and generate an intrusion alert based thereon. Moreover, the data packets may be transmitted via a medium access control (MAC) layer, and the nodes may also transmit a respective MAC sequence number with each data packet. Thus, the policing node may also detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Furthermore, each data packet may have a packet type associated therewith, so the policing node may additionally detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type and generate an intrusion alert based thereon. In particular, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., request to send (RTS) and clear to send (CTS) packets), and data frame packets. Also, the threshold number of collisions of packets having the predetermined packet type may be greater than about three, for example. Moreover, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

US 6,986,161 B2

3

Each node may have a MAC address associated therewith to be transmitted with data sent therefrom. As such, the policing node may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address, and generate an intrusion alert based thereon. By way of example, the threshold number of collisions of a same MAC address may be greater than about three.

In addition, the MANET may have at least one service set identification (ID) associated therewith. Accordingly, the policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith and generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, the plurality of nodes may transmit over at least one channel, and the policing node may detect transmissions over the at least one channel not originating from one of the plurality of nodes and generate an intrusion alert based thereon. The policing node may further transmit the intrusion alert to at least one of the plurality of nodes.

An intrusion detection method aspect of the invention is for a MANET including a plurality of nodes. More particularly, the method may include transmitting data between the plurality of nodes and monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period. Further, an intrusion alert may be generated based upon detecting transmissions during the unauthorized period.

In addition, the plurality of nodes may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the method may also include monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets, and generating an intrusion alert based thereon.

The data packets may be transmitted via a medium access control (MAC) layer, and the plurality of nodes may also transmit a respective MAC sequence number with each data packet. Thus, the method may also include monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node, and generating an intrusion alert based thereon.

Each data packet may also have a packet type associated therewith. The method may therefore also include monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type and generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type. By way of example, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., request to send (RTS) and clear to send (CTS) packets), and data frame packets. Furthermore, the threshold number of collisions may be greater than about three. Moreover, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

The plurality of nodes may transmit data via a MAC layer, and each node may have a MAC address associated therewith to be transmitted with data sent therefrom, as noted above. Accordingly, the method may further include monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address, and generating an intrusion alert based upon detecting a threshold number of

4

collisions of a same MAC address. By way of example, the threshold number of collisions may be greater than about three.

The method may also include monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, transmissions may be detected over at least one channel which do not originate from one of the plurality of nodes, and an intrusion alert may be generated based thereon. The intrusion alert may also be transmitted to at least one of the plurality of nodes.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a MANET in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

FIG. **2** is a schematic block diagram of an alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. **3** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. **4** and **5** are schematic block diagrams of further alternate embodiments of the MANET of FIG. **1** for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. **6** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. **7** is a schematic block diagram of still another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. **8** is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. **9** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. **10** is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. **11** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. **12** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. **13** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. **14** and **15** are flow diagrams illustrating intrusion detection methods in accordance with the present invention

US 6,986,161 B2

5

based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. 16 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. 17 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 18 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 19 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

FIG. 20 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. 21 is a flow chart illustrating additional method aspects of the invention for intrusion detection.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. 1–10, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the mobile ad-hoc network (MANET) nodes 11, 21, 31, 41, 51, 61, 71, 81, 91, and 101 illustrated in FIGS. 1–10 are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. 1, a MANET 10 in accordance with the present invention illustratively includes nodes 11, 12. While only the two nodes 11, 12 are shown for clarity of illustration, those of skill in the art will appreciate that any number of nodes may be included within the MANET 10. Such nodes may be laptop computers, personal data assistants (PDAs), cellular telephones, or other suitable devices, as will be appreciated by those of skill in the art. Further, in some embodiments one or more nodes in the MANET 10 may be fixed to provide a bridge to a wired (or satellite) communications infrastructure, such as a telephone network, for example.

Before describing the MANET 10 in further detail, a brief discussion regarding MANET protocols in general is warranted. While MANETs are still in their infancy and there is as yet no one common standard governing communications in such networks, one likely characteristic of MANETs is that MANET nodes will operate in accordance with the open system architecture (OSI) model for data transfer, which

6

includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer.

The data link layer further includes media access control (MAC) and logical link control sub-layers. In accordance with the invention, the nodes 11, 12 preferably use the MAC layer for transmitting data therebetween, and each has a respective MAC addresses associated therewith, as will be appreciated by those of skill in the art. Of course, the remaining layers of the OSI model may also be used for data transmission as well, and other suitable network data transfer models may also be used. Moreover, such data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the MANET 10 illustratively includes one or more policing nodes 13 for detecting intrusions into the network by a rogue node 14. By way of example, the rogue node 14 may be used by a would-be hacker attempting to hack into the MANET 10, or it may simply be a node from a different MANET that is operating too closely to the MANET 10. In the present example, the policing node 13 monitors transmissions among the nodes 11, 12 to detect frame check sequence (FCS) errors from a given MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing node 13 generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the nodes" is intended to mean any transmission directly to or from one of the nodes 11, 12, as well as any transmission within an operating range of the MANET 10. In other words, the policing node 13 may monitor transmissions directed to or originating from the nodes 11, 12 as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a node in the MANET 10.

In the above-described embodiment (and those described below), the policing node 13 may advantageously transmit the alert to one or more of the nodes 11, 12 in the MANET 10. By way of example, the policing node 13 may transmit the intrusion alert directly to the node 12, which may then notify all of the remaining nodes in the wireless network. Alternately, the policing node 13 may broadcast the intrusion alert to all network nodes. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. 2, a first alternate embodiment of the MANET 20 is now described. In this embodiment, the policing node 23 detects intrusions into the wireless network 20 by monitoring transmissions among the nodes 21, 22 to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node 23 will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a node at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing node 23 may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

US 6,986,161 B2

7

8

Turning now additionally to FIG. 3, in accordance with another aspect of the invention the two nodes 31, 32 of the MANET 30 transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining nodes in the MANET 30 may be communicating on the same channel, these nodes may need to ensure that they are not transmitting at the same time, as this could result in interference and network disruption.

Also, the RTS and CTS packets preferably include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to adjacent nodes in the MANET 30, which will then stop transmission during the specified period, for example.

Accordingly, the policing node 33 may therefore detect intrusions into the wireless network 30 by monitoring RTS and CTS packets sent between the nodes 31, 32 to detect an illegal NAV value therein. For example, the MANET 30 may be implemented in such a way that data transmission may not exceed a certain amount of time, which will be known to all of the authorized nodes participating therein. Thus, if the policing node 33 detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

In accordance with a another embodiment of the MANET 40 illustrated in FIG. 4, the nodes 41, 42 may operate in contention or contention-free modes. That is, in a contention mode all network nodes are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), channel usage is controlled by a designated control node, which thus eliminates the need for nodes to contend for channel access. In the case of MANETs having nodes arranged in groups or clusters, a cluster leader node may designate when a CFP is to be implemented, for example, as will be appreciated by those of skill in the art.

Thus, the policing node 43 may advantageously detect intrusions into the MANET 40 by monitoring transmissions among the nodes 41, 42 to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing node 43 based upon such detection. In other words, detection of a node operating in contention-free mode outside of a CFP indicates that this node is not an authorized node, as all authorized nodes will be informed by the designated control node when a CFP has been instituted.

Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. 5. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. 6, another embodiment of MANET 60 is now described. Here, the policing node 63 detects intrusions into the MANET 60 by monitoring transmissions among the nodes 61, 62 to detect transmissions during an unauthorized period. That is, the MANET 60 may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing node 63 may advantageously generate an intrusion alert.

Turning now additionally to FIG. 7, still another embodiment of the MANET 70 is now described. In this embodiment, the various nodes 71, 72 generate integrity check values for data sent therefrom. These integrity check values

are then verified by the receiving node to ensure that the integrity of the originally transmitted message data has not been compromised. By way of example, the integrity check value may be generated by processing the message data with an algorithm to provide a value to be included in the message text. This value may then be verified by a receiving node using the algorithm and the data received.

Thus, the policing node 73 detects intrusions into the MANET 70 by monitoring transmissions among the nodes 71, 72 to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect data encryption key is used to generate the message ciphertext, or if the message has been tampered with by the rogue node 84, the integrity check value will most likely be corrupted. As such, the policing node 73 may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another MANET 80 in accordance with the invention is now described with reference to FIG. 8. Typically, when the above-noted OSI network model is used, a respective MAC sequence number is generated and sent with each data packet from the nodes 81, 82. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing node 83 may detect intrusions into the MANET 80 by monitoring transmissions among the nodes 81, 82 to detect usage of non-consecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Turning now additionally to FIG. 9, another embodiment of the MANET 90 is illustrated in which the policing node 93 detects intrusions into the network by monitoring transmissions among the nodes 91, 92 to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing node 93 may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. 10, another embodiment of the MANET 100 is described in which the policing node 103 detects intrusions into the network by monitoring transmis-

sions among the nodes **101**, **102** to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the nodes is a rogue node **104**. As such, the policing node **103** generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may also be based upon a percentage, as previously discussed above.

An intrusion detection method aspect of the invention for the MANET **10** will now be described with reference to FIG. **11**. Beginning at Block **110**, the method includes transmitting data between the plurality of nodes **11**, **12** using the MAC layer, as previously noted above, at Block **111**. The transmissions among the nodes **11**, **12** are monitored to detect FCS errors from one of the MAC addresses, at Block **112**. If a number of FCS errors for the MAC address exceeds a threshold, at Block **113**, an intrusion alert is generated based thereon, at Block **114**, thus ending the method (Block **115**). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. **12**, the method begins (Block **120**) with transmitting data between the nodes **21**, **22**, at Block **121**, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block **122**, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block **123**, then an intrusion is generated, at Block **124**, thus concluding the method (Block **125**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. **13**. The method begins (Block **130**) with transmitting RTS and CTS packets between the nodes **31**, **32** and then transmitting data, at Block **131**. The RTS and CTS packets transmitted between the nodes **31**, **32** are monitored to detect an illegal NAV value therein, at Block **132**, as previously described above. If an illegal NAV value is detected, at Block **133**, an intrusion alert is generated based thereon, at Block **134**, thus concluding the method (Block **135**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **14**, a third alternate method aspect of the invention is now described. The method begins (Block **140**) with transmitting data between the nodes **41**, **42**, at Block **141**, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block **142**, as previously described above. If such operation is detected outside a CFP, at Block **143**, an intrusion alert is generated based thereon, at Block **144**, thus concluding the method (Block **145**). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. **15** at Blocks **150**–**155**. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. **16**. The method begins (Block **160**) with transmitting data between the nodes **61**, **62**, at Block **161**, and monitoring to detect transmissions during an unauthorized period, at Block **162**, as previously described above. If transmissions are detected during an unauthorized period, at Block **163**, an intrusion alert is generated based thereon, at Block **164** thus concluding the

method (Block **165**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. **17**. The method begins (Block **170**) with transmitting data between the nodes **71**, **72**, at Block **171**, and monitoring transmissions **172** to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block **173**, thus ending the method (Block **175**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **18**, still another method aspect of the invention is described. The method begins (Block **180**) with transmitting data between the nodes **81**, **82**, at Block **181**. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a node, at Block **182**, as previously described above. If such usage is detected, at Block **183**, an intrusion alert is generated, at Block **184**, thus ending the method (Block **185**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. **19**, another method aspect of the invention begins (Block **190**) with transmitting data packets between the nodes **91**, **92**, at Block **201**, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block **192**. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block **193**, then an intrusion alert is generated, at Block **194**, ending the method (Block **195**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. **20**. The method begins (Block **200**) with transmitting data between the nodes **101**, **102**, and monitoring transmissions to detect collisions of a same MAC address, at Block **202**, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block **203**, an intrusion alert is generated, at Block **204**, thus ending the method (Block **205**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. **21**. In accordance with the invention, a network or service set identification may be associated with the MANET **10**, or smaller subsets (e.g., groups/clusters) thereof. As illustratively shown, beginning at Block **210**, data may be transmitted between the nodes **11**, **12**, at Block **211**, and the service set IDs transmitted therewith to identify authorized nodes of the MANET **10**. As such, transmissions among the plurality of nodes **11**, **12** may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized node, at Block **212**.

As such, if a service set ID that is different from an authorized service set ID of the MANET **10** and/or transmission from an unauthorized node on a network channel is detected, at Block **213**, an intrusion alert may be generated based thereon, at Block **214**. Moreover, the intrusion alert may advantageously be transmitted to one or more nodes in the network, as previously described above, or to another source, at Block **215**. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the MANETs described above. Also, addi-

US 6,986,161 B2

**11**

tional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above-described invention may be implemented in several ways. For example, the policing node **13** could be implemented in one or more separate, dedicated devices that are not already part of the MANET **10**. Alternately, the invention may be implemented in software to be installed on one or more existing nodes in a MANET where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting network intrusion even when a rogue node has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, attorney docket no. GCSD-1330 (51288), the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween during an authorized period; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period in which data transmissions are prohibited; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period.

**2**. The MANET of claim **1** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**3**. The MANET of claim **1** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**4**. The MANET of claim **1** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**12**

**5**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets and generating respective integrity check values for transmission with each packet; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting an integrity check value which does not correspond with its respective data packet.

**6**. The MANET of claim **5** wherein said plurality of nodes transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**7**. The MANET of claim **5** wherein said plurality of nodes transmit data in packets each having a packet type associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**8**. The MANET of claim **7** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**9**. The MANET of claim **7** wherein the threshold number of collisions is greater than about three.

**10**. The MANET of claim **7** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**11**. The MANET of claim **5** wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**12**. The MANET of claim **11** wherein the threshold number of collisions is greater than about three.

**13**. The MANET of claim **5** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**14**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets via a medium access control (MAC) layer and also for transmitting a respective MAC sequence number with each data packet data; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

US 6,986,161 B2

13

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**15**. The MANET of claim **14** wherein said plurality of nodes transmit data in packets each having a packet type associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**16**. The MANET of claim **15** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**17**. The MANET of claim **15** wherein the threshold number of collisions is greater than about three.

**18**. The MANET of claim **15** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**19**. The MANET of claim **14** wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**20**. The MANET of claim **19** wherein the threshold number of collisions is greater than about three.

**21**. The MANET of claim **14** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**22**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets each having a packet type associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**23**. The MANET of claim **22** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**24**. The MANET of claim **22** wherein the threshold number of collisions is greater than about three.

**25**. The MANET of claim **22** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**26**. The MANET of claim **22** wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

14

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**27**. The MANET of claim **22** wherein the threshold number of collisions is greater than about three.

**28**. The MANET of claim **22** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**29**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data via a medium access control (MAC) layer, each node having a MAC address associated therewith to be transmitted with data sent therefrom; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**30**. The MANET of claim **29** wherein the threshold number of collisions is greater than about three.

**31**. The MANET of claim **29** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**32**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes of the MANET during an authorized period;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period in which data transmissions are prohibited; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period.

**33**. The method of claim **32** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**34**. The MANET of claim **32** wherein the plurality of nodes transmit over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**35**. The MANET of claim **32** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**36**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes in packets and generating respective integrity check values for transmission with each packet;

monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting an integrity check value which does not correspond with its respective data packet.

**37**. The method of claim **36** wherein the plurality of nodes transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and further comprising:

monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

US 6,986,161 B2

15

16

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**38**. The method of claim **36** wherein the data packets each have a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**39**. The method of claim **38** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**40**. The method of claim **38** wherein the threshold number of collisions is greater than about three.

**41**. The method of claim **38** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**42**. The method of claim **36** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**43**. The method of claim **42** wherein the threshold number of collisions is greater than about three.

**44**. The method of claim **36** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**45**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets via a medium access control (MAC) layer and transmitting a respective MAC sequence number with each data packet data;

monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**46**. The method of claim **45** wherein each data packet has a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**47**. The method of claim **46** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**48**. The method of claim **45** wherein the threshold number of collisions is greater than about three.

**49**. The method of claim **45** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**50**. The method of claim **45** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**51**. The method of claim **50** wherein the threshold number of collisions is greater than three.

**52**. The method of claim **45** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**53**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes, each packet having a packet type associated therewith;

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**54**. The method of claim **53** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**55**. The method of claim **53** wherein the threshold number of collisions is greater than about three.

**56**. The method of claim **53** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**57**. The method of claim **53** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data packets sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**58**. The method of claim **53** wherein the threshold number of collisions is greater than about three.

**59**. The method of claim **53** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**60**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data via a medium access control (MAC) layer between the plurality of nodes, each node having a MAC address associated therewith to be transmitted with data sent therefrom;

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**61**. The method of claim **60** wherein the threshold number of collisions of a same MAC address is greater than about three.

**62**. The method of claim **60** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**63**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween and generating respective integrity check values for transmission with each packet; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized

US 6,986,161 B2

**17**

period and to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting an integrity check value which does not correspond with its respective data packet.

**64**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween via a medium access control (MAC) layer and also transmitting a respective MAC sequence number with each data packet; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**65**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween each having a packet type associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**66**. The MANET of claim **65** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**67**. The MANET of claim **65** wherein the threshold number of collisions is greater than about three.

**68**. The MANET of claim **65** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**69**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween via a medium access control (MAC) layer, each node haVING a MAC address associated therewith to be transmitted with data sent therefrom; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of a same MAC address.

**70**. The MANET of claim a **69** wherein the threshold number of collisions is greater than about three.

**71**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

**18**

transmitting data in packets between the plurality of nodes and generating respective integrity check values for transmission with each packet;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting an integrity check value which does not correspond with its respective data packet.

**72**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**73**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes and each having a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**74**. The method of claim **73** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**75**. The method of claim **73** wherein the threshold number of collisions is greater than about three.

**76**. The method of claim **73** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**77**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes via a medium access control (MAC) layer, each node having a MAC address associated therewith to be transmitted with data sent therefrom;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of a same MAC address.

**78**. The method of claim **77** wherein the threshold number of collisions is greater than about three.

* * * * *