IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1306-MN |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**L3HARRIS TECHNOLOGIES, INC.'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, L3Harris Technologies, Inc. hereby states that it has no parent corporation. As of the date of this filing, The Vanguard Group, Inc. and T. Rowe Price Associates, Inc. each owned 10% or more of L3Harris Technologies, Inc.'s stock.

OF COUNSEL:
Denise De Mory
Corey Johanningmeier
Brenda Entzminger
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 651-7248

Dated: August 19, 2019

*/s/ David M. Fry*
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com
*Attorneys for Defendant*