IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,        ) | |
| Plaintiff, ) | |
| v.                                                                   ) | C.A. No. 19-1306-MN |
| L3HARRIS TECHNOLOGIES, INC.           ) | |
| Defendant. ) | |

## L3HARRIS TECHNOLOGIES, INC.'S MOTION TO TRANSFER

Pursuant to 28 U.S.C. § 1404(a), L3Harris Technologies, Inc. ("L3Harris") respectfully moves to transfer this action to the United States District Court for the Eastern District of Texas. The grounds for this motion are set forth in L3Harris's Opening Brief in Support of Its Motion to Transfer. Pursuant to Local Rule 7.1.1, counsel for L3Harris certifies that reasonable efforts were made to reach agreement with opposing counsel on the matters set forth in this motion, but the parties were unable to reach agreement.

WHEREFORE, L3Harris respectfully requests that the Court grant this motion and enter the proposed order attached hereto.

Respectfully submitted,

*/s/ David M. Fry*

| | |
|---|---|
| OF COUNSEL: | David M. Fry (No. 5486) |
| Denise De Mory | SHAW KELLER LLP |
| Corey Johanningmeier | I.M. Pei Building |
| Brenda Entzminger | 1105 North Market Street, 12th Floor |
| BUNSOW DE MORY LLP | Wilmington, DE 19801 |
| 701 El Camino Real | (302) 298-0700 |
| Redwood City, CA 94063 | dfry@shawkeller.com |
| (650) 651-7248 | *Attorneys for Defendant* |

Dated: August 19, 2019