IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1306-MN |
| | ) |
| L3HARRIS TECHNOLOGIES, INC. | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING L3HARRIS TECHNOLOGIES, INC.'S MOTION TO TRANSFER**

At Wilmington this ____ day of _____, 2019, having considered L3Harris Technologies, Inc.'s Motion to Transfer;

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court is hereby directed to transfer this action to the United States District Court for the Eastern District of Texas.

_____
United States District Judge