IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-1306-MN |
| ) | |
| L3HARRIS TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF COREY JOHANNINGMEIER IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

*Of Counsel*:

Denise De Mory
Corey Johanningmeier
Brenda Entzminger
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com

David M. Fry (No. 5486)
Shaw Keller LLP
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com
*Counsel for Defendant L3Harris Technologies, Inc.*

Dated:  August 19, 2019

I, COREY JOHANNINGMEIER, declare as follows:

1. I submit this declaration on behalf of defendant L3Harris Technologies, Inc. ("L3Harris"). I am a partner at Bunsow De Mory LLP, which represents L3Harris Technologies, Inc. in this lawsuit, and I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. On June 12, 2019, United States District Court Judge Rodney Gilstrap entered an Order concerning the two L3Harris-Huawei patent infringement actions currently pending in the Eastern District of Texas, severing them for trial at L3Harris's request but consolidating them for all pre-trial purposes. These cases are identified as: Case No. 18-cv-00439-JRG (Lead Case) and Case No. 19-cv-00222-JRG (Member Case). A true and correct copy of this Order is attached hereto as **Exhibit A**.

3. In the *L3Harris v. Huawei* action currently pending in the Eastern District of Texas, Case No. 2:18-cv-00439-JRG, Huawei's First Amended Initial Disclosures, served on May 15, 2019, identified "Nokia Solutions and Networks US LLC" as a party with whom Huawei entered into settlement agreement "implicating at least the '575 patent[.]" Huawei has asserted that the '575 patent is part of its standard essential LTE patent portfolio.

4. In the *L3Harris v. Huawei* action in the Eastern District of Texas, Case No. 2:18-cv-00439-JRG, Huawei's First Amended Initial Disclosures identified "Slater Masil [sic], LLP" as "Persons Having Knowledge Of Relevant Facts." Specifically, Huawei stated that Slater Matsil was "involved in the prosecution of the '226 Patent" and has "[i]nformation relating to prosecution of the '226 Patent." Huawei provided Slater Matsil's contact information as 17950 Preston Road, Suite 1000, Dallas, TX 75252.

5. I have examined the File Wrapper for the Delaware '2011 LTE patent and determined that it identifies Slater Matsil, LLP as prosecution counsel involved in the prosecution of the '2011 patent.

6. I have examined the File Wrapper for the Delaware '5011 LTE and determined that it identifies David Roe, registration number 55,785, as prosecution counsel involved in the prosecution of the '5011 patent.

7. On August 16, 2019, an employee of my firm performed a search for David Roe, by name and registration number, within the United States Patent and Trademark Office's "register of active patent practitioners," which is maintained by the Office of Enrollment and Discipline and is accessible online at https://oedci.uspto.gov/OEDCI/practitionerSearchEntry. I am informed that the address for David Roe on this website is listed as 5340 Legacy Drive, Building 3, Plano, TX 75024.

8. I have examined the File Wrapper for the Delaware '969 patent and determined that it identifies the following six prosecution counsel involved in the prosecution of the '969 Delaware patent: George Gates, registration number 33,500; Victor Cooper, registration number 39,641; William Wood, registration number 42,236; Jason Feldmar, registration number 39,187; Anthony Orler, registration number 41,232; and Manali Dighe, registration number 56,856. On August 16, 2019, an employee of my firm performed searches for George Gates, Victor Cooper, William Wood, Jason Feldmar, Anthony Orler, and Manali Dighe, by name and registration number, within the United States Patent and Trademark Office's "register of active patent practitioners," which is maintained by the Office of Enrollment and Discipline and is accessible online at https://oedci.uspto.gov/OEDCI/practitionerSearchEntry. I am informed that on this website, the address for George Gates is listed as 6060 Center Drive, Suite 830, Los Angeles, CA 90045; the

address for Victor Cooper, William Wood and Jason Feldmar is listed as 6701 Center Drive West, Suite 1050, Howard Hughes Center, Los Angeles, CA 90045; the address for Anthony Orler is listed as 2815 Townsgate Road, Suite 215, Westlake Village, CA 91361; and the address for Manali Dighe is listed as 999 E. Arques Avenue, Sunnyvale, CA 94085.

9. Huawei Device USA, Inc. ("Huawei USA") and Huawei Technologies USA Inc. ("HTUS") are named plaintiffs in Huawei's Complaint against L3Harris, filed in the Eastern District of Texas. E.D. Tex. Case No. 2:19-cv-00222-JRG, D.I. 4 at ¶ 2. Huawei's Complaint identified Huawei USA and HTUS as residing within the Eastern District of Texas, referring to them both as "a Texas corporation with a place of business in Plano, Texas." *Id.*

10. Based on a review of publicly available information and to the best of my knowledge, none of the named inventors of the patents-in-suit reside in Delaware. Based on the information within these patents' File Wrappers, during prosecution three inventors lived in California and the remaining sixteen lived in China.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 19, 2019 in Redwood City, California.

_____
Corey Johanningmeier