# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUAWEI DEVICE USA, INC., HUAWEI DEVICE CO., LTD., HUAWEI TECHNOLOGIES CO. LTD., HUAWEI TECHNOLOGIES USA INC., HUAWEI DEVICE (SHENZHEN) CO., LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> HARRIS CORPORATION, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00222-JRG |

## ORDER

In view of the Court's previous order (Case No. 2:18-cv-439, Dkt. No. 73) severing Plaintiffs Huawei Device (Shenzhen) Co.; Ltd., Huawei Device Co.; Ltd., Huawei Device USA, Inc.; Huawei Technologies Co. Ltd.; and Huawei Technologies USA Inc.'s (collectively, "Huawei") claims of patent infringement against Defendant Harris Corporation ("Harris") into the instant action, the Court issues this Order *sua sponte*.

It is hereby **ORDERED** that Case No. 2:19-cv-00222 ("Member Case") is hereby **CONSOLIDATED** into the **LEAD CASE**, No. 2:18-cv-00439 ("Lead Case") (together, "Consolidated Action"). All parties are instructed to file any future filings (except relating to venue) in the Lead Case. The Court's protective order (Lead Case, Dkt. No. 53), discovery order (Lead Case, Dkt. No. 44), and order appointing a mediator (Lead Case, Dkt. No. 39) in the Lead Case will govern the entire Consolidated Action and all parties thereto, as well as their counsel. The Court shall enter a separate docket control order to govern the Member Case. Any proposed

amendments to the docket control order, protective order, discovery order, or appointment of a mediator shall be filed within two weeks of this Order.

The local rules' page limitations for *Markman* briefs and other motions will apply to the Consolidated Action. To further promote judicial economy and to conserve the parties' resources, the Court encourages the parties to file a notice with the Court in the event that there are other related cases currently pending on the Court's docket that may also be appropriate for consolidation with this case.

**So ORDERED and SIGNED this 12th day of June, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE