IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) C.A. No. 1:19-cv-01306-MN |
| Plaintiff, | ) |
| v. | ) |
| L3HARRIS TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

**DECLARATION OF GERRY MITCHELL EVANDER IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

*Of Counsel*:

Denise De Mory
Corey Johanningmeier
Brenda Entzminger
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com

Dated: August 16, 2019

David M. Fry (No. 5486)
Shaw Keller LLP
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com
*Counsel for Defendant L3Harris Technologies, Inc.*

I, Gerry Mitchell Evander, declare as follows:

1. I submit this declaration in this case on behalf of defendant L3Harris Technologies, Inc. ("L3Harris").  I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2. I have worked at L3Harris and its predecessor Harris Corporation for 31 years.  I am currently employed as Chief Intellectual Property Counsel.  In that capacity, I am familiar with the litigation involving Huawei that was brought by the company in Texas and against the company in Texas and Delaware.

3. L3Harris is an international communications and information technology company serving government and commercial markets.

4. For 120 years, L3Harris has been a leader in technology and development. L3Harris is currently a leader in the fields of tactical communications, avionics, air traffic management, space and intelligence, and weather systems.

5. L3Harris employs more than 20,000 scientists and engineers and has advanced facilities that promote innovation and collaboration.

6. L3Harris's headquarters and principal place of business are in Melbourne, Florida.

7. Upon inquiry, L3Harris has only a small number of employees in the State of Delaware.  Based on my understanding of this action, none of these employees appear to have roles or information relevant to the action.

8. I have reviewed the Complaint in this action and the accused products named therein, and have determined that L3Harris does not develop, design or manufacture any of this action's accused products in the State of Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 16, 2019 in Melbourne, Florida.

_____
GERRY MITCHELL EVANDER