**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,<br>Plaintiff,<br>v.<br>L3HARRIS TECHNOLOGIES, INC.,<br>Defendant. | C.A. No. 19-1306-MN |

**DECLARATION OF ALEXANDER E. MIDDLETON IN SUPPORT OF PLAINTIFF HUAWEI TECHNOLOGIES CO., LTD.'S OPPOSITION TO L3HARRIS'S MOTION TO TRANSFER**

I, Alexander E. Middleton, hereby declare:

1. I am an attorney admitted to practice in the State of New York. I am over the age of 18 and make this declaration based on my personal knowledge.

2. I am an associate at the law firm of Ropes & Gray LLP in New York, NY. Ropes & Gray is counsel for Plaintiff Huawei Technologies Co., Ltd. ("Huawei").

3. I am providing this declaration in support of Huawei's Opposition to L3Harris's Motion to Transfer.

4. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 6,535,227, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-1 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

5. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Patent No. 6,958,986, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-2 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

6. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Patent No. 6,980,537, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-3 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

7. Attached hereto as **Exhibit 4** is a true and correct copy of U.S. Patent No. 7,027,426, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-4 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

8. Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Patent No. 7,224,678, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-5 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

9. Attached hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 7,327,690, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-6 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

10. Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 7,440,572, which was filed by Harris Corp. on February 15, 2019 as Exhibit 13-7 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

11. Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. RE44,325, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as Exhibit 4-1 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

12. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 8,416,892, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as Exhibit 4-2 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

13. Attached hereto as **Exhibit 10** is a true and correct copy of U.S. Patent No. 8,798,575, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as Exhibit 4-3 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

14. Attached hereto as **Exhibit 11** is a true and correct copy of U.S. Patent No. 9,838,851, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as Exhibit 4-4 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

15. Attached hereto as **Exhibit 12** is a true and correct copy of U.S. Patent No. 10,117,226, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as Exhibit 4-5 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

16. Attached hereto as **Exhibit 13** is a true and correct copy of Harris Corporation's Amended Complaint for Patent Infringement, which was filed by Harris Corp. on February 15, 2019 as D.I. 13 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

17. Attached hereto as **Exhibit 14** is a true and correct copy of Plaintiff Harris Corporation's Motion to Sever Defendants' Infringement Counterclaims, which was filed by Harris Corp. on May 15, 2019 as D.I. 65 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

18. Attached hereto as **Exhibit 15** is a true and correct copy of Reply in Support of Plaintiff Harris Corporation's Motion to Sever Defendants' Infringement Counterclaims, which was filed by Harris Corp. on May 30, 2019 as D.I. 69 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

19. Attached hereto as **Exhibit 16** is a true and correct copy of the Eastern District of Texas's Order, which was issued on June 12, 2019 as D.I. 73 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

20. Attached hereto as **Exhibit 17** is a true and correct copy of the Eastern District of Texas's Consolidation Order, which was issued on June 12, 2019 as D.I. 2 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222-JRG (E.D. Tex.).

21. Attached hereto as **Exhibit 18** is a true and correct copy of certain pages of Harris Corporation's Disclosure of Asserted Claims and Infringement Contentions Under P.R. 3-1 and Document Production Accompanying Disclosure Under P.R. 3-2., which was served by counsel for Harris Corporation on April 3, 2019 in *Harris Corp. v. Huawei Device USA, Inc.*, No. 2:18-cv-439 (E.D. Tex.).

22. Attached hereto as **Exhibit 19** is a true and correct copy of Plaintiff Huawei Device USA, Inc.'s Complaint for Patent Infringement, which was filed by Huawei Device USA, Inc. et al. on June 21, 2019 as D.I. 4 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

23. Attached hereto as **Exhibit 20** is a true and correct copy of Harris Corporation's Answer, Affirmative Defenses, and Counterclaims to Huawei's Complaint, which was filed by Harris Corp. on June 25, 2019 as D.I. 5 in *Huawei Device USA, Inc. v. Harris Corp.*, No. 2:19-cv-222 (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 3, 2019

Alexander E. Middleton

**CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on September 3, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

David M. Fry, Esquire
Shaw Keller LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*dfry@shawkeller.com*

*Attorneys for Defendant*

I further certify that on September 3, 2019**,** I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

Corey Johanningmeier, Esquire
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
*cjohanningmeier@bdiplaw.com*

*Attorney for Defendant*

Dated: September 3, 2019

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
302-571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Plaintiff*