# EXHIBIT 1



US006535227B1

(12) **United States Patent**

Fox et al.

(10) Patent No.: **US 6,535,227 B1**
(45) Date of Patent: **Mar. 18, 2003**

(54) **SYSTEM AND METHOD FOR ASSESSING THE SECURITY POSTURE OF A NETWORK AND HAVING A GRAPHICAL USER INTERFACE**

(75) Inventors: **Kevin L. Fox**, Palm Bay, FL (US); **Ronda R. Henning**, West Melbourne, FL (US); **John T. Farrell**, Melbourne, FL (US); **Clifford C. Miller**, Palm Bay, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/500,101**

(22) Filed: **Feb. 8, 2000**

(51) Int. Cl.$^7$ ...................... **G09G 5/00**; G06F 15/173; G06F 15/16

(52) U.S. Cl. ...................... **345/736**; 709/224; 709/223; 713/201

(58) Field of Search ................................. 345/734, 735, 345/736, 743, 741, 742, 764, 772, 969; 709/223, 224; 713/201

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,138,321 A | 8/1992 | Hammer | ...................... 342/36 |
| 5,485,409 A | 1/1996 | Gupta et al. | ................ 395/186 |
| 5,684,957 A | 11/1997 | Kondo et al. | .......... 395/200.06 |
| 5,699,403 A | 12/1997 | Ronnen | ...................... 379/32 |
| 5,745,382 A | 4/1998 | Vilim et al. | .......... 364/551.01 |
| 5,751,965 A | * | 5/1998 | Mayo et al. | ................. 345/734 |
| 5,764,913 A | * | 6/1998 | Jancke et al. | ................. 345/764 |
| 5,768,552 A | * | 6/1998 | Jacoby | ................. 345/418 |
| 5,787,235 A | | 7/1998 | Smith et al. | ................. 395/50 |
| 5,798,939 A | | 8/1998 | Ochoa et al. | ............... 364/493 |
| 5,812,763 A | | 9/1998 | Teng | .................... 395/187.01 |
| 5,892,903 A | | 4/1999 | Klaus | .................... 395/187.01 |
| 5,963,653 A | | 10/1999 | McNary et al. | ............. 382/103 |
| 6,020,889 A | * | 2/2000 | Tarbox et al. | ............. 345/736 |
| 6,271,845 B1 | * | 8/2001 | Richardson | ............. 345/969 |
| 6,330,005 B1 | * | 12/2001 | Tonelli et al. | ............. 345/734 |
| 6,356,282 B2 | * | 3/2002 | Roytman et al. | ............. 345/736 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | | 0 961 440 A2 | 12/1999 | ........... H04L/12/24 |
| WO | | WO 99/56195 | 11/1999 | ............. G06F/1/00 |

* cited by examiner

*Primary Examiner*—Kristine Kincaid
*Assistant Examiner*—Thanh Vu
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A graphical user interface is contained on a computer screen and used for determining the vulnerability posture of a network. A system design window displays network items of a network map that are representative of different network elements contained within the network. The respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network. Selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after a vulnerability posture of the network has been established.

**24 Claims, 14 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7

240

| SELECT DATA SENSITIVITY ☒ |
| --- |

SELECT THE SENSITIVITY FOR THE DATA ON

**NODE 1**

◎ UNCLASSIFIED

◎ SENSITIVE

◎ CONFIDENTIAL

◎ SECRET

◎ RESTRICTED SECRET

◎ TOP SECRET

| OK |
| RANDOM |
| DEFAULT |

*FIG. 8A*

250

| SELECT NODE CONFIGURATION ☒ |
| --- |

SELECT VULNERABILITY PROFILE FOR
**NODE 1**

| RISK SEVERITY CATEGORY | HIGH | MEDIUM | LOW |
| --- | --- | --- | --- |
| Network Information | 1 | 2 | 3 |
| Network Access | 4 | 5 | 6 |
| Password Access | 7 | 8 | 9 |
| Root Access | 10 | 11 | 12 |
| User Access | 13 | 14 | 15 |
| User Info | 16 | 17 | 18 |
| Root Access Net | 19 | 20 | 21 |
| Denial of Service | 22 | 23 | 24 |
| Data Access | 25 | 26 | 27 |
| General | 28 | 29 | 30 |
| Resource Access | 31 | 32 | 33 |
| System Access | 34 | 35 | 36 |
| Data Corruption | 37 | 38 | 39 |
| System Information | 40 | 41 | 42 |
| Auditing | 43 | 44 | 45 |
| System Configuration | 46 | 47 | 48 |
| Remote Execution | 49 | 50 | 51 |

| OK | DEFAULT | SAVE DEFAULT | VULN TEST ▼ |

*FIG. 8B*



FIG. 9



FIG. 10



*FIG. 11*



*FIG. 12*



*FIG. 13*



*FIG. 14*



FIG. 15



FIG. 16



SYSTEM CLASS DIAGRAM

FIG. 17

US 6,535,227 B1

1

# SYSTEM AND METHOD FOR ASSESSING THE SECURITY POSTURE OF A NETWORK AND HAVING A GRAPHICAL USER INTERFACE

This invention was made with Government support under Contract No. F30602-96-C-0289 awarded by the United States Air Force. The Government has certain rights in this invention.

## FIELD OF THE INVENTION

This invention relates to the field of networks, and more particularly, this invention relates to the field of assessing security vulnerabilities of networks.

## BACKGROUND OF THE INVENTION

Information systems and computer network infrastructures currently under development are now being built with consideration for what constitutes an acceptable risk (or adequate protection). System assets, such as the hardware, software and system nodes of a computer network, must be protected to a degree consistent with their value. Additionally, these assets must be protected only until the assets lose their value. Any security features and system architecture should also provide sufficient protection over the life of the processed data. To assess whether or not any risk associated with a network is acceptable, a security engineer typically gathers all pertinent information, and then analyzes the risk associated with the network.

Risk analysis is a complex and time consuming process, which is necessary to determine the exposures within a network and their potential harm. As an example, when analyzing the security risks in a computer network, the security engineering typically follows the following steps:

1) Identify assets of the overall computing system.
2) Identify vulnerabilities of assets. This step typically requires imagination in order to predict what damage might occur to the assets and from what sources. The three basic goals of computer security are ensuring secrecy, integrity and availability. A vulnerability is any situation that could cause loss of one of those three qualities.
3) Predict likelihood of occurrence (exploitation), i.e., determining how often each exposure will be exploited. Likelihood of occurrence relates to the stringency of the existing controls and the likelihood that someone or something will evade the existing controls.
4) Compute any uncovered cost per year (expected annual loss) by determining the expected cost of each incident.
5) Survey applicable controls and their costs.
6) Project annual savings of control.

This last step of the analysis is a cost-benefit analysis, i.e., does it cost less to implement a control or to accept the expected cost of the loss? Risk analysis leads to a security plan, which identifies responsibility for certain actions to improve security.

Today, the rapid evolution of technology and proliferation of computers with increased power mandate the use of commercial-off-the-shelf (COTS) hardware and software components for cost effective solutions. This strong dependence on COTS implies that commercial grade security mechanisms are sufficient for most applications. Security architectures, therefore, must be structured to build operational, mission-critical computer systems with relatively weak COTS components. Higher assurance compo-

2

nents can be placed at community or information boundaries, forming an enclave-based security architecture that implements a defense-in-depth approach to information assurance.

There are some design tools, i.e., software programs, available to the system architect to assist in maximizing the available protection mechanisms while remaining within the development budget. Current generation risk analysis tools usually are single vendor solutions that address a particular aspect or aspects of risk. These tools tend to fall into one of three categories:

1) Tools that work from documented vulnerability databases and possibly repair known vulnerabilities. Tools of this type are vendor-dependent for database updates, either through new product versions or by a subscription service. Examples from this category include ISS' Internet Scanner, Network Associates, Inc.'s CyberCop and Harris' STAT.
2) Monolithic tools that use various parameters to calculate a risk indicator. These tools are difficult to maintain and hard to keep current with the rapidly evolving threat and technology environment. An example of this tool category is Los Alamos Vulnerability Assessment (LAVA) tool.
3) Tools that examine a particular aspect of the system, such as the operating system or database management system, but ignore the other system components. SATAN, for example, analyzes operating system vulnerabilities, but ignores infrastructure components such as routers.

The use of multiple tools from a variety of vendors for a single computer network analysis is a labor-intensive task. Typically, a security engineer will have to enter a description or representation of the system (network) multiple times in multiple formats. The security engineer then must manually analyze, consolidate and merge the resulting outputs from these multiple tools into a single report of a network's security posture. Afterwards, the security engineer can complete the risk analysis (calculating expected annual loss, surveying controls, etc.), and then repeat the process to analyze alternatives among security risks, system performance, mission functionality and the development budget.

Also, none of these tools use an aggregate "snapshot" approach to the system with a "drill down" or layered approach to facilitate how one addresses risk at various layers (network, platform, database, etc.) of the system. These tools provide little assistance to system designers when analyzing alternatives among security risk, system performance and mission functionality. Instead, a "risk solution" is provided that addresses the particular aspect of risk that a given tool was designed to calculate. To develop a comprehensive risk assessment, a security engineer would have to become proficient in the use of several tools and manually correlate the resulting outputs.

One aspect of successful risk analysis is a complete and accurate accumulation of data to generate system models used by the analysis tools. Many current risk analysis tools depend on surveys filled out by users, system operations personnel, and analysts to acquire the data for development of a system model used in the analysis. Alternatively, a tool can actively scan a computer network to test various vulnerabilities against system-components.

However, these methods have drawbacks. Textual or survey-based knowledge solicitation techniques are labor intensive and potentially tedious for the analyst. Many of the existing tools reuse the same information to analyze differ-

US 6,535,227 B1

3

4

ent aspects of the system security. It would be more advantageous to use a centralized repository of modeling data, which could provide a basis for shared inputs among existing tools. This repository could be used to generate data sets for use by risk analysis tools, allowing multiple tools to be run against the same system without separate input activities, thus reducing the possibility of operator error. The use of multiple risk analysis reasoning engines, or backbends, would allow various aspects of the system to be analyzed without the cost of developing one tool to perform all types of analysis. Integration of the information and the resulting informed assessments available by applying multiple tools would produce a more robust and accurate picture of a system's security posture. These results can facilitate more informed system design decisions, providing a framework for alternative evaluation and comparison.

SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a data processing system and method for assessing the security vulnerability of a network without having to analyze the network multiple times.

A graphical user interface is contained on a computer screen and used for determining the vulnerability posture of a network. A system design window displays network icons of a network map that are representative of different network elements contained within a network. The respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network. Selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after vulnerability posture of the network has been established.

In still another aspect of the present invention, respective network elements determine different color indicative of a vulnerable network element. A graphical user interface can also comprise a manager window for displaying properties of network elements. A data sensitivity box can have user selected items for selecting the sensitivity of network elements. The graphical user interface can also comprise a select node configuration edit box having a user selectable vulnerability profile for selecting a vulnerability profile of a network node. The icons can be linked together by arrows that turn a different color indicative of a vulnerable connection that exists between those work elements.

In still another aspect of the present invention, a graphical user interface is contained on a computer screen and used for determining the vulnerability posture of a network. It includes a system design window for displaying icons of a network map that are representative of different network nodes contained within a network. The respective icons are linked together in an arrangement corresponding to how network nodes are interconnected within the network. A manager window an be included and respective properties of network nodes can be displayed and edited. The selected icons turn the color red indicative of a higher risk node, and selected icons turn yellow indicative of a less severe risk node after a vulnerability posture of the network has been established.

The manager window further comprises a node properties dialog box for editing the properties of network nodes for network design alternatives. A graphical user interface can also comprise a data sensitivity box having user selected items for selecting the sensitivity of network nodes. A select node configuration edit box can have a user selectable vulnerability profile for selecting a vulnerability of a respective node.

In still another aspect of the present invention, a vulnerability posture window can display user readable items indicative of vulnerable network elements. The user readable items can comprise a chart indicative of vulnerable network elements and can comprise a spreadsheet indicating the vulnerability of network elements.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects, features and advantages of the present invention will become apparent from the detailed description of the invention which follows, when considered in light of the accompanying drawings in which:

FIG. 1 is a schematic block diagram of a network showing locations where frequent problems are found on networks.

FIG. 2 is another schematic block diagram of a network showing an identified vulnerability located by the system and method of the present invention.

FIG. 3 is another schematic block diagram showing overall architecture of the system and method of the present invention and showing filters used in association with the network model database.

FIG. 4 is another schematic block diagram of the architecture of the present invention showing the fuzzy logic analysis.

FIG. 5 is another schematic block diagram showing high level architecture components of the data processing system and method of the present invention.

FIG. 6 is another high level schematic block diagram of the data processing system of the present invention.

FIG. 7 is an example of a graphical user interface that models the network as a map.

FIGS. 8A and 8B show open windows that provide data resolution in the establishment of the system object model database.

FIG. 9 is an example of a graphical user interface showing the network model.

FIG. 10 is a graphical user interface showing various reporting options for the security posture of the network.

FIG. 11 is a block diagram showing the basic processing components of the goal oriented fuzzy logic processing used in the data processing system and method of the present invention.

FIG. 12 is a schematic block diagram of the data fusion used in the data processing system and method of the present invention.

FIG. 13 is another schematic block diagram showing an example of gold-based fusion rules used in the data processing system and method of the present invention.

FIG. 14 is another block diagram showing basic processing steps and components used in the fuzzy logic processing of the data processing system and method of the present invention.

FIG. 15 is a block diagram showing basic components used in the fault tree analysis (DPLf) for evidence accumulation and fuzzy evidential reasoning rules.

FIG. 16 is a block diagram showing an object/class hierarchy.

FIG. 17 is a block diagram showing the system class diagram of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 illustrates an example of a conventional network 100 having internal servers 102 that connect to an external

US 6,535,227 B1

5

router **104**, communication network **105**, and firewall **106**. An internal router **108** is connected to the firewall **106**, branch office **107**, and connected to internal LAN network components **110** and a remote-access server **112** and remote user **114**.

Using the example of FIG. **1**, frequent problems found on networks include hosts, such as the internal servers **102**, which run unnecessary services, for example, a denial of service and anonymous FTP or misconfigured web servers that could be an internal server, for example, CGI scripts, anonymous FTP and SMTP. The internal LAN's **110** could include unpatched, outdated, vulnerable or default configured software and firmware and weak passwords. LAN's could also include improperly exported file sharing services, such as NetWare file services and NetBIOS. The internal LAN **110** could also include misconfigured or unpatched windows NT servers and problems caused by a lack of comprehensive policies, procedures, standards and guidelines. A remote-access server **112** could have unsecured remote-access points and the external router **104** could have information leakage through services, such as SNMP, SMIP, finger, roosers, SYSTAT, NETSTAT, TELNET banners, Windows NT TCP 139 SMB (server message block), and zone transfers to non-named server hosts. It could also have inadequate logging, monitoring and detecting capabilities. The branch office **107** could have a misappropriated trust relationship such as RLOGIN, RSH, or REXEC. The firewall **106** could be misconfigured or have a misconfigured router access control list.

Although these network problems are only an example of common problems found on networks **100**, there are many other problems that could occur, as is well known to those skilled in the art.

The present invention is advantageous because the system and method of the present invention allows the vulnerabilities of a network system to be identified. The software of the data processing system and method can be located on a user terminal **120**, as shown in FIG. **2**, showing an identified vulnerability of a node **122** connected in the internal LAN **110**. For purposes of description, the data processing system and method of the present invention can be referred to as a Network Vulnerability Tool (NVT), i.e., a tool a user uses to determine network vulnerabilities and risks.

The data processing system forming the NVT of the present invention can be loaded on a Pentium PC platform running Windows NT. This type of platform can provide a low cost solution and support a large variety of assessment tools, also commonly referred to as network vulnerability assessment or risk analysis programs throughout this description. These network vulnerability analysis programs typically are the standard COTS/GOTS programs known by security engineers, and include HP Open View, which allows network automatic discovery or manual network modeling; ANSSR (Analysis of Network System Security Risks) as manufactured by Miter Corporation, a GOTS network system analysis tool, which allows passive data gathering and single occurrence of loss. NSA's risk assessment methodology known as RAM (risk assessment model) can also be used and is implemented in the DPL-f decision support programming language. RAM also allows passive data gathering for event tree logic, prioritizes the task list, and allows a mathematical model with multiple risks/services. It is event based over time.

DPL (decision programming language) is a decision support software package that facilitates the modeling of complex decisions. It allows a user to incorporate uncertainty

6

and flexibility into a decision process. DPL provides a graphical interface for building a model, and performs analyses on the model. DPL-f contains the functionality built into DPL and provides a graphic interface for fault tree construction. This feature allows the modeler to create fault trees and incorporate them into DPL models. DPL-f also contains unique analytic tools. These tools include the ability to calculate explicitly the probability of any event in the tree and perform fault tree-specific types of sensitivity analysis. DPL-f provides an interface for incorporating time series into a model. This allows a modeler to account for devaluation, capital growth or other time-bearing quantities without changing the structure of the model. DPL-f provides RAM with additional capabilities for rapid fault tree construction, libraries of embedded fault trees, an expert opinion generation system, enumeration and ordering of cut sets and a graphical portrayal of risk over time.

The ISS Internet scanner as developed by Internet Security Systems Corporation (ISS) allows active data gathering and scans a network for hosts, servers, firewalls and routers and assesses security and policy compliance with networks, operating systems and software applications. It allows a snapshot in time and a computer network compliance report. These programs are disparate network vulnerability analysis programs that the NVT of the present invention allows for integration.

The NVT of the present invention is based on a knowledge solicitation framework, which incorporates a graphical description of a network topology. This topology is used to capture network attributes and analyzed subsequently for security vulnerabilities. Graphical user interface is also used to improve accuracy of the network model.

In accordance with the present invention, the system and method of the NVT automatically maps an existing network and can display the existing network as a model on a graphical user interface, such as shown in FIG. **7**. For example, HP Open View could graphically depict a network topology. Once the software has been given the IP address of a default router for the network, the NVT of the present invention can use Open View and search for computers and other devices attached to the network. NVT performs an active search, pinging possible IP addresses on the network, and adding whatever response information it receives to its network map. NVT also provides a manual method to draw a proposed network with the graphical user interface, as illustrated, to support drag and drop. A system architecture can be defined, including security critical information for alternative designs or node editing to provide additional details as required to provide complete logical network planning. A user can also represent an entire network on a map by using a sub-network icon.

When a network system description has been completed, the NVT of the present invention represents and stores the description in an object/class hierarchy, as shown as an example in FIGS. **16** and **17**, as will be explained below. A single topological system object model supports the information data needs of the disparate network vulnerability analysis programs (tools). Fuzzy logic processing of the results allows correlation of the results from the programs into a cohesive vulnerability/risk assessment to obtain a vulnerability posture of the network, as shown in the graphical user interface at FIG. **10**. The single representation of the system simplifies the use of multiple tools and eliminates redundant data entry. It also provides a foundation for addressing the problem of incomplete data for a given vulnerability assessment tool and future knowledge negotiation capabilities.

US 6,535,227 B1

7

FIG. **3** illustrates at **130** an example of the overall network visualization tool (NVT), data processing system of the present invention, where three network vulnerability analysis programs (tools) are illustrated as ANTSSR **132**, ISS Internet scanner **134**, and RAM **136**. The system and method of the present invention creates a system object model database (Network Model DB) **138** that represents a network and supports the information data requirements of the network vulnerability analysis programs. The system object model database **138** represents a single representation of the assessed system or design, and addresses the need for a single internal representation of a network to provide data to the network vulnerability analysis programs.

This model **138** uses object oriented (GO) methodology to provide an extensible set of components in a class hierarchy that can be combined to represent a network. The class hierarchy provides a means of defining components with shared common traits, while retaining the specifics that distinguished it from other components. In addition to an implicit hierarchical relationship, object oriented techniques provide a containment mechanism in which an object can contain a reference to any object, including itself. This provides a flexible mechanism for representing-any physical or logical entity. Also, object oriented representation lends itself to ready modification and extension and is ideal for an information assurance arena where changes and new technologies arise daily.

As shown in FIG. **3**, filters **140** are associated with each of the network vulnerability analysis programs **132**, **134**, **136** and allow only that data required by a respective network vulnerability programs to be exported to the tool (program). The filters are a C++ base class that provide a set of virtual methods to allow data movement between the NVT system and a program. The filter also provides a means for the NVT to control execution of the tool and complete data needed by a tool. NVT views each tool as a filter, calling the appropriate method within the filter to perform the desired task, including initializing, running, importing data and exporting data. Each tool can have a concrete filter subclass and provide the means to define each method specifically for the tool, while still providing the generic and well-defined programming interface (API) to NVT. This allows all tools to be treated the same within NVT, allowing the addition and removal of tools without changing any of the existing NVT codes.

Establishing communication between DPL-f and NVT using the filter technology is straightforward. A DPL-f filter is tasked with the specifics of building and populating fault trees. As an analysis tool, a default tree can represent a node in a network as developed and provide a probability value for events such as denial of service, loss of data and data compromise. Actually, DPL-f can be used as a final result tool.

The network is then analyzed with each network vulnerability analysis program to produce data results from each program. The data results are correlated to determine a security posture of the network. Network validation can occur through the fuzzy logic processing of the invention, as will be explained below, and the system GUI can have input to a user display.

An overview of the network is created as a model **142** by an automatic network discovery or manual entry **144**, such as through HP Open View, and an appropriate filter **146** allows the system GUI **148** to display the network model as shown in FIG. **7** via an appropriate data input **150** to a user display **152**. It is also possible to have a risk GUI **154** to

8

assess visually the risk vulnerability, a log **156** of the risk/vulnerability report, a risk assessment **158** as part of the GUI **148**, all through the network validation **160**, using a plug-in or fuzzy rule set as will be described in greater detail below. Any incomplete data resolution **161** can also be handled.

FIG. **4** illustrates a high level block diagram similar to FIG. **3**, showing the system object model database **138** that can be established and work in conjunction with an integrated application programming interface **162** to allow importing of data into the various tools **164**, as illustrated as a model tool, discovery tool and information analysis tools that result in the overall system results database **166**. An application programming interface **168** and a graphical user interface **170** work in conjunction with model database **138**. An evaluation/assessment manager **172** (manager) works in conjunction with an application programming interface (API) **174** and graphical user interface (GUI) **176** to correlate data results with fuzzy logic processing, indicated by dotted lines **178**, including expert correlation **180** and fuzzy inferences and evidential reason **182** to produce vulnerability results **184** and a graphical user interface (GUI) **186** for the correlated results. Although FIG. **4** represents a high level model showing an example of different components, it is only one example of one type-of high level components that could be used with the NVT system and method of the present invention.

FIGS. **5** and **6** illustrate other examples of high level models showing basic components and processing steps of the data sources **200** (FIG. **5**), together with the system picture **202**, a per tool analysis **204**, a multi-tool analysis **206**, the tool-to-expert analysis **208**, and report media **210**. The tool-to-expert analysis **208** could include the DPL-f **208a** as part of the fuzzy logic processing in a data fact base, and use with CERT notes **208b** and an expert system **208c** for expert correlation. Reports can be generated, including output as icons on a graphical user interface, text, an EXCEL spreadsheet, Access and Configuration, as known to those skilled in the art. FIG. **6** also illustrates another high level model similar to FIG. **5**, where the tools used to form a complete system object model and fuzzy logic process could include the individual tool processing and the multi-tool correlation.

FIGS. **7**–**10** illustrate in greater detail a graphical user interface **220** that can be contained on a computer screen and used for interacting with the NVT and determining the vulnerability posture of a network. As illustrated, the graphical user interface **220** is a standard type of Windows™ interface. A system design window **222** permits the display of network icons **224** forming a network map that is representative of the relationship among different network elements and nodes contained within a network. Respective network icons **224** are linked together in an arrangement corresponding to how the network elements nodes are interconnected within the network. As shown in FIG. **7**, the network elements can be linked together via connection lines **226**, showing the interconnection that exists among actual network elements and nodes. The system design window **222** shows on the left side an internetwork view **230** with two nodes and a network view **232** on the right hand side of the window to illustrate a map of the network model. A manager window **234** is opened and displays properties of network elements.

A select data sensitivity pop up window (box) **240** is user selectable through the menu options for selected network elements (FIG. **8**A), and has user selected items for selecting the sensitivity of network elements. The sensitivity for data

US 6,535,227 B1

9

on any node (node **1** in the example shown in FIG. **8A**) can be selected for unclassified, sensitive, confidential, secret, restricted secret or top secret with appropriate Okay, Random and Default buttons.

A select node configuration edit pop up window (box) **250** is shown in FIG. **8B** and can have user selectable vulnerability profiles for selecting a vulnerability profile of a network element or node. FIG. **9** also shows the network model diagram with the central hub and the interconnected nodes. It is possible that a user can edit the manager window **234** entries, which also allows the network discovery to occur through appropriate selection of buttons. Naturally, network icons can be selected and moved as necessary for editing and design alternatives.

After the security posture has been established through the system, icons representative of high risk network elements can turn colors, such as red, the hub **252**. Other selected icons could turn yellow, indicative of a less severe risk node, such as the HP4 node **254** shown in FIGS. **7** and **9**. It is possible that shaded areas around the node or portions of the network could be colored red or yellow indicative of higher risk vulnerability. It is also possible that the connection line could turn red or yellow to indicate a poor connection between elements.

FIG. **10** illustrates a vulnerability posture window **270** for displaying user readable icons indicative of vulnerable network elements and icons. The overall system model is shown as part of an open system design window. However, a spreadsheet **272** is illustrated and a NVT risk assessment chart **274** having slider bars for risk assessment. A risk analysis window **276** showing the top five risk analysis elements is also illustrated.

FIG. **16** shows in greater detail a class hierarchy with the Class Names **280** as public attributes and private attributes, the Aggregation **282** and Association **284** of Source **286** and Target **288** with Generalizations **290**. FIG. **17** illustrates an example of a system class diagram with various components identified in the blocks. Naturally, FIG. **17** is only a system class diagram as is known to those skilled in the art and is an example of what can be used for the system and method of the present invention.

Referring now in greater detail to FIGS. **11–15**, the goal oriented fuzzy logic decision making is illustrated. As shown in FIG. **11**, the system model database **138** and results **300** from the respective network vulnerability analysis programs are combined together using an applications programming interface and expert correlation to form a data fact base **302** through data fuzzification. Goal oriented fuzzy logic decision rules operate through fuzzy inference network rules **304** and fuzzy evidential reasoning rules **306** to determine the security posture of a network based on predetermined goals **308**.

The fuzzy logic processing of the present invention uses data fusion, evidential reasoning and inference network techniques. As known to those skilled in the art, evidential reasoning is a technique in which facts are gathered that support and refute a given hypothesis. The result is the proof or rejection of the hypothesis with a certain degree of confidence. The fuzzy logic processing of the present invention uses evidential reasoning to accumulate evident from the system and tool findings for each criteria, thereby merging the system assessment data into a single point of reference, the conformance of the system to a particular criteria. By suppling a set of criteria for fusion, the system constrains the fusion problem and reduces the search base. Evidential reasoning has previously been used to perform

10

level-one multi-sensor data fusion, and is a common global reasoning technique in fuzzy expert systems, such as the type of system known to those skilled in the art as fuzzyCLIPS, developed by NASA. The result is a set of fuzzy evidential rules whose purpose is to accumulate evidence for a given set of requirements. This resolves potentially conflicting, ambiguous and redundant data from expert correlation and draws conclusions with available data, even if it is incomplete.

The accuracy of the result is contingent upon the quantity and quality of the data available and it may be necessary to perform additional refinement on the available data prior to the application of fuzzy logic processing, while also maintaining the probabilistic nature of the data. This refinement uses inference networks and provides a method of reasoning about probability using heuristics, thereby removing the need for extensive a priori knowledge. The relation between the goals and potential security metrics encourages cross fertilization. As known to those skilled in the art, the fuzzyCLIPS uses fuzzy facts, which can assume any value between 0 and 1. The result can be viewed as a two dimensional plot of a continuous function bounded vertically by 0 and 1.

Data fusion is used with the system object database, data results data fact base. Intelligence data fusion is a multi-level, multi-disciplinary-based information process to yield the integration of information from multiple intelligence sources (and perhaps multiple intelligence disciplines) to produce specific and comprehensive, unified data about an entity (its situation, capabilities, and the threat it imposes). Data fusion provides information based on the available inputs. The intelligence data fusion process is typically partitioned into four levels, described in Table 1 below.

TABLE 1

THE LEVELS AND PURPOSES OF THE
INTELLIGENCE DATA FUSION PROCESS

| Data Fusion Level | Description |
|---|---|
| 1  Object Refinement | • Transforms data into consistent frame of reference<br>• Refines and extends, in time, estimates of object position, kinematics or attributes<br>• Assigns data to objects to allow application of estimation process<br>• Refines the estimation of object identity |
| 2  Situation Refinement | • Develops description of current relationships among objects and events in the context of the environment<br>• A symbolic, reasoning process by which distributions of fixed and tracked entities and events and activities are associated with environmental and performance data in the context of an operational problem |
| 3  Threat Refinement | • Projects the current "situation" into the future and draws inferences about threats, vulnerabilities and opportunities for operations |
| 4  Process Refinement | • Monitors process performance to provide information for real-time control and long-term improvement<br>• Identifies what information is needed to improve the multi-level fusion product<br>• Determines the source specific data requirements to collect required information<br>• Allocates and directs the sources to achieve mission goals |

US 6,535,227 B1

**11**

As noted before, NVT combines multiple types of data, from multiple sources, with other contextual information to form an integrated view of a networked system's security posture. NVT provides a user with a simple expression of the vulnerability posture of a given system or system design, and enables them to perform "what if" analysis for functionality, performance, and countermeasure trades, for the purpose of refining and improving the system or system design.

In computer security engineering, sensors are the various vulnerability assessment and risk analysis tools, along with the GUI to gather information, as needed, from the user. The resulting outputs from these tools take the form of both qualitative and quantitative data, in a variety of formats from different vendors. For computer security engineering, the objects of interest are the nodes in a network (computing system), i.e. the assets, including hardware, software and data. The situation of interest is an assessment of the weaknesses in the security system of a computer network segment that might be exploited to cause harm or loss of secrecy, integrity or availability.

Assessing the risk faced by a computing system involves an assessment of the threats faced, their likelihood of occurrence (exploitation), and the expected cost of the loss (or harm). Finally, the network (computing system) can be refined based on the results of cost-benefits analysis. This requires information on protective measures (controls or countermeasures) appropriate for particular vulnerabilities and their costs. The cost-benefit analysis seeks to determine if it costs less to use a control or countermeasure, or accept the expected cost of the loss. This leads to the development of a security plan to improve security of a computer network system.

Table 2 contains an example of a first partitioning of this data fusion process for computer security engineering that could be used with the present invention, with four processing levels, corresponding to the four levels found in Table 1. As illustrated in FIG. **12**, inputs to this process would consist of the object model database **138**, results from individual tools **132, 134, 136,** and other contextual information. The different data fusion levels 1–4 are indicated generally at **320, 322, 324** and **326.**

TABLE 2

| | INITIAL PROCESSING LEVELS OF DATA FUSION FOR COMPUTER SECURITY RISK ANALYSIS | |
|---|---|---|
| | Data Fusion Levels | Description |
| 1 | Node Data Refinement | Transforms data into consistent frame of reference<br>• Refinement of data at the network node-level (the objects for computer security data fusion)<br>• Data from multiple tools - correlated (assigned to appropriate nodes) and possibly combined at each node<br>• Refines the estimation of object identity - network node (workstation) is a system-of-systems, consisting of an OS, critical applications, a database and data<br>• Vulnerability analysis at this level does not yet constitute situation assessment |
| 2 | Network Segment Refinement | • Refinement of the situation at the network segment-level (system-of-systems level)<br>• Develops description of current relationships among objects (nodes) in the context of the environment (a network segment) |

**12**

TABLE 2-continued

| | INITIAL PROCESSING LEVELS OF DATA FUSION FOR COMPUTER SECURITY RISK ANALYSIS | |
|---|---|---|
| | Data Fusion Levels | Description |
| 3 | Risk Refinement | • A symbolic, reasoning process by which information about entities (nodes, network segments) and environment are associated with evidence about computer security goals, requirements<br>• Combining tool results at the network segment-level<br>• The situation of interest is the assessment of the network segment's vulnerabilities or exposures<br>• Refinement of the exposures and their potential for harm (risk) within a computing system<br>• Projects the current "situation" (state of the computer network system) into the future and draws inferences about threats, vulnerabilities and opportunities for operations<br>• Based on vulnerabilities, concerns, context, cost, threats<br>• Refinement of a system design with the identification of controls that reduce one or more vulnerabilities<br>• Based on countermeasures, components, cost<br>• Identifies what information is needed to improve the multi-level fusion product<br>• Facilitate long-term improvement of the system |

While the data fusion used in the present invention provides a conceptual framework for addressing the problem of merging results from multiple vulnerability assessment and risk analysis tools, expert systems, inference networks and evidential reasoning are used to implement the fusion concepts and merge tool results. The flexibility of fuzzy decision technology, in particular, fuzzy expert systems, offers the means to address these problems. A primary benefit of a fuzzy expert system is its ability to use and assimilate knowledge from multiple sources.

Fuzzy logic provides the technique for representing and inferring from knowledge that is imprecise, uncertain or unreliable. Similar to traditional expert systems, a fuzzy expert system can represent knowledge in the form of a system of IF/THEN rules in which the antecedents, consequent, or both are fuzzy rather than crisp. Fuzzy logic is used to determine how well fuzzy facts match the rules, and to what degree this match affects the rule's conclusion.

In accordance with the present invention, an inference network is a hierarchy of heuristic rules that can propagate probabilities without requiring extensive knowledge of a priori probabilities (e.g. Bayesian networks). The heuristic rules can be developed using expert knowledge on how the probabilities propagate, allowing conclusions to be drawn with limited knowledge of a priori probabilities. This results in low-level discrete probabilities being accurately reflected in higher-level conclusions. Probabilities of low-level events (such as probability of password compromise based on lifetime) need to be part of any conclusions drawn on higher-level events (vulnerability of password).

Initial studies of NVT uses accumulation of evidence to modify a fuzzy-fact and represent the change in state required by the current system. This state change fuzzy-fact is then used to modify the system and the new state is fed

US 6,535,227 B1

**13**

back into the change of state rules in an endless cycle, using global contribution. FuzzyCLIPS allows the definition of fuzzy-fact types, but only one fact of each type will ever exist. Therefore every rule that manipulates that fact type actually modifies a single fact, leading to accumulation of evidence.

Global contribution and accumulation of evidence have lead to a FuzzyCLIPS methodology that defines fuzzy-facts representing different vulnerability states. These facts will use global contribution and accumulation of evidence to acquire final values reflecting the tested system's vulnerability, i.e., evidential reasoning. This method reflects the well-defined use of fuzzy logic control systems, limiting the execution to a finite number of cycles instead of allowing it to run continuously. FuzzyFusion™ has been developed by Harris Corporation of Melbourne, Fla., and will use this methodology to accumulate evidence from rules based on knowledge from network security experts. In particular, FuzzyFusion™ will employ evidential reasoning as a technique in which facts are gathered supporting and refuting a given hypothesis. The result is the proof or rejection of the hypothesis with a certain degree of confidence.

Initial knowledge extraction has resulted in the use of security requirements to accumulate evidence, i.e. how well does a system meet the requirements. This demonstrates a strong correlation between the methods of verifying a database (e.g. AFCERTS) and verifying security requirements, leading to using the database and requirements as global contribution facts to accumulate evidence, illustrated in FIG. **13**. This also shows how varying the granularity of the goals directly impacts the granularity of the assessment, i.e. the assessment will only be as detailed as the goals. The accumulation of evidence is being viewed as a goal orientated approach to obtaining the results while maintaining the use of a forward inference technique, and for now will be phrased as "Goal-based Fusion".

One example of how fuzzy logic can be applied with merging tool results in computer security uses the combination of results from ANSSR and ISS Internet Scanner, two of the tools currently used within one aspect of NVT. The outputs of the tools are both quantitative (ANSSR) and qualitative (Internet Scanner). Fuzzy logic allows the system to represent both data types within the same system. Then an initial hypothesis is formulated, and fuzzy logic is used to gather evidence to contradict or support the hypothesis.

For this example, an initial hypothesis could be that auditing is invalid in an existing network system. The system user then exercises the ANSSR and ISS Internet Scanner tools. If ANSSR supplies a number 90 (out of 100), that auditing is sufficient. Fuzzy logic allows NVT to account for this as strong refuting evidence for the initial hypothesis that auditing is invalid. If Internet Scanner supplies the qualitative data that User Access is not audited, fuzzy logic accounts for this as supporting evidence, which is combined with the evidence from ANSSR. When the tools are finished, the contributing evidence for auditing is represented as a single fuzzy fact that provides a measure of how well auditing is implemented.

FuzzyFusion™ as developed by Harris Corporation of Melbourne, Fla. is a means to consolidate and merge the results of vulnerability assessment and risk analysis tools, employed within the NVT into a unified system. In particular, FuzzyFusion™ is developed to implement Levels 1 and 2 fusion. FuzzyFusion™ is accomplished through the use of a fuzzy expert system (Goal-Oriented Fuzzy Logic Decision Rules) using FuzzyCLIPS, which combines the outputs of

**14**

the various tools, user concerns about system risks and vulnerabilities, and expert understanding of the results of each tool and how these fit into a larger information system security picture. Thus, NVT users obtain a simple expression of the security posture of a given computing system, or system design, and can perform "what if" analysis for functionality, performance, and countermeasure trades.

FIG. **14** illustrates the NVT FuzzyFusion™ component architecture for implementing the first two levels of data fusion for computer security engineering. As the figure illustrates, the task of modeling security expertise is partitioned into discrete tasks. Separation of Expert Correlation (Data Framework Merge Rules), Fuzzy Inference Network Rules, and Fuzzy Evidential Reasoning Rules addresses the problems of brittle expert systems and computational explosion. It also segregates low-level data correlation and fusion from the resolution of ambiguous/conflicting data and the merging of results into one picture. This should result in fuzzy expert systems that are easier to maintain than one large comprehensive system. Elements of this architecture are described below.

Data Fuzzification **310** converts the results from the individual vulnerability assessment and risk analysis tools **132**, **134**, **136** into fuzzy-facts, and stores those along with the Common System Model (CSM), i.e., system object model database **138**, into the (FuzzyCLIPS) Fact-Base **302**. Individual tool results (after fuzzification) and the CSM **138** are exported for Expert Correlation processing **3310** (Data Framework Merge Rules) to resolve system information and integrate tool output based on security expertise. Expert opinion can be used to determine the specific fuzzy values attributed to the low-level events.

The Expert Correlation (Data Framework Merge Rules) **330** is a collection of fuzzy expert rules to perform node-level data refinement (Level-1) or network-segment refinement (Level-2). These rules correlate and consolidate the (fuzzified) outputs from the vulnerability assessment and risk analysis tools, using expertise from security engineers. These rules leverage extensive experience in security assessment to resolve low-level systems data and tool results. These rules resolve system information and integrate tool output. Expert Correlation Rule processing **330** can also transform low-level data from the CSM and tool results into high level conclusions. For example,

IF auditing is on with these flags, AND the audit data is not backed up, THEN auditing is unreliable.

Working from fuzzy-facts in the Fact-Base **302**, a set of Level-1 fusion rules can consolidate the vulnerabilities for each node, resulting in a vulnerability rating for each node in the network. This rating can be imported back to NVT for display. Similarly, a set of Level-2 fusion rules can consolidate the vulnerabilities for each network segment, resulting in a vulnerability rating for each network segment. This can again be imported back for display.

The data is then subject to Fuzzy Inference Network Rules processing **304**. It may be necessary to perform additional refinement on the available data prior to the application of Fuzzy Evidential Reasoning Rules **304**, while maintaining the probabilistic nature of the data. This refinement will use inference networks, as known to those skilled in the art, which provides a method of reasoning about probability using hueristics, thereby removing the need for extensive a priori knowledge.

Fuzzy Evidential Reasoning Rules **306** are a collection of fuzzy expert rules to merge individual tool results into a higher level assessment, from a systems-level perspective,

US 6,535,227 B1

15

of a network's security posture. These rules provide a mechanism for merging the CSM, tool results and the results from the Expert Correlation (Data Framework Merge Rules) **330** into a unified report. This also removes the necessity of dealing with incomplete and conflicting data from the forward-chaining expert system used in Expert Correlation.

Evidential reasoning use a technique in which facts are gathered to support and refute a given hypothesis. The result is the proof or rejection of the hypothesis with a certain degree of confidence. FuzzyFusion™ uses evidential reasoning to accumulate evidence for each criterion, thereby merging the computer network system assessment data into a single point of reference, the conformance of the system to particular criteria. By supplying a set of criteria for fusion, NVT constrains the fusion problem and reduces the search space, referred to earlier as goal-based fusion. The result will be a set of fuzzy evidential rules whose sole purpose is to accumulate evidence for a given set of requirements. This resolves the potentially conflicting, ambiguous and redundant data from Expert Correlation (Data Framework Merge Rules) **330**, and draws conclusions with the available data, even if it is incomplete. Obviously, the accuracy of the result is contingent upon the quantity and quality of the data available.

As noted before, the fuzzy logic processing is goal oriented. Goals for Evidence Accumulation processing **350** may be derived from a Security Requirements Database **352**, a Computer Security Metrics Database **354**, or a Vulnerability Database **356**, such as, a database composed of AFCERTs. Bounding fusion to pre-defined goals limits computation times. FuzzyFusion™ goals provide mechanism to obtain IA metrics.

The FuzzyFusion™ process has a number of advantages over traditional approaches. Crisp expert systems would require extremely large knowledge bases to encompass the necessary data and, yet, would still have a problem with incomplete data and conflicting results. Bayesian and probability networks require extensive and often unavailable a priori knowledge of probabilities. Algorithmic solutions do not fit the probabilistic and heuristic nature of the security problem.

Rete-based expert systems such as FuzzyCLIPS suffer from a geometric increase in execution time based on the number of rules and facts present in the system. This leads to breaking the analysis into subnetworks. FuzzyFusion™ will add subnetwork and scaling capabilities. The nodes for each subnetwork will be evaluated as a group, and then groups of subnetworks will be evaluated. Grouping the rules for each type of analysis into different modules will reduce the size of the Rete-network. In addition to decreasing execution time, this will also introduce a scalable method of analyzing networks that maps to the network model used by NVT.

As shown in FIG. **15**, the other possible data spaces could include a threat knowledge database **360**, cost database **362** as part of Level 3 fusion and a counter measure knowledge base, component database and cost database as part of Level 4 fusion.

This application is related to copending patent applications entitled, "SYSTEM AND METHOD FOR ASSESSING THE SECURITY POSTURE OF A NETWORK," and "SYSTEM AND METHOD FOR ASSESSING THE SECURITY POSTURE OF A NETWORK USING GOAL ORIENTED FUZZY LOGIC DECISION RULES," which are filed on the same date and by the same assignee and inventors, the disclosures which are hereby incorporated by reference.

16

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is to be understood that the invention is not to be limited to the specific embodiments disclosed, and that the modifications and embodiments are intended to be included within the scope of the dependent claims.

That which is claimed is:

**1**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying network icons of a network map that are representative of different network elements contained within a network, wherein respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network;

wherein selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after a security posture of the network has been established by correlating a system object model database that supports information data requirements of disparate network vulnerability analysis programs with any data results obtained from the programs.

**2**. A graphical user interface according to claim **1**, wherein respective network elements turn a different color indicative of a vulnerable network node.

**3**. A graphical user interface according to claim **1**, and further comprising a manager window for displaying properties of network elements.

**4**. A graphical user interface according to claim **1**, wherein icons are linked together by arrows that turn a different color indicative of a vulnerable connection that exists between network elements.

**5**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying icons of a network map that are representative of different network nodes contained within a network, wherein respective icons are linked together in an arrangement corresponding to how network nodes are interconnected within the network;

a manager window on which respective properties of network nodes are displayed and edited;

wherein selected icons turn the color red indicative of a higher risk node and selected icons turn yellow indicative of a less severe risk node after a vulnerability posture of the network has been established by correlating a system object model database that supports information data. requirements of disparate network vulnerability analysis programs with any data results obtained from the programs.

**6**. A graphical user interface according to claim **5**, wherein said manager window further comprises a node properties display box for editing the properties of network nodes for network design alternatives.

**7**. A graphical user interface according to claim **5**, and further comprising a data sensitivity box having user selected items for selecting the sensitivity of network nodes.

**8**. A graphical user interface according to claim **5**, and further comprising a select node configuration edit box having a user selectable vulnerability profile for selecting a vulnerability of a respective node.

US 6,535,227 B1

17

**9**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying security icons of a network map that are representative of different network elements contained within a network, wherein respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network, wherein selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after a security posture of the network has been established by correlating a system object model database that supports information data requirements of disparate network vulnerability analysis programs with any data results obtained from the programs; and

a vulnerability posture window for displaying user readable items indicative of vulnerable network elements.

**10**. A graphical user interface according to claim **9**, wherein said user readable items comprise a chart indicative of vulnerable network elements.

**11**. A graphical user interface according to claim **9**, wherein said user readable items comprise a spreadsheet indicating the vulnerable network elements.

**12**. A graphical user interface according to claim **9**, wherein respective network elements represented by icons turn a different color indicative of a vulnerable network node.

**13**. A graphical user interface according to claim **9**, and further comprising a manager window for displaying properties of network elements.

**14**. A graphical user interface according to claim **9**, and further comprising a data sensitivity box having user selected items for selecting the sensitivity of network elements.

**15**. A graphical user interface according to claim **9**, and further comprising a select node configuration edit box having a user selectable vulnerability profile for a network node.

**16**. A graphical user interface according to claim **9**, wherein icons are linked together by arrows that turn a different color indicative of a vulnerable connection that exists between network elements.

**17**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying icons of a network map that are representative of different network nodes contained within a network, wherein respective network icons are linked together in an arrangement corresponding to how the network nodes are interconnected within the network;

a manager window on which respective properties of network nodes are displayed and edited;

wherein selected icons turn the color red indicative of a higher risk node and selected icons turn yellow indicative of a less severe risk node after a security posture of

18

the network has been established by correlating a system object model database that supports information data requirements of disparate network vulnerability analysis programs, with any data results obtained from the programs; and

a vulnerability posture window for displaying user readable items indicative of vulnerable network icons.

**18**. A graphical user interface according to claim **17**, wherein said user readable items comprise a chart indicative of vulnerable network nodes.

**19**. A graphical user interface according to claim **17**, wherein said user readable items comprise a spreadsheet indicating the vulnerable network nodes.

**20**. A graphical user interface according to claim **17**, wherein said manager window further comprises a node properties display box for editing the properties of network nodes for network design alternatives.

**21**. A graphical user interface according to claim **17**, and further comprising a data sensitivity box having user selected items for selecting the sensitivity of data respective nodes.

**22**. A graphical user interface according to claim **17**, and further comprising a select node configuration edit box having a user selectable vulnerability profile for a respective node.

**23**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying network icons of a network map that are representative of different network elements contained within a network, wherein respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network and a data sensitivity box having user selected items for selecting the sensitivity of network elements;

wherein selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after a security posture of the network has been established.

**24**. A graphical user interface contained on a computer screen and used for determining the security posture of a network comprising:

a system design window for displaying network icons of a network map that are representative of different network elements contained within a network, wherein respective network icons are linked together in an arrangement corresponding to how network elements are interconnected within the network and a select node configuration edit box having a user selectable vulnerability profile of a network node;

wherein selected portions of the network map turn a different color indicative of a vulnerability that has been established for that portion of the network after a security posture of the network has been established.

* * * * *

# EXHIBIT 2



US006958986B2

(12) **United States Patent**

Cain

(10) Patent No.: **US 6,958,986 B2**
(45) Date of Patent: **Oct. 25, 2005**

(54) **WIRELESS COMMUNICATION SYSTEM WITH ENHANCED TIME SLOT ALLOCATION AND INTERFERENCE AVOIDANCE/MITIGATION FEATURES AND RELATED METHODS**

(75) Inventor: **Joseph Bibb Cain**, Indialantic, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 380 days.

(21) Appl. No.: **10/401,004**

(22) Filed: **Mar. 27, 2003**

(65) **Prior Publication Data**

US 2004/0028018 A1 Feb. 12, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/043,457, filed on Jan. 10, 2002.

(51) Int. Cl.[7] ............................................. **H04B 7/212**
(52) U.S. Cl. ........................................ **370/337**; 370/347
(58) Field of Search ................................ 370/328, 229, 370/332, 333, 337, 341, 347, 348, 431, 442, 468

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,371,780 A | 12/1994 | Amitay | ....................... | 379/58 |
| 5,719,871 A | 2/1998 | Helm et al. | ................. | 370/479 |
| 5,767,807 A | 6/1998 | Pritchett | ..................... | 342/374 |
| 6,226,531 B1 | 5/2001 | Holt et al. | ................... | 455/562 |
| 6,243,371 B1 | 6/2001 | Chawla et al. | ............. | 370/347 |
| 6,278,883 B1 | 8/2001 | Choi | ........................... | 455/552 |
| 6,295,285 B1 | 9/2001 | Whitehead | ................... | 370/329 |
| 6,418,148 B1 | 7/2002 | Kumar et al. | ............... | 370/468 |
| 6,438,389 B1 | 8/2002 | Sandhu et al. | ............. | 455/562 |
| 6,822,966 B2 * | 11/2004 | Putcha et al. | ............. | 370/411 |
| 2002/0183066 A1 | 12/2002 | Pankaj | ....................... | 455/453 |
| 2003/0013451 A1 | 1/2003 | Walton | ....................... | 455/447 |
| 2004/0032847 A1 * | 2/2004 | Cain | ........................... | 370/338 |
| 2004/0081134 A1 * | 4/2004 | Kotzin | ....................... | 370/348 |

* cited by examiner

*Primary Examiner*—Ajit Patel
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A wireless communication network may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the wireless transceiver. The controller may also be for scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, where the data has different priority levels. The controller may also determine respective link utilization metrics for each data priority level for each communication link, and schedule demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels. The wireless communication network may also provide enhanced interference avoidance and/or mitigation features in certain embodiments.

**32 Claims, 15 Drawing Sheets**





FIGURE 1



FIGURE 2



FIGURE 3



FIGURE 4



*FIGURE 5*



*FIGURE 6*



FIGURE 7



FIGURE 8



FIGURE 9



FIGURE 10



FIGURE 11



FIGURE 12                    FIGURE 13



FIGURE 14

FIGURE 15



FIGURE 16

FIGURE 17



FIGURE 18

FIGURE 19



FIGURE 21



FIGURE 20



*FIGURE 22*          *FIGURE 23*



FIGURE 24

FIGURE 25

Case 1:19-cv-01306-MN   Document 16-1   Filed 09/03/19   Page 40 of 144 PageID #: 408



FIGURE 26



FIGURE 27



*FIGURE 28*

*FIGURE 29*

US 6,958,986 B2

1

# WIRELESS COMMUNICATION SYSTEM WITH ENHANCED TIME SLOT ALLOCATION AND INTERFERENCE AVOIDANCE/MITIGATION FEATURES AND RELATED METHODS

## RELATED APPLICATION

This application is a continuation-in-part of co-pending application Ser. No. 10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein by reference.

This invention was made with Government support under Contract Number N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government has certain rights in this invention.

## FIELD OF THE INVENTION

The present invention relates to the field of communications, and more particularly, to a network of mobile communication systems operating with directional antennas.

## BACKGROUND OF THE INVENTION

Time division multiple access (TDMA) is one example of an access scheme used for establishing communication links between wireless mobile communication systems. Communication links between the wireless mobile communication systems are established within a series of time frames. Each time frame is divided into time slots, with each wireless mobile communication system being assigned at least one time slot.

An omni-directional antenna is typically used by a wireless mobile communication system so that information transmitted by one mobile communication system is received by all the other mobile communication systems. When the mobile communication systems are operating at a fixed frequency, they must take turns transmitting within their respective time slots to prevent channel interference.

To improve quality of a communications link between two wireless communication systems, a directional antenna may be used. The directional antenna provides an increased antenna gain in a desired area that is limited in coverage while decreasing the antenna gain towards the remaining area.

U.S. Pat. No. 5,767,807 to Pritchett discloses phased array antennas being used for establishing communication links within a network of wireless communication systems. The phased array antenna includes parasitic elements for selectively controlling the antenna pattern. The phased array antenna radiates an omni-directional signal when all of the parasitic elements are in a high impedance state, and radiates a directional signal when a selected number of parasitic elements are placed in a lower impedance state in response to switching circuits.

More particularly, the Pritchett '807 patent discloses the acquisition, by a fixed initiating wireless communication system from a fixed receiving wireless communication system, of a list of the wireless communication systems operating in the network and a corresponding respective time slot list for each wireless communication system. A table is then created based upon the list for scheduling time slots among the wireless communication systems.

Scheduling time slots for wireless communication systems operating with directional antennas, particularly when the wireless communication systems are mobile, is complex.

2

In such a dynamic network, mobile communication systems are continuously entering into and dropping out of the network. Furthermore, procedures for interference detection and avoidance are needed.

With Optimized Link State Routing (OLSR), link state information can quantify the status of a link with various quality of service (QoS) metrics including bandwidth, delay, and probability of data loss. Each router maintains complete topology information and periodically broadcasts the link state information to all other nodes in the network via flooding. Thus, procedures for reporting link quality to the OLSR protocol in a directional antenna mobile communication system are needed.

## SUMMARY OF THE INVENTION

It is an object of the present invention to schedule time slots and mitigate the effects of interference in a manner that is responsive to variations in communication link demands in a mobile wireless network.

This and other objects, features and advantages in accordance with the present invention are provided by a wireless communication network which may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the transceiver. The controller may also be for scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, where the data has different priority levels. The controller may also determine respective link utilization metrics for each data priority level for each communication link, and schedule demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

More particularly, the controller may determine link utilization metrics for each data priority level for each additional communication link, and re-allocate the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels. The controller may re-allocate the demand assigned time slots by designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith, and estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto. The designated demand assigned time slots may then be re-allocated based upon the estimated reduced capacity link utilization metrics.

Additionally, the controller may also estimate increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto. As such, the controller may re-allocate the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

Each link utilization metric may be determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level. Also, the controller may further include a queue for storing data prior to transmitting, and each link utilization metric may be determined based upon a quantity of data corresponding to the respective priority level in the queue. Additionally, the controller may determine an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

US 6,958,986 B2

3

The communication link and additional communication links may advantageously be directional communication links, and each node may further include a phased array antenna connected to the transceiver and controlled by the controller for establishing the directional communication links. The wireless communication network may be a mobile ad-hoc network (MANET), for example.

Another advantageous aspect of the invention relates to a wireless communication network which may include a plurality of mobile nodes each including a wireless transceiver and a controller for controlling the wireless transceiver. The controller may also schedule a directional communication link to a neighboring mobile node during a time slot by determining relative positions of the neighboring mobile node and other potentially interfering mobile nodes transmitting during the time slot, and determining potential interference to the directional communication link based upon the relative positions. Furthermore, the directional communication link may be scheduled during the time slot if the potential interference is below a threshold.

More particularly, the controller may determine the relative positions based upon a respective distance and angle to the neighboring mobile node and each potentially interfering mobile node. The relative positions may further be determined based upon at least one of a plane-earth attenuation algorithm and a free space attenuation algorithm.

In addition, the controller may determine the potential interference based upon estimated signal path loss. The potential interference may also be determined based upon side lobes from signals transmitted by the potentially interfering nodes and a side lobe suppression algorithm.

The controller may receive a request from the neighboring mobile node to establish the directional communication link prior to determining the relative positions. After scheduling the directional communication link, the controller may also intermittently determine relative positions of the neighboring mobile node and other potentially interfering nodes, determine potential interference to the directional communication link based upon the intermittently determined relative positions, and schedule the directional communication link during a new time slot if the potential interference rises above the threshold.

Additionally, the controller may have a look-up table for storing signal-to-interference values, and the controller may further determine the interference based upon the stored signal-to-interference values. Also, the mobile nodes may further include a position determining device for measuring a respective position thereof, and the controller may determine the relative positions based upon the measured positions of the neighboring mobile node and the potentially interfering mobile nodes.

In accordance with yet another advantageous aspect of the invention, the wireless communication network may include a plurality of mobile nodes establishing communication links therebetween during assigned time slots and re-allocating the assigned time slots based upon usage requirements. In particular, an initiating mobile node may identify available time slots shared with neighboring mobile nodes, rank the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes, and transmit a time slot re-allocation request to a receiving mobile node including the available time slots and ranking thereof.

The receiving mobile node may in turn receive the time slot re-allocation request, rank the available time slots based upon link utilization during the available time slots by the

4

receiving mobile node and mobile nodes neighboring the receiving mobile node, and generate a combined ranking of the available time slots based upon the rankings thereof by the initiating mobile node and the receiving mobile node. The receiving mobile node may then re-allocate at least one of the available time slots for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking.

More particularly, the initiating mobile node and the receiving mobile node may each determine a traffic demand metric associated with each available time slot and remove from consideration for re-allocation any available time slot having a traffic demand metric associated therewith above a high usage threshold. Further, the initiating mobile node and the receiving mobile node may also each determine a signal-to-interference (SIR) value associated with each available time slot and remove from consideration for re-allocation any available time slots having an SIR value associated therewith above a high SIR threshold. Also, the initiating mobile node and the receiving mobile node may each determine an SIR value associated with each available time slot and further rank the time slots based thereon.

The initiating mobile node and the receiving mobile node may advantageously transmit data having a plurality of priority levels. The receiving mobile node may thus only re-allocate an available time slot if data to be transmitted during the available time slot has an equal or greater priority level than data currently being transmitted during the available time slot. The initiating mobile node and the receiving mobile node may each estimate a reduced capacity link utilization metric for each available time slot and further rank the available time slots based thereon.

Moreover, the initiating mobile node and the receiving mobile node may each rank the available time slots based upon an average quantity of data transmitted therein. Again, the mobile nodes may include queues for storing data to be transmitted over the communication links, and the initiating mobile node and the receiving mobile node may each rank each available time slot based upon an amount of data stored in queues associated with a respective communication link.

Still another advantageous aspect of the invention is provided in a wireless communication network in which a pair of the mobile nodes establish a communication link for transmitting packets therebetween during at least one time slot. At least one of the mobile nodes from the pair of mobile nodes may determine a link quality value associated with the communication link during the at least one time slot and if the communication link is of a first or second quality. The pair of mobile nodes may cooperate to re-allocate the communication link to a new time slot within a first time period if the communication link is of the first quality during the at least one time slot. They may also cooperate to re-allocate the communication link to a new time slot within a second time period shorter than the first time period if the communication link is of the second quality during the at least one time slot.

As a result, if link quality is severely degraded, the time slot may be allocated relatively quickly to minimize disruption to communications. On the other hand, if link quality is marginal but still usable, re-allocation of the time slot may be delayed longer, which may reduce conflicts between competing pairs of nodes attempting to re-allocate time slots simultaneously.

More particularly, the at least one mobile node from the pair of mobile nodes may determine the link quality value based upon at least one of an SIR and a packet reception

US 6,958,986 B2

5

error value (PREV). Furthermore, the communication link may be determined to be of the first quality if the SIR is between a first SIR threshold and a second SIR threshold higher than the first SIR threshold, and the PREV is between a first error threshold and a second error threshold higher than the first error threshold. Moreover, the communication link may also be determined to be of the first quality if the SIR is less than the first SIR threshold and the PREV is greater than the second error threshold.

Additionally, the communication link may be determined to be of the second quality if the SIR is less than the first SIR threshold, and the PREV is between the first error threshold and the second error threshold. Further, the communication link may also be determined to be of the second quality if the PREV is below the first error threshold.

The at least one time slot may be at least one demand assigned time slot, and the pair of mobile nodes may also establish an additional communication link during a semi-permanent time slot. As such, at least one of the mobile nodes from the pair of mobile nodes may determine a semi-permanent link quality value associated with the additional communication link during the semi-permanent time slot, and also determine if the additional communication link is of the first or second quality during the semi-permanent time slot based upon the semi-permanent link quality value. Thus, the pair of mobile nodes may cooperate to re-allocate the additional communication link to a new semi-permanent time slot within the second period if the additional communication link is of the first or second quality during the semi-permanent time slot.

As noted above, the plurality of mobile nodes may also include an omni-directional antenna connected to the transceiver, and the pair of mobile nodes may cooperate to establish an omni-directional communication link therebetween. As such, the pair of mobile nodes may also substantially immediately de-allocate the at least one time slot if the communication link is of the second quality and an omni-directional quality value associated with the omni-directional communication link falls below an omni-directional link quality threshold for a predetermined period.

A communication method aspect of the invention is for a wireless communication network, such as the one described briefly above, in which a respective semi-permanent time slot is scheduled to establish communication links between respective pairs of mobile nodes for transmitting data therebetween, where the data has different priority levels. The method may include determining respective link utilization metrics for each data priority level for each communication link, and scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

Another communication method aspect of the invention may include scheduling a directional communication link from a first mobile node to a second neighboring mobile node during a time slot. More particularly, this may be done by determining relative positions of the second neighboring mobile node and other potentially interfering mobile nodes transmitting during the time slot, and determining potential interference to the directional communication link based upon the relative positions. As such, the directional communication link may be scheduled during the time slot if the interference is below a threshold.

Still another communication method aspect of the invention may include identifying available time slots shared

6

between an initiating mobile node and neighboring mobile nodes, and ranking the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes. A time slot re-allocation request may also be transmitted from the initiating mobile node to the receiving mobile node which includes the available time slots and ranking thereof, and the time slot re-allocation request may be received at the receiving mobile node. The available time slots may be ranked based upon link utilization during the available time slots by the receiving mobile node and mobile nodes neighboring the receiving mobile node, and a combined ranking of the available time slots may be generated based upon the rankings thereof by the initiating mobile node and the receiving mobile node. Furthermore, at least one of the available time slots may be re-allocated for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking.

A further communication method aspect of the invention may include establishing a communication link between a pair of mobile nodes for transmitting packets therebetween during at least one time slot, and determining a link quality value associated with the communication link during the at least one time slot and determining if the communication link is of a first or second quality. The method may also include re-allocating the communication link to a new time slot within a first time period if the communication link is of the first quality during the at least one time slot. Also, if the communication link is of the second quality during the at least one time slot, the communication link may be re-allocated to a new time slot within a second time period shorter than the first time period.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagram illustrating a wireless mobile ad hoc network in accordance with the present invention.

FIG. 2 is a more detailed block diagram illustrating a wireless mobile node in accordance with the present invention.

FIG. 3 is a diagram illustrating a frame of time slots in accordance with the present invention.

FIG. 4 illustrates the scheduling of available time slots to the network diagram illustrated in FIG. 2 in accordance with the present invention.

FIG. 5 is a top-level state diagram for the scheduling of semi-permanent time slots and available time slots in accordance with the present invention.

FIG. 6 is a diagram illustrating a semi-permanent time slot scheduling process in accordance with the present invention.

FIG. 7 is a diagram illustrating a semi-permanent time slot being scheduled for a new communication link in accordance with the present invention.

FIG. 8 is a diagram illustrating an available time slot scheduling process in accordance with the present invention.

FIG. 9 is a diagram illustrating an available time slot being added to a communications link in accordance with the present invention.

FIGS. 10 and 11 are diagrams illustrating a semi-permanent time slot being scheduled for a new communications link based upon multiple simultaneous antenna beams from a phased array antenna in accordance with the present invention.

FIGS. 12 and 13 are flow diagrams illustrating a method in accordance with the present invention for establishing

US 6,958,986 B2

7

directional communication links between the mobile nodes based upon an omni-directional link quality value.

FIGS. **14–16** are flow diagrams illustrating a method in accordance with the present invention for allocating demand assigned time slots based upon link utilization.

FIGS. **17** and **18** are flow diagrams illustrating a data prioritization method in accordance with the present invention.

FIGS. **19** and **20** are flow diagrams illustrating a method for determining a packet reception error value and adjusting link usage based thereon in accordance with the present invention.

FIG. **21** is a schematic block diagram illustrating an interference avoidance scenario for two pairs of mobile nodes in a wireless communication network of the present invention.

FIGS. **22** and **23** are flow diagrams illustrating an interference avoidance method in accordance with the present invention.

FIGS. **24** and **25** are flow diagrams illustrating a method for re-allocating time slots in accordance with the present invention.

FIGS. **26–28** are flow diagrams illustrating a method for re-allocating time slots within different time periods based upon link quality in accordance with the present invention.

FIG. **29** is a flow diagram illustrating a method for estimating and reporting link quality to a routing protocol in accordance with the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. **1–2**, a wireless mobile communication network **10** comprises a plurality of wireless mobile nodes **12a–12h**. Each mobile node **12a–12h** comprises a transceiver **14**, a directional antenna **16** connected to the transceiver, and a controller **18** connected to the transceiver.

The controller **18** includes a semi-permanent time slot unit **18a** for scheduling a respective semipermanent time slot for each time frame for establishing a communication link with each neighboring mobile node while leaving at least one available time slot in each time frame. An available time slot unit **18b** schedules the at least one available time slot to also serve the communication link with a neighboring mobile node based upon link communications demand. In addition, the controller **18** includes an antenna aiming unit **18c** for aiming the directional antenna toward each neighboring mobile node during communication therewith.

Parallel operations can reduce time slot allocation delay. Accordingly, the semi-permanent time slot unit **18a** may initiate one or more semi-permanent time slot requests for respective time frames to establish the communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from

8

neighboring mobile nodes. The available time slot unit **18b** may initiate one or more available time slot request to also serve the communication link with the neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

In other words, a node can have one or more pending demand available requests and semi-permanent requests that it initiated while processing multiple received requests. This may sometimes result in temporarily allocating a given time slot to more than one neighbor. However, this conflict may be eliminated by confirmation messages which indicate the selection of one neighbor node for the time slot, as is discussed in more detail below.

Reliable confirmation messages may be provided with a couple of different approaches. An initiating mobile node transmits a request for time slots to the receiving mobile node, which transmits a reply to the initiating mobile node. The initiating mobile node transmits a confirmation to the receiving mobile node, and the receiving mobile node transmits the reply again if the confirmation is not received. Alternatively, the receiving mobile node may transmit an acknowledgment to the initiating mobile node, and the initiating mobile node transmits the confirmation again if the acknowledgment is not received.

If two nodes simultaneously initiate time slot requests to each other, the time slot request collisions should be handled reliably. The controller **18** waits a time period to resend another request upon simultaneously sending a request to another mobile node and receiving a request from the other mobile node without receiving a corresponding reply. During this time period, incoming time slot requests may be processed. After the period ends, a new request may be sent to the other node if no request was already received from that node or if no time slot allocation was made to that node. If a delayed request reaches the front of the queue, the controller **18** checks to see if a time slot allocation has already been made to that node. If so, the delayed request is discarded. Also, if the request is destined for a node that is no longer a neighbor by the time the request reaches the front of the queue, the delayed request is discarded.

An interference detection unit **18d** is included to detect interference in time slots for communication with neighboring mobile nodes. The controller **18** coordinates the scheduling of time slots based upon detected interference. The interference detection unit **18d** may measure a signal-to-interference ratio and/or a packet error rate. The packet error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit **18d** may compare detected interference to a threshold. Preferably, the controller switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication.

A traffic coordination unit **18e** coordinates communication with each neighboring mobile node by allocating time slots to the time slot unit based upon link communications demand. The controller **18** coordinates the scheduling of time slots based upon based upon allocated time slots. The traffic coordination unit **18e** may allocate a bulk set of time slots based upon an increased link communications demand, and/or may request a bulk set of time slots from neighboring mobile nodes based upon an increased link communications demand. Also, the traffic coordination unit **18e** may increase a maximum number of time slots, re-allocate time slots,

US 6,958,986 B2

9

and/or allocate half time slots based upon increased link communications demand. Such increased link communications demand may include streaming video and/or high rate sensor data.

The wireless mobile nodes 12a–12h are operating in a mobile environment. These systems may be ground based and/or airborne, whereby they are continuously entering into and dropping out of the network 10. The directional antenna 16 may be a phased array, a dish or horn antennas, for example. Transmission via a directional antenna 16 enables the RF signal to be focused in a desired direction.

By selectively controlling the direction of the antenna pattern between a pair of wireless mobile communication systems for establishing a communications link therebetween, additional communication links may be established between other wireless communication systems within the same scheduled semi-permanent time slot. This is illustrated by communication link 27 operating in time slot 1 between mobile nodes 12c and 12e, and communication link 29 also operating in time slot 1 between mobile nodes 12a and 12b, as best illustrated in FIG. 1. This feature of the present invention advantageously allows the resources of the wireless mobile communication network 10 to be better utilized.

The controller 18 limits the number of communication links for each wireless mobile node 12a–12h within each time frame based upon a total number of time slots within the frame. The advantage of limiting the number of communication links to a fraction of the total number of time slots within the time frame significantly simplifies the scheduling of time slots with neighboring nodes.

The number of communication links for each wireless mobile node 12a–12h within each time frame is less than or equal to N, and the total number of time slots within each frame is greater than or equal to 2N–1. In addition to simplifying the scheduling of time slots, this type of distributed scheduling avoids conflicts.

Distributed scheduling allows any two pair of wireless mobile nodes, such as 12a and 12b, for example, to schedule a semi-permanent time slot without having to communicate with any other wireless mobile node. In other words, there is no centralized master/slave type of coordination with all of the wireless mobile nodes 12a–12h for scheduling the semi-permanent time slots. Since the time slots among the wireless mobile nodes 12a–12h are scheduled in a distributed fashion, there is no single point of failure in the wireless mobile communication network 10.

The controller 18 may prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. Prioritization of the communication links will be addressed in greater detail below. In addition, the controller 18 may also prioritize the communication links and schedule the at least one available time slot based upon this prioritization.

The controller 18 may also schedule one of the semi-permanent time slots as an available time slot if a number of the communication links is less than N. This advantageously supports communication link demands on an as needed basis for the existing communication links. However, the controller 18 may reschedule the demand assigned time slot back to a semi-permanent time slot if the number of the communication links is again equal to N, as will also be discussed in greater detail below.

Each communication link is formed by an initiating mobile node, such as node 12a, and a receiving mobile node,

10

such as node 12b, and the initiating mobile node transmits a list of available semi-permanent time slots to the receiving mobile node. The receiving mobile node 12b then transmits selection of one of the semi-permanent time slots to the initiating mobile node. The initiating mobile node 12a then confirms selection of the selected semi-permanent time slot to the receiving mobile node.

Each mobile node may further comprise an omni-directional antenna 20 connected to the transceiver 14 for exchanging positional information with other neighboring mobile nodes. Other information that may be exchanged includes resource requirements and detection of the presence of a potential new neighbor node. In addition, the phased array antenna 16 may simultaneously generate multiple antenna beams, wherein the controller 18 aims the phased array antenna to multiple neighboring mobile nodes within a scheduled semi-permanent time slot.

The interference detection unit 18d detects and avoids interference for collinear node pairs within the beamwidth and allocated the same time slot. For example, referring to FIG. 1, nodes 12a and 12e transmitting to nodes 12b and 12c, respectively during their half of the same assigned time slot 1. With wide enough antenna beamwidths, both nodes 12b and 12c may simultaneously hear transmissions from both nodes 12a and 12e. The interference detection unit 18d may measure the Signal-to-Interference Ratio (SIR) at the physical layer during time slot usage. Alternatively, the packet error rate can be measured at the link layer based upon CRC check failures. If these measurements violate a specified threshold, the slot may be declared bad.

However, because fading may cause a single slot to fail this test, it may be desired to declare excessive interference in a slot if m of n trials of this slot suffer degradation. At this point, the controller 18 attempts to avoid the interference. The order of Tx/Rx at both ends of the link may be switched for the time slot. If such switching fails, a new time slot may be coordinated. Of course both of these changes should be made probabilistically to reduce the likelihood that both node pairs try to make the same change at the same time and thus remain in conflict.

The traffic coordination unit 18e manages unbalanced traffic loads that may be generated by streaming video or high rate sensor data. Coordination mechanisms are provided to permit each half-duplex link to allocate a time slot in any Tx/Rx split of traffic. Also, the maximum number of time slots may be increased to a number above the minimum to create more demand time slots. Subslotting would permit an effective increase or decrease in the maximum number of time slots as nodes may "steal" subslots from a semi-permanent allocated time slot to re-allocate to a demand time slot. Moreover, a reservation protocol could be used together with link scheduling procedures to indicate allocation of resources for a high rate stream at each node along a path from a source to a destination node by requesting and allocating a bulk set of time slots and/or subslots at each node along the path to accommodate the high rate stream. For reserved resources, separate queues and a queue service discipline may be necessary to insure that the capacity required by the stream is delivered.

The invention is also directed to a method for establishing communication links for a plurality of mobile nodes 12a–12h, with each mobile node comprising a transceiver 14, a phased array antenna 16 connected to the transceiver, and a controller 18 connected to the transceiver. The method comprises for each mobile node 12a–12h scheduling a respective semi-permanent time slot for each time frame to

US 6,958,986 B2

11

establish a communication link with a neighboring mobile node and leaving at least one available time slot in each time frame.

The at least one available time slot is preferably scheduled to serve the communication link with a neighboring mobile node based upon link communications demand. The phased array antenna 16 is aimed toward each neighboring mobile node 12a–12h during communication therewith. Each time frame may have up to N semi-permanent time slots and at least 2N−1 available time slots.

The method may also include initiating one or more semi-permanent time slot requests for respective time frames to establish a communication link with each neighboring mobile node and leaving at least one available time slot in each time frame, while processing multiple received semi-permanent time slot requests from neighboring mobile nodes, and initiating at least one available time slot request to also serve the communication link with a neighboring mobile node based upon link communications demand, while processing multiple received available time slot requests from neighboring mobile nodes.

The directional/phased array antenna 16 is aimed toward each neighboring mobile node 12a–12h during communication therewith, interference is detected in time slots for communication with neighboring mobile nodes, and the scheduling of new time slots is coordinated based upon detected interference. The interference detection unit 18d may measure a signal-to-interference ratio and/or a packet error rate. The packet-error rate may be based upon cyclic redundancy check (CRC) failures. Also, the interference detection unit 18d may compare detected interference to a threshold. Preferably, the controller 18 switches an order of communication between nodes for a given time slot based upon detected interference, and may also coordinate scheduling of new time slots based upon detected interference after switching the order of communication. Also, communication with each neighboring mobile node 12a–12h may be coordinated by allocating time slots for scheduling based upon link communications demand.

The method further includes having each node prioritize the communication links and drop one of the communication links based upon the prioritization for making available a semi-permanent time slot for establishing a communication link with a new neighboring mobile node. In addition, an available time slot that is currently scheduled to serve a particular communication link may be reassigned to another communication link based on link demand. This advantageously allows any mobile node to accommodate variations in communication link demands.

Scheduling of the semi-permanent time slots and the available time slots will now be discussed in greater detail. Details on steering the directional antennas 16 toward a receiving mobile node 12a–12h will be omitted since this feature of the present invention is readily understood by one skilled in the art.

For purposes of discussion, it will be assumed that the directional antenna 16 is a phased array antenna. As readily understood by one skilled in the art, a phased array antenna 16 includes a plurality of antenna elements and respective phase shifters that can be adjusted for producing a steerable antenna beam in a desired direction. The phased array antenna 16 steers or scans the antenna pattern without physically moving the antenna.

Also for purposes of discussion, a number of assumptions about the wireless mobile communication network 10 are made. First, there is a single frequency band that is a high

12

data rate channel that is shared by all the wireless mobile nodes 12a–12h. This type of transmission channel is time shared between all the wireless mobile nodes 12a–12h for both transmit and receive. All transmission slots are scheduled in advance.

An assumption is also made that a separate low data rate overhead channel is provided. This overhead channel can be used for node discovery, net entry, and exchange of various other data link control overhead information including resource requests. This overhead channel is provided via an omni-directional antenna 20. Good global timing reference is also known at all nodes. The terms wireless mobile nodes and wireless mobile communications systems 12a–12h are interchangeable throughout the following discussion.

The wireless mobile communication network 10 also includes the capability for locating and tracking mobile nodes so that the phased array antennas 16 can be pointed accurately when a scheduled time slot is available. As noted above, a detailed discussion on the pointing/tracking will not be provided herein.

An assumption is also made that the phased array antennas 16 have zero beamwidth. This assumption will be relaxed later. Consequently, we can assume that a transmission by a given mobile node will be received only by the neighbor mobile node to which it is attempting to transmit. This allows a less restrictive set of constraints on the scheduling of time slots. Each communications link will be labeled with a number which represents a scheduled time slot for transmitting and receiving data therein.

The constraints are as follows. No node may have more than one communications link labeled with the same time slot number. A given time slot assignment will apply to a half duplex link between two mobile nodes, and be used alternately by the two nodes for transmit and receive. These two constraints imply that a time slot assigned by a mobile node to one of its neighboring nodes is constrained by the previous time slot assigned by that node to other links.

The scheduling of time slots for the phased array antenna 16 is illustrated in FIG. 1, which shows a network 10 with link connectivity based upon scheduled time slots. The time slots are scheduled so that the wireless mobile nodes 12a–12h know when to point their respective phased array antenna 16 toward a neighboring wireless mobile node.

The communication links are assumed to be bi-directional and are used in a half duplex fashion where each time slot number represents a time slot and a transmission opportunity in each direction occurring in that time slot. The term $N_{frame}$ will be used to denote the maximum link index or the maximum number of time slots within a frame. In the case of this example, $N_{frame}=6$.

FIG. 3 illustrates a representative frame of time slots. In the simplest formulation, each epoch or frame has n slots and the value of n is set to $N_{frame}$. In the figure we also show how a time slot is used for the link connecting to nodes labeled as nodes A and B. Each time slot is divided into two mini-slots 22a, 22b. The first mini-slot 22a (e.g., half of the time slot) is used for transmissions from node A to B. Then the direction of the link is reversed and the second mini-slot 22b is used for transmissions from node B to A.

During the transmission periods, multiple packets can be transmitted. As indicated, each mini-slot 22a, 22b also contains a guard time 24a, 24b selected according to the following considerations. The maximum range between any pair of nodes determines the maximum propagation delay that must be accommodated. A maximum range of 100 miles corresponds to about 0.5 ms of propagation delay. A guard

US 6,958,986 B2

13

14

time is allocated for each mini-slot 22a, 22b to accommodate uncertainty of propagation delay and unequal propagation delays between all pairs of nodes.

At a maximum range of 100 miles, a guard time of 0.5 ms is needed. The guard time allocation for a maximum range of 100 miles implies the need to make the mini-slots 22a, 22b on the order of 2 to 4 ms to minimize the channel efficiency loss. As an example, if we assume a 50 Mb/s data rate on the communication links and a maximum range of 100 miles, then a 4 ms mini-slot implies 200,000 bits/mini-slot (250 mini-slots per second). Then the mini-slot would contain a 25,000 bit guard time and 175,000 bits of mission data.

The controller 18 may also bias each established link to assign priority when the available time slots are scheduled. As will be discussed in greater detail below, semi-permanent (SP) time slots and available or demand assigned (DA) time slots are provided within each frame. A stated objective is to increase reuse of time slots among several nodes at the same time. While the mobile network 10 in FIG. 1 is limited in the total number of nodes and communication links, there are a number of cases of parallel usage of time slots. For example, time slots 1 and 2 are simultaneously each used on 3 different communication links, and time slot 6 is used on only one link. All the other time slots are assigned to two communication links. We can define a reuse factor which indicates the average level of reuse as a ratio of the total number of time slot assignments in the network ($N_{frame}$) to the number of assigned time slots (Num_Slots_Assigned):

$$R = \frac{\text{Num\_Slots\_Assigned}}{N_{frame}} \qquad (1)$$

For the example network 10 in FIG. 1, the reuse approach provides a reuse factor of R=14/6=2.333, indicating that on the average there are slightly more than two simultaneous users of each time slot in the network schedule. It is obvious that the reuse factor calculated for any specific scheduling algorithm will be highly dependent on the network size and topology. A full comparative evaluation should consider a variety of network sizes and topologies.

A lower bound on the value of $N_{frame}$ for any graph can be determined by noting that each node requires at least as many time slots as the node has neighbors, i.e., the node requires a number of time slots at least equal to its degree. Then $N_{frame}$ must be at least as great as the maximum node degree over the entire graph. Thus, denoting the degree of node i by $d_i$ the lower bound on $N_{frame}$ is

$$N_{frame} \geq \max_i \{d_i\} \qquad (2)$$

For the example network 10 illustrated in FIG. 2 the reuse portion is assigned the scheduling with $N_{frame}$ equal to the minimum number of time slots that must be used according to equation (2). Note that several nodes, namely all nodes but node 1, are assigned less than the full set of time slot. Thus, an enhanced scheduling algorithm may be able to assign additional slots to some of the links without introducing conflicts in scheduling.

The following discussion focuses primarily on the scheduling of time slots for generating the link schedules. Other parts of the overall phased array network problem that ultimately must be addressed include: 1) node and neighbor discovery, 2) net entry, 3) overhead channel format and protocol including protocol exchanges for scheduling updates, and 4) tracking and location of neighbor nodes (may include assistance of phased array antenna 16), and 5) a routing algorithm for a dynamic network topology.

The approach for scheduling time slots according to the present invention is based upon the following principles. First, a specified number of time slots are allocated as semi-permanent (SP) time slots scheduled for a given link. The rest of the available time slots (DA) may be allocated on a demand-assigned basis to those nodes/links that need them most. This allows flexibility in shifting the schedule on an as needed basis. Secondly, as discussed above, a limit on the maximum number of semi-permanently assigned time slots is established. This limit is a parameter that is selected based upon a specific network. This limit is also the upper limit on the number of allowable neighbor nodes, with a single SP time slot per node.

Third, as discussed above, a limit on the maximum number of time slots per frame is established. This limit is a parameter that is also selected based upon a specific network. This limit is important for establishing a limit on latency since it determines the maximum revisit time for a link transmit opportunity.

Fourth, the relationship between the number of total time slots per frame, $N_{frame}$, and the limit on the maximum number of semi-permanently assigned time slots per frame is chosen so that the scheduling of the semi-permanently assigned time slots is greatly simplified and scheduling conflicts may be significantly avoided even with distributed scheduling.

By limiting the maximum number of semi-permanently assigned time slots per node to a certain fraction to the total number of time slots per frame, the process of distributively assigning semi-permanently assigned time slots is greatly simplified. The upper limit on the number of the semi-permanently assigned time slots (and, therefore, the maximum number of allowable neighbor nodes) will be denoted by N. We will consider values of $N_{frame}$ such that:

$$N_{frame} \geq 2N-1 \qquad (3)$$

Assume that all nodes 12a–12h in the network 10 are connected by directional links, where each node has a single beam phased array antenna 16 with beam sharing by beam hopping and pointing to its neighbor nodes. Further, assume that the number of neighbors is equal to N, and the limit on the allowable number of semi-permanent time slots (with one SP time slot allocated per neighbor) is fixed.

If the fixed value of $N_{frame}$ satisfies equation (3), then all nodes can select a different semi-permanent time slot for each of these links by mutual agreement with the neighbor for that link without regard to what links other nodes are selecting more than one-hop away. This allows each node to select its semi-permanent time slot for the link to a neighbor node in a very direct fashion by communicating only with that neighbor node. This process can be followed for up to N neighbor nodes.

The key is recognizing that as the value of $N_{frame}$ increases for a fixed value of N, there are fewer constraints on the ability of a node to select a time slot that does not conflict with a neighbor's choice of a time slot. A node selecting a time slot for a new link must select a time slot that it is not currently being used and that the neighbor is not currently using.

If a node currently has m neighbors with a single time slot assigned to each of these links to the neighbors and is adding a link to a new neighbor node, then the neighbor node can be using at most (N–1) time slots. Thus, if $N_{frame}$ is greater than (m+N–1), then there will be at least one more time slot available that the node can assign to the new link. The worst case in this assignment process is when the node already has (N–1) neighbors and is assigning the time slot for the $N^{th}$

US 6,958,986 B2

15

neighbor node. In this case $N_{frame}$ must satisfy equation (3) for an additional time slot to be guaranteed to be available for assignment to the link to the $N^{th}$ neighbor.

Some additional observations will be made about how this property can be exploited in the disclosed time slot scheduling approach. First, a node need only coordinate the selection of the semi-permanent time slot to be assigned for a directional link to a neighbor with that neighbor. The node requesting the link might, for example, send to the neighbor the list of suggested time slots for the link. This is based upon those time slots not being used for SP assignments. There could be some ordering of this list based upon other factors to be discussed below, but this is not necessary. The neighbor node can then select from this list the time slot it prefers and return a reply with this selection. This allows us to define a straightforward, fully distributed algorithm for scheduling the semi-permanent time slots.

If a node has less than N neighbors, then more than one of its N allowed semi-permanent time slots could be assigned on individual links. However, in this case there is no guarantee that all N assignments can be made via neighbor-to-neighbor node coordination without some conflicts. For example, if N=6 and a node had only 3 neighbors but each of these neighbors each had 6 neighbors, then the node would be able to assign only one time slot to each of the links with its 3 neighbors. In order to simplify our algorithm, we will not allow scheduling of more than one SP time slot per link. However, all unused time slots may be allocated as available time slots.

For certain networks with very large numbers of nodes where the number of potential neighbors will be much larger than the limit N, there will also be a topology control problem to deal with. The node will be faced with choosing, from among the potential neighbors, those neighbors that create the optimum network topology. This topology control problem also is related to the concept of optimizing an energy efficient network. In the case where the number of potential neighbors is much larger than the limit N, a topology control function can be used to select the neighbor node to connect to.

If we assign to $N_{frame}$ the minimum value allowed by (3), then each node will be allowed to have a-maximum of N semi-permanent time slots and a total of (2N−1) time slot assignments. The demand assigned time slots will be assigned on a basis to best accommodate the traffic load. Of course, assigning a much larger value of $N_{frame}$ is also an option. In this case, there will be many more time slots available for demand assignment. There may be applications for which this is a desirable way to configure the network.

As with the semi-permanent time slots, the node need only coordinate the selection of the available time slots to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

A node requesting the allocation of an available time slot DA from a neighbor node will do so based upon a perceived need for additional capacity on that link. This may be prompted by a high link utilization (queue buildup) based on short and long term measurements. The request will contain the number of slots requested and a metric, which indicates the priority to be attached to the request. The metric might indicate the queue length as a measure of the need for the time slot allocation.

The node receiving the request may also receive requests from other neighbor nodes, which may contend for alloca-

16

tion of the same time slot. In order to simplify the protocol, a node must complete processing one thread of an available time slot DA allocation before considering the next allocation. These allocations may not persist for a long period of time because they are constantly subject to preemption to become re-allocated as semi-permanent time slots-as a result of topology changes or subject to re-allocation due to shifting traffic demand.

Neighbor and link discovery will now be discussed. The distributed link scheduling algorithm requires support from an omni-directional overhead channel for certain protocol exchanges that must occur with a potential neighbor node prior to the establishment of the directional link with that node. Such messages include the REQ_SPTS which requests the allocation of a semi-permanent time slot on the directional link to that node.

In addition to supporting protocol message exchanges which directly support the protocol defined herein, the omni-directional overhead channel must support the function of neighbor and link discovery. This is usually done through periodic omni transmissions by each node via an omni-directional antenna **20** that alerts any other node that move within range that the two nodes can be neighbor nodes. Several ad hoc routing protocols (including OLSR) have defined such a supporting protocol. These previously defined protocols could be adapted to support this distributed link scheduling algorithm. The primary function that must be performed by such a protocol is to discover new potential neighbor nodes and to report these to the topology control function.

One approach for node and link discovery includes each node periodically transmitting beacon messages over the control channel to notify neighbor nodes of its presence and its position. In addition, link state messages are transmitted periodically to notify neighbor nodes of the identity of its beacon neighbors (BN list) and its PA neighbor nodes (PAN list) and the time slots assigned to these nodes.

The link discovery portion of the algorithm continually compares the bi-directional beacon neighbors (BBN) list with the PAN list to see if there are any nodes on the BBN list that are not on the PAN list. Any such neighbor node becomes a candidate for link testing to determine if a PA link is possible. According to this approach, after an exchange of control messages the directional link is tested to determine if reliable communication is possible. If communication is reliable, the new neighbor node is added to the PAN list.

This validates communication in the testing time slot, but not necessarily in the time slot that may be assigned to the link on a semi-permanent basis. One approach is to do it this way or another approach is to wait until an SP time slot is assigned and test it in this time slot.

The topology control function can be a very straightforward function if it does not have to do topology optimization. The purpose of this function is to take the list of nodes in the PAN list, the information about the reliability of these links, and the information about the network topology, and use this information to determine which nodes on the PAN list should become PA neighbors. This is the function that should optimize the network topology if there are constraints such as the number of PA neighbors that do not allow all nodes in the PAN list to become PA neighbors.

With the proposed constraints of a fixed value for $N_{frame}$ and a fixed value for N (the maximum number of semi-permanent time slots per node), the potential exists for having some concern about network topology utilization. This would certainly be the case if these values were selected to be very small numbers. For example, if N=3 were

US 6,958,986 B2

17

18

selected with $N_{frame}$=5, it may be difficult to expect a well connected network topology when we could have no more than 3 neighbors for any node, unless an intelligent topology control function carefully utilized the topology prior to adding new PA neighbor nodes. This may be particularly so for a large network.

Thus, the topology control function should create a neighbor priority (NP) list, which is the PAN list ordered in order of desirability as potential PA neighbors. This list will direct the priority order in which potential PA neighbors are scheduled time slots. However, our initial problem is that of a small network with perhaps 15 nodes. In this case, we could specify N to have a value in the range of 5 to 8 and still have low latency. There is very little likelihood that there will be any topology utilization issues since allowing for 5 to 8 neighbor nodes will allow almost all possible neighbors to be PA neighbors.

A second purpose of the topology control function is to generate the topology change event that causes the link scheduler process to change state and perform the re-allocation process for the SP time slots.

A top-level scheduling algorithm structure will now be discussed. The scheduling process was formulated with the objective of minimizing the complexity of the process while taking advantage of the overall approach outlined above. A key to controlling this scheduling is maintaining an accurate data structure at each node reflecting the state of time slot schedules for future time slots assigned to the link with each neighbor node.

Two data structures are proposed: a slot assignment DB and a link message DB. The possible states of links in the data structure for a given time slot in the epoch are listed in TABLE 1. The table describes each possible state and gives the notation for that state. TABLE 2 shows an example slot assignment DA and the contents indicating the timeslots for $N_{frame}$=9 (N=5), the state assignments for each state, and example assigned neighbor IDs for each time slot.

In this example, 4 neighbors have been assigned SP time slots so one additional neighbor may be accommodated with these constraints. There is one free time slot which may be allocated as a DB time slot or offered with the DB time slots to be allocated as an SP time slot if a new neighbor node is possible. The use of the link message DB will be discussed later in the detailed protocol explanation. The example also indicates the use of sub-slots, e.g., 2 sub-slots per slot.

This is a concept to be used with the DA allocations to allow finer granularity. The meaning in this case would be that an allocation of time slot k, sub-slot 1 would be an allocation to a link of time slot k on the odd numbered frames. Conversely, sub-slot 2 would indicate an allocation of the time slot on the even numbered frames.

TABLE 1

| Time Slot State in DB | Notation |
|---|---|
| Free | Free |
| SP Allocated Time Slot | SP__Alloc |
| DA Allocated Time Slot (May Be Preempted by SP Allocation Process or by DA Re-allocation) | DA__Alloc |
| SP Allocation Request Message Sent | SP__Req |
| SP Allocation Reply Message Sent | SP__Reply |

TABLE 1-continued

| Time Slot State in DB | Notation |
|---|---|
| DA Allocation Request Message Sent (May Be Preempted by SP Allocation Process or by DA Re-allocation) | DA__Req |
| DA Allocation Reply Message Sent (May Be Preempted by SP Allocation Process or by DA Re-allocation) | DA__Reply |

TABLE 2

| Time Slot | Subslot | State | Assigned Neighbor ID |
|---|---|---|---|
| 1 | — | Free | — |
| 2 | — | SP__Alloc | 3 |
| 3 | — | SP__Req | 4 |
| 4 | 1 | DA__Alloc | 3 |
| 4 | 2 | DA__Alloc | 4 |
| 5 | 1 | DA__Alloc | 5 |
| 5 | 2 | DA__Alloc | 3 |
| 6 | — | SP__Alloc | 5 |
| 7 | 1, 2 | DA__Alloc | 8 |
| 8 | 2 | DA__Alloc | 4 |
| 9 | — | SP__Alloc | 8 |

The top-level state diagram for the link scheduling protocol is shown in FIG. 5. The diagram shows two independent processes 30 and 32 that are responsible for maintaining and modifying the time slot allocation database. On the left side is the state diagram for the process for maintaining and assigning semi-permanent (SP) time slots, i.e., process 30. This process has priority over the assignments made by the process 32 on the right, which has responsibility for assigning the available (DA) time slots. Within process path 31, the time slots that can be seized are as follows: free, DA allocated, and in process of being DA allocated. Similarly, within process path 33, the time slots that can be seized are as follows: free, DA allocated and also need to be re-allocated.

This database must be controlled as a locked database such that for any given time slot assignment state, only one of the two scheduling processes may modify that state at a given point in time. Once one of the processes begins to modify the state of a particular time slot assignment, the state is locked and the other process may not modify it until it is released.

At any time each time slot in the DB is in one of seven states as indicated in TABLE 1. Available time slots are said to be in the free state, i.e., they are not assigned to a link to one of its neighbor nodes either because a scheduling conflict has prevented assignment or because the time slot has recently become free and has not yet been scheduled.

As indicated, a time slot in the free state may be scheduled either as an SP time slot or a DA time slot. A time slot that has been allocated as SP assigned may be modified only by the process that maintains SP time slots. The time slot may be de-allocated by this process if network topology changes or if a more desirable topology is possible. Until such a time slot is returned to the free state, the process for maintaining and assigning the DA time slots cannot modify its state.

In addition, any time slot with a DB state indicating that it is in the process of being SP assigned cannot be allocated by the DA assignment process. This includes states indicating that SP request and reply messages have been sent. However, if the state of a time slot is DA allocated, then it

US 6,958,986 B2

19

may be re-allocated by the DA assignment process. This might be done if the loading on the network indicated that a re-allocation of the DA time slot is needed.

In contrast, the process allocating SP time slots has priority. In addition to assigning free slots, it may seize and reassign all time slots that have been DA assigned or are in the process of being DA assigned. This is done to provide a straightforward process of ensuring at least a single SP time slot assigned to each neighbor node during a frame of $N_{frame}$ time slots. SP allocated time slots are returned to the free state only if the link is lost or if the topology control function determines that a particular link should no longer be in the list of the top N links to be established with neighbor nodes.

FIG. 5 illustrates how this process works at the top level. The SP slot assignment process has greater flexibility in allocating time slots. It can seize more time slots for allocation than the DA process, and it can seize time slots that either have been DA allocated or are in the process of being DA allocated. The SP process may receive various events for processing including topology change events from the topology control function and protocol messages.

Such events might include loss of link to a neighbor, discovery of a new neighbor, reception of an SP allocation request message from a neighbor node, and the discovery that a topology change should occur to either add a link to a neighbor, break a link, or do both. The topology change event notification will carry data that will describe the topology change that needs to occur.

If the event described a loss of a link, then the only action that must be taken is to change the appropriate time slot state in the slot assignment DB to "free." If a link is to be added the process is more complex. In this case, the SP slot assignment process initiates protocol message exchanges with the new neighbor node and modifies the slot assignment DB. This ultimately results in the agreement between the two nodes on a time slot assignment for the SP slot assigned to this link. Only a single SP time slot is to be assigned to each link with a neighbor to simplify the protocol. Additional details of this protocol are described below.

The process of assigning DA time slots follows a similar procedure. The DA slot assignment process must calculate the DA time slot needs and compare them with the allocated time slots to determine if a new time slot re-allocation is needed. If a reassignment of DA slots is initiated, it will also lead to a series of protocol message exchanges with neighbor nodes to agree on the reassigned time slots. The DA slot assignment process may reassign only time slots that are in the free state or not SP assigned. More about the protocol details and the process for determining when DA time slot reassignment is needed will be discussed below.

Allocating semi-permanent time slots to directional links will now be discussed. In the description of the approach for allocating N semi-permanent time slots assume that N is fixed and intelligently chosen with respect to the network size and environment. Also assume that $N_{frame}=2N-1$. $N_{frame}$ could also be set at any value higher than this to provide additional on-demand time slots if that is deemed to be useful for the particular network and traffic environment.

Several important functions are provided by the topology control function. The neighbor priority (NP) list is generated by the topology control function and is used to indicate the preferred PA neighbor nodes for the assignment of time slots.

If the length of the NP list is N or smaller, then the topology control function will generate topology change events to the SP slot assignment process to make it attempt

20

to get time slot assignments to all of these neighbor nodes. If the length of the NP list is greater than N, then it will generate topology change events to the SP slot assignment process to obtain time slot assignments to each of the N highest priority nodes on the NP list.

The NP list is constantly changing due to network dynamics. When PA links go down, the node is removed from the NP list and the time slot(s) for that link are then subject to re-allocation. This is initiated by the topology control function which sends the SP slot assignment process a link delete event. Thus, the SP time slot and any DA time slots allocated to that link become available for re-allocation to another node on the PA list.

The first choice when slots become available is to allocate the slot(s) to additional PA neighbor nodes if that is possible given the current state of the NP list. If no additional neighbor nodes can be added, then the slot(s) can be re-allocated on a DA basis.

FIG. 6 shows a state diagram of the SP slot assignment process. In order to manage the protocol message processing, a link scheduling message DB is created as shown in TABLE 3. This maintains the state needed from prior protocol exchanges to be used when the next SP message arrives for processing. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include checking received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function.

TABLE 3

| Link Nbr_ID | State | Time out | Time Slot List | Selected Time Slot | Selected Subslot | Num_tries |
|---|---|---|---|---|---|---|
| 1 | SP_Alloc | — | — | 2 | 1 | — |
| 1 | SP_Alloc | — | — | 2 | 2 | — |
| 1 | DA_Alloc | — | — | 5 | 1 | — |
| 2 | SP_Alloc | — | — | 4 | 1 | — |
| 2 | SP_Alloc | — | — | 4 | 2 | — |
| 2 | DA_Alloc | — | — | 5 | 2 | — |
| 3 | SP_Req | T2 | Ls | — | — | 1 |
| 4 | SP_Alloc | — | — | 6 | 1 | — |
| 4 | SP_Alloc | — | — | 6 | 2 | — |

There are four basic message types required in the SP time slot assignment protocol as listed below in Table 4. The use of these are self-explanatory and consistent with the prior discussion.

TABLE 4

| Message Type | Message Function |
|---|---|
| REQ_SPTS | Request New SP Slot Allocation |
| REPLY_SPTS | Reply to Received REQ_SPTS |
| CONFIRM | Response to Received REPLY_SPTS |
| DELETE_TS | Message Indicating Deleted Time Slot Allocation |

An example of SP time slot assignment is shown in FIG. 7. Nodes **1** and **2** both have 3 neighbors with the SP time slots allocations shown for each link. Therefore, they can add an additional link between themselves. The link scheduling protocol will find an acceptable time slot for the SP allocation. The corresponding protocol message exchange is shown in TABLE 5.

Node **1** initiates the exchange by sending a REQ_SPTS (L=(4,5,6,7)) with a list of at least N candidate time slots.

US 6,958,986 B2

21

This list may include all free and DA time slots. Node **1** is using slots **1**, **2** and **3** for SP allocations to its neighbors so its list L contains the other time slots **4**, **5**, **6** and **7**. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node **2** is using time slots **4**, **5** and **6** as SP allocations for its links to its 3 neighbors so it selects time slot **7** as the only one that will work for the new link. It sends this choice in the reply message.

When a reply message is sent, the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (1,2)."

Note also that if nodes **1** and **2** had already selected 4 neighbor nodes, it would still be possible for them to find common time slots with which to establish a link between them if they used the same time slots with at least two of their neighbors.

TABLE 5

| Node 1 | Node 2 |
|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | |
| Send REQ__SPTS(L = (4, 5, 6, 7) ) → Timeout and retry | Msg Lost |
| Resend REQ__SPTS(L = (4, 5, 6, 7) ) → | Revd REQ__SPTS(L = (4, 5, 6, 7) ) |
| Revd REPLY__SPTS(Slot 7) ← | Send REPLY__SPTS(Slot 7) |
| Send CONFIRM(Slot 7) → Slot 7 Allocated to Link (1, 2) | Revd CONFIRM(Slot 7) Slot 7 Allocated to Link (1, 2) |

Some initial pseudocode describing the processes required in FIG. **6** has been developed. There are various events that may occur which must be processed by the SP slot assignment process **34**. Event management is done in the idle process as shown in TABLE 6. Four categories of events are shown: received message, check timeouts, link addition notification from topology control, and link failure or link deletion.

Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply. To simplify this distributed protocol, only one thread of SP protocol message exchanges is allowed at a time. This is enforced in the procedure by checking the DB to see if other SP message exchanges are ongoing prior to initiating a link add transition or prior to processing a REQ__SPTS message.

If a link addition cannot be initiated because another SP protocol thread is currently in process, the link addition will be postponed by backing off and rescheduling for a later time when the other process is expected to be completed. Allowing multiple attempts is done to handle potential conflict between several nodes attempting to add links simultaneously. This is not meant to deal with the problem of an unreliable RF link. This latter issue should be addressed by using a link protocol on the overhead channel that uses ARQ and retransmission to recover lost/errored messages.

Thus, the distributed scheduling protocol can assume that messages will not get lost. This allows simplification of the

22

protocol. When topology control selects a neighbor node from the NP list to connect to as a new neighbor, it issues a topology change (link addition) event which (after consistency checks in the idle process) causes a transition to the link add state in the SP slot assignment process.

TABLE 6

Procedure for Idle State (SP Event Management)

```
Case Event Type
    Received Message:
        If received message is not consistent with the
state of the Link Scheduling Message
            DB for that Nbr_ID
            Discard Message
        Elseif message type = REQ_SPTS
            If no pending SP message activity in the Link
Scheduling Message DB for link additions       other
than receiving a previous REQ_SPTS      message from
Nbr_ID
                Transition to Process REQ_SPTS state to
process message
            Else
                Reject new link and send negative
REPLY_SPTS message to Nbr_ID
            End
        Elseif message type = REPLY_SPTS
            Transition to Process REPLY_SPTS state to
process message
        Elseif message type = CONFIRM
            Transition to Process CONFIRM state to
process message
        Elseif message type = DELETE_TS
            Transition to Process DELETE_TS state to
process message
        End
    Check Timeouts:
        Check all timeouts
        If Timeout expired for a link in the SP_Req state
            Transition to Link Add State
        If Timeout expired for a link in the SP_Reply
state
            Reset Slot Assignment DB for time slot Ns and
in the Link Message state in
                Link Scheduling Message DB for index Nbr_ID
        End
    Link Addition Notification from Topology Control:
        If no pending SP message activity in the Link
Scheduling Message DB
            Transition to Link Add state to add Nbr_ID
        Else
            Backoff and reschedule Link Addition
        End
    Link Failure or Link Deletion:
        Transition to Link Delete state to delete link to
Nbr_ID
    End
End
```

Pseudocode for the link add process is shown in TABLE 7. This starts a process which requires coordination of the SP time slot assignment and protocol message exchanges between only the two neighbor nodes. The node requesting the link sends a REQ__SPTS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain at least N time slots including at least one semi-permanent time slot SP. The list can also include possibly all of the N−1 available DA time slots. The available or on-demand time slots may be currently temporarily allocated for on-demand traffic. This list will be priority-ordered to indicate the time slot preference that causes the least perturbation in the current available time slot assignments. In other words, the notation being used is that a time slot is not an SP time slot unless already allocated to a communication link. Any of the 2N−1

US 6,958,986 B2

23

24

time slots may be an SP time slot. Thus, the list of N time slots sent are all either free time slots or an available DA time slot. These may be N−1 SP time slots but they are already allocated and are not on the list.

The REQ_SPTS message can be sent up to MAX_TRIES times to allow for unreliable links and conflicts with other assignments potentially occurring simultaneously. The timeout in the link scheduling message DB triggers the retries if there is no REPLY_SPTS message from the neighbor node in response to the REQ_SPTS message. Once the REQ_SPTS message is sent the process returns to the idle state where other events can be processed.

TABLE 7

| Procedure for Link Addition to Node Nbr_ID (Generate REQ_SPTS Message) |
|---|
| If Num_tries = MAX_TRIES (No more tries) |
|      Reset state of Link Scheduling Message DB for index Nbr_ID (Link State = Free and no timeout for retry) |
|      Return to Idle state |
| Else |
|      If initial try to node Nbr_ID |
|           Set Num_tries = 1 in Link Scheduling Message DB for index Nbr_ID |
|      Else |
|           Set Num_tries = Num_tries +1 in Link Scheduling Message DB for index Nbr_ID |
|      End |
|      Construct list Ls of time slots to offer to Nbr_ID |
|      Append list Ls to REQ_SPTS message and send to Nbr_ID |
|      Setup timeout and Link Message state in Link Scheduling Message DB for index |
|                Nbr_ID and in Slot Assignment DB |
|      Return to Idle state |
| End |

The neighbor receiving a REQ_SPTS message will have its SP slot assignment process transition to the process REQ_SPTS state. The procedure for processing this message is shown in TABLE 8. This procedure takes the offered list of time slots, Ls, and selects its preferred time slot, Ns.

If the number of links to neighbor nodes, Num_links, is less than the limit N, the procedure selects the time slot it prefers from this list. Then a REPLY_SPTS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing SP slot assignment in process, a negative REPLY_SPTS reply message is sent.

The selected time slot will be selected from one of its N available time slots or one of its free time slots. An available time slot is either a "free" time slot or an available DA time slot. There will be at least N of these if we can add another link. Each node always manages its time slots so that there are N time slots available to assign as semi-permanent time slots (one to each of N neighbor nodes if that many neighbor nodes are available). If it accepts the link, then it will have at most N−1 other neighbor nodes with one semi-permanent time slot allocated per node. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 8

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
|---|
| If Num_links<N |
|      Examine list Ls of the available time slots received from potential neighbor node |
|           Nbr_ID, compare with the current allocations in the Slot Assignment DB, and select the best assignment = Ns |

TABLE 8-continued

| Procedure for Processing REQ_SPTS Message (from Nbr_ID) |
|---|
|      Make appropriate modification to the Slot Assignment DB (mark it as SP_Reply) for time slot Ns |
|           If time slot Ns was DA allocated |
|                Send DELETE_TS to the neighbor node allocated the DA time slot |
|           End |
|      Append time slot choice, Ns, to REPLY_SPTS message and send to Nbr_ID |
|      Setup timeout and Link Message state (to SP_Reply with time slot Ns) in Link |
|                Scheduling Message DB for index Nbr_ID |
|      Return to Idle state |
| Else |
|      Reject new link and send negative REPLY_SPTS message to Nbr_ID |
|      Return to Idle state |
| End |

A received REPLY_SPTS message is processed as shown in TABLE 9. The choice of time slot, Ns, received from the neighbor node is extracted from the message. We will also require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. This three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_SPTS message is a positive reply, then the choice of time slot, Ns, is examined to see if it is still an allowable assignment for a new SP time slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM message is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CONFIRM message is sent to the neighbor node rejecting the link.

TABLE 9

| Procedure for Processing REPLY_SPTS Message from Nbr_ID |
|---|
| Extract time slot choice Ns from the REPLY_SPTS message from Nbr_ID |
| If (positive REPLY_SPTS message) and (choice of Ns is still allowable from Slot Assignment DB) |
|      Make appropriate modification to the Slot Assignment DB (mark it as SP_Reply) |
|           for time slot Ns and in the Link Message state in Link Scheduling Message DB |
|                for index Nbr_ID |
|           If time slot Ns was DA allocated |
|                Send DELETE_TS to the neighbor node allocated the DA time slot |
|           End |
|      Create CONFIRM message for Ns and send to Nbr_ID |
|      Increment Num__links |
|      Return to Idle state |
| Elseif negative REPLY_SPTS message |
|      Reset Slot Assignment DB for time slot Ns and in the Link Message state in |
|                Link Scheduling Message DB for index Nbr_ID |
|      Return to Idle state |

US 6,958,986 B2

**25**

#### TABLE 9-continued

| Procedure for Processing REPLY_SPTS Message from Nbr_ID |
|---|
| Else |
|     Reset Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
|         Send negative CONFIRM message to Nbr_ID |
|         Return to Idle state |
| End |

Table 10 shows the procedure for processing CONFIRM messages. If the CONFIRM is positive, the link is considered to be added to the set of neighbors. The number of links for the node, Num_links, is incremented. The assigned time slot, Ns, is marked SP_Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr_ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this Nbr_ID.

#### TABLE 10

| Procedure for Processing CONFIRM Message from Nbr_ID |
|---|
| If positive CONFIRM message |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as SP_Alloc) |
|         for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
|         Increment Num_links |
|         Return to Idle state |
| Else |
|     Reset the Slot Assignment DB (mark it as Free) for time |
| slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
|         Return to Idle state |
| End |

An allocated time slot may need to be de-allocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE_TS message from the node requesting the de-allocation of all the time slots which are shared with the other node. In addition, the appropriate entries in the link scheduling message DB and the slot assignment DB are reset.

#### TABLE 11

| Procedure for Link Deletion to Node Nbr_ID (Generate DELETE_TS Message) |
|---|
| Extract list of all SP and DA time slots, Ls, from the Slot |
| Assignment DB assigned to the |
|     link to Nbr_ID |
| Construct message, DELETE_TS, with the list, Ls, and send to |
| Nbr_ID |
| Reset Link Scheduling Message DB for index Nbr_ID and Slot |
| Assignment DB for all time slots in Ls |
| Decrement Num_links |
| Return to Idle state |

Table 12 shows the procedure for processing a received DELETE_TS message. The list of de-allocated time slots, Ls, is extracted from the message. Then the appropriate state

**26**

in the slot assignment DB and in the link scheduling message DB is reset.

#### TABLE 12

| Procedure for Processing DELETE_TS Message from Nbr_ID |
|---|
| Extract list of time slots, Ls, from the DELETE_TS message |
| from Nbr_ID |
| Reset the Slot Assignment DB (mark it as Free) for all time |
| slots in list Ls |
| Reset Link Message state in Link Scheduling Message DB for |
| all time slots in list Ls for index Nbr_ID |
| Decrement Num_links |
| Return to Idle state |

In summary, the objective for the function allocating the semi-permanent time slots is to connect to as many neighbor nodes as possible up to N. If N neighbor nodes are obtained, then each is allocated a single semi-permanent time slot. Once a new link is established by this protocol, both nodes will commence operation in the newly allocated SP time slot.

This operation will test the new link to determine-if reliable communication can be maintained using the allocated time slot. This insures that there is no unusual interference that occurs in this particular time slot. If the link is tested as unreliable, then the topology control function will be notified so that the time slot can be de-allocated and used for other purposes.

Allocation of available (on-demand) time slots will now be discussed. The available time slots are to be allocated in a manner that is responsive to the fluctuating demands of network traffic. Again, assume that N is fixed and intelligently chosen with respect to the network size-and environment. Also assume that $N_{frame}=2N-1$.

To allow fine granularity in the allocation of available capacity, time slots will be divided into $m_s$ sub-time slots. Assume for the rest of the following discussion that $m_s=2$. This will be accomplished by defining a sub-time slot to be a specific time slot allocation that repeats every $m_s^{th}$ (or second) frame.

A request for available time slots from one node to a neighbor node is allowed only if at least one semi-permanent time slot is allocated for the link between these two nodes. After a link is allocated at least one semi-permanent time slot, then a node may request a periodic allocation of a single time slot every $m_s^{th}$ (or second) frame. The messages used for scheduling the available time slots can be sent over the PA link for scheduling time slots several frames in advance of when they are needed since the link has an allocation of at least one semi-permanent time slot per frame.

A key requirement for efficient allocation of available time slots is the measurement of the traffic requirements on each link. Two measures will be needed. First, the measured average traffic sent over link (i, k) (in units of the number of time slots per frame) will be denoted by $T_{ikse}$. This measure will include all traffic sent over one or more semi-permanent time slots per frame as well as any available time slots.

In addition, we also need to maintain a current measure of the queue state, $Q_{ik}$, for link (i, k). Larger values of $Q_{ik}$ indicate the need for an immediate allocation of one or more available time slots. Occasional bursts of demand may produce increases in $Q_{ik}$, which should then trigger a request for additional time slots of on-demand capacity until the queue size decreases.

US 6,958,986 B2

27

The total number of time slots (quantized to $\frac{1}{2}$ of a time slot with $m_s=2$) allocated on link (i, k) will be denoted by $N_{ik}^{tot}$. The time slot demand is defined as follows:

$$T_{ik}^{dem} = f(T_{ik}^{se}, Q_{ik}), \tag{4}$$

which is a function of the measured traffic plus the estimated additional capacity needed that is indicated by the queue size. Then the number of time slots needed on this link, $T_{ik}^{need}$, is as follows:

$$T_{ik}^{need} = \max(T_{ki}^{dem}, T_{ki}^{dem}) \tag{5}$$

The metric assigned to this link is as follows:

$$M_{ik}^{DA} = T_{ik}^{need} - N_{ik}^{tot} + B \tag{6}$$

which is a measure of the estimated number of additional time slots that should be allocated to this link through the DA slot allocation mechanism. B is a bias term that might be nominally set at about $\frac{1}{4}$ to $\frac{1}{2}$ of a time slot to allocated enough excess capacity to each link to avoid significant queuing. While we are illustrating the approach using the metric defined in (4), a variety of other forms of metric could also be used as the basis for allocating the DA time slots.

FIG. 8 shows a state diagram of the DA slot allocation process 36. The state diagram and the protocol exchanges are similar to those of the SP slot assignment process. In order to simplify the protocol message processing, only a single thread of DA time slot allocation can be in process at any time. The idle process does event management in that it checks received events prior to allowing a state change to one of the other states.

These operations include the following. Check received messages to determine if they are consistent with the current state of the DB. If a message is inconsistent with the DB, it is discarded. Certain timeouts may indicate that DB state needs to be reset. This process performs this function. It also determines if the DA slot assignment is optimal given the traffic load needs of the node. It may cause a transition to the add DA slot state if it determines if a new DA time slot must be added to a particular link.

There are four basic message types required in the DA time slot assignment protocol as listed below in TABLE 13. These are very similar to those used in the SP slot allocation process. The use of these is self-explanatory and consistent with the prior discussion of the SP slot allocation process.

TABLE 13

| Message Type | Message Function |
|---|---|
| REQ_DATS | Request New DA Slot Assignment |
| REPLY_DATS | Reply to Received REQ_DATS |
| CONFIRM | Response to Received REPLY_DATS |
| DELETE_TS | Message Indicating Deleted Time Slot Allocation |
| LINK_METRIC | Message Broadcast to Neighbor Nodes with Link Metric for Each Link to a Neighbor Node |

An example of DA time slot assignment is shown in FIG. 9. Node 1 wants to add an additional DA time slot allocation for its link (1,2). The corresponding protocol message exchange is shown in TABLE 5. Node 1 initiates the exchange by sending a REQ_DATS (L=(4.2, 5,6)) indicating that it can support allocations of all of slots 5 and 6 and sub-slot 4.2. This list may include all free and DA time slots, the later of which is less needed.

When the request message is sent, the appropriate changes are made to the time slot and link scheduling

28

message data structures. Node 2 is using time slots 1, 3 and 6 as SP allocations for its links to its 3 neighbors and sub-slots 2.1 and 3.2 as DA allocations. It can select either sub-slot 4.2 or both sub-slots of slot 5. It chooses and sends this choice in the reply message.

When a reply message is sent the appropriate changes are also made to the time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "sub-slot 4.2 DA allocated to link (1,2)."

TABLE 14

| Node 1 | | Node 2 |
|---|---|---|
| Determines That The Link From Node 1 to Node 2 Requires An Additional DA Time Slot | | |
| Send REQ_DATS(L = (4.2, 5, 6) ) | → | Msg Lost |
| Timeout and retry | | |
| Resend REQ_DATS(L = (4.2, 5, 6) ) | → | Rcvd REQ_DATS(L = (4.2, 5, 6) ) |
| Rcvd REPLY_DATS (Slot 4.2) | ← | Send REPLY_DATS (Slot 4.2) |
| Send CONFIRM (Slot 4.2) | → | Rcvd CONFIRM (Slot 4.2) |
| Slot 4.2 DA Allocated to Link (1, 2) | | Slot 4.2 DA Allocated to Link (1, 2) |

The following approach is used at each network node to allocate the (N−1) available time slots for directional links to neighbor nodes. Using these measures each node will continuously maintain the link metric, $M_{ik}^{DA}$, for each of its links allocated a semi-permanent time slot. Each node will use this link metric to indicate the need for additional transmission time slots to each neighbor node. The largest values of $M_{ik}^{DA}$ indicate the links with the greatest need for additional on-demand time slot allocation. A positive value of $M_{ik}^{DA}$ indicates the number of additional time slots required, and a negative value of indicates the number of time slots that can be surrendered for re-allocation.

As the metrics, $M_{ik}^{DA}$, are maintained, if the largest link metric indicates a need for an additional sub-slot allocation and if there are sub-slots available either as free slots or as excess DA allocation to other links (again indicated by a small metric), then the process transitions to the add DA slot state and the process of finding a DA sub-slot allocation is initiated.

As with the semi-permanent time slots, the node need only coordinate the selection of the DA time slot to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link.

Some initial pseudocode describing the processes required in FIG. 8 has been developed. There are various events that may occur which must be processed by the DA slot assignment process. Event management is done in the idle process as shown in TABLE 6.

Four categories of events are shown: 1) received message, 2) check timeouts, 3) recalculation of link metrics, and 4) DA time slot needs and DA time slot deletion. Received messages are first checked versus the link scheduling message DB to insure that the message is consistent with the current state of the DB. For example, if we sent a request to a neighbor, the next message expected is a reply.

To simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This

US 6,958,986 B2

29

is enforced in the procedure by checking the DB to see if other DA message exchanges are ongoing prior to initiating an add DA slot transition or prior to processing a REQ_DATS message. If an addition slot cannot be initiated because another DA protocol thread is currently in process, the addition slot will not be done.

It can be naturally rescheduled on the next opportunity for recalculation of link metrics and DA time slot needs. Link metrics will be recalculated periodically according to a preset schedule. A link which has a link metric greater than a certain threshold, Max_metric_threshold, is a candidate for obtaining a new DA sub-lot.

The link with the maximum metric that exceeds this threshold will be selected as the next link to which a new DA sub-slot is allocated. When a new DA sub-slot needs to be allocated and if it satisfies the above conditions, then a transition to the add DA slot state occurs in the DA slot assignment process.

TABLE 15

Procedure for Idle State (DA Event Management)

Case Event Type
  Received Message:
    If received message is not consistent with the state of
the Link Scheduling Message
  DB for that Nbr_ID
    Discard Message
  Elseif message type = REQ_DATS
    If no pending DA message activity in the Link
Scheduling Message DB for link additions other
than receiving a previous REQ DATS message from
Nbr_ID Transition to Process    REQ_DATS state to
process message
    Else
      Reject new link and send negative
REPLY_DATS message to Nbr_ID
    End
  Elseif message type = REPLY_DATS
    Transition to Process REPLY_DATS state to
process message
  Elseif message type = CONFIRM
    Transition to Process CONFIRM state to
process message
  Elseif message type = DELETE_TS
    Transition to Process DELETE_TS state to
process message
  End
  Check Timeouts:
    Check all timeouts
    If Timeout expired for a link in the DA_Req state
      Transition to Add DA Slot state
    If Timeout expired for a link in the DA_Reply
state
      Reset Slot Assignment DB for time slot Ns and
in the Link Message state in
        Link Scheduling Message DB for index Nbr_ID
    End
  Recalculate Link Metrics and DA Time Slot Needs:
    Recalculate link metrics
    Send new link metrics to all neighbor nodes in a
LINK_METRIC message
    Sort link metrics and select Largest_link_metric
    If (no pending DA message activity in the Link
Scheduling Message DB) and
      (Largest_link_metric > Max_metric_threshold)
      Transition to Add DA Slot state to add new DA
slot assignment to Nbr_ID
    End
  DA Time Slot Delete:
    Transition to DA TS Delete state to delete Time
Slot to Nbr_ID
  End

Psuedocode for the additional DA slot process is shown in TABLE 16. This starts a process which requires coordination of the time slot assignment and protocol message

30

exchanges between only the two neighbor nodes. The node requesting the link sends a REQ_DATS message to the candidate neighbor node with the list of acceptable time slots for the link.

The list of candidate time slots must contain all free sub-slots and all DA sub-slots with a metric below a certain threshold, Min_metric_threshold. The DA time slots may be currently temporarily allocated for other DA traffic. This list will be priority-ordered to indicate the sub-slot preference that causes the least perturbation in the current on-demand time slot assignments. The priority ordering will be first the free time slots followed by the sub-slots with the smallest metrics progressing up to the largest metric less than the Min_metric_threshold.

In order to simplify this distributed protocol, only one thread of DA protocol message exchanges is allowed at a time. This is enforced in the idle procedure. The REQ_DATS message is only sent once, but it could be unsuccessful if the neighbor node is currently processing another DA protocol exchange. In this case, the node will eventually receive a negative REPLY_DATS message. The attempt to add the DA slot may be made again in this case if this link has the largest metric the next time the link metrics are evaluated. Once the REQ_DATS message is sent the process returns to the idle state where other events can be processed.

TABLE 16

Procedure for Addition of a New DA Subslot to the Link to Node Nbr_ID (Generate REQ_DATS Message)

Construct list Ls of time slots (subslots) to offer to
Nbr_ID from Free time slots and
  DA subslots with excess capacity (Link_metric <
Min_metric_threshold)
  Append list Ls to REQ_SPTS message and send to Nbr_ID
  Setup timeout and Link Message state in Link Scheduling
Message DB for index
    Nbr_ID in and Slot Assignment DB

The neighbor receiving a REQ_DATS message will have its DA slot assignment process transition to the REQ_SPTS state. The procedure for processing this message is shown in TABLE 17. This procedure takes the offered list of sub-slots, Ls, and selects its preferred sub-slot, Ns. The sub-slot accepted is the first sub-slot on the list, ls, that is either marked free in the slot assignment DB or is DA allocated with a link metric less than Min_metric_threshold. Then a REPLY_DATS reply message with this selection is sent. If the link cannot be accepted or if there is another ongoing DA slot assignment in process, a negative REPLY_DATS reply message is sent. The procedure also makes the appropriate modifications to the state in the link scheduling message DB and the slot assignment DB.

TABLE 17

Procedure for Processing REQ_DATS Message (from Nbr_ID)

Examine prioritized list Ls of the available subslots
received from Nbr_ID
  and compare with the current allocations in    the
Slot Assignment DB
  Select the best assignment = Ns as the subslot on the
list that is either marked Free in
    the Slot Assignment DB or is DA allocated with
Link_metric <
      Min_metric_threshold
If no subslot satisfies conditions for acceptance

US 6,958,986 B2

**31**

TABLE 17-continued

| Procedure for Processing REQ_DATS Message (from Nbr_ID) |
|---|
|     Reject new link and send negative REPLY_DATS message to Nbr_ID |
|     Return to Idle state |
| Else |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Reply) |
|         for time slot Ns |
|     If time slot Ns was DA allocated |
|         Send DELETE_TS to the neighbor node allocated the DA time slot |
|     End |
|     Append time slot choice, Ns, to REPLY_DATS message and send to Nbr_ID |
|     Setup timeout and Link Message state (to DA_Reply with time slot Ns) in Link |
|         Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |
| End |

A received REPLY_DATS message is processed as shown in TABLE 18. The choice of sub-slot, Ns, received from the neighbor node is extracted from the message. We require the node to confirm this reply with either a positive or negative CONFIRM message that indicates that it will agree to use the allocated time slot. As indicated in the SP allocation process, this three-way handshake eliminates uncertainty in the outcome of the scheduling process.

If the REPLY_DATS message is a positive reply, then the choice of sub-slot, Ns, is examined to see if it is still an allowable assignment for a new DA sub-slot for the new link. If it is allowable, then the appropriate modifications to the state in the slot assignment and link scheduling message databases are made. Then a positive CONFIRM message is returned.

If the received REPLY_SPTS message was negative, then the slot assignment and link scheduling message databases are reset for this Nbr_ID. Otherwise, if the choice of Ns is no longer allowable, then the link scheduling message database is reset for this Nbr_ID. Then a negative CONFIRM message is sent to the neighbor node rejecting the link.

TABLE 18

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
|---|
| Extract time slot choice Ns from the REPLY_DATS message from Nbr_ID |
| If (positive REPLY_DATS message) and (choice of Ns is still allowable from Slot |
|     Assignment DB) |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Reply) |
|         for time slot Ns and in the Link Message state in |
| Link Scheduling Message DB |
|         for index Nbr_ID |
|     If time slot Ns was DA allocated |
|         Send DELETE_TS to the neighbor node allocated the DA time slot |
|     End |
|     Create CONFIRM message for Ns and send to Nbr_ID |
|     Return to Idle state |
| Elseif negative REPLY_DATS message |
|     Reset Slot Assignment DB for time slot Ns and in the Link Message state in |
|         Link Scheduling Message DB for index Nbr_ID |
|     Return to Idle state |
| Else |
|     Reset Link Message state in Link Scheduling Message DB for index Nbr_ID |

**32**

TABLE 18-continued

| Procedure for Processing REPLY_DATS Message from Nbr_ID |
|---|
|     Send negative CONFIRM message to Nbr_ID |
|     Return to Idle state |
| End |

TABLE 19 shows the procedure for processing CONFIRM messages. If the CONFIRM is positive, the selected sub-slot to be added to the allocation to the link to Nbr_ID. The assigned time slot, Ns, is marked DA_Alloc in the slot assignment DB, and the link message state in the link scheduling message DB is reset for index Nbr_ID. If the message was a negative CONFIRM, then the slot assignment and link scheduling message databases are reset for this sub-slot.

TABLE 19

| Procedure for Processing CONFIRM Message from Nbr_ID |
|---|
| If positive CONFIRM message |
|     Make appropriate modification to the Slot Assignment DB |
|     (mark it as DA_Alloc) |
|         for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
|     Return to Idle state |
| Else |
|     Reset the Slot Assignment DB (mark it as Free) for time slot Ns |
|     Reset Link Message state in Link Scheduling Message DB |
| for index Nbr_ID |
|     Return to Idle state |
| End |

An allocated time slot may need to be de-allocated for one of several reasons. If during the course of normal operation a link goes down or becomes unreliable, then the topology control function gets involved to address the unreliable link problem. Ultimately, it may generate a topology change (e.g., a link deletion) event directing the SP slot assignment process to delete all slots assigned to the link.

The steps involved in this procedure are shown in TABLE 11. The link is de-allocated by sending a DELETE_TS message from the node requesting the de-allocation of all the time slots which are shared with the other node with. In addition, the appropriate entries in the link scheduling message DB and the slot assignment DB are reset.

TABLE 20

| Procedure for DA TS Delete to Node Nbr_ID (Generate DELETE_TS Message) |
|---|
| Construct message, DELETE_TS, containing the DA subslot, Ns, that is to be deleted |
|     and send to Nbr_ID |
| Reset Link Scheduling Message DB for index Nbr_ID and Slot Assignment DB for subslot Ns |
| Return to Idle state |

Table 21 shows the procedure for processing a received DELETE_TS message. The subslot, Ls, to be de-allocated is extracted from the message. Then the appropriate state in the slot assignment DB and in the link scheduling message DB is reset.

US 6,958,986 B2

33

34

TABLE 21

| Procedure for Processing DELETE_TS Message from Nbr_ID |
| --- |
| Extract DA subslot, Ns, from the DELETE TS message from Nbr_ID |
| Reset the Slot Assignment DB (mark it as Free) for subslot Ns |
| Reset Link Message state in Link Scheduling Message DB for subslot Ns |
| Return to Idle state |

The link scheduling algorithm is also applicable to multiple simultaneous beams generated by the phased array antenna **16**. Assume the extension to a system with nodes each employing multiple antenna beams with separate receivers such as a multiple beam phased array (or other types of multiple, directional antennas). Furthermore, assume that all nodes do not all have to have the same number of beams, i.e., node k has $B_k$ beams. This is equivalent to $B_k$ parallel links possible at any time slot.

We are extending the previous discussion (which assumed a single steered beam) to allow the $B_k$ beams to be time-shared among a set of neighbor nodes larger than $B_k$. Even though the nodes may each have different numbers of beams, all nodes must use a common time slot format and frame with a number of time slots per frame for each beam equal to $N_{frame}$.

Consider an upper limit at any node k on the number of semi-permanently (SP) assigned time slots on any one of its $B_k$ beams (and therefore the maximum number of allowable neighbor nodes per beam) to be denoted by $N_{beam}$. The value of $N_{beam}$ is dependent only on the number of time slots per frame and not the number of beams. As in (3) we will specify that $N_{beam}$ must satisfy the following equation:

$$N_{frame} \geqq 2 \cdot N_{beam} - 1 \qquad (7)$$

Assume that all nodes in a network are connected by directional links, where node k has $B_k$ beams with beam sharing by time hopping and pointing to its neighbor nodes. Further, assume the number of neighbors allowed per beam is equal to $N_{beam}$, the fixed limit on the allowable number of semi-permanent time slots allowed per beam (with one SP time slot allocated per neighbor).

If the fixed value of $N_{beam}$ for each beam at each neighbor node satisfies (7), then all nodes can select a different semi-permanent time slot for each of these links and each of its beams by mutual agreement with the neighbor for that link without regard to what colors other nodes are selecting more than one hop away. This allows each node to select its $N_{beam}$ semi-permanent time slots for each beam in a very direct fashion by communicating only with its neighbor node. By following this strategy, each node is able to support at least

$$N_k = B_k \cdot N_{beam} \qquad (8)$$

neighbors and each allocated a single SP time slot with no more than $N_{beam}$ such time slots allocated per beam.

Verification that $N_{beam}$ neighbors per beam can be supported as long as (7) is satisfied follows directly from the verification of the observation for the single beam case. Then if all $B_k$ beams have their SP time slots scheduled in the same fashion, it is obvious that the number of neighbor nodes that can be supported is the product of the number of beams and the number of neighbors per beam resulting in (8).

An example of SP time slot assignment between two nodes with an unequal number of beams per node is shown

in FIG. **10**. In this example node **1** has 2 beams and node **2** has 3 beams. While the two nodes have different numbers of beams, both nodes must use the same frame structure. In this example $N_{frame}=5$ time slots per frame. From (7) and (8), this allows node **1** to have a maximum of 6 neighbors and node **2** to have a maximum of 9 neighbors.

Initially both nodes have one less than the maximum number of neighbors they are allowed under the constraints of (7) and (8). The beam/time slots allocations are shown for each link. These nodes can add an additional link between themselves while still satisfying the constraints of (7) and (8). The link scheduling protocol will find an acceptable beam/time slot for the SP allocation for each node, and it operates in essentially the same way it did with the single beam case.

The corresponding protocol message exchange is shown in TABLE 22. Node **1** initiates the exchange by sending a REQ_SPTS(L=(1, 2, 3)) with a list of at least $N_{beam}$ candidate time slots. Note the 3 beam IDs are denoted by a, b and c, and the slot number is denoted by the subscript on the beam ID. Node **1** had to identify that it had used all 3 allowable SP time slots on beam a, but it had allocated 2 of the 3 allowable SP time slots on its beam b.

Thus, it sent a list of the 3 SP time slots (available on beam b) to node **2**. This list may include all free and DA time slots on this beam. When the request message is sent, the appropriate changes are made to the time slot and link scheduling message data structures. Node **2** has previously allocated SP all available SP time slots on beams a and b for its links to its 8 neighbors.

Thus, beam c is the only beam that can accept a new SP allocation. When it receives the REQ_SPTS(L=(1, 2, 3)) from node **1**, it selects beam/time slot $c_3$ as the only one that will work for the new link (having previously allocated $c_1$ and $c_2$ as SP time slots). It sends this choice in the reply message. When a reply message is sent the appropriate changes are also made to the beam/time slot and link scheduling message data structures. Finally, when a confirm is sent or received, the state of the appropriate time slots are changed to "SP allocated to link (1,2)."

TABLE 22

| Node 1 | | Node 2 |
| --- | --- | --- |
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | | |
| Send REQ_SPTS(L = (1, 2, 3) ) | → | Rcvd Send REQ_SPTS(L = (1, 2, 3) ) |
| Rcvd REPLY_SPTS (Slot 3) | ← | Send REPLY_SPTS (Slot 3) |
| Send CONFIRM (Slot 3) Beam/Slot $b_3$ Allocated to Link (1, 2) | | Rcvd CONFIRM (Slot 3) Beam/Slot $c_3$ Allocated to Link (1, 2) |

The changes that are required to implement the multiple beam scheduling algorithm/protocol are straightforward and are as follows. Add the beam ID as a variable in the state of the time slot DB and the link scheduling message DB. Use (7) and (8) as the criteria for determining if it is possible to schedule a new SP time slot. We specify a value for the parameters $N_{frame}$ and $N_{beam}$ for the network.

To offer a new SP time slot to a potential neighbor, the algorithm must first find a beam for which the number of neighbors is less than $N_{beam}$. This beam can then be used to add the new neighbor. The REQ_SPTS message that the node sends to its neighbor will specify $N_{beam}$ available time slots for that beam that are not currently SP allocated.

US 6,958,986 B2

35

Having received an REQ_SPTS message the node must find one of its beams for which the number of neighbors is less than $N_{beam}$. This beam can then be used to add the new neighbor. Comparing the list of $N_{beam}$ time slots in the received REQ_SPTS message with the $N_{beam}$ time slots not currently allocated in the selected beam, at least one time slot can be found that is common to both lists. That time slot can be used as the time slot to send in the REPLY_SPTS message. Once the originating node receives the REPLY_SPTS message, both nodes will have selected their beam and the common time slot allocation.

This example implicitly assumed that a single frequency band is used for each of the beams. In this case, a node could have several beams simultaneously communicating over the same band without interference. This interference-free operation may be difficult to support in practice. A similar formulation of the problem could be done with each beam operating in a different frequency band, i.e., beams a, b, and c in FIG. 10 each use a different frequency band. In terms of the scheduling algorithm, we would apply the same constraints on the allocation of SP time slots. However, in actually allocating the time slot/beam combinations we would need to find an allocation such that the two nodes are using the same beam (equivalent to using the same band) as well as the same time slot. This equivalent to making each beam/time slot combination different from the scheduling perspective. Thus, the number of available time slots is the number of beams multiplied by the frame size. In this case the constraint on assigning SP time slots to potential neighbors is given by

$$B \cdot N_{frame} \geqq 2N-1, \qquad (9)$$

where B denotes the number of beams. This constraint on the number of neighbors is slightly more restrictive than that of (7) and (8) because of the requirement that nodes which share an SP time slot must also use the same beam/frequency channel as well as the same time slot. For the example $N_{frame}=5$ and B=3, then the constraint of (9) allows 8 neighbors for each node whereas the constraints of (7) and (8) will allow 9 neighbors for each node.

The example problem in FIG. 10 has 2 nodes each with 3 beams with each beam operating in a different frequency band, i.e., beams a, b, and c each use a different frequency band. Assume also that the frame size is 5. Both nodes have already committed 7 SP time slots to neighbor nodes and thus, from (9), they can each add an additional neighbor with an SP time slot allowing them to establish a link between them. The committed SP time slots are indicated in the figure, and the message exchanges required to establish the SP time slot assignment and the new link are indicated in Table 23. The message exchange is initiated by node 1 by sending a REQ_SPTS (L=($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$)) message to node 2 which must include the 8 beam/time slot combinations it has not previously allocated as SP time slots. In this example, node 2 had already allocated 7 beam/time slot combinations that were not used by node 1 (which were in the list of 8 beam/time slot combinations received in the REQ_SPTS message). Thus, by (9) there must be at least one remaining beam/time slot combination that it can select for allocation ($c_5$). This is the SP beam/time slot combination allocated to the link between nodes 1 and 2 as show in both FIG. 11 and Table 23.

36

TABLE 23

| Node 1 | | Node 2 |
|---|---|---|
| Receives Link Add Event From Its Topology Control For A Link From Node 1 to Node 2 | | |
| Send REQ_SPTS(L = ($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$) ) | → | Rcvd Send REQ_SPTS(L = ($a_4$, $a_5$, $b_3$, $b_4$, $b_5$, $c_3$, $c_4$, $c_5$) ) |
| Rcvd REPLY_SPTS (Beam/Slot $c_5$) | ← | Send REPLY_SPTS (Beam/Slot $c_5$) |
| Send CONFIRM (Beam/Slot $c_5$) | → | Rcvd CONFIRM (Beam/Slot $c_5$) |
| Beam / Slot $c_5$ Allocated to Link (1, 2) | | Beam/Slot $c_5$ Allocated to Link (1, 2) |

Turning now additionally to FIGS. 12 and 13, one particularly advantageous approach for determining when it is appropriate to establish a directional link between two mobile nodes 12 is to first determine the quality of the omni-directional link between the nodes and base the determination on this quality value. That is, directional signals typically have greater signal strength than omni-directional signals transmitted at the same power level because the energy of the directional communication link is focused in one direction and not spread out over 360°. Thus, by requiring nodes to have a sufficient quality value for the omni-directional communication link before establishing the directional communication link, this provides a good indication that the directional communication link will also be of a desired quality level.

Indeed, the omni link quality is a key issue in maintaining a connected mobile ad-hoc network of nodes using directional antennas. There are a variety of link impairments that can lead to loss of either or both of directional and omni-directional links, either intermittently or for a relatively long time. Link quality is preferably continuously measured for both link types, and mechanisms should be used to react to changes in link quality. These measurements may be performed at the link layer, and the network layer will be informed of link quality through link layer notification, although other configurations may be used in certain embodiments.

As such, the process of establishing a directional link preferably begins (Block 120) by first establishing an omni-directional link between a given pair of mobile nodes 12, at Block 121, as described above. This will occur when a neighbor is first detected by hearing its Link_HELLO packets. In accordance with this aspect of the invention, the link scheduler will not be allowed to initiate the process of directional link setup until the omni link quality is sufficiently high.

The controller 18 determines a quality value for the omni link (Block 122) as follows. Using OLSR as an exemplary routing protocol, to be consistent with the OLSR specification, we will define the link quality measure,-denoted as the variable N_quality, as a number between 0 and 1, where 1 represents the highest quality. In accordance with one method for calculating quality in the OLSR specification, this may be done as an estimate of the packet reception error value for OLSR packets.

The process of estimating channel quality should be implemented in a fashion such that the most accurate possible estimate of channel quality is obtained. One possibility is to use signal-to-noise estimates, e.g., from an 802.11 card, if they are easily obtained and related to the time slots assigned to particular nodes.

US 6,958,986 B2

37

38

If a signal-to-noise ratio estimate cannot be easily used, one can use the approach used with OLSR, which estimates quality from the successful reception of OLSR packets. For the omni link several packets per second are received from each neighbor of the types Link_HELLO, Directional Neighbor, and Channel Quality Feedback. For a given set of configuration parameters, a fixed number of these packets are transmitted each second from each neighbor node. Thus, a known number of these packets per second are transmitted, and the number received can be counted.

An algorithm for calculating the omni quality value $N\_quality_{omni}^{L_k}$ is as follows. For each successful packet reception from node k, the $N\_quality_{omni}^{L_k}$ value for the link from node k is updated as:

$$N\_quality_{omni}^{L_k} = (1-\alpha) \cdot N\_quality_{omni}^{L_k} + \alpha. \quad (10)$$

For each packet transmission from node k that is lost, the $N\_quality_{omni}^{L_k}$ value for the link from node k is updated as:

$$N\_quality_{omni}^{L_k} = (1-\alpha) \cdot N\_quality_{omni}^{L_k}. \quad (11)$$

The initial condition for the $N\_quality_{omni}^{L_k}$ value for the link from node k is set to 0 prior to the first received Link_HELLO, and then it is updated according to (10) with the correctly received Link_HELLO. The choice of the parameter $\alpha$ effectively sets a time constant for a first order filter (or exponentially weighted average) for calculating the estimate of the probability of successful packet transmission. The proper setting for the value of this parameter is dependent on the number of messages per second expected, and it is a compromise between the desired responsiveness and the accuracy of the estimate. As will be appreciated by those skilled in the art, larger values of $\alpha$ result in larger changes for each new sample received. This leads to faster recognition of a change in link status at the expense of increased possibility of incorrectly classifying the link status.

For the link $L_k$, a variable $Can\_Alloc^{L_k}$ will be set that will preferably be TRUE to initiate a directional link time slot allocation, either for the initial SP time slot allocation or for any future DA allocation or re-allocation due to interference mitigation. That is, link scheduler will only establish a directional communication link with the neighboring mobile node if the quality value for the omni-directional communication link is greater than a first quality threshold (indicating $Can\_Alloc^{L_k}$ is TRUE), at Blocks **123** and **124**, thus concluding the illustrated method. The directional communication link may be established as previously described above.

Of course, the method may optionally continue (Block **130**) by continuing to determine/monitor the quality value (Block **131**) after a directional link is established. In such case, the variable $Can\_Alloc^{L_k}$ will be modified each time $N\_quality_{omni}^{L_k}$ is determined according to the relationships:

$$N\_quality_{omni}^{L_k} < T_{omni}^{L}; \text{ Set } Can\_Alloc^{L_k} = \text{FALSE}; \quad (12)$$

$$N\_quality_{omni}^{L_k} > T_{omni}^{H}; \text{ Set } Can\_Alloc^{L_k} = \text{TRUE}; \text{ and} \quad (13)$$

$$T_{omni}^{L} \le N\_quality_{omni}^{L_k} \le T_{omni}^{H}; \text{ Do not modify } Can\_Alloc^{L_k}. \quad (14)$$

To avoid link flapping caused by the statistical fluctuations in estimating the $N\_quality_{omni}^{L_k}$ value, hysteresis is introduced in (12)–(14) to prevent modifications of the $Can\_Alloc^{L_k}$ variable unless a sufficient change in $N\_quality_{omni}^{L_k}$ is estimated, as illustrated at Block **132**. The first threshold $T_{omni}^{H}$, the second threshold $T_{omni}^{L}$, and

the parameter $\alpha$ are selected to insure this behavior. Exemplary values for the thresholds are $T_{omni}^{L} = 0.2$ and $T_{omni}^{H} = 0.8$, although other values may also be used. Of course, if the quality value falls below the second threshold $T_{omni}^{L}$, use of the directional link may be temporarily suspended, or the link discontinued as appropriate (Block **133**), thus ending the illustrated method (Block **134**).

It should be noted that the procedures which will be discussed further below may be predicated upon using the $Can\_Alloc^{L_k}$ variable as a gate, as described above. That is, the variable should have the value $Can\_Alloc^{L_k} = \text{TRUE}$ before a time slot can be allocated to a directional link $L_k$. The variable is set initially to the value $Can\_Alloc^{L_k} = \text{FALSE}$ when the first Link_HELLO packet is received for the link $L_k$. Of course, other approaches could be used for determining when it is appropriate to establish and/or continue to use directional communication links.

Referring now additionally to FIGS. **14–16**, allocation of the demand assigned time slots will now be discussed in further detail. The DA time slots are preferably allocated in a manner that is responsive to the fluctuating demands of network traffic. As noted above, the variable $Can\_Alloc^{L_k}$ may be used to determine when it is first appropriate to establish a directional communication link. That is, good omni channel quality may be used as a precondition for assignment of new DA time slots. Thus, for a link $L_k$, the variable $Can\_Alloc^{L_k}$ should be TRUE prior to allocation of a new DA time slot either by the requester of the time slot or the node receiving a time slot allocation request.

Similarly, it may also be desirable to require that the variable $Can\_Alloc^{L_k}$ be TRUE prior to re-allocation of a DA directional time slot responsive to interference conditions or other link degradation. The following discussion of allocation of DA time slots assumes the condition that $Can\_Alloc^{L_k}$ is TRUE, but this is not required in all embodiments.

In accordance with this aspect of the invention, a request for on-demand time slots from one node to a neighbor node is allowed only if a semi-permanent time slot is allocated for the link between these two nodes. After a link is allocated at least one semi-permanent time slot, then a node may request a periodic allocation of an additional time slot. The messages used for scheduling the DA time slots can be sent over the omni link or the directional link.

More particularly, each controller **18** preferably includes a data queue **18f** for storing data to be sent over a given communication link. A first approach for allocating demand assigned time slots (FIG. **14**) begins (Block **140**) with scheduling respective semi-permanent time slots between pairs of mobile nodes **12**, at Block **141**, as discussed above. A quantity of data previously sent over the communication link during the semi-permanent time slots may be determined, at Block **142**, along with the amount of data stored in the data queues (Block **143**), and link utilization metrics for each communication link may be determined based thereon, at Block **144**. The demand assigned time slots may then be scheduled based upon the link utilization metrics (as will be described further below), at Block **145**, thus concluding the illustrated method, at Block **146**.

In particular, measurement of the traffic requirements on each link is particularly important for efficient allocation of DA time slots. As noted above, this is preferably done based upon the quantity of data being sent over a given link and the data that is getting backed up in the queues **18f**. With respect to the former, the measured average traffic sent over the link between nodes i and k (in units of the number of time slots per epoch) will be denoted by $T_{ik}^{se}$. This measure will

US 6,958,986 B2

39     40

include all traffic sent over one or more semi-permanent time slots per epoch as well as any on-demand time slots.

A current measure of the queue state, $Q_{ik}$, is also maintained for the link between nodes i and k. Larger values of $Q_{ik}$ indicate the need for an immediate allocation of one or more DA time slots. Occasional bursts of demand may produce increases in $Q_{ik}$, which should then trigger a request for additional time slots of DA capacity until the queue size decreases.

The total number of time slots allocated on link between nodes i and k will be denoted by $N_{ik}^{tot}$. The time slot demand may be defined as:

$$T_{ik}^{dem} = f(T_{ik}^{se}, Q_{ik}), \qquad (15)$$

which is a function of the measured traffic plus the estimated additional capacity needed that is indicated by the queue size. This function can take many forms and can be also influenced by new requests for reserved capacity.

In some embodiments, it may be desirable to allow the link metric to be influenced by the priority of the traffic demand. That is, the level of demand for a given communication link during a time slot may be further segmented into the amount of expected demand for several priority class of traffic. This enables more effective allocation of time slots to meet the demand of prioritized traffic.

Thus, with reference to FIG. 15, such approach may begin (Block 151) by scheduling the SP time slot as similarly described with reference to the step illustrated at Block 141 in FIG. 14. Link utilization metrics may then be determined for each of a plurality of data priority levels or classes for each communication link, at Block 152. This may be done using one or both of the above measurements (i.e., amount of data previously transmitted and/or amount of data stored in the data queue 18f), or other appropriate usage measurements.

By way of example, if the traffic is prioritized into p priority classes in order of priority from lowest to highest, $P_1, P_2, P_3, \ldots, P_p$, then the time slot demand for priority class $P_j$ is:

$$T_{ik}^{dem, P_j} = f(T_{ik}^{se, P_j}, Q_{ik}^{P_j}). \qquad (16)$$

A separate demand metric is computed for each priority class. Then the number of time slots needed for this priority class on this link, $T_{ik}^{need, P_j}$, is computed using the metrics from both directions:

$$T_{ik}^{need, P_j} = \max(T_{ik}^{dem, P_j}, T_{ki}^{dem, P_j}). \qquad (17)$$

It may be desirable to increase the highest priority demand metric, $T_{ik}^{need, P_p}$ by a bias term, B (e.g., of about ¼ of a time slot) to ensure that adequate capacity is allocated to avoid significant queuing. An aggregate metric may then optionally be determined (Block 153) as the aggregate demand over all priority classes, that is:

$$T_{ik}^{need} = \sum_{j=1}^{p} T_{ik}^{need, P_j}. \qquad (18)$$

The DA time slots may then be scheduled based thereon and based upon the priority levels, at Block 154, thus concluding the method (Block 155).

A demand metric is assigned to this link which is a function of both the demand for capacity and the number of time slots previously allocated to the link. We will denote this by $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$, indicating that it is dependent on

the estimated demand for all priority classes and the number of allocated slots. This approach provides that the metric increases as the proportion of higher priority traffic increases, and as more time slots are needed. In addition, the metric is reduced if the number of allocated time slots is increased. Of course, other metrics may be used in various applications, as will be appreciated by those of skill in the art.

The following algorithm can be used to calculate the link metric. For the following example, we assume three priority classes for simplicity with priority class $P_3$ being the most important. If $T_{ik}^{need} \leqq N_{ik}^{tot}$ then set

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = T_{ik}^{need} - N_{ik}^{tot}; \qquad (19)$$

elseif $T_{ik}^{need} - T_{ik}^{need, P_1} < N_{ik}^{tot}$, then

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = \max(K_s, T_{ik}^{need} - N_{ik}^{tot}); \qquad (20)$$

else if $T_{ik}^{need} - T_{ik}^{need, P_1} - T_{ik}^{need, P_2} < N_{ik}^{tot}$, then

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = \max(2 \cdot K_s, K_s + T_{ik}^{need} - T_{ik}^{need, P_1} - N_{ik}^{tot}); \qquad (21)$$

else

$$M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) = 2 \cdot K_s + T_{ik}^{need} - T_{ik}^{need, P_1} - T_{ik}^{need, P_2} - N_{ik}^{need}. \qquad (22)$$

In the above algorithm, the constant parameter $K_s \geqq 1$ is selected to allow as much range as needed in the metric for each priority class. For example, if $K_s = 1$, then if additional time slots are needed and there is class $P_3$ traffic demand, the aggregate metric will be in the range $2 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leqq 3$. Likewise, if the highest traffic class is class $P_2$, then the aggregate metric will be in the range $1 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leqq 2$. Otherwise, if the highest traffic class is class $P_1$, then the aggregate metric will be in the range $0 < M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot}) \leqq 1$. The range can be further expanded by selecting a larger value for $K_s$. For $K_s = 2$ using the procedure above, the metric ranges for the 3 priority classes from lowest to highest are 0 to 2, 2 to 4, and 4 to 6.

The metric $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$, as calculated above, provides a basis for determining whether or not a link requires additional slot assignments (i.e., if $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ is positive) and which priority class requires the assignment. It also enables new slots to be assigned on those links with the highest metric indicating the greatest need for slots at the highest priority. In addition, it also indicates if there is excess capacity assigned to the link (i.e., $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ is negative).

A key point to note is that when using the above approach the link metrics will indicate prioritized relative demand for time slots. The largest metric greater than zero indicates the greatest need for additional capacity for traffic of higher priority than any other link. A metric less than zero indicates that the link has excess capacity. The smallest link metric indicates the link with the greatest excess capacity. This link would then be the best candidate for rescheduling capacity on another link if required.

An exemplary approach will now be described with reference to FIG. 16 which may be used at each network node 12 to allocate on-demand time slots for directional links to neighbor nodes. Using the approaches outlined in either or both of FIGS. 14 and 15, beginning at Block 160 a mobile node 12 will continuously maintain the link metric $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ for each of its links allocated a semi-permanent time slot, at Block 161.

Each node 12 will use this link metric to indicate the need for additional transmission time slots to each neighbor node. The largest values of $M_{ik}^{DA}(T_{ik}^{P_j}, N_{ik}^{tot})$ indicate the links

US 6,958,986 B2

41

with the greatest need for additional DA time slot allocation ordered by priority. A value of $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) > 2 \cdot K_s$ indicates the need for additional time slots of the highest priority class $P_3$. Similarly, if $K_s < M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) \leq 2 \cdot K_s$, then additional time slots are needed to serve priority class P_2. Finally, if $0 < M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}) \leq K_s$, then additional time slots are needed to serve priority class $P_1$.

As the metrics $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot})$ are maintained, the link with the largest link metric greater than zero should be selected as the first choice for an additional time slot allocation, at Block 162. If there are time slots available either as free slots or as excess DA allocation to other links (again indicated by a small metric) or slots that are being used but have a lower priority, then the process transitions to the Add DA Slot state, and the process of finding a DA time slot allocation is initiated.

There are several other metrics that will be useful in this time slot re-allocation process. An increased capacity link utilization metric $M_{ik}^{DA}(T_{ik}^{Pi}, N_{ik}^{tot}+1)$ may be calculated to estimate how the link metric changes after an additional time slot is added, at Block 163. This can be useful in determining if a second time slot should be requested and what the priority of that request should be. It may indicate that this link should be allocated a second time slot, or another link may now have a larger metric. In the latter case, the next time slot allocation should be to that link with the largest metric.

Similarly, a reduced capacity link utilization metric $M_{ik}^{DA}$ $(T_{ik}^{Pi}, N_{ik}^{tot}-1)$ may be calculated, at Block 164, to estimate what the link utilization metric will be if a time slot is taken away from the link. This can be useful in the re-allocation of time slots from one link to another. That is, the demand assigned time slot(s) designated for re-allocation may then be re-allocated, at Block 165, if the increased and/or decreased link utilization metrics are within acceptable limits, as will be appreciated by those of skill in the art, thus concluding the illustrated method (Block 166).

As with the semi-permanent time slots, a node 12 need only coordinate the selection of the DA time slot to be assigned for a directional link to a neighbor with that neighbor. This means that a neighbor will send a request to the neighbor for the time slot assignment over the directional link, and receive either a grant of the assignment or a denial of the request over the same link, as will be discussed further below.

Link metrics are preferably recalculated periodically according to a predetermined schedule. A link which has a link metric greater than a certain threshold Max_metric_ threshold is a candidate for obtaining a new DA capacity. The metric may indicate the need for multiple time slots, and they may be requested concurrently in one request. The link with the maximum metric that exceeds this threshold will have preference in allocating a new DA time slot. However, if multiple link metrics exceed the threshold Max_metric_ threshold, then a node may request DA time slots from multiple neighbor nodes concurrently. A negative value of link metric indicates that the link has excess capacity, although other forms of the metrics may also be used in various embodiments. This capacity may be relinquished to satisfy the needs of other links with larger link metrics.

Using multiple data priority levels also provides the flexibility of prioritizing data so that higher priority data can be transmitted first. Of course, a given link may have several time slots allocated in each directional epoch. Thus, a directional link $L_k$ to neighbor node k may have time slots i and j allocated to it, and these two time slots may have differing link qualities. Depending on interference levels,

42

one of the time slots may be of high quality while the other is of poor quality. It would not typically be appropriate to transmit important traffic over time slots of poor quality.

One advantageous approach for prioritizing data based upon link quality of service (QoS) during given time slots will now be discussed with reference to FIG. 17. Beginning at Block 170, a plurality of time slots are scheduled between a given pair of mobile nodes 12, at Block 171. Again, this would typically include one or more SP time slots, and one or more DA time slots, as previously described above. As also described above, respective link quality values associated with the communication link during each time slot are also illustratively determined, at Block 172. This may be done based upon SIR, packet reception error values, etc. As such, the data is prioritized to be transmitted during the time slots based upon the priority level of the data and the quality values, at Block 173, thus concluding the illustrated method (Block 174).

More particularly, the controller 18 preferably assigns data corresponding to a highest one of the priority levels to the time slot having the highest quality value associated therewith. For example, the highest priority level may correspond to network control data, as this type of data typically requires prompt delivery and action to mitigate interference, re-allocate lost links to new time slots, etc.

Referring additionally to FIG. 18, an exemplary approach for prioritizing the data is now described. Beginning at Block 180, data waiting to be transmitted is first preferably ranked by data priority level, at Block 181, and then further by the order in which the data was received, at Block 182. The highest ranking data from these two steps may then be selected (Block 183) and sent during a first available time slot for which the quality value is above a respective minimum quality threshold for that data priority level, at Block 184. This process then continues until all of the data is sent (Block 185), which concludes the illustrated method, at Block 186. Of course, it will be appreciated that the above steps will be repeated frequently during actual operation, but they are illustratively shown as terminating at Block 186 for clarity of illustration.

It should be noted that the data queues 18f could in fact be implemented as separate data priority level queues if prioritization based upon quality values (i.e., QoS) is implemented. Moreover, some modification may be desirable to account for differing link qualities of each time slot allocated to a specific link. Again using the above example, it may not be desirable to transmit OLSR network control traffic over a time slot of questionable quality.

The quality measure estimated at a node j for its link to node k via time slot i is denoted by $N\_quality_i^{Lk}$. Similarly, the estimated quality for that time slot at node k and transmitted in the Channel Quality Feedback packets will be denoted by $N\_quality\_Rx_i^{Lk}$. Then, based on these two estimates, the quality of time slot i may be estimated as Quality$_i^{Lk}$=Min($N\_quality_i^{Lk}$, $N\_quality\_Tx_i^{Lk}$).

If network control traffic is assigned the highest priority, when a time slot i allocated to a directional link $L_k$ comes up, then any queued network control traffic for the directional link $L_k$ has first choice at using this time slot, assuming certain conditions on the quality of the time slot are met.

For the class of network control traffic, such conditions may be as follows. A packet addressed to node k is transmitted in the first time slot i and allocated to the directional link $L_k$ if the quality of the link $L_k$ satisfies Quality$_i^{Lk}$>$T_{NC}$, where the threshold $T_{NC}$ is chosen to insure sufficient link quality for network control traffic. Otherwise, the packet addressed to node k may be transmitted in the time slot

US 6,958,986 B2

**43**

allocated to directional link $L_k$ that has the highest link quality Quality$_i^{L_k}$.

Furthermore, for some of the classes of mission data traffic it may be desirable to impose similar time slot quality conditions. For any mission data class Cm, one can impose time slot quality conditions as follows. A packet addressed to node k may be transmitted during the first time slot i allocated to directional link $L_k$ that satisfies Quality$_i^{L_k}$>T$_{Cm}$, where the threshold $T_{Cm}$ is chosen to ensure sufficient link quality for mission data traffic of class Cm. Otherwise, the packet addressed to node k may be transmitted during the time slot allocated to directional link $L_k$ that has the highest link quality Quality$_i^{L_k}$.

As will be appreciated by those skilled in the art, with the above approach there is an advantage to having a longer epoch with several time slots allocated within each epoch to each link $L_k$. That is, there is much less chance of link degradation when one time slot experiences poor quality either temporarily or permanently due to interference. In this case the other allocated time slots may have higher quality and be crucial for maintaining QoS for critical traffic. If a single time slot is allocated to a link, then there may be a delay in the allocation of a new time slot if the quality of the single allocated time slot begins to degrade due to interference.

Link quality sensing is preferably performed on the directional links as well as the omni links. Yet, this is more complex for the directional links since each time slot may have a different link quality. In addition to normal propagation effects inducing link outages, the directional links are subject to quality degradation by interference from other node pairs reusing the same time slot. Thus, the link quality for every time slot may need to be estimated and stored separately (even if several time slots are allocated to the same neighbor node).

Moreover, even with the link quality estimated separately for each time slot, the aggregate link quality for a link over several time slots is typically the only information transferred to the routing protocol, as is the case with OLSR, for example. This process is complicated by the frequent reassignment of time slots to links that may be required by changes in traffic demand and by changes in the interference constraints (induced by changes in geometry) for certain time slots.

All of this activity at the link layer may in fact be transparent to the routing protocol. For any given link to a neighbor, the only information typically reported to the routing protocol is the link quality of the link to that neighbor. Various features of the invention which may be used at the link layer to support link quality sensing, interference avoidance and mitigation, and the relationship thereof to assigning new time slots are described below.

One particularly advantageous approach for determining directional link quality will now be described with reference to FIGS. **19** and **20**. If a signal-to-noise ratio estimate cannot be easily used to estimate quality for each individual time slot, then the approach described above for estimating omni link quality may be used (i.e., using the successful reception of omni overhead packets). In the case of a directional time slot, the traffic is primarily mission data traffic.

In particular, beginning at Block **190**, several such data packets will be transmitted by a source node in each time slot, but the receiving node does not know how many were transmitted. To allow the receiving node to know how many packets were transmitted in the time slot, the transmitter will also transmit in the slot a special overhead packet PKT_CT along with the data packets, at Block **191**. The overhead

**44**

packet provides the transmitted packet count during the time slot (including itself). Thus, the receiving node will know how many total packets were transmitted in a time slot if the PKT_CT packet is received. We will denote this number as $n_i^T$ for the number transmitted in the time slot. The receiving node also counts the number of correctly received packets, denoted as $n_i^R$, at Block **192**.

A packet reception error value for a time slot i may be estimated based on the packets received in time slot i. Preferably, the network will be configured such that at least one packet will always be transmitted (i.e., the PKT_CT packet). As such, if no packets are received in a given time slot, the packet reception error value for time slot i is estimated at 0. If the PKT_CT packet is received correctly, at Block **193**, it provides the value of $n_i^T$ and the packet reception error value for time slot i is estimated at $n_i^R/n_i^T$, thus concluding the illustrated method, at Block **196**.

The other case that can occur is if the PKT_CT packet is not received correctly, and the value of $n_i^T$ is not known. In this case the probability of correct packet reception for time slot i is estimated as the fraction of the time slot occupied by correctly received packets (Block **195**), i.e., $B_i^R/TS_i$. Here, $B_i^R$ denotes the number of bytes in correctly received packets during the time slot, and $TS_i$ denotes the time slot length in bytes. Thus, the estimate of the packet reception error value, $\hat{p}_i^C$, for time slot i is calculated as:

$$\hat{p}_i^C = \begin{cases} n_i^R/n_i^T; & (n_i^T\_\text{known}) \\ B_i^R/TS_i; & (n_i^T\_\text{not\_known}) \\ 0; & (\text{no\_pkts\_received}) \end{cases} \quad (23)$$

The method may optionally include, beginning at Block **200**, using the packet reception error value to determine/update the directional link quality value (LQV) N_quality$_i^{L_k}$ for each time slot i assigned to a link $L_k$, at Block **201**. These values are updated once per epoch for each time slot in the epoch. After each time slot the N_quality$_i^{L_k}$ value for the directional link allocated to time slot i is updated as:

$$N\_\text{quality}_i^{L_k}=(1-\beta)\cdot N\_\text{quality}_i^{L_k}+\beta\cdot\hat{p}_i^C. \quad (24)$$

The initial condition for the N_quality$_i^{L_k}$ value for the link from node k is set to 1 prior to the first received time slot after the time slot is allocated to this link. It is then updated according to (24) with each, subsequent epoch after the time slot i for that epoch.

The choice of the parameter β effectively sets a time constant relative to the length of a directional link epoch for a first order filter estimating probability of successful packet transmission. The proper setting for the parameter β is a compromise between desired responsiveness and accuracy of the estimate. Larger values of β result in a larger potential change during an epoch. This leads to faster recognition of a change in link status at the expense of increased possibility of incorrectly classifying the link status.

One issue is how much time (in number of epochs) should be allowed to pass before it is determined that a change in link status has occurred. After a period of time, if the time slot i has become very bad, the value of N_quality$_i^{L_k}$=0. Similarly, if the time slot i has become very good, the value of N_quality$_i^{L_k}$=1. The difficulty lies in judging the transition between good and bad and when to declare a time slot should be re-allocated.

One particularly advantageous approach for making this determination is to use hysteresis. In accordance with this aspect of the invention, generally speaking, the destination node determines the link quality value N_quality$_i^{L_k}$ associ-

US 6,958,986 B2

45

46

ated with the communication link based upon the packet reception error value, at Block **201**. If the link quality value $N\_quality_i^{L_k}$ falls below a first threshold, the source node and the destination node will discontinue use of the communication link during the time slot, at Block **203**.

Further, if the link quality value $N\_quality_i^{L_k}$ remains below the first threshold (other thresholds could also be used in other embodiments) for a predetermined duration, at Block **204**, the source node and the destination node may establish a new time slot for establishing a wireless communication link therebetween, at Block **205**, thus concluding the illustrated method (Block **206**). On the other hand, if the link quality value $N\_quality_i^{L_k}$ has previously fallen below the first threshold and use of the link already discontinued, at Block **207**, the source node and the destination node will continue using the communication link during the time slot if the link quality value increases above a second threshold higher than the first threshold, at Blocks **208** and **209**.

By way of example, if the $N\_quality_i^{L_k}$ value for the link from node k over time slot i has a range of 0 to 1, for the present example we will quantize this to three levels with hysteresis for certain network control functions. The variable $TS\_Qual_i^{L_k}$ will represent the quantized value of the $N\_quality_i^{L_k}$ variable. The new variable can take on the values of GOOD, MID, and BAD, representing three possible link quality states. The $TS\_Qual_i^{L_k}$ variable will be modified each time $N\_quality_i^{L_k}$ is modified according to the following:

$$N\_quality_i^{L_k} > T_{QH}; \text{ Set } TS\_Qual_i^{L_k} = \text{GOOD}; \quad (25)$$

$$TS\_Qual_i^{L_k} = \text{GOOD and if } T_Q^M \leq N\_quality_i^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_i^{L_k} = \text{GOOD}; \quad (26)$$

$$TS\_Qual_i^{L_k} = \text{GOOD and if } T_Q^L \leq N\_quality_i^{L_k} < T_Q^M, \text{ then set } TS\_Qual_i^{L_k} = \text{MID}; \quad (27)$$

$$TS\_Qual_i^{L_k} = \text{MID and if } T_Q^L \leq N\_quality_i^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_i^{L_k} = \text{MID}; \quad (28)$$

$$TS\_Qual_i^{L_k} = \text{BAD and if } T_Q^M \leq N\_quality_i^{L_k} \leq T_Q^H, \text{ then set } TS\_Qual_i^{L_k} = \text{MID}; \quad (29)$$

$$TS\_Qual_i^{L_k} = \text{BAD and if } T_Q^L \leq N\_quality_i^{L_k} < T_Q^M, \text{ then set } TS\_Qual_i^{L_k} = \text{BAD}; \text{ and} \quad (30)$$

$$N\_quality_i^{L_k} < T_Q^L; \text{ Set } TS\_Qual_i^{L_k} = \text{BAD}. \quad (31)$$

As will be appreciated by those of skill in the art, hysteresis is introduced in the above relationships (25)–(31) to prevent excessive fluctuations in the estimated time slot states. Exemplary values for the thresholds are $T_Q^L = 0.2$, $T_Q^M = 0.5$, and $T_Q^H = 0.8$, although other values may be used depending on the given application. It should be noted herein that while the exemplary quality range is used herein extends from 0 to 1 for convenience, other ranges could also be used. When $TS\_Qual_i^{L_k} = \text{BAD}$ for a specific time slot, the scheduler preferably will not transmit any traffic over the link during that time slot unless there are no other time slots available for that link with a quality of MID or GOOD.

It should also be noted that the use of exponentially-weighted averages as set forth above is appropriate for measuring link quality of both the omni and directional links. There are a variety of link impairments that can lead to the loss of either of these links. Link quality is preferably continuously measured for both link types, and mechanisms should also be used to react to changes in link quality.

As will be appreciated by those skilled in the art, various phenomena may affect link quality. For example, the distance between two nodes may become so great that the line of sight (LOS) is lost. In this case, the link is lost until the

nodes become closer in distance at some future time. The same effect is observed if a node moves behind an obstruction and remains obscured for a long period of time. In such case, both the omni and directional links will have very low quality. This would preferably trigger removal of semi-permanent time slot allocations and/or removal of the links in OLSR routing.

Another phenomenon is that a link may rapidly oscillate between having good and poor quality (a.k.a. "flapping"). This may occur, for example, when a node is rapidly moving through small obstructions. In this case both omni and directional links will be flapping. This could also potentially happen if the link quality is estimated using too small of a sample size. This case needs to be treated somewhat more carefully. The links may be too poor to be used for routing traffic while this situation persists. However, the time slot assignments may be kept for a time to determine if a high quality link can be restored.

Furthermore, the omni link could be of high quality while the directional link in a specific time slot is of low quality. Communication on this directional link with the other node could also be of good quality in other time slots assigned. This indicates that there is specific interference from other users operating in the single directional time slot of poor quality. Intermittent interference could also cause flapping of the link in this time slot. In this case the time slot should be rescheduled to eliminate the interference. Routing could still occur either if other time slots are available or if a new time slot assignment could be obtained quickly while traffic is buffered.

Several types of action are possible in response to the above-described phenomena. For example, at the link layer, it may be determined that the neighbor node is no longer reachable in a single hop. In this case, neighbor tables are updated to reflect the new state, and any directional time slots are de-allocated and marked as "free." If a time slot is declared bad due to excessive interference while the neighbor is within range, then the link scheduling protocol will attempt to allocate a new time slot that is interference-free.

At the routing layer, the routing protocol does not need to be notified of some of these actions at the link layer since they affect connectivity. If time slots between two nodes are rescheduled but the two nodes are still connected and can exchange mission data, the routes through that link are still good. If a neighbor node is no longer reachable, then the routing protocol should find new routes that do not utilize this link.

Turning now to the problem of interference, it will be appreciated by those skilled in the art that interference is a possibility in any scheduling algorithm where time slot reuse is an objective. Generally speaking, two strategies for reducing potential and actual interference from other users in a given time slot are provided in accordance with the present invention. An interference avoidance strategy is used for initial time slot scheduling and some preemptive interference avoidance rescheduling. An interference mitigation strategy is used for cases where the avoidance strategy does not act in time to prevent actual interference. The interference mitigation strategy will act to reschedule time slots to remove the interference.

An exemplary interference avoidance scenario is illustrated in FIG. **21**. In this scenario, node m is evaluating potential interference prior to scheduling a time slot for transmissions to a neighboring mobile node n. This evaluation may be prompted by a request from node n to node m to establish an initial/additional time slot therebetween, as discussed above. The node m can look in its tables of

US 6,958,986 B2

47

48

information received via the Directional Neighbor packets to determine which of its neighbor nodes have scheduled transmissions in the same time slot. In the illustrated example, nodes k and j are potentially interfering nodes using the same time slot (illustratively shown as empty circles).

More specifically, the interference from node k at the node m illustratively traverses a distance $d_{km}$ and is received at an angle $\theta_{mk}$ from the boresight (indicated by the arrow 210) of the antenna sector that node m would use in pointing to node n. In addition, the potentially interfering signal is transmitted toward node m at an angle $\theta_{km}$ from the boresight (indicated by the arrow 211) of the antenna at node k when transmitting to node j.

Whether the resulting interference is of sufficient strength to cause node m to avoid scheduling this time slot for transmissions to node n may be determined based upon several factors. Turning now to FIG. 22, one approach begins (Block 220) with determining relative positions of the neighboring mobile node n and other potentially interfering mobile nodes (here, the nodes j and k) transmitting during the time slot, at Block 222.

The potential interference to the directional communication link between nodes m and n is then determined based upon these relative positions, at Block 222. One approach for doing so is to calculate the positions based upon the respective distances and angles to the neighboring mobile node n and the potentially interfering mobile nodes k, j, as will be discussed further below. The directional communication link is then scheduled during the time slot only if the interference is below a threshold, at Block 224, thus ending the illustrated method (Block 225).

In addition to the relative positions of the nodes, the potential interference can further be determined based upon the suppression which can be achieved on the antenna sidelobes by the suppression algorithm or filter used by node m. That is, an interfering signal may be suppressed to varying degrees by the path loss of the distance, $d_{km}$ and the antenna sidelobes at nodes m and k. This will be measured by a metric $M_{k,T_i}^I$ calculated for each potentially interfering node. This metric represents an interference level (in dB) received from node k in time slot $T_i$.

The information received from neighbor nodes in their HELLO and Directional Neighbor update packets will allow calculation of the distance to the node and the boresight direction of the beam used for transmissions in each time slot. For the present example, we will assume that all nodes have an antenna gain pattern as a function of the angle from the boresight given by the function $G_a(\theta)$. If the exact propagation loss in a given environment may not be known, loss as an inverse function of $d^{n_p}$ can be estimated, where d is the distance from the interfering node k to the node of interest, and $n_p$ is a constant propagation loss exponent that would typically be in the range of 2 to 4.

As an exemplary model, the path attenuation may be calculated as the maximum of the path attenuation given by the plane-earth attenuation equation and the free-space attenuation equation. For the plane-earth equation, the attenuation is:

$$L_{km}^{P} = 40 \cdot \log(d_{km}) - 20 \cdot \log(h_t) - 20 \cdot \log(h_r), \qquad (32)$$

where the path length $d_{km}$ (the distance from node k to node m) and the respective heights $h_t$, $h_r$ of the transmitter and receiver are all in meters. The free space attenuation equation gives a path attenuation of:

$$L_{km}^{fs} = 32.45 + 20 \cdot \log(d_{km}) + 20 \cdot \log(f), \qquad (33)$$

where the RF frequency, f, is in GHz. The total estimated path loss is the maximum of the two, namely:

$$L_{km}^{tot} = \max(L_{km}^{P}, L_{km}^{fs}). \qquad (34)$$

As will be appreciated by those of skill in the art, the actual loss will be time-varying and may differ significantly from this calculation because of obstructions or foliage, but this constant value may be used as a reasonable approximation in evaluating effects of potential interferers. Then a theoretical metric may be calculated that is based on the signal loss at the receiving antenna at node m on the path from the potentially interfering node k for the signal transmitted from node k during time slot $T_i$ as:

$$M_{k,T_i} = -L_{km}^{tot} + G_a(\theta_{km}), \qquad (35)$$

where $\theta_{km}$ is the angle from the boresight at node k of the signal direction toward node m. This metric can be used at node m for calculating interference effects for allocating time slot $T_i$ to any other neighbor node.

The foregoing metric does not incorporate the effects of the sidelobe suppression of the interfering signal at node m because this depends on which neighbor node is being considered for being scheduled during time slot $T_i$. However, when considering any neighbor node for this time slot, such as node n, a new metric can be calculated from $M_{k,T_i}^I$ which includes the sidelobe suppression at node m as:

$$M_{k,T_i}^{I,mn} = M_{k,T_i} + G_a(\theta_{mk}). \qquad (36)$$

Then the maximum interference level for interference from the link L between the node pair k, j communicating in time slot $T_i$ received at node m is given by the maximum level received either from node k or node j, i.e.,

$$N_{L,T_i}^{mn} = \max_{k,j}(M_{k,T_i}^{I,mn}, M_{j,T_i}^{I,mn}). \qquad (37)$$

As such, the total interference received at node m in time slot $T_i$ is the sum of the interference received from all links L operating in time slot $T_i$, i.e.,

$$N_{T_i}^{mn} = 10 \cdot \log \left[ \sum_L 10^{N_{L,T_i}^{mn}/10} \right]. \qquad (38)$$

In most cases an approximation of this quantity is sufficient. With a small number of potential interferers in any time slot, it is unlikely that two or more interferers will have nearly equal power. In this case, we can calculate the approximate value of interference as

$$N_{T_i}^{mn} \approx \max_L (N_{L,T_i}^{mn}). \qquad (39)$$

Then, since actual signal-to-interference will depend strongly on the ratio of the distance to the desired target node relative to the distance to the interfering node, we can calculate a theoretical SIR metric for time slot $T_i$ as:

$$SIR_{mn}^{T_i} = M_{T_i}^{mn} + L_{mn}^{tot}. \qquad (40)$$

The foregoing metrics are in dB, and they can be used to provide interference avoidance in initially scheduling a time slot for any neighbor node. In addition, they can advantageously be used in intermittently checking to determine if a currently scheduled time slot is beginning to experience or

US 6,958,986 B2

49

50

likely to experience an increased level of interference. This approach is illustrated in FIG. **23**, which begins (Block **230**) with node m intermittently determining the relative positions of the neighboring mobile node n and other potentially interfering nodes, at Block **231**. It should be noted that since the nodes are mobile, the potentially interfering nodes may have changed in the interim. That is, the nodes j and k may or may not still be potentially interfering nodes, and other potentially interfering nodes may have come within range of node m in the interim.

In any event, once the new relative positions to the new potentially interfering nodes are determined, the potential interference to the directional communication link is determined based thereon, at Block **232**, as previously described above. If the potential interference is above the above-referenced interference threshold, at Block **233**, then the directional communication link is scheduled during a new time slot, at Block **234**, thus concluding the illustrated method (Block **235**). Of course, a different threshold could be used, such as to introduce hysteresis, as described above.

The above-described interference equations provide a useful model for the time slot prioritization that is preferably accounted for when determining the appropriate allocation of time slots. Of course, in practice calculating each of the above metrics every time interference is to be determined may require significant processing resources. As such, it may be advantageous to pre-compute a set of ranges of the input/output values or ratios and store them in a look-up table $18g$ in the controller **18** to calculate SIR, as will be appreciated by those of skill in the art.

Turning now additionally to FIG. **24**, SP and DA time slot re-allocation will now be discussed in further detail. First, we will consider the initial scheduling of a new SP or DA time slot between the node m and its neighbor node n (see FIG. **21**). As an initial matter, it is assumed herein that when allocating a new SP time slot, any "free" time slots or DA time slots are available for allocation with the "free" time-slots of higher priority than the DA time slots. The DA time slots are also preferably ordered with the smallest value of demand metric as the highest priority for re-allocation. A similar process is followed when allocating a new DA time slot except that existing time slot allocations with a demand metric larger than a certain amount are not available for re-allocation, as noted above.

The initial scheduling process may also be augmented by considering estimated interference levels and the prioritized traffic demand metric as prioritization metrics, as discussed above. Thus, the process of rank ordering potential time slots is more complex with these two metrics.

Generally speaking, re-allocation of time slots may begin (Block **240**) following establishment of the initial time slots, at Block **241**, as discussed above. In accordance with the present example, the initiating mobile node n will identify available time slots shared with its neighboring mobile nodes, at Block **242**, and rank the available time slots based upon link utilization during the time slots by the initiating mobile node and the neighboring mobile nodes, at Block **243**. The initiating mobile node n then transmits a time slot re-allocation request to the receiving mobile node m including the available time slots and ranking thereof, at Block **244**.

As such, the receiving mobile node m will in turn receive the time slot re-allocation request and rank the available time slots based upon link utilization during the available time slots by the receiving mobile node and mobile nodes neighboring the receiving mobile node, at Block **245**. Further, node m then generates a combined ranking of the

available time slots, at Block **246**, based upon the rankings thereof by the initiating mobile node and the receiving mobile node. The receiving mobile node m may then re-allocate one or more of the available time slots for establishing a communication link between the initiating mobile node and the receiving mobile node based upon the combined ranking, at Block **247**, thus concluding the illustrated method, at Block **248**.

With reference to FIG. **25**, the above re-allocation method may also advantageously include various other features in certain embodiments. Beginning at Block **250**, the initiating mobile node n and the receiving mobile node m may each determine a traffic demand metric associated with each available time slot, at Block **251**, as described above, and remove from consideration for re-allocation any available time slot having a traffic demand metric associated therewith a high usage threshold, at Blocks **252** and **253**.

Similarly, the initiating mobile node n and receiving mobile node m may also each determine an SIR value associated with each available time slot, at Block **254**, and remove from consideration for re-allocation any available time slots having an SIR value associated therewith above a high SIR threshold, at Blocks **255** and **253**. It should also be noted that the initiating mobile node n and the receiving mobile node m may also use the SIR values in the ranking of the time slots (Blocks **243, 245** in FIG. **24**).

These rankings could also take into account increased and/or decreased link utilization metrics, as were previously described above. Moreover, the initiating mobile node n and the receiving mobile node m may each rank the available time slots based upon an average quantity of data transmitted therein and/or an amount of data stored in their queues $18f$, as was also discussed above.

Moreover, since the initiating mobile node n and the receiving mobile node m will preferably transmit data having a plurality of priority levels, the receiving mobile node m can prohibit re-allocation of an available time slot if data to be transmitted during the available time slot does not have has an equal or greater priority level than data currently being transmitted during the available time slot, at Blocks **256** and **253**. Otherwise, the link can be re-allocated (Block **257**) as previously described above, thus concluding the illustrated method, at Block **258**.

More specifically, exemplary algorithms will now be provided for performing the above-described ranking of time slots. However, before giving the algorithms for rank-ordering potential time slots that may be re-allocated to the link between nodes m and n, we will first define a term $MetLim_{mn}$ to ensure that no time slots will be re-allocated from another link to the link between nodes m and n unless it is needed to carry higher priority traffic, as noted with reference to Block **256**, above. Again assuming the example with three priority classes, $MetLim_{mn}$ is defined as:

$$\text{If } M_{mn}^{\ DA}(T_{mn}^{\ Pi}, N_{mn}^{\ tot})/K_2 > 2 \text{ then } MetLim_{mn} = 2, \tag{41}$$

$$\text{Elseif } M_{mn}^{\ DA}(T_{mn}^{\ Pi}, N_{mn}^{\ tot})/K_2 > 1 \text{ then } MetLim_{mn} = 1, \tag{42}$$

$$\text{Else } MetLim_{mn} = 0. \tag{43}$$

To illustrate the overall approach, first consider the approach for rank ordering the time slots when the interference metrics are not considered. We begin by rank ordering all other time slots not assigned to the link between nodes m and n (i.e., those assigned between node m and one of its neighbor nodes r, not shown) according to the following time slot prioritization approach, which considers priority of

US 6,958,986 B2

51

traffic demand in allocating new time slots but does not include the effects of interference.

In particular, when a new time slot is required to be allocated between nodes m and n, a list of available time slots is created from free and DA available time slots. These time slots are then rank ordered at the requesting or initiating node n prior to sending a list of potential time slots to the receiving node m. Available time slots are rank ordered using the prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{P_i}, N_{mr}^{tot}-1))$. Note the use of $(N_{mr}^{tot}-1)$ in this metric, which indicates the value of the metric if a time slot is taken away from the link between nodes m and r.

The following approach is recommended for this ordering. The highest ranking time slots are the time slots that are free. The remaining time slots are rank ordered in inverse order of the traffic demand metric $M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))$. If the new time slot is to be allocated is a DA time slot, then all time slots are eliminated which are carrying equal or higher priority traffic, i.e.,

$$M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))>MetLim_{mr}. \qquad (44)$$

This ensures that only traffic of lower priority is lost in the re-allocation process.

A rank ordered list of time slots (according to the above criteria) is included in the REQ message sent by the requesting node n, as noted above. The receiving node m receives the REQ message and takes the list of rank ordered time slots and rank orders these time slots according to the method described above using the priority traffic demand. Then the remaining time slots are given a combined ranking from the rankings determined by the two nodes, and the time slot is selected which has the best combined ranking, as also noted above.

If the metric $M_{ik}^{DA}(T_{ik}^{P_i}, (N_{ik}^{tot}+1))>0$, this indicates that another time slot will be needed even after allocating the first time slot. This metric can then be compared with the metrics for the links to other neighbors to see if a second time slot should be requested, or if another link now has a more urgent need for an additional time slot. In the latter case, the next time slot allocation is preferably given to that link with the largest metric.

The foregoing approach may also advantageously be enhanced in some embodiments to account for traffic priority as described above. The following approach is recommended for rank-ordering potential time slots with interference. Received interference levels $M_{n,T_j^I}$ are maintained for each neighbor node and each time slot. These levels are preferably updated periodically, e.g., about once per second with new position updates.

When a new time slot is required to be allocated between nodes m and n, a list of available time slots is created from free and DA time slots. These time slots are then rank ordered or prioritized at the requesting node n prior to sending a list of potential time slots to the receiving node m. Thus, to rank-order the time slots, the total received interference power may be evaluated after receiving antenna suppression for each neighbor. The total estimated interference power received $N_{T_j^I}^{mn}$ may then be calculated, as will be appreciated by those of skill in the art.

The available time slots allocated to neighbor nodes may then be ranked using the prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))$ and the interference metric $N_{T_j^I}^{mn}$. Note the use of $(N_{mr}^{tot}-1)$ in this metric, which indicates the value of the metric if a time slot is taken away from the link between nodes m and r. For this rank-ordering, it is preferred that the highest ranking time slots are the time slots that are free or are DA time slots that have a prioritized traffic

52

demand metric $M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))\leq T_{DA}^L$ less than a predetermined threshold. In other words, these are time slots that are either not being used (free) or are almost never used. These time slots are then rank ordered according to the level of estimated interference power $N_{T_j^I}^{mn}$, with the lowest values of $N_{T_j^I}^{mn}$ assigned the highest rank.

The next time slots in order of rank are the remaining DA time slots that have a prioritized traffic demand metric $M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))\leq T_{DA}^H$ less than a higher threshold value, and simultaneously have very high $SIR_{mn}^{T_i}$ for the time slot indicated by exceeding a threshold $SIR_{mn}^{T_i}>T_{SIR}^H$. These time slots are rank ordered according to the prioritized traffic demand metric with smallest demand metric indicating highest rank. These time slots are ranked below those previously calculated.

The remaining DA time slots that satisfy $M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))\leq T_{DA}^H$ but do not satisfy $SIR_{mn}^{T_i}>T_{SIR}^H$ are rank ordered according to the highest value of $SIR_{mn}^{T_i}$. These time slots are ranked below those previously calculated. Further, the remaining DA time slots are ranked below those previously calculated. These time slots are rank ordered according to the prioritized traffic demand metric with smallest prioritized traffic demand metric indicating highest rank. Of course, it will be appreciate that the above ranking approach is exemplary and that other approaches may also be used within the scope of the present invention.

Any time slots in the previous priority ranking are preferably eliminated from consideration for re-allocation if the time slot predicted signal-to-interference ratio is:

$$SIR_{mn}^{T_i}<T_{SIR}^L. \qquad (45)$$

This eliminates from consideration any time slots for which interfering nodes might cause too low an SIR. Furthermore, if the new time slot to be allocated is a DA time slot, then all of time slots are preferably eliminated which are carrying equal or higher priority traffic, i.e.,

$$M_{mr}^{DA}(T_{mr}^{P_i}, (N_{mr}^{tot}-1))>MetLim_{mr}. \qquad (46)$$

This ensures that only traffic of lower priority is lost in the re-allocation process.

As noted above, a rank ordered list of time slots (according to the above criteria) is included in the REQ message sent by the requesting node. The receiving node m receiving the REQ message takes the list of rank ordered time slots and rank-orders these time slots according to the same method described above using demand and interference metrics it calculates. This preferably includes eliminating any time slots that fail the SIR, interfering node distance, and interfering node angle thresholds, or that are unavailable at the receiving node. Then the remaining time slots are given a combined ranking from the rankings determined by the two nodes, and the time slot is selected which has the best combined ranking.

If the metric $M_{ik}^{DA}(T_{ik}^{P_i}, (N_{ik}^{tot}+1))>0$, this indicates that another time slot will be needed even after allocating the first time slot. This metric can then be compared with the metrics for the links to other neighbors to see if a second time slot should be requested, or if another link now has a more urgent need for an additional time slot. In the latter case, the next time slot allocation should preferably be to that link, with the largest metric.

After a time slot is allocated, it will be continually monitored as part of the interference avoidance and mitigation approach. In addition, the omni link quality is continually measured. If the quality of the omni link goes bad (indicating a loss of LOS or too much distance to the other

US 6,958,986 B2

53

node), then the link is declared down and the routing algorithm (e.g., OLSR) is notified of the loss of link. This will initiate rerouting at the network layer. As long as the omni link is still good, then the individual time slots must still be monitored for interference.

The following discussion illustrates how potential or existing interference on directional time slots is evaluated when the omni link is of good quality. There will be situations where the link quality indicators show that the omni link to a given neighbor node is good, but one of the directional time slots allocated to that node is very unreliable. This will be an indication of excessive interference on that time slot that has not been prevented by the interference avoidance techniques described above.

There are several situations that can cause such interference which are typically initiated by movement. These include, for example, rapid change of the direction of arrival of the desired signal, rapid change of the direction of arrival of the interfering signal, increasing number of interferers, and changes in distance between a node and its target node and the interfering nodes.

An overview of the interference monitoring/mitigation approach in accordance with the invention will now be described with reference to FIG. 26. Beginning at Block 260, after a communication link is established between the pair of mobile nodes m and n during one or more time slots (Block 261), as described above, at least one of the nodes determines a link quality value associated with the communication link during the time slot(s), at Block 262. This node then determines if the communication link is of a first (marginal) or a second (poor) quality, at Blocks 263 and 264.

In accordance with the invention, the mobile nodes cooperate to re-allocate the communication link to a new time slot within a first time period if the communication link is of marginal quality during a given time slot, at Block 265. Further, if the communication link is of poor quality during a given time slot, the nodes then cooperate to re-allocate the communication link to a new time slot within a second time period shorter than the first time period, at Block 266. That is, if link quality is severely degraded, the time slot may be allocated relatively quickly (i.e., within the second shorter time period) to minimize disruption to communications. On the other hand, if link quality is marginal but still usable, re-allocation of the time slot may be delayed longer (i.e., within the longer first time period), which may reduce conflicts between competing pairs of nodes attempting to re-allocate time slots simultaneously.

The steps generally illustrated at Blocks 262–264 are illustrated in further detail in FIG. 27. In particular, the link quality value is preferably determined based upon the SIR and packet reception error value (PREV), as described above, at Block 271. As will be described further below, the communication link is preferably determined to be of marginal quality if the SIR is between a first SIR threshold and a second SIR threshold (which is higher than the first quality threshold), and the PREV is between a first error threshold and a second error threshold (which is higher than the first error threshold), at Blocks 272 and 274, concluding this aspect of the method (Block 278).

Similarly, the communication link is also preferably determined to be of marginal quality if the SIR is less than the first SIR threshold and the PREV is greater than the second error threshold, at Blocks 274 and 273. Additionally, if the SIR is less than the first SIR threshold and the PREV is between the first error threshold and the second error threshold, the communication link is determined to be of poor quality, at Block 275 and 276. Also, the communication

54

link is determined to be of poor quality if the quality factor is below the first error threshold.

The above-described approach is particularly well suited for demand assigned time slots. For semi-permanent time slots, it may in some applications be appropriate to re-allocate these time slots relatively quickly. As such, referring now to FIG. 28, beginning at Block 280, after the initial establishment of an SP time slot, at Block 281, a semi-permanent link quality value associated with the communication link during the semi-permanent time slot is determined, at Block 282, as similarly described above for the DA time slots. If the additional communication link is determined to be of either marginal or poor quality during the semi-permanent time slot based upon the semi-permanent link quality value, at Block 283, then the link is re-allocated to a new SP time slot within the relatively short second time period, at Block 284. Otherwise, the link quality value will continue to monitored, as illustratively shown.

The above-outlined interference avoidance and mitigation procedure will now be described in further detail with reference to particular equations for calculating he above-noted variables. Again, several key variables will be periodically re-calculated for each time slot and for each interfering node. These include the link quality $N\_quality_i^{L_k}$ and its quantized value $TS\_Qual_i^{L_k}$ for each time slot i for each directional link $L_k$; the potential $SIR_{mn}^{T_i}$ for time slot I; and the omni link status $Can\_Alloc_i^{L_k}$.

These variables will be indicators of interference or potential interference on time slot i. Minor degradation in these variables will initiate a more leisurely attempt (i.e., within the first relatively long time period) to reschedule a more favorable time slot in order to avoid potential interference. Since the interfering node pair(s) may have also detected this condition, the leisurely backoff will reduce the probability that both node pairs will reschedule at the same time and possibly introduce another conflict.

As such, if the interfering node pair decides to reschedule first, this may eliminate the need for rescheduling. For this "slow" backoff approach (i.e., within the first time period), the rescheduling operation will be initiated with probability $p_{rs}^{slow}$ at a random time over the next $\Delta T_R$ seconds. If it is not initiated, then the tests will be performed again when the variables are again recalculated (about once per second). If the tests are failed again, then the rescheduling operation will be initiated with probability $p_{rs}^{slow}$ at a random time over the next $\Delta T_R$ seconds. This testing process will go on as long as the potential interference condition exists.

Detection of existing severe degradation will require more immediate rescheduling to avoid existing excessive interference. In this case the "fast" backoff approach is to initiate rescheduling of the time slot within the second relatively short time period. By way of example, this may be within the next directional epoch, for example, and this is done with probability $p_{rs}^{fast}$. If rescheduling is not initiated within this epoch, then it is initiated within the next epoch with probability $p_{rs}^{fast}$, and so on.

The decision between doing no re-allocation of a current time slot assignment and doing either slow or fast backoff toward re-allocation is preferably based on the following criteria. First, re-allocation of the time slot is not considered if the time slot i for the link between nodes m and n satisfies either of the following conditions:

$$SIR_{mn}^{T_i} > T_{SIR}^M \text{ and } TS\_Qual_i^{L_k} = \text{GOOD OR MID; and} \quad (47)$$

$$SIR_{mn}^{T_i} > T_{SIR}^L \text{ and } TS\_Qual_i^{L_k} = \text{GOOD.} \quad (48)$$

Furthermore, a slow backoff toward re-allocation of the time slot is used if the time slot i for the link between nodes

US 6,958,986 B2

55

m and n satisfies either of the following conditions (fast backoff if it is the only time slot for the link between nodes m and n):

$$T_{SIR}{}^{L} \leq SIR_{mn}{}^{Ti} \leq T_{SIR}{}^{M} \text{ and } TS\_Qual_i{}^{L_k} = \text{MID; and} \quad (49)$$

$$SIR_{mn}{}^{Ti} < T_{SIR}{}^{L} \text{ and } TS\_Qual_i{}^{L_k} = \text{GOOD.} \quad (50)$$

Also, a fast backoff toward re-allocation of the time slot is used if the time slot i for the link between nodes m and n satisfies either of the following conditions:

$$SIR_{mn}{}^{Ti} < T_{SIR}{}^{L} \text{ and } TS\_Qual_i{}^{L_k} = \text{MID; and} \quad (51)$$

$$TS\_Qual_i{}^{L_k} = \text{BAD.} \quad (52)$$

The time slot is de-allocated and the routing protocol (e.g., OLSR) is notified that the link between nodes m and n has been lost if the following conditions are satisfied:

$$TS\_Qual_i{}^{L_k} = \text{BAD and } Can\_Alloc_i{}^{L_k} = \text{FALSE for at least } T_B \text{ seconds.} \quad (53)$$

As briefly discussed above, once rescheduling is determined to be necessary either through fast or slow backoff, certain precautions may be desirable if time slot i is an SP time slot. Because of the importance of SP time slots it is important that this time slot not be degraded. If the time slot is the only time slot allocated between nodes m and n, then fast backoff is preferably done even if the conditions listed below would indicate that a slow backoff is satisfactory.

The other case is when nodes m and n have several time slots allocated. If slow backoff is otherwise indicated for an SP time slot, then node m can immediately notify node n that one of their DA time slots should be made the SP time slot, thereby letting the current time slot assume the less critical role of DA time slot. If no other time slots allocated to nodes m and n are of sufficient quality to rename as the SP time slot, then fast backoff is used to reschedule the SP time slot i. If the time slot i is a DA time slot or can be made a DA time slot, then the fast or slow backoff decision decided by the criteria below is used.

In particular, the time slot being re-allocated is not de-allocated until the new time slot allocation is made. After the new time slot is obtained, the old questionable or bad time slot can be de-allocated. It is preferred that forwarding of packets over a time slot of "low" quality (TS_Qual$_i{}^{L_k}$= BAD) be discontinued if another time slot is available for the link between nodes m and n.

A simple interface with the Optimized Link State Routing (OLSR) routing algorithm may be included in the present invention and is discussed below with reference to FIGS. 2 and 29. As is known to those skilled in the art, with OLSR, link state information can quantify the status of a link. Complete topology information is maintained and neighbor topology information is periodically broadcast to all other nodes in the network to allow them to construct complete network topology. Most of the activity surrounding allocation and reallocation of time slots to meet traffic demands and mitigation of interference should be hidden from OLSR. An issue arises when there are several time slots allocated to a link with a neighbor node, e.g., a link to neighbor node k has m time slots, $i_1, i_2, \ldots, i_m$. If one or more, but not all of the time slots are determined to be of poor quality due to interference, then rescheduling of the time slots could be initiated. As long as at least one time slot to the neighbor node is still of high quality, then the nodes are still connected neighbors, and no changes are needed in routing tables. Thus, there is no need to cause OLSR to react to this. The

56

link does experience a loss of some capacity during the rescheduling, which may be of concern, but there is nothing that OLSR should do. If all of the time slots are of poor quality, then OLSR must be allowed to react and reroute data through other links. The following link quality measure is defined for the link to node k as the maximum quality of each of the time slots allocated to that link.

$$N\_quality^{L_k} = \max_{\text{All\_TS\_for\_L}_k} \left( N\_quality_i{}^{L_k} \right) \quad (54)$$

The quality measure, N_quality$^{L_k}$, for the link to node k can then be reported to OLSR each time it changes. This quality measure will replace the quality measure that OLSR typically calculates from received HELLO packets. It will replace the standard OLSR quality measure, but it will then be used by OLSR in exactly the same way. As is typically done in OLSR, a hysteresis function may be applied to it to reduce "link flapping" as seen by OLSR. If the link quality becomes too poor, then the link will be declared "down" and OLSR will automatically send new status information in its HELLO and TC update packets and recalculate routes.

More specifically, the controller 18 (FIG. 2) preferably includes a communications router 18$i$ to discover routes and route communications to neighboring nodes with a routing protocol, such as OLSR. The time slot scheduling unit 18$a$/18$b$ schedules time slots to establish the communication link with each neighboring mobile node, and an antenna aiming unit 18$c$ aims the directional antenna toward each neighboring mobile node during communication therewith. Here, a link quality estimator 18$h$ is provided to estimate link quality based upon the quality of each time slot scheduled for the communication link and to report estimated link quality to the communications router 18$i$.

As discussed above, the estimated link quality may be defined as the maximum quality of each time slot scheduled for the communication link, and the router 18$i$ may route communications to neighboring nodes based upon the estimated link quality. The communication link is preferably maintained as long as the maximum quality of at least one time slot for the link is above a predetermined threshold, and the router 18$i$ initiates new route discovery when the estimated link quality for the link is below the predetermined threshold. The router 18$i$ may perform a hysteresis function to the estimated link quality reported from the link quality estimator.

Referring to FIG. 29, the general steps of this method aspect of the present invention are now described. The method begins at Block 290, time slots are scheduled and the antenna is aimed, in accordance with the approaches discussed above, at Blocks 291 and 292, respectively. At Block 293 the link quality is estimated, and reported to the communications router 18$i$ or OLSR as indicated in Block 294, before the method ends at Block 295.

The present invention thus provides a fully distributed link scheduling algorithm and protocol for phased array networks. It should be noted that the above description of the algorithm/protocol details assumed the case of a single directional beam per node, which is time-shared and pointed toward neighbor nodes during the allocated time slot for that access. However, the approach can be used for any number of steered beams per node.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is to be understood that the invention is not to be limited to the

US 6,958,986 B2

57

specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless communication network comprising:

a plurality of mobile nodes each comprising a wireless transceiver and a controller for controlling said wireless transceiver, said controller also for

scheduling a respective semi-permanent time slot to establish a communication link with neighboring mobile nodes for transmitting data therebetween, the data having different priority levels,

determining respective link utilization metrics for each data priority level for each communication link, and

scheduling demand assigned time slots for establishing additional communication links with the neighboring mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

2. The wireless communication network of claim 1 wherein said controller determines link utilization metrics for each data priority level for each additional communication link, and re-allocates the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels.

3. The wireless communication network of claim 2 wherein said controller re-allocates the demand assigned time slots by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

4. The wireless communication network of claim 2 wherein said controller re-allocates the demand assigned time slot by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

5. The wireless communication network of claim 1 wherein each link utilization metric is determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

6. The wireless communication network of claim 1 wherein said controller further comprises a queue for storing data prior to transmitting, and wherein each link utilization metric is determined based upon a quantity of data corresponding to the respective priority level in said queue.

7. The wireless communication network of claim 1 wherein said controller determines an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

58

8. The wireless communication network of claim 1 wherein the communication link and additional communication links comprise directional communication links; and wherein each node further comprises a phased array antenna connected to said wireless transceiver and controlled by said controller.

9. A wireless communication network comprising:

a plurality of mobile nodes each comprising a wireless transceiver and a controller for controlling said wireless transceiver, said controller comprising a data queue and also for

scheduling respective semi-permanent time slots to establish communication links with neighboring mobile nodes for transmitting data stored in said data queues therebetween,

determining link utilization metrics for each communication link based upon a quantity of data previously sent over the communication link during the semi-permanent time slots and the data queue, and

scheduling demand assigned time slots for establishing additional communication links with said neighboring mobile nodes for transmitting the data based upon the link utilization metrics.

10. The wireless communication network of claim 9 wherein the data has different priority levels; wherein said controller also determines respective link utilization metrics for each data priority level for each communication link, and schedules demand assigned time slots further based upon the link utilization metrics and data priority levels.

11. The wireless communication network of claim 10 wherein said controller determines link utilization metrics for each data priority level for each additional communication link and re-allocates the demand assigned time slots based thereon.

12. The wireless communication network of claim 11 wherein said controller re-allocates the demand assigned time slots by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

13. The wireless communication network of claim 11 wherein said controller re-allocates the demand assigned time slot by:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

14. The wireless communication network of claim 10 wherein each link utilization metric is determined based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

US 6,958,986 B2

59

**15.** The wireless communication network of claim **10** wherein said controller determines an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

**16.** The wireless communication network of claim **9** wherein the communication link and additional communication links comprise directional communication links; and wherein each node further comprises a phased array antenna connected to said wireless transceiver and controlled by said controller.

**17.** A communication method for a wireless communication network comprising a plurality of mobile nodes, the method comprising:

scheduling a respective semi-permanent time slot to establish communication links between respective pairs of mobile nodes for transmitting data therebetween, the data having different priority levels;

determining respective link utilization metrics for each data priority level for each communication link; and

scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting data therebetween based upon the link utilization metrics and data priority levels.

**18.** The method of claim **17** wherein determining comprises determining link utilization metrics for each data priority level for each additional communication link; and further comprising re-allocating the demand assigned time slots based upon the link utilization metrics for each data priority level for each additional communication link and the data priority levels.

**19.** The method of claim **18** wherein re-allocating further comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**20.** The method of claim **18** wherein re-allocating further comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**21.** The method of claim **17** wherein determining comprises determining each link utilization metric based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

**22.** The method of claim **17** wherein each mobile node comprises a queue for storing data prior to transmitting, and wherein the link utilization metrics are determined based upon quantities of data in the queues corresponding to respective priority levels.

**23.** The method of claim **17** wherein determining comprises determining an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

60

**24.** The method of claim **17** wherein the communication link and additional communication links comprise directional communication links.

**25.** A communication method for a wireless communication network comprising a plurality of mobile nodes each comprising a data queue, the method comprising:

scheduling respective semi-permanent time slots to establish communication links between respective pairs of mobile nodes for transmitting data stored in the data queues therebetween;

determining link utilization metrics for each communication link based upon a quantity of data previously sent over the communication link during the semi-permanent time slots and the data queues; and

scheduling demand assigned time slots for establishing additional communication links between the pairs of mobile nodes for transmitting the data based upon the link utilization metrics.

**26.** The method of claim **25** wherein the data has different priority levels; wherein determining further comprises determining respective link utilization metrics for each data priority level for each communication link; and wherein scheduling further comprises scheduling demand assigned time slots based upon the link utilization metrics and data priority levels.

**27.** The method of claim **26** further comprising determining link utilization metrics for each data priority level for each additional communication link and re-allocating the demand assigned time slots based thereon.

**28.** The method of claim **27** wherein re-allocating comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating reduced capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon losing respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated reduced capacity link utilization metrics.

**29.** The method of claim **27** wherein re-allocating comprises:

designating demand assigned time slots to be re-allocated based upon the respective link utilization metrics associated therewith;

estimating increased capacity link utilization metrics between respective pairs of mobile nodes for each data priority level based upon gaining respective designated demand assigned time slots assigned thereto; and

re-allocating the designated demand assigned time slots based upon the estimated increased capacity link utilization metrics.

**30.** The method of claim **26** wherein determining comprises determining each link utilization metric based upon a quantity of data sent during at least one prior semi-permanent time slot corresponding to the respective priority level.

**31.** The method of claim **26** wherein determining comprises determining an aggregate link metric for each communication link based upon a weighted sum of the link utilization metrics for each communication link.

**32.** The method of claim **25** wherein the communication link and additional communication links comprise directional communication links.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.    : 6,958,986 B2                                    Page 1 of 2
DATED         : October 25, 2005
INVENTOR(S)   : Cain

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 1,
Lines 7-16, delete "RELATED APPLICATION
This application is a continuation-in-part of co-pending application Ser. No.
10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein
by reference.

This invention was made with Government support under Contract Number
N00014-96-C-2063 awarded by the Naval Research Laboratory. The Government
has certain rights in this invention." insert --This invention was made with
Government support under Contract Number N00014-96-C-2063 awarded by the
Naval Research Laboratory. The Government has certain rights in this invention.

RELATED APPLICATION
This application is a continuation-in-part of co-pending application Ser. No.
10/043,457 filed Jan. 10, 2002, the entire disclosure of which is incorporated herein
by reference. --.

Column 15,
Line 42, delete "a-maximum" insert -- a maximum --.

Column 16,
Line 7, delete "slots-as" insert -- slots as --.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.　: 6,958,986 B2　　　　　　　　　　Page 2 of 2
DATED　　　　: October 25, 2005
INVENTOR(S)　: Cain

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 26,
Line 23, delete "determine-if" insert -- determine if --.
Line 35, delete "size-and" insert -- size and --.
Line 56, delete "measure,-" insert -- measure, --.

Signed and Sealed this

Thirtieth Day of May, 2006



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

# EXHIBIT 3



US006980537B1

(12) **United States Patent**

Liu

(10) **Patent No.:** US 6,980,537 B1
(45) **Date of Patent:** Dec. 27, 2005

(54) **METHOD AND APPARATUS FOR COMMUNICATION NETWORK CLUSTER FORMATION AND TRANSMISSION OF NODE LINK STATUS MESSAGES WITH REDUCED PROTOCOL OVERHEAD TRAFFIC**

(75) Inventor: **Yu-Jih Liu**, Ledgewood, NJ (US)

(73) Assignee: **ITT Manufacturing Enterprises, Inc.**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 945 days.

(21) Appl. No.: **09/709,502**

(22) Filed: **Nov. 13, 2000**

**Related U.S. Application Data**

(60) Provisional application No. 60/164,955, filed on Nov. 12, 1999, provisional application No. 60/164,942, filed on Nov. 12, 1999.

(51) Int. Cl.[7] .............................................. H04Q 7/24
(52) U.S. Cl. ........................ 370/338; 370/310; 370/277
(58) Field of Search ................................ 370/328, 389, 370/401, 400, 407, 338, 315, 310

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,958,343 A | 9/1990 | Abramovici et al. |
| 5,068,916 A | 11/1991 | Harrison et al. |
| 5,231,634 A | 7/1993 | Giles et al. |
| 5,233,604 A | 8/1993 | Ahmadi et al. |
| 5,241,542 A | 8/1993 | Natarajan et al. |
| 5,317,566 A | 5/1994 | Joshi |
| 5,530,912 A | 6/1996 | Agrawal et al. |
| 5,535,195 A | 7/1996 | Lee |
| 5,631,897 A | 5/1997 | Pacheco et al. |
| 5,684,794 A | 11/1997 | Lopez et al. |
| 5,687,168 A | 11/1997 | Iwata |
| 5,745,694 A | 4/1998 | Egawa et al. |

| | | |
|---|---|---|
| 5,805,593 A | 9/1998 | Busche |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 41069741 A1 | 9/1992 |

(Continued)

OTHER PUBLICATIONS

Adjih, C. et al.; "Link State Routing in Wireless Ad-Hoc Networks"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

(Continued)

*Primary Examiner*—Duc Ho
*Assistant Examiner*—Thien D. Tran
(74) *Attorney, Agent, or Firm*—Edell, Shapiro, & Finnan

(57) **ABSTRACT**

The present invention facilitates cluster formation within a communications network by utilizing network topology information to designate network nodes that are crucial for relaying traffic as cluster head nodes, while remaining network nodes are designated as member nodes. A beacon packet transmission rate of a network node or the interval between successive beacon packet transmissions by that node is adjusted by the present invention to facilitate cluster formation independent of network size and varying initial start times of network nodes. In addition, the present invention utilizes the above described cluster formation technique to form a three tier architecture for transmission or flooding of routing information from head node databases throughout the network. The cluster formation technique is applied to cluster head nodes to form an additional network tier of super nodes that distribute routing information, while cluster head nodes route network data traffic. The databases of cluster head nodes are examined subsequent to flooding of head node database information by super nodes, where data missing from a head node database is requested from a corresponding super node, thereby eliminating transmissions of acknowledgment messages.

**68 Claims, 10 Drawing Sheets**



## US 6,980,537 B1
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,805,977 | A | 9/1998 | Hill et al. |
| 5,805,995 | A | 9/1998 | Jiang et al. |
| 5,825,772 | A | 10/1998 | Dobbins et al. |
| 5,881,095 | A | 3/1999 | Cadd |
| 5,896,561 | A | 4/1999 | Schrader et al. |
| 5,903,559 | A | 5/1999 | Acharya et al. |
| 5,909,651 | A | 6/1999 | Chander et al. |
| 6,052,594 | A | 4/2000 | Chuang et al. |
| 6,130,881 | A * | 10/2000 | Stiller et al. ................ 370/238 |
| 6,192,053 | B1 | 2/2001 | Angelico et al. |
| 6,205,146 | B1 * | 3/2001 | Rochberger et al. ... 370/395.53 |
| 6,208,870 | B1 | 3/2001 | Lorello et al. |
| 6,246,875 | B1 | 6/2001 | Seazholtz et al. |
| 6,260,072 | B1 * | 7/2001 | Rodriguez-Moral ........ 709/241 |
| 6,304,556 | B1 * | 10/2001 | Haas ........................... 370/254 |
| 6,370,571 | B1 * | 4/2002 | Medin, Jr. ................... 709/218 |
| 2003/0165117 | A1 * | 9/2003 | Garcia-Luna-Aceves et al. 370/238 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 06121373 | 4/1994 |
| JP | 08125654 | 5/1996 |
| JP | 09200850 | 7/1997 |
| JP | 09205668 | 8/1997 |
| JP | 11032373 | 2/1999 |
| WO | WO 09718637 | 5/1997 |

### OTHER PUBLICATIONS

Henderson, T.R. et al.; "A Wireless Interface Type for OSPF"; Milcom Proceedings; Oct. 2003; pp. 1-6.

Cain, J.B. et al.; "A Link Scheduling and Ad Hoc Networking Approach Using Directional Antennas"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Macker, J.P. et al.; "A Study of Link State Flooding Optimizations for Scalable Wireless Networks"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Hsu, J. et al.; "Performance of Mobile Ad Hoc Networking Routing Protocols in Realistic Scenarios"; MILCOM Proceedings; Oct. 2003; pp. 1-6.

Clausen, T. et al.; "Optimized Link State Routing Protocol (OLSR)"; Internet RFC/STD/FYI/BCP Archives; Project Hipercom, INRIA; Oct. 2003; 75 pages.

Qayyum, A. et al.; "Multipoint relaying: An efficient technique for flooding in mobile wireless networks"; Mar. 2000; 18 pages.

Clausen, T. et al.; "Optimized Link State Routing Protocol"; Internet Draft; Jul. 1, 2002; 55 pages.

Jacquet, P. et al.; "Increasing Reliability in Cable-Free Radio LANs Low Level Forwarding in HIPERLAN"; Wireless Personal Communications, vol. 4, 1996; pp. 51-63.

Corson, M.S. et al.; "An Internet MANET Encapsulation Protocol (IMEP) Specification"; Internet Draft; Aug. 7, 1999; 37 pages.

Jacquet, P. et al.; "Optimized Link State Routing Protocol for Ad Hoc Networks"; Hipercom Project, INRIA; 2001 IEEE; pp. 62-68.

European Telecommunication Standard; Radio Equipment and Systems (RES); High PErformance Radio Local Area Network (HIPERLAN) Type 1; Functional specification; ETSI; Oct. 1996; pp. 1-111.

Viennot, L.; "Complexity Results on election of Multipoint Relays in Wireless Networks"; INRIA; Dec. 1998; pp. 1-12.

Jacquet, P. et al.; "Optimized Link State Routing Protocol"; Internet Draft; Nov. 18, 1998; 17 pages.

Corson, M.S.; "An Internet MANET Encapsulation Protocol (IMEP) Specification"; Internet Draft; Nov. 26, 1997; 18 pages.

Lin, C.R. et al, "Real-time support in multihop wireless networks", Wireless Networks 5 (1999), pp. 125-135.

Koubias, S.A. et al, "Further results on the performance . . . ATP-2 for local area networks", IEEE Transactions on Computers, vol. V37, No. 3, 1988, pp. 376-383.

Bandai, M. et al., "Performance analysis of a channel reservation . . . unicast and multicast packets", Trans. Inst. Electron. Inf. Comm. Eng. B-I, Japan, vol. J82B-1, No. 2, Feb. 1999, pp. 236-250.

Riera, M.O.I. et al., "Variable channel reservation . . . mobility platforms", VTC '98, 48th IEEE Vehicluar Technology Conference, 1998, pp. 1259-1263.

Kee, Chaing Chua et al, "Probabilistic channel reservation . . . pico/microcellular networks", IEEE Commun. Lett. (USA), vol. 2, No. 7, Jul. 1998, pp. 195-196.

Tripathi, S.B. et al., "Performance analysis of microcellisation . . . cellular wireless networks", 1997 IEEE Inter. Conf. On Personal Wireless Communication, pp. 9-14.

Boumerdassi, S., "A new channel reservation . . . cellular communication systems", Broadband Communications, Fourth Intern. Conf. On. Broadband Commun., 1998, pp. 157-168.

Wei, Huang et al, "Channel reservation for high rate service in cellular networks", 1997 IEEE Pacific Rim Conference, vol. 1, pp. 350-353.

Konishi, S. et al, "Flexible transmission bandwidth . . . for NGOSO MSS networks", IEEE J. Sel. Areas Commun. (USA), vol. 15, No. 7, Sep. 1997, pp. 1197-1207.

Ohta, C., et al, "Effects of moving mobiles . . . micro-cellular systems", IEEE Globecom 1996, vol. 1, 1996, pp. 535-539.

Kanazawa, A. et al, "Performance study of . . . micro-cellular systems", IEICE Trans. Fundam. Electron. Commun. Comput. Sci. (Japan), vol. E79-A, No. 7, Jul. 1996, pp. 990-996.

Harms, J.J. et al, "Performance modeling of a channel reservation service", Comput. Netw. ISDN Syst. (Netherlands), vol. 27, No. 11, Oct. 1995, pp. 1487-1497.

Harms, J.J. et al, "Performance of scheduling algorithms for channel reservation", IEE Proc., Comput. Digit. Tech. (UK), vol. 141, No. 6, Nov. 1994, pp. 341-346.

Barghi, H. et al, "Time constrained performance . . . for local networks", Eleventh Annual International Phoenix Conference on Computers and Communications, 1992, pp. 644-650.

Masuda, E., "Traffic evaluation of . . . on a T-S-T network", Electron. Commun. Jpn. 1, Commun. (USA), vol. 72, No. 8, Aug. 1989, pp. 104-119.

"PacTel Withdraws . . . dialtone operations", Multichannel News Jan. 29, 1996, pp. 48.

Iwata et al, "Scalable Routing . . . Wireless Networks", IEEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1369-1379.

Joa-Ng, et al, "A Peer-to-Peer . . . Mobile Ad Hoc Networks", IEEE Journal on Selected Areas in Communications, vol. 17, No. 8, Aug. 1999, pp. 1415-1425.

Das et al, "Routing in ad hoc networks using a spine", Proceedings of 6th Intern. Conf. On Computer Commun. And Networks, Las Vegas, 1997, pp. 34-39.

Krishna et al, "A cluster-based approach for routing in ad-hoc networks", Proceedings of the Second USENIX Symposium on Mobile and Location—Independent Computing, 1995, pp. 1-10.

US 6,980,537 B1

Page 3

Baker D.J. et al, "The architectural organization of a mobile radio network via a distributed algorithm", IEEE Trans. Commun., vol. Com-29, No. 11, pp. 1694-1701, Nov. 1981.

Baker, D.J. et al, "A distributed algorithm . . . mobile radio network", in Proc. IEEE ICC'82, pp. 2F.6.1-2F.6.5.

Ephremides, A. et al, "A design Concept . . . hopping signaling", Proc. IEEE, Vol. 75, No. 1, Jan. 1987, pp. 56-73.

Gerla M. et al, "Multicluster, mobile, multimedia radio network", Baltzer Journals, Jul. 12, 1995, pp. 1-25.

Lin, C.R. et al, "Adaptive clustering for mobile wireless network", IEEE JSAC, Sep. 1997, pp. 1-21.

MingLiang et al, "Cluster Based Routing Protocol (CBRP) Functional Specification" Internet-Draft, Aug. 14, 1998.

Moy, J., "OSPF version 2", RFC2328, Apr. 1998.

Kweon, Seok-Kyo, Real-Time . . . Packet Networks (Quality of Service, ATM, Ethernet), 1998, pp. 1-158.

Huang, Yih, Group Communication Under Link-State Routing (Multipoint Communications, Leader Election), 1998, pp. 1-204.

Behrens, Jochen, Distributed For Very Large Networks Based on Link Vectors (Routing Algorithm), 1997, pp. 1-109.

Khosravi-Sichani, et al, Performance Modeling and Analysis for the Survivable Signaling Network, Proceedings—IEEE Military Communication Conference, v 3, 1991, pp. 880-884.

Bellur, et al, "A Reliable, Efficient Topology . . . Dynamic Networks", IEEE INFOCOM '99, Conf. On Computer Commun. Proceed. 18th Annual Joint Conf. Of IEEE Comp. And Commun. Societies, vol. 1, 1999, pp. 178-186.

Ching-Chuan, et al, "On-Demand Multicast in Mobile Wireless Networks", Proceed. 6th Intern. Conf. On Network Protocols, 1998, pp. 262-270.

Garcia-Luna-Aceves, et al, "Scalable Link-State Internet Routing", Proceed. 6th Intern. Comf. On Network Protocols, 1998, pp. 52-61.

Huang et al, "Optimal Switch-Aided Flooding Operations in ATM Networks", 1998 IEEE ATM Workshop Proceedings, 1998, pp. 329-338.

Behrens, et al., Fast Disseminationof Link . . . Updates or Age Fields, Proceed. 17th Intern. Conf. On Distributed Computing Systems, 1997, pp. 51-58.

Garcia-Luna-Aceves, et al, "Distributed, Scalable Routing . . . States", IEEE J. Sel. Areas Commun. (USA), vol. 13, No. 8, Oct. 1995, pp. 1383-1395.

Behrens, et al, "Distributed, Scalable Routing Based on Link-State Vectors", Comput. Commun. Rev. (USA), vol. 24, No. 4, Oct. 1994, pp. 136-147.

Rutenburg et al, "How to Extract Maximum . . . Topology Updates", IEEE '93. Conf. On comp. Commun. Proceed. 12th Annual Joint Conf. Of the IEEE Comp. And Commun. Societies, 1993, pp. 1004-1013.

Garcia-Luna-Aceves, "Reliable Broadcast of Routing Information Using Diffusing Computations", GLOBECOM '92, Communication for Global Users, IEEE Global Tel. Conf., 1992, pp. 615-21.

Moy, J., "OSPF Version 2", RFC 1583, Mar. 1994.

Johnson et al, "Dynamic Source Routing in Ad Hoc Wireless Networks", Mobile Computing, 1996.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Mar. 13, 1998.

Broch et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Networks", IETF internet draft, Oct. 22, 1999.

Johnson et al, "The Dynamic Source Routing Protocol for Mobile Ad Hock Network", IETF internet draft, Nov. 17, 2000.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Aug. 7, 1998.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Oct. 22, 1999.

Park et al, "Temporally-Ordered Routing Algorithm (TORA) version 1", IETF internet draft, Nov. 24, 2000.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 20, 1997.

Perkins, "Ad Hoc On Demand Distance Vector (AODV) Routing", IETF Internet draft, Nov. 24, 2000.

Deering et al, "Protocol Independent Multicast Version2, Dense Mode Specification", IETF internet draft, May 21, 1997.

Garcia-Luna Aceves, "Source Tree Adaptive Routing (STAR) Protocol", IETF Draft, Oct. 1999.

Wu et al, "Ad Hoc Multicast Routing Protocol Utilizing Increasing id-numbers (AMRIS)", IETF internet draft, 1998.

Ballardie, "Core Based Tree Multicast Routing", RFC 2186, Sep. 1997.

Ballardie et al, "Core Based Tree (CBT)", SIGCOMM '93, 1993, pp. 86-94.

Chiang et al, "Shared Tree Wireless Network Network Multicast", IC3N'97, Apr. 1997, pp. 1-16.

Chiang et al, " Forwarding Group Multicast Protocol (FGMP) for Multihop", Mobile Wireless Networks, ACM-Baltzer Journal of Cluster Computing, 1998.

Lee et al, "On-Demand Multicast Routing Protocol (ODMRP) for Ad Hoc Networks", IETF internet draft, Jan. 2000.

North et al, "Wirels Networked Radios: Comparison of Military, Commercial and R&D Protocols", Second Annual UCSD Conference on Wireless Communications, Mar. 3, 1999, pp. 1-6.

* cited by examiner





FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG.II

US 6,980,537 B1

1

# METHOD AND APPARATUS FOR COMMUNICATION NETWORK CLUSTER FORMATION AND TRANSMISSION OF NODE LINK STATUS MESSAGES WITH REDUCED PROTOCOL OVERHEAD TRAFFIC

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application Serial Nos. 60/164,955, entitled "Cluster Algorithm for Ad Hoc Wireless Network" and filed Nov. 12, 1999, and 60/164,942, entitled "Routing Algorithm for Ad Hoc Wireless Networks" and filed Nov. 12, 1999. The disclosures of those provisional applications are incorporated herein by reference in their entireties.

## BACKGROUND OF THE INVENTION

### 1. Technical Field

The present invention pertains to communication systems. In particular, the present invention pertains to a wireless communication system utilizing network topology information to form clusters for data transmission by a minimal quantity of hops and without regard to initial start times of network nodes. In addition, the present invention pertains to a wireless communication system employing cluster formation to form a multiple tier network architecture and facilitate transmission of node link status messages with reduced protocol overhead traffic.

### 2. Discussion of Related Art

Generally, certain wireless networks, such as a cellular network, commonly utilize a relay station to forward a message from a mobile cellular unit to a desired destination. The relay station is typically a fixed base station where each mobile unit transmits an outgoing message directly to the base station (e.g., the base station is generally within one hop from the mobile units) for forwarding through a public telephone network to the desired destination. Ad hoc wireless networks (e.g., dynamic wireless networks without any routing infrastructure) are typically employed for military and personal communication applications. These types of networks do not include fixed base stations, but rather employ nodes that each dynamically determine a relay type network node to route traffic. Thus, the ad hoc network node is provided with a difficult task of determining a routing path for data transmission. Since several hops are typically required to facilitate communications, the cellular scheme described above is insufficient for ad hoc networks.

The related art has attempted to overcome the aforementioned problem by providing flat and hierarchical network architectures for data routing. In particular, the flat architecture basically includes a single tier of network nodes in communication with each other. The flat architecture performs adequately with small scale networks, however, overhead traffic increases rapidly and exceeds network capacity in response to increasing network size. The hierarchical architecture basically arranges a network into plural tiers or hierarchical levels. The first tier typically includes clusters or cells each including a plurality of communication nodes or cluster members. One node within each cluster is designated as the cluster head and has full connectivity to corresponding member nodes. The second tier includes a backbone network formed of the cluster head nodes to enable communications between different clusters (e.g., for data transmitted over greater distances). Thus, the first

2

network tier represents each network node, while the second network tier represents cluster head nodes. In operation, a network member node initially transmits a message to its corresponding cluster head node which subsequently forwards the message through the backbone network (e.g., through plural hops of cluster head nodes) to a destination cluster head node associated with a destination member node. Since full connectivity exists between each cluster head node and its corresponding member nodes, the destination cluster head node transmits the message to the corresponding destination member node. This type of architecture is typically employed in communication networks for military applications.

The formation of clusters and designation of cluster head nodes is generally performed dynamically within the exemplary hierarchical network, while the network employs a routing protocol to facilitate communications within the network. The routing protocol is preferably a link-state type of protocol that is implemented on the backbone network (e.g., by the cluster head nodes). The cluster head nodes each include a database that has information enabling the cluster head nodes to determine appropriate paths for routing messages. In particular, each head node constructs a routing table to determine a successive link to transmit a message from that node toward a destination head node. This is accomplished by transmitting or flooding routing information from each head node database among cluster head nodes to synchronize those databases. In order to ensure receipt of database information, a receiving head node transmits an acknowledgment message to a source head node transmitting the database information. If an acknowledgment message is not received within a predetermined time interval, the database information is re-transmitted to the network head nodes that have not acknowledged receipt of the database information. In addition, each network node (e.g., cluster head and member nodes) periodically broadcasts a beacon type or node status packet in accordance with the routing protocol. This packet basically advertises the presence of a node within the network, and is typically utilized by cluster head nodes for "keep alive" and neighbor discovery purposes.

In order to facilitate internet routing or routing between the hierarchical and other external networks (e.g., the Internet), a modified version of the conventional Open Shortest Path First (OSPF) Protocol may be employed. The OSPF protocol is basically a routing protocol employed for Internet Protocol (IP) type networks, while the modified protocol or Radio Open Shortest Path First (ROSPF) protocol is similar to OSPF, but is adapted for use with radio or wireless networks. For examples of implementation of the OSPF Protocol, reference is made to RFC 1583, Moy, "OSPF Version 2," March 1994, the disclosure of which is incorporated herein by reference in its entirety.

Routing is accomplished in the OSPF protocol by each network node having a routing database containing information related to network topology (e.g., links between network nodes). The routing database is utilized by each node to determine a path for transmitting a message to a destination site. The routing databases are updated by exchanging Link-State Advertisement (LSA) packets between neighboring nodes. These packets generally include information related to current links of network nodes and are typically transferred periodically and/or in the event of a modification to the network topology. The OSPF protocol designates a particular router to flood LSA packets to neighbors in broadcast type networks, while LSA packets are transmitted via point-to-point within non-broadcast type

US 6,980,537 B1

3

networks. The ROSPF protocol employed by the hierarchical network described above is similar to the OSPF protocol and exchanges LSA type packets between neighbors (e.g., cluster head and member nodes) to synchronize routing databases as described above.

The hierarchical architecture may provide significant reduction in routing overhead traffic in relation to the flat architecture depending upon the quantity of cluster head nodes employed. Accordingly, the related art provides several clustering techniques to arrange a network into a hierarchical architecture. Initially, a cluster head node may be utilized to replace the functionality of a cellular network base station and basically serves as a pseudo base station for data traffic within a corresponding cluster. A technique of the related art for cluster head designation and subsequent cluster formation includes determining clusters based on identifiers (e.g., identification codes or numbers) of network nodes. This technique basically designates a network node having a lowest (e.g., or greatest) node identifier as a cluster head. The related art has expanded this technique to utilize a node identifier or a degree of node connectivity to designate a cluster head node, and has further modified the technique to employ interconnected non-overlapping clusters to cover an entire network.

In addition, clustering techniques have been employed for military communication applications and provide a basis for routing protocols. One such technique determines cluster head nodes in accordance with initial random start times of network nodes. Basically, each network node may initiate power or start up at various times, thereby providing a generally random node initiation sequence. A network node is designated as a cluster head node in response to node initiation and determining the absence of neighboring nodes. Thus, nodes having early initiation times tend to be designated as cluster head nodes by this technique. The routing protocol commonly designates cluster head nodes and forms clusters based on network node identifiers (e.g., lowest node identifier is designated as a head node) and certain designation rules.

The clustering techniques of the related art suffer from several disadvantages. In particular, the above clustering techniques generally utilize simple criteria to dynamically designate a cluster head without employing network topology information. In particular, the techniques typically designate a cluster head node based on lowest or greatest node identifier. However, this may result in no direct links between cluster head nodes, thereby requiring additional gateway type nodes (e.g., nodes having communications with two cluster head nodes) to facilitate communication between clusters and increasing the quantity of hops required for communication. The approach according to node random start times may designate a significant quantity of nodes as cluster head nodes, where the designations are typically not optimal selections for a network configuration. Further, this cluster formation technique depends upon the particular sequence of node initiation, thereby enabling particular initiation sequences to facilitate a formation failure. Moreover, the above clustering techniques complicate determination of an appropriate interval between node status packet transmissions. When the interval is set to a value below an acceptable range, large scale networks may become congested. Conversely, if the interval is set to a value above an acceptable range, an extensive time interval is required to complete cluster formation. In addition, the above clustering techniques typically require the initial start times of network nodes to be spaced apart a sufficient

4

interval in order to avoid network failure as the quantity of nodes within the network increases.

With respect to the network architectures for data routing, the flat architecture performs adequately for small scale networks, but as network size increases, the flat network rapidly becomes congested since overhead traffic increases exponentially with network size. The hierarchical architecture reduces overhead traffic relative to the flat network architecture, however, this reduction is insufficient when the network employs on the order of several hundred nodes, thereby limiting application of the routing protocol. Although reliability of flooding node database information throughout a network is enhanced by transmission of acknowledgment messages, these messages increase overhead traffic, thereby degrading network performance.

The present invention overcomes the aforementioned problems by utilizing network topology information to identify network nodes crucial for relaying traffic. The identified nodes are designated as cluster head nodes, while remaining nodes are designated as member nodes. Since cluster head nodes basically serve as relay nodes, the present invention removes the need for gateway type nodes. In other words, the present invention designates a minimum quantity of network nodes as cluster head nodes to achieve connectivity among the nodes. Since the present invention employs a deterministic approach, cluster formation remains substantially the same independently of the initial start-up sequence of network nodes. Further, the designation of cluster head nodes by the present invention is optimal since the designated nodes are crucial for relaying network traffic. Moreover, since the quantity of cluster head nodes that may facilitate communications depends upon the interval between node status packet transmissions, the present invention adaptively adjusts that interval to subsequently facilitate cluster formation independent of network size and varying start times of network nodes.

In addition, the present invention employs a cluster formation technique to form a three tier hierarchical network in order to apply the routing protocol to large scale networks. The cluster formation technique is applied to the cluster head nodes or backbone network to form third tier clusters. Nodes within the third tier distribute routing information from head node databases to reduce overhead traffic, while head nodes within the second tier are utilized for data routing. Further, the present invention reduces overhead traffic by eliminating transmission of acknowledgment messages in response to receipt of the database information. Basically, the present invention examines head node databases and requests third tier nodes to supply missing information. Thus, the present invention only sends request messages in response to receipt of the database information and discovering missing data within head node databases, thereby significantly reducing overhead traffic.

OBJECTS AND SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to facilitate cluster formation in accordance with network topology information to minimize the quantity of hops for data transmission within the network.

It is another object of the present invention to form clusters within a network while designating a minimum quantity of cluster head nodes, thereby reducing the quantity of hops and overhead traffic for data transmission.

US 6,980,537 B1

5

Yet another object of the present invention is to enable cluster formation independent of initial start times of network nodes.

Still another object of the present invention is to form an additional network hierarchical tier to transmit routing information from node databases throughout the network with reduced overhead traffic.

A further object of the present invention is to employ a three tier network architecture to facilitate transmission of routing information from node databases throughout the network with reduced overhead traffic.

The aforesaid objects may be achieved individually and/or in combination, and it is not intended that the present invention be construed as requiring two or more of the objects to be combined unless expressly required by the claims attached hereto.

According to the present invention, an exemplary wireless network includes a plurality of nodes arranged by the present invention into clusters with each cluster having cluster member nodes and a designated cluster head node. The nodes communicate with each other via a link-state type of routing protocol and may further communicate with other external networks in accordance with an internetworking protocol (e.g., a modified version of the conventional Open Shortest Path First (OSPF) routing protocol, or a Radio Open Shortest Path First (ROSPF) protocol). A database within each network node contains link information for that node. The present invention facilitates cluster formation within the network by utilizing network topology information to form clusters and designate cluster head nodes. This is accomplished by identifying nodes that are crucial for relaying traffic within the network and designating those nodes as cluster head nodes, while remaining network nodes are designated as member nodes. Further, the present invention adjusts a node status packet transmission rate or interval between successive node status packet transmissions to facilitate cluster formation independent of network size and varying initial start times of network nodes.

In addition, the present invention utilizes the above described cluster formation technique to form a three tier architecture for transmission or flooding of routing information from head node databases throughout the network. In particular, the cluster formation technique is applied to cluster head nodes to form an additional network tier of super nodes. These super nodes are responsible for distributing the routing information, while cluster head nodes route network data traffic. The databases of cluster head nodes are examined subsequent to flooding of head node database information by super nodes, where data missing from a head node database is requested from a corresponding super node, thereby eliminating transmissions of acknowledgment messages. Thus, the present invention achieves significant reduction in overhead traffic.

The above and still further objects, features and advantages of the present invention will become apparent upon consideration of the following detailed description of specific embodiments thereof, particularly when taken in conjunction with the accompanying drawings wherein like reference numerals in the various figures are utilized to designate like components.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is a diagrammatic illustration of network nodes according to the present invention arranged in an exemplary communication network.

FIG. 1B is a block diagram of a network node of FIG. 1.

6

FIG. 2 is a procedural flow chart illustrating the manner in which a network node adjusts the interval between node status packet transmissions according to the present invention.

FIG. 3 is a procedural flow chart illustrating the manner in which a network node receives and processes node status packets according to the present invention.

FIG. 4 is a procedural flow chart illustrating the manner in which a network node determines head or member status to facilitate cluster formation according to the present invention.

FIG. 5 is a diagrammatic illustration of an exemplary configuration of network nodes and corresponding clusters formed in accordance with the present invention.

FIG. 6 is a diagrammatic illustration of an exemplary alternative configuration of network nodes and corresponding clusters formed in accordance with the present invention.

FIG. 7 is a graphical illustration of the relationship between network packet rate and time for an exemplary network configuration employing cluster formation and adjustment of the interval between node status packet transmissions in accordance with the present invention.

FIG. 8 is a diagrammatic illustration of an exemplary network having multiple tiers according to the present invention.

FIG. 9 is a procedural flow chart illustrating the manner in which a network node performs clustering and determines super node status to form a multiple tier network configuration according to the present invention.

FIG. 10 is a diagrammatic illustration of an exemplary configuration of cluster head nodes and corresponding clusters formed in accordance with the present invention.

FIG. 11 is a graphical illustration of the relationship between the total quantity of overhead packets and the quantity of cluster head nodes for the present invention and conventional flooding techniques.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Network nodes according to the present invention arranged in an exemplary wireless network are illustrated in FIG. 1A. Specifically, wireless network 2 includes a plurality of nodes 10 arranged in cells or clusters 12 in accordance with cluster formation of the present invention as described below. Each cell or cluster includes corresponding cluster member nodes 10 with one of those cluster member nodes designated as a cluster head node 14. These cluster arrangements form a first tier of network 2 and facilitate communication within a cluster between the cluster head and member nodes preferably utilizing a first transmission frequency. The head nodes of each cluster are in communication with each other, preferably utilizing a second transmission frequency, and form a backbone network 16. The backbone network essentially forms a second tier of network 2 and facilitates communications between nodes of different clusters (e.g., generally providing communications over greater distances). The architecture of network 2 is similar to that of conventional cellular telephone systems, except that network 2 provides dynamic selection of cells and cluster head nodes as described below.

A network node 10 according to the present invention is illustrated in FIG. 1B. Specifically, node 10 includes a transmitter 22, a receiver 24 and a processor 26. The processor is preferably implemented by a conventional microprocessor or controller and controls the node to trans-

US 6,980,537 B1

7

mit and receive messages in accordance with the communication protocols described below. The transmitter is preferably implemented by a conventional transmitter and transmits messages from the processor, preferably in the form of radio frequency (RF) signals, in accordance with processor instructions. Receiver 24 is typically implemented by a conventional receiver and configured to receive signals, preferably in the form of radio frequency (RF) signals, transmitted by the transmitter of another node. The receiver receives transmitted signals and forwards the received signals to processor 26 for processing. The node further includes an identifier (e,g, a code or identification number) to identify the particular node and a database (not shown) to store information pertaining to neighboring nodes to facilitate cluster formation as described below. A present invention head node 14 is substantially similar to node 10 described above.

The network preferably employs a link-state type of routing protocol that is implemented on backbone network 16. The database of each head node 14 maintains information enabling that cluster head to determine appropriate paths for routing messages through the network. The information typically relates to links between the various network head nodes. The cluster head databases are synchronized in accordance with the routing protocol by transference of database update packets or messages between cluster head nodes that provide network connectivity information. These packets are conventionally transmitted to each neighboring network head node via plural unicast or point-to-point messages (e.g., messages from a source node to a specific destination network node) in response to changes in network topology, an external network connected to network 2 or other modifications to the network facilitating changes in a node database. When a database update packet is received, a point-to-point acknowledgment (ACK) packet is commonly transmitted to the source node from the destination node to indicate packet reception. In addition, each node (e.g., cluster head and member nodes) periodically broadcasts a beacon type or node status packet. This packet basically advertises the presence of a node within the network and is typically utilized by head nodes for "keep alive" and neighbor discovery purposes.

With respect to communications between network 2 and other external networks (e.g., the Internet), the network may employ a Radio Open Shortest Path First (ROSPF) protocol. This protocol is basically a modified version of the conventional Open Shortest Path First (OSPF) protocol commonly utilized for Internet Protocol (IP) type networks. Since the OSPF protocol generates significant overhead when applied to ad hoc networks (e.g., dynamic wireless networks without any routing infrastructure), such as network 2, that protocol has been modified to derive the ROSPF protocol suitable for use with wireless or radio networks. According to the ROSPF protocol, each node within network 2 maintains a routing database including information enabling the node to determine an appropriate path for routing a message to the external network. The information contained within the node routing databases typically relates to links between the various network nodes. The ROSPF protocol is a link-state type routing protocol and provides for synchronization of node routing databases through transmission of Link-State Advertisement (LSA) packets to each network node. These packets are conventionally transmitted to each neighboring network node via plural point-to-point messages (e.g., messages from a source node to a specific destination network node) in response to changes in network topology, an external network connected to network 2 or other modifi-

8

cations to the network facilitating changes in a node database. When a database update packet is received, a point-to-point OSPF type acknowledgment (ACK) packet is commonly transmitted to the source node from the destination node to indicate packet reception.

The arrangement of nodes 10 within clusters 12 and the designation of cluster head nodes 14 are dynamically determined by the present invention. Basically, the present invention facilitates cluster formation and adjustment of the interval between node status packet transmissions within wireless ad hoc type networks. Cluster formation facilitates arrangement of network 2 into clusters and designation of cluster head nodes to form backbone network 16. The present invention distributes processing in a manner that enables each network node to determine its status as a head or member node in accordance with local connectivity information received within node status packet transmissions from neighboring nodes as described below. Since the interval between node status packet transmissions is adjusted, the initial value for that interval is not critical to cluster formation. Generally, the initial interval between node status packet transmissions is set to a low value to form clusters rapidly. If the initial interval is set to a value below an acceptable range, the network becomes congested due to transmission of excessive quantities of node status packets. However, the present invention automatically increases that interval to relieve the congestion.

The manner in which a processor of a network node facilitates transmission of node status packets and adjustment of the interval between transmission of those packets according to the present invention is illustrated in FIG. 2. Initially, power is enabled to an unconfigured network 2 at step 30 and each network node periodically transmits node status packets at predetermined time intervals. The node status packets transmitted by each node include a payload or storage section containing information including the quantity of neighboring nodes associated with that node and a listing of those neighboring nodes. The quantity of this information typically increases as node status packets are received by a node and additional neighboring nodes are discovered. The node status packets are transmitted as a broadcast message to enable each node of a succeeding hop (e.g., nodes within one hop from the transmitting node) to receive the packets. Specifically, a node schedules beacon transmission using an initial value at step 32, and subsequently waits for the transmission time of a succeeding node status packet as determined at step 34. In other words, the network node transmits a node status packet 'k' (e.g., where k is generally an integer greater than or equal to zero) at time, $t_k$, and waits for expiration of a time interval, $T_k$, between time $t_k$ and the transmission time of a succeeding node status packet, $t_{k+1}$. The time interval between node status packet transmissions, $T_k$, is initially set to a generally low predetermined value and is adjusted in accordance with network conditions as described below. However, the time interval may be initially set to any desired value. The network node receives node status packets during transmission and processes the packets as described below to facilitate the interval adjustment.

In response to expiration of the time interval, a node status packet containing relevant neighbor information is transmitted by the network node at step 36. The node processor subsequently determines the appropriate interval between subsequent node status packet transmissions based on the quantity of neighboring nodes indicated within received node status packets. Basically, the quantity of neighboring nodes generally decreases or remains the same in the event

US 6,980,537 B1

9

that no additional neighbors are discovered, or that neighboring node status packet transmissions are lost due to transmission impairments. In order to enhance the probability of receiving the potentially lost node status packets, the interval between node status packet transmissions, $T_k$, is increased to provide sufficient time for reception of the packets. Specifically, when the quantity of neighboring nodes, $N_k$ (e.g., where N is an integer generally greater than or equal to zero), associated with the network node at a time, tk, is the same as the neighbor quantity, $N_{k-1}$, at a previous time, $t_{k-1}$, as determined at step **38**, the time interval between transmission of node status packets by the network node, $T_k$, is increased at step **42**. Accordingly, the time for transmission of a succeeding node status packet, $t_{k+1}$, may be expressed as follows:

$$t_{k+1}=t_k+T_k+\text{uniform}\ (\delta);$$

where the uniform function represents a uniform distribution. In other words, the transmission time of a succeeding packet, $t_{k+1}$, is determined from the transmission time of a current node status packet ($t_k$), a current interval between transmissions ($T_k$) and an offset ($\delta$). The offset, $\delta$, is utilized to coordinate node status packet transmissions of network nodes. Since simultaneous transmission of node status packets results in collisions, the node status packet transmission times are staggered among the network nodes to minimize collision occurrence. The offset, $\delta$, may be any desired value or function to achieve appropriate node status packet transmission times. The uniform function basically distributes the offset values among the nodes in an appropriate manner. The interval between node status packet transmissions of neighboring nodes is typically determined by the network node based on the frequency of reception of node status packets from those nodes. Thus, the network node may determine appropriate intervals for node status packet transmissions based on the current interval and intervals of neighboring nodes. Moreover, the time interval between transmission of succeeding node status packets, $T_{k+1}$, may be determined from the current interval ($T_k$) and the offset ($\delta$), and may be expressed as follows.

$$T_{k+1}=T_k.\delta.$$

If the quantity of neighbors, $N_k$, associated with the network node at a time, $t_k$, is not the same as the neighbor quantity, $N_{k-1}$, at a prior time, $t_{k-1}$, as determined at step **38**, the time interval for succeeding node status packet transmissions, $T_{k+1}$, is not modified, and the transmission time, $t_{k+1}$, and interval, $T_{k+1}$, are respectively set at step **40** as follows:

$$t_{k+1}=t_k+T_k$$

$$T_{k+1}=T_k.$$

Thus, the transmission time of a succeeding packet, $t_{k+1}$, is determined based on the current transmission time ($t_k$) and time interval ($T_k$). Since additional nodes are in communication with the network node, this indicates that the interval is set to a reasonable value and, therefore, should remain unchanged. The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **44**.

The manner in which a processor of a network node facilitates reception and processing of node status packets transmitted by neighboring nodes is illustrated in FIG. 3. Initially, each node includes a database that stores information associated with neighboring nodes from which node

10

status packets are received. The database basically maintains a plurality of neighbor sets, S, each including the corresponding node and neighbors from which that node receives node status packets. Thus, the database of a node having 'P' neighbors (e.g., where P is generally an integer greater than or equal to zero) includes P+1 neighbor sets (e.g., a set for the node and individual sets for each of P neighbors). Specifically, the network node receives a node status packet from a neighboring node at step **50**. If the neighboring node is not included within the network node neighbor set as determined at step **52**, the neighboring node is added to that set at step **54**. When the network node database does not include a neighbor set corresponding to the neighboring node as determined at step **56**, that neighbor set is created at step **58**. Since node status packets typically include neighbor information as described above, the neighbor information within the received node status packet is examined by the network node processor at step **60** to determine whether or not neighbors identified within the received packet are included within the neighbor set associated with the neighboring node. If each identified neighbor is not present within the associated neighbor set, that neighbor set is updated to include the missing neighbors at step **64**.

In response to determining at step **66** that the network node is identified within the neighbor set associated with the neighboring node or within the neighbor information of the node status packet, the network node establishes two-way communication with the neighboring node at step **68**. The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **70**.

The manner in which a processor of a network node determines head or member status of that node to facilitate cluster formation is illustrated in FIG. **4**. Initially, cluster formation is distributed among network nodes where each node determines its status as a head or member node. Node status is basically determined by each node subsequent transmission of a predetermined quantity of node status packets by that node and in response to no new neighbors being discovered and no changes within neighbor sets occurring during the node status packet transmissions. Specifically, a node status packet counter is initialized by the network node processor at step **80**. The network node transmits node status packets including corresponding neighbor information at appropriate times and adjusts the interval between those transmissions as described above. In response to transmission of a node status packet as determined at step **82**, the counter is incremented at step **84**. If the counter is below a predetermined threshold as determined at step **86**, thereby indicating that the predetermined quantity of node status packets has not been transmitted, the network node continues to monitor transmission of node status packets and increment the counter as described above.

When the packet counter accumulates a value greater than or equal to the predetermined threshold, thereby indicating transmission of a sufficient quantity of node status packets, the node processor determines at step **88** whether or not new neighbors have been discovered or a neighbor set has changed. If either of these conditions has occurred during transmission of the node status packets, the counter is re-initialized at step **80** and the processor basically waits for the occurrence of appropriate conditions (e.g., no new neighbors and no changes within neighbor sets) within succeeding sessions of node status packet transmissions (e.g., intervals where the predetermined quantity of node status packets are transmitted) as described above. The

US 6,980,537 B1

11

predetermined quantity of node status packet transmissions may be set to any desired value.

Once a session of node status packet transmissions occurs without discovering a new neighbor and without changes in neighbor sets, the node processor determines at step **90** whether or not a neighbor set associated with the network node is a subset of a neighbor set of any neighboring nodes. The neighbor sets for this determination are stored within the network node database as described above. In other words, the processor determines for the neighbor set, S, associated with the network node the presence of a neighbor set, $S_m$, associated with another node 'm' that satisfies the condition of $S \subset S_m$, where m is generally an integer from one to the quantity of neighboring nodes. If the neighbor set associated with the network node is not a subset of any neighbor sets of neighboring nodes, this indicates that there exist some nodes within the associated neighbor set that may only establish communications through the network node. Thus, the network node is crucial to relay traffic and is designated as a head node at step **92**.

If the neighbor set associated with the network node is a subset of a neighbor set of a neighboring node, the node processor determines at step **94** if there exists a common neighbor set associated with the network node and each of the neighboring nodes (e.g., each neighbor set associated with the network node or neighboring nodes is equivalent to each other). In other words, the processor determines the presence of a neighbor set, C, equivalent to each neighbor set, $S_i$, in the network node database, where 'i' is generally an integer from one to a quantity of nodes including the network node and its neighboring nodes. This basically occurs in the event of a flat network architecture of fully connected nodes where each node has the same neighbors, thereby producing equivalent neighbor sets. When there is no common neighbor set, this indicates that the neighbor set associated with the network node is a subset of another neighbor set as described above. Thus, the neighbors of the network node may facilitate communications through the node associated with that other neighbor set. Accordingly, the network node is not crucial to relay traffic and is designated as a member node at step **96**.

When a common neighbor set exists as determined at step **94**, the node with the lowest identifier is designated as a head node and a master node at step **98**. The master node determines the head or member node status of the remaining nodes. The head nodes are selected to have a predetermined quantity of member nodes associated with each head node. For example, if 'Q' (e.g., where Q is an integer greater than zero) member nodes are to be associated with each head node, the master node designates a head node for each group of Q+1 nodes. The master node informs nodes of their head node status, while remaining nodes are designated as members.

Once status has been determined for network nodes as described above, the head nodes inform corresponding member nodes of the head node designations. This is typically accomplished by the head nodes transmitting status information within the node status packets. When a member node receives node status packets indicating that more than one neighboring node is designated as a head node, the member node may determine the particular head node to utilize for communications based on any desired criteria (e.g., strongest signal, etc.). The above process is repeated until termination of node processing (e.g., power down or other event) as determined at step **100**. The network continually adjusts the interval between node status packet

12

transmissions and performs cluster formation in response to appropriate conditions as described above.

Cluster formation in accordance with the present invention is described with reference to an exemplary network illustrated in FIG. **5**. Specifically, a network **20a** includes nodes **10(1)**–**10(10)** each substantially similar to the nodes described above and arranged with nodes **10(1)**–**10(4)**, **10(4)** –**10(7)** and **10(7)**–**10(10)** respectively in communication with each other and disposed within areas **102**, **104**, **106**. However, node sets **10(1)**–**10(3)**, **10(5)**–**10(6)** and **10(8)**–**10 (10)** lack connectivity between those areas. Since node **10(4)** is disposed within areas **102** and **104** and node **10(7)** is disposed within areas **104** and **106**, these nodes are crucial to relay traffic between areas and, therefore, are designated as head nodes. Further, nodes **10(4)** and **10(7)** are the minimum quantity of nodes that should be selected as head nodes to facilitate communications among network nodes. The remaining nodes (e.g., **10(1)**–**10(3)**, **10(5)**–**10(6)** and **10(8)**–**10(10)**) are designated as member nodes.

The neighbor sets associated with each node of exemplary network **20a** are as follows:

$$B_{update} = (N-1) + (N-1)(N-2) = (N-1)(N-2+1)$$

$$(N-1)^2.$$

where the subscript of a set 'S' and the corresponding set elements are in the form of reference numeral indices to refer to a corresponding node. For example, '$S_1$' represents the neighbor set associated with node **10(1)**, while a set element '2' refers to node **10(2)**. The database of each node includes the neighbor set of that node and the neighbor sets of neighboring nodes. Byway of example, the database of node **10(1)** includes neighbor sets $S_1$, $S_2$, $S_3$ and $S_4$.

Each neighbor set basically includes the associated node and the neighboring nodes from which the particular node receives node status packets. For example, since node **10(1)** is in communication with nodes **10(2)**, **10(3)** and **10(4)**, as described above, the corresponding neighbor set, $S_1$, includes nodes **10(1)**, **10(2)**, **10(3)** and **10(4)**. The head or member status of node **10(1)** is determined by that node based on neighbor sets of the nodes within set, $S_1$, or sets $S_1$, $S_2$, $S_3$ and $S_4$. Since neighbor set $S_1$ is a subset of neighbor set $S_4$, node **10(1)** is not crucial to relay traffic and is designated as a member node. In other words, the nodes within set $S_1$ may also receive packets from node **10(4)**, thereby indicating that node **10(1)** is not crucial to relay traffic.

The status of node **10(4)** is determined by that node based upon neighbor sets of the nodes within set $S_4$, or sets $S_1$, $S_2$, $S_3$, $S_5$, $S_6$ and $S_7$. Since set $S_4$ is not a subset of the neighbor sets of the remaining nodes within that set, this indicates that there exist some nodes within set $S_4$ that may only establish communications through node **10(4)** and, therefore, node **10(4)** is crucial to relay traffic and is designated as a head node. Similarly, node **10(7)** determines, in the manner described above for node **10(4)**, that some nodes within associated neighbor set $S_7$ may only facilitate communications through node **10(7)** and, therefore, node **10(7)** is crucial to relay traffic and designates its status as a head node. The remaining nodes within network **20a** determine their status in substantially the same manner described above. The present invention identifies nodes **10(4)** and **10(7)** as head nodes, thereby designating the minimum quantity of head nodes and providing a minimum quantity of

US 6,980,537 B1

13

hops for data transmission. The minimum hop quantity further serves to maximize message completion rate and minimize network latency. The network nodes perform the above determination based on the neighbor information received within node status packets and stored in the respective node databases as described above.

Performance of the present invention has been measured with reference to an exemplary network configuration illustrated in FIG. 6. Specifically, network 20b includes nodes 10(1)–10(20) each substantially similar to the nodes described above and arranged with nodes 10(1)–10(6), 10(6) –10(11), 10(11)–10(16) and 10(16)–10(20) respectively in communication with each other and disposed within areas 108, 110, 112 and 114. Nodes 10(6), 10(11) and 10(16) should be designated as head nodes, while remaining nodes within network 20b should be designated as member nodes. The present invention designates nodes 10(6), 10(11) and 10(16) as head nodes without regard to the generally random sequence of node activation. In contrast, the techniques of the related art described above produce sub-optimal results. For example, the lowest node identifier scheme designates at least four cluster head nodes each associated with a respective area 108, 110, 112, 114. Further, that technique requires designation of gateway nodes to route traffic, whereas the present invention provides head node status to nodes that are crucial for relaying traffic, thereby eliminating the necessity of gateway nodes.

In addition, the above-described scheme dependent upon node activation generates different cluster formations with varying start-up sequences. In order to produce results for this scheme, a simulator employing a random number generator is utilized to simulate network behavior. The random number generator produces a random number that is associated with a particular node. Thus, corresponding nodes are initiated in accordance with the output of the random number generator to simulate the generally random nature of network node initiation. The random number generator utilizes a base number or seed to produce a sequence of random numbers where variations in the seed alter the sequence of random numbers. Results of cluster formation by the above described node initiation scheme for varying seeds are illustrated in Table I below.

TABLE I

| SEED | HEADS |
| --- | --- |
| 123127 | 5, 7, 8, 10, 11, 12, 16, 17 |
| 3127 | 3, 4, 5, 6, 7, 11, 12, 16, 19 |
| 9857 | 4, 7, 8, 10, 11, 13, 16, 20 |

The head nodes indicated in the table are in the form of reference numeral indices to refer to corresponding nodes. Thus, by way of example, a head node '4' in the table refers to node 10(4). As shown above in Table I, the scheme designates a significantly greater quantity of cluster heads than the present invention, where the cluster heads are not optimal or crucial for routing traffic. Further, this scheme generates different cluster formations with varying seeds or node initiation sequences, thereby being dependent upon those sequences for cluster formation.

The performance of adjustment of the interval between node status packet transmissions has been measured on an exemplary network of one-hundred nodes randomly distributed in an area of twenty kilometers by twenty kilometers and having a radio range of approximately ten kilometers. Initially, each network node starts within a period of

14

approximately four seconds. Subsequently, the interval between node status packet transmissions is adjusted in the manner described above. The relationship between packet rate of the network and time is illustrated in FIG. 7. The total packet rate is defined to be the total quantity of node status packets transmitted divided by the elapsed time. As shown in FIG. 7, the packet rate is initially high and decreases with an increased interval to avoid collisions. Once the interval settles, cluster formation is initiated. The present invention designates twenty-two head nodes and seventy-eight member nodes for the network. The node initiation scheme described above cannot form clusters for this network since the network nodes start at approximately the same time. The present invention has been further applied to various network configurations having approximately one-hundred to three hundred fifty nodes. In each case, cluster formation was achieved even during conditions of each node starting at approximately the same time (e.g., starting within four seconds).

Typically, the cluster arrangement of a network affects overhead traffic, where the amount of overhead traffic generally depends on the degree of optimal cluster formation. For example, a cluster formation technique that designates an excessive quantity of cluster head nodes severely affects overhead traffic and routing performance. In order to reduce overhead traffic within a network, the clustering technique described above is further applied to a backbone network of head nodes to form an additional tier of super nodes as illustrated in FIG. 8. Specifically, an exemplary network 200 includes nodes 10(1)–10(11) each substantially similar to node 10 described above. Cluster formation is initially performed by the network nodes to determine head node status in substantially the same manner described above. This same clustering procedure is subsequently performed by head nodes to determine super node status. Once the head node clustering is performed, the network includes an additional tier of super nodes. By way of example, nodes 10(1)–10(11) of network 200 are initially within a first tier 150. Cluster formation is performed by the first tier nodes where nodes 10(3), 10(6) and 10(9) are designated as head nodes 14(3), 14(6) and 14(9). These head nodes form a second tier 160 where each node within that tier is a head node. The head nodes of tier 160 perform cluster formation as described above and node 14(6) is designated as a super node 15(6). The super node forms a third tier 170. When formation of the super node tier commences, a database within each second tier head node includes information relating to connectivity of its neighboring head nodes. In other words, a database of a head node that has 'L' neighboring head nodes (e.g., where L is an integer generally greater than zero) includes the neighbor sets, $H_i$, where 'i' is generally an integer from one through L+1 (e.g., neighbor sets for the particular head node and each of its L neighboring head nodes). The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets. The head nodes initially receive this connectivity information from their neighboring nodes within node status packets as described above. The super node includes information relating to connectivity of its corresponding neighboring head and super nodes at termination of third tier formation.

The manner in which a processor of a network node determines its status to facilitate multiple tier cluster formation is illustrated in FIG. 9. Specifically, power is enabled to the network at step 120 and the network transmits and receives node status packets and adjusts the interval between those transmissions at step 122 in substantially the same

US 6,980,537 B1

15

manner described above for FIGS. 2–3. Once the appropriate conditions have occurred (e.g., no new neighbors and no neighbor set changes have occurred within an interval of a predetermined quantity of node status packet transmissions), the network node determines its status as a head or member node at step **124** in substantially the manner described above for FIG. **4**.

Subsequent node status determination, the node processor determines at step **126** whether or not the network node is designated as a head node. If the network node is designated as a head node, the node processor determines at step **127** whether or not each node within neighbor sets of neighboring nodes has determined its status as a head or member node. Basically, the database of a node having 'W' neighboring nodes (e.g., where W is an integer generally greater than zero) includes the neighbor sets, $S_j$, where j is an integer from one to W+1 (e.g., neighbor sets for the particular node and each of its W neighboring nodes). Cluster formation with respect to network head nodes may commence by a head node when the head or member status of each node within sets, $S_j$, is determined. Initially, an additional head link database is constructed by each head node and includes information relating to cluster head node connectivity. For example, the head link database of a head node having 'L' neighboring head nodes (e.g., where L is an integer generally greater than zero) from which the cluster head node may receive transmissions, includes neighbor sets, $H_i$, where 'i' is generally an integer from one through L+1 (e.g., neighbor sets for the particular head node and each of its L neighboring head nodes). The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets as described above. The super node status of the network node is determined at step **128** in response to the nodes within the neighbor sets determining their status. Super node status of the network node is determined in substantially the same manner as the determination of head node status described above for FIG. **4**. The super nodes basically inform corresponding head nodes of the super node designations by transmitting status information within node status packets in substantially the same manner described above for head node notification. Further, when a head node receives information indicating that more than one neighboring node is a super node, the head node may determine the particular super node to utilize for communications based on any desired criteria (e.g., signal strength, etc.) in substantially the same manner described above for member nodes selecting a head node.

A flooding process occurs after formation of the super node tier and is initiated by the super nodes. Basically, flooding is the process where each head node receives routing information from other network head nodes to synchronize head link databases. Thus, the head link database of each head node includes information relating to the connectivity of head nodes within the network in response to completion of the flooding process. In particular, the network node floods a database update packet to other network super nodes at step **132** in response to determining that the network node is a super node at step **130**. The flooding may be accomplished by a unicast or broadcast technique. Specifically, a unicast technique includes each super node transmitting routing or connectivity information from its head link database or any newly received connectivity information to each corresponding neighboring super node via unicast or point-to-point messages. Since the head link database of each super node includes connectivity information of its corresponding neighboring head nodes, the head

16

link database of each super node contains information relating to connectivity of each network head node at completion of the flooding process. The information transmitted by a super node is received by neighboring super nodes that each forward the information via unicast or point-to-point messages to head nodes associated with that super node. Since each head node contains connectivity information relating to each of its neighboring head nodes (e.g., including its corresponding super node), the super nodes need to transmit to their associated head nodes only the information received from neighboring super nodes. The unicast technique facilitates transmission to a destination with minimum power for nodes that may adapt transmission power. Further, since this technique requires a channel to be cleared prior to transmission, the possibility of collisions is reduced. However, this technique transmits a packet for each destination, thereby providing significant overhead traffic for large networks and increasing the likelihood of collisions.

As discussed above, the unicast technique basically transmits packets among super nodes and subsequently floods those packets from super nodes to associated head nodes. The broadcast technique basically includes super nodes flooding connectivity information from their head link database or any newly received connectivity information to each of their super node or head node neighbors. Thus, the super nodes may transmit to any neighbors regardless of super node status. Although the broadcast technique transmits without adaptive power adjustment or a guarantee of a clear channel, this technique provides significant reduction of overhead traffic. For example, one broadcast packet transmission is required to flood connectivity information for a super node having 'Y' associated head nodes (e.g., where Y is generally an integer greater than zero), whereas Y packet transmissions are required by the unicast technique.

Once connectivity information is transmitted by super nodes, the network node in response to being designated a super node, receives the information at step **133** and forwards the information to its associated head nodes. The associated head nodes update their head link databases with the transmitted information and determine whether or not further information is required as described below. If additional information is required, the head nodes transmit requests to the network node to provide the requested information. Accordingly, the network node receives requests for information from associated head nodes at step **134**. The requests are processed by the network node and the information is transmitted via a unicast or point-to-point message to the requesting head node at step **135**. The requesting node receives the information and updates its head link database to contain a complete description of head node connectivity.

Once flooding has been accomplished, each head node should contain sufficient information to perform clustering and route packets. However, in order to ensure the integrity of head link databases, each head node examines its head link database for missing information. Accordingly, in response to the node processor determining at step **130** that the network node does not qualify as a super node, the network node receives and processes database update packets from a corresponding super node at step **136**. The network node processes these packets in order to update its head link database. Once the flooding is complete, the network node examines its head link database for missing information at step **138**. This is accomplished by examining neighbor sets within that database. In particular, each head link database should contain neighbor sets, $D_i$, where 'i' is

US 6,980,537 B1

17

an integer from 1 through 'Z', and Z is generally an integer greater than zero and represents the quantity of head nodes in the network. The neighbor sets include the associated head node and neighboring head nodes from which the particular head node receives node status packets as described above. The network node examines each neighbor set $D_i$ within the head link database to uncover a set element or neighboring head node for which the head link database does not include a corresponding neighbor set, thereby indicating that the database is incomplete. For example, if node 14(9) (FIG. 8) is determined to be an element of the set, $D_5$, the network node examines the head link database for the neighbor set, $D_9$, associated with node 14(9). When set $D_9$ is not within the database, the database is incomplete and the network node ascertains the missing information.

In response to determining at step 140 that the database lacks information, the network node requests its corresponding super node to provide the missing information at step 142. The request is processed by the super node and the information is provided to the network node as described above. The head link database of the network node is updated with the information to provide a complete description of head node connectivity. This technique eliminates the need for head nodes to acknowledge receipt of packets from the corresponding super node. Since numerous acknowledgment packets may be transmitted, especially in the case where a super node has several associated head nodes, the amount of overhead traffic is significantly reduced. In certain systems, an acknowledgment is incorporated into the routing protocol for a unicast message. Accordingly, a head node does not need to repeat the acknowledgment to a super node. However, with respect to a broadcast technique, an acknowledgment is typically transmitted to ensure reliability.

Operation of the multiple tier architecture of the present invention is described with reference to an exemplary network configuration illustrated in FIG. 10. Initially, network 200 includes head nodes 14(1)–14(8) each substantially similar to nodes 14 described above and associated with corresponding member nodes (not shown). Network nodes 14(1)–14(8) have been designated as head nodes in the manner described above and form a second tier of network 200. The cluster formation technique described above is applied to the head nodes resulting in head nodes 14(3) and 14(8) being designated as super nodes. The super nodes flood routing information to synchronize head link databases as described above, where the head link database of each head node should contain the following information or neighbor sets:

$S_1 = \{1, 2, 3, 4\}$      $S_2 = \{1, 2, 3, 4\}$    $S_3 = \{1, 2, 3, 4\}$

$S_4 = \{1, 2, 3, 4, 5, 6, 7\}$    $S_5 = \{4, 5, 6, 7\}$    $S_6 = \{4, 5, 6, 7\}$

$S_7 = \{4, 5, 6, 7, 8, 9, 10\}$   $S_8 = \{7, 8, 9, 10\}$   $S_9 = \{7, 8, 9, 10\}$

$S_{10} = \{7, 8, 9, 10\}$

The subscript of set D and set elements represent reference numeral indices and refer to particular head nodes. For example, '$D_1$' represents the neighbor set associated with head node 14(1), while an element '2' refers to head node 14(2).

Once flooding is accomplished by super nodes 14(3) and 14(8), the head link database of each head node 14(1)–14(2) and 14(4)–14(7) is examined for completeness. By way of example only, node 14(1) examines its database and discov-

18

ers that node 14(5) is an element of neighbor sets $D_3$, $D_4$ and $D_8$ respectively associated with head nodes 14(3), 14(4) and 14(8). However, the neighbor set associated with node 14(5) is not within the database of node 14(1). Accordingly, node 14(1) transmits a request to corresponding super node 14(3) to provide the missing information. If additional information relating to a particular node is missing, this indicates that the node has a system failure or has moved out of range. For example, when the database of node 14(1) further lacks sets $D_5$, $D_3$, $D_4$ and $D_8$ respectively associated with uncovered node 14(5) and its neighboring head nodes 14(3), 14(4) and 14(8), node 14(5) typically has a system failure or has moved out of range.

Conventional techniques, such as the OSPF protocol, designate a particular router to transmit a broadcast message to neighboring routers as described above. The neighboring routers each transmit an acknowledgment message to the designated router in response to receiving the broadcast message. When the designated router does not receive a response from a neighboring router within a predetermined time interval, the broadcast message is re-transmitted via the unicast technique to the router not acknowledging the message. However, the present invention eliminates the requirement of transmitting an acknowledgment message, while providing a manner for head nodes to receive missing information from super nodes, thereby reducing overhead traffic. Once initial flooding and database examination are complete, each head node contains information sufficient to route messages. Super nodes handle flooding of database update packets, while head nodes provide routing functions for the network. When changes in network connectivity or other events occur that modify a head link database, new information is flooded to the head nodes to synchronize their head link databases. This is accomplished by a head node transmitting the information to a corresponding super node which subsequently floods the information as described above. This technique may be further utilized to flood database or other information (e.g., internal network routing protocol, ROSPF packets, etc.) to head and/or member nodes throughout the network. The present invention continually adjusts network configuration and designates head nodes and super nodes in response to appropriate network conditions as described above. This enables the network to adapt to changing conditions (e.g., units moving between clusters or unit movement causing a current configuration to be sub-optimal) and provide a relatively optimal configuration for routing traffic.

The present invention may employ alternative techniques to reduce overhead traffic. In particular, broadcast messages may include information from plural database update packets and be transmitted at particular times to reduce overhead traffic. For example, when a super node receives new database information in the form of database update packets from neighboring super nodes, the information may be transmitted immediately within individual packets each corresponding to a received database update packet. However, this may increase packet rate, especially where the node is receiving database information from several other super nodes. Accordingly, the super nodes may transmit information accumulated from several received database update packets within a single cumulative packet for transmission to associated head nodes. Alternatively, each super node may include a timer that is initiated after adjustment of the interval between node status packet transmissions for head node clustering. The timer indicates expiration of predetermined time intervals, and may be set to any desired value. A super node floods a message in response to receiving new

US 6,980,537 B1

19

routing information within each periodic interval as indicated by the timer. The message includes the routing information received during that interval. This provides a super node an opportunity to aggregate data prior to transmission in order to reduce overhead traffic.

The present invention may achieve significant reductions in overhead traffic. By way of example only, the overhead traffic produced by conventional techniques and the present invention for a fully connected network (e.g., a network including nodes having direct communication with each other) is examined. Basically, two approaches may be utilized to flood database information. One approach is a conventional brute force or basic technique utilizing a flat or single level network architecture, while another approach includes the technique employed by the present invention described above. A comparison between the approaches may be performed based on the quantity of packets transmitted (e.g., excluding re-transmissions within the flat architecture and request messages within the present invention). The packet quantity for the present invention is measured from cluster head nodes. In other words, the second tier or cluster head nodes are considered as a flat architecture for the conventional approach, and as a hierarchical architecture for the present invention subsequent clustering and formation of the third tier. Unicast and broadcast transmission techniques are utilized for the comparison.

Basically, an exemplary network configuration includes 'N' second tier or cluster head nodes that are fully connected, where N is an integer generally greater than zero. Transmission from a single head node initiates a series of transmissions from other head nodes to flood a packet. In other words, a head node initially transmits a database update packet to N-1 destination head nodes, where each destination head node transmits the packet to the remaining N-2 destination head nodes. The total packet quantity, $B_{update}$, using the conventional approach may be expressed as follows:

$$D_1 = \{1, 2, 3\} \quad D_2 = \{1, 2, 3\} \quad D_3 = \{1, 2, 3, 4, 5, 8\}$$
$$D_4 = \{3, 4, 5, 8\} \quad D_5 = \{3, 4, 5, 8\} \quad D_6 = \{6, 7, 8\}$$
$$D_7 = \{6, 7, 8\} \quad D_8 = \{3, 4, 5, 6, 7, 8\}$$

The above expression provides a packet quantity for an update message received by any network node. With respect to a database refresh (e.g., each head node transmits information from its head link database to other head nodes), each head node basically transmits a packet in the manner of an update as described above. Thus, the total packet quantity, $B_{refresh}$, for a database refresh (e.g., N·$B_{update}$) may be expressed as follows:

$$B_{refresh} = N(N-1)^2.$$

Referring to the present invention, upon completion of head node clustering, each head link database includes connectivity information pertaining to each network node in response to the head nodes being fully connected. Thus, additional information is not required to be flooded, whereas flooding in a flat architecture is dependent upon the implementation and the above expression for $B_{update}$ provides the quantity of packets transmitted. The determination of the total packet quantity transmitted by the present invention is based on the conditions of a node receiving a database update packet from a source head node and sub-

20

sequently flooding the received packet, while node status as a head node or super node remains constant. Accordingly, a present invention head node initially transmits an update packet to its corresponding super node. The super node subsequently transmits the packet to the remaining associated N-2 head nodes. Thus, the packet quantity for the present invention utilizing a unicast technique, $P_{update\ (unicast)}$, may be expressed as:

$$P_{update\ (unicast)} = 1 + (N-2) = N-1.$$

When the present invention employs a broadcast technique, a first packet is transmitted from a head node to a corresponding super node, while a second packet is subsequently broadcasted from the super node to the remaining super or head nodes. Thus, the packet quantity for the broadcast technique, $P_{update\ (broadcast)}$, is equal to two, and may be expressed as follows:

$$P_{update\ (broadcast)} = 2.$$

A graphical illustration of the relationship between the total packet quantity and quantity of head nodes for the conventional approach and the hierarchical approach of the present invention employing unicast and broadcast techniques is illustrated in FIG. 11. As shown in the figure, the present invention significantly reduces packet quantity relative to the conventional approach, especially as the quantity of network nodes increases. For example, when an exemplary network configuration includes ten head nodes, the corresponding packet quantity for the conventional approach is eighty-one, while the packet quantities for the present invention are nine for a three-tier architecture employing a unicast technique and two when employing the broadcast technique. Since clustering and routing are essential elements of self-organizing networks, such as those for ad hoc wireless communications, and since communication failure occurs in response to overhead consuming a significant portion of available bandwidth, the present invention reduces overhead traffic when flooding messages to thereby prevent communication failure and maintain a functioning network.

The present invention is not limited to the networks described herein, but may be applied to any static, mobile or wireless networks (e.g., commercial or military applications, ad hoc wireless network, etc.). Further, the present invention may be applied to any networks requiring self-organization (e.g., military applications), or those that dynamically determine potential routes for message transmission. Accordingly, the present invention has numerous commercial applications in various events (e.g., earthquake, fire, flood, rescue, criminal search, etc.) or within personal communication networks (e.g., within a campus). Moreover, the present invention may be applied in a cellular network, where a base station fails and a multi-hop wireless network is utilized to transmit data.

It will be appreciated that the embodiments described above and illustrated in the drawings represent only a few of the many ways of implementing a method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic.

The communication networks employing the present invention nodes may include any quantity of those nodes or tiers. The present invention network nodes may be arranged to form any plural tier network configuration and may transmit information throughout that network configuration in the manner described above to reduce protocol overhead traffic. The network nodes may be arranged in any fashion

US 6,980,537 B1

21                                                    22

into any quantity of clusters, cells or tiers each having any quantity of member nodes, head nodes and/or super nodes. The backbone network may include any quantity of head nodes, while communications within a cluster and between neighboring cluster head and/or super nodes may utilize the same or different transmission frequencies. The network may include any quantity of nodes, head nodes and super nodes, where each node may have any quantity of neighboring nodes. The head and super nodes may respectively have any quantity of associated member and head nodes. The variables used herein (e.g., N, P, Q, L, W, Y, Z, etc.) merely describe network and data configurations, and do not limit the present invention to any particular configuration. The variables may be any type of number (e.g., integer, real, etc.) having any desired value. The neighbor sets may include any information to identify neighboring nodes arranged in any fashion.

The formation of cells and designation of head and super nodes may be predetermined or accomplished dynamically via the technique described above. The nodes may communicate via any suitable communications medium (e.g., wired or wireless communication devices, etc.). The present invention node may include any quantity of conventional or other transmitters, where each transmitter may transmit signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.), and any quantity of conventional or other receivers, where each receiver may receive signals at any suitable frequency and in any suitable energy form (e.g., radio signals, microwave, optical signals, etc.). Alternatively, the present invention node may include any quantity of combined transmitting/receiving devices. The node identifier may include any quantity of any types of alphanumeric or other characters or symbols which provide the identification of a node within a sequence. The sequence may be conventional and known (e.g., numeric order, alphabetical order, etc.), or may be predetermined (e.g., created or constructed) and provided to the nodes.

The processor of the present invention node may be implemented by any conventional or other microprocessor, controller or circuitry to perform the functions described herein, while any quantity of processors or processing devices or circuitry may be employed within the present invention node where the processor functions may be distributed in any fashion among any quantity of modules, processors or other processing devices or circuits. The software for the processor of the present invention node may be implemented in any suitable computer language, and could be developed by one of ordinary skill in the computer and/or programming arts based on the functional description contained herein and the flow charts illustrated in the drawings. Further, any references herein of software performing various functions generally refer to processors performing those functions under software control. The software and/or algorithms described above and illustrated in the flow charts may be modified in any manner that accomplishes the functions described herein. The present invention node may alternatively include any components arranged in any fashion to facilitate distribution of packets within the network in the manner described above.

The database update, node status and other packets or messages (e.g., acknowledgment, point-to-point message, broadcast message, etc.) may be of any size, may have any format, may contain any desired information and may be transmitted via any suitable transmission technique (e.g., unicast, broadcast, etc.). The node status packets may be transmitted at any suitable transmission rate or have any

desired interval between transmissions. The initial interval between node status packet transmissions may be set to any desired value. This interval may be adjusted in response to any suitable conditions (e.g., neighbor quantity, expiration of timers, etc.). The interval adjustment offset may be set to any desired value or function to achieve transmission times producing an acceptable quantity of collisions for network operation. The offset may be distributed among nodes in any desired fashion via any suitable function (e.g., a uniform distribution function, etc.). The timers (e.g., periodic interval timer for accumulating information prior to transmission, etc.) may be implemented by any conventional or other timing mechanisms (e.g., processor clock, external hardware, software, etc.) and may be set to any desired intervals (e.g., fractions of seconds, seconds, minutes, hours, days, etc.) for their respective functions. Similarly, the counter (e.g., for node status packet transmissions, etc.) may be implemented by any conventional or other counting mechanisms (e.g., external hardware, software, etc.).

Cluster formation to determine head and member status may be initiated in response to any suitable conditions (e.g., transmission intervals, expiration of timers, etc.), while the threshold of node status packet transmissions may be set to any desired value. The head and super nodes may be identified in any manner that determines network nodes which are required to facilitate communications within the network (e.g., based on neighbor sets, shortest path techniques, node transmission ranges, etc.). The master node may be selected in any fashion and may subsequently determine head nodes via any conventional or other techniques. The head and super nodes may transmit any information in any manner (e.g., within any packets, etc.) to inform neighboring nodes of the head or super node designations. Similarly, the master node may transmit any information in any manner to inform nodes of their head node status. A member or head node having plural head or super nodes may select a corresponding head or super node based on any desired criteria (e.g., strongest signal, connectivity, etc.).

The various messages may include any identifier to identify the type of message or packet. The node status and database update packets may be transmitted at any desired intervals and/or in response to any desired events or conditions. The flooding may utilize any unicast, broadcast or other transmission techniques either individually or in any combination, while any types of messages or other information (e.g., ROSPF information, database synchronization, routing control information, etc.) may be flooded in the manner described above. The packets transmitted in the flooding process may include any quantity of accumulated information (e.g., information received from any quantity of packets received by a node). Further, the flooded packets may include information received during particular time intervals, where the time interval and associated timer may be set to any desired values.

The communication network may employ any suitable intranet and/or internetworking communications protocols to facilitate reception, processing and transference of messages or packets within or external of the network. The present invention may be utilized within any intranet, internetworking or other protocol to transmit or flood messages within the network in accordance with that protocol. The node databases (e.g., routing, head link, etc.) may be implemented by any conventional database or other storage structure (e.g., processor memory, external memory, file, data structure (e.g., array, queue, stack, etc.), etc.) and may have any desired storage capacity to contain any desired infor-

US 6,980,537 B1

23

mation. The head link or other databases may be examined in any manner and utilize any conventional or other techniques to determine information missing from those databases.

It is to be understood that the present invention is not limited to the applications or networks described herein, but may be utilized for various communication applications or networks, especially those employing link-state based routing protocols. Further, the present invention may be applied to any applications requiring flooding of routing or any other information.

From the foregoing description it will be appreciated that the invention makes available a novel method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic wherein network nodes crucial for relaying network traffic are designated as head nodes to form a hierarchical network configuration, while this technique is further applied to those designated head nodes to form a multiple tier architecture for flooding information with reduced overhead traffic.

Having described preferred embodiments of a new and improved method and apparatus for communication network cluster formation and transmission of node link status messages with reduced protocol overhead traffic, it is believed that other modifications, variations and changes will be suggested to those skilled in the art in view of the teachings set forth herein. It is therefore to be understood that all such variations, modifications and changes are believed to fall within the scope of the present invention as defined by the appended claims.

What is claimed is:

1. In a communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a routing unit for routing said messages from said member units, a communication unit to transmit and receive messages within said network comprising:

   a transmitter to transmit an outgoing message to each neighboring unit of said communication unit;

   a receiver to receive an incoming message from said each neighboring unit;

   a storage unit to store network connectivity information relating to said communication unit and corresponding neighboring units; and

   a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

      a configuration module to designate a status of said communication unit as one of said routing unit and said member unit to configure said communications network, wherein said configuration module includes:

         a neighbor module to examine said network connectivity information and identify neighboring units of said communication unit that are isolated from communications with remaining neighboring units of said communication unit;

         a designation module to designate said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit,

24

wherein said communication unit designation as said routing unit is fixed for routing subsequent network messages; and

   a monitor module to re-evaluate said communication unit designation in response to connectivity changes in said network.

2. The unit of claim 1 wherein said transmitter transmits said outgoing message in the form of radio signals.

3. The unit of claim 1 wherein said receiver receives said incoming message in the form of radio signals.

4. The unit of claim 1 wherein said processor further includes:

   a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes unit connectivity information relating to network connectivity of said communication unit; and

   a status reception module to facilitate reception of said unit status message from said each neighboring unit and to update said connectivity information within said storage unit in accordance with unit connectivity information contained within each received unit status message.

5. The unit of claim 4 wherein said processor further includes:

   an interval module to adjust said periodic time interval in response to detecting modifications in network connectivity indicated by said updated connectivity information within said storage unit.

6. The unit of claim 5 wherein said interval module further includes:

   an interval adjustment module to increase said periodic time interval in response to determining that a quantity of neighboring units of said communication unit is equal to said neighboring unit quantity of an immediately preceding periodic time interval.

7. The unit of claim 4 wherein said configuration module further includes:

   a transmission interval module to maintain a count of unit status message transmissions by said communications unit and to determine when a predetermined quantity of said unit status messages has been transmitted;

   an evaluation module to determine the presence of modifications to said connectivity information within said storage unit during said unit status message transmissions; and

   a unit status module to determine said status of said communication unit as said routing unit in response to an absence of modifications to said connectivity information as determined by said evaluation module.

8. The unit of claim 7 wherein said unit status module further includes:

   a routing status module to designate said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit;

   a master status module to designate said communication unit as a master unit in response to determining that said communication unit and each neighboring unit are in communication with the same units and said communication unit is associated with an identifier superior to identifiers of said neighboring units; and

   a member status module to designate said communication unit as a member unit of a corresponding routing unit in response to said master status module determining that said communication unit and each neighboring unit are in communication with at least one different unit

US 6,980,537 B1

25

and said routing status module determining that said communication unit fails to qualify as said routing unit.

**9.** The unit of claim **8** wherein said master status module further includes:

a routing unit selection module to determine said status of said neighboring units as said routing and member units in response to said communication unit being designated as said master unit; and

a status transmission module to facilitate transmission of status information to neighboring designated routing units to inform those units of their designation as routing units by said communication unit serving as said master unit.

**10.** The unit of claim **1** wherein said configuration module further includes:

a link storage unit to store connectivity information relating to routing units; and

a routing unit configuration module to examine said network connectivity information within said link storage unit in response to said communication unit being designated as said routing unit and to designate said communication unit as a transmission routing unit in response to determining that said communication unit communicates with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of said communication unit.

**11.** The unit of claim **10** wherein said transmission routing unit transmits update messages including network connectivity information, and said routing unit configuration module further includes:

a message forwarding module to receive an update message from a neighboring transmission routing unit in response to said communication unit being designated as said transmission routing unit and to transmit said received message to neighboring routing units to facilitate synchronization of said link storage unit of each said routing unit.

**12.** The unit of claim **11** wherein said routing unit configuration module further includes:

an update module to receive an update message from a neighboring transmission routing unit in response to said communication unit being designated as said routing unit and to update said link storage unit with said connectivity information contained within said received update message;

a data integrity module to examine said network connectivity information within said link storage unit and determine information missing from said link storage unit in response to said update by said update module; and

a request module to request said neighboring transmission routing unit to transmit said missing information in response to said data integrity module determining that information is missing from said link storage unit.

**13.** The unit of claim **12** wherein said routing unit configuration module further includes:

a request processing module to receive said request from a neighboring routing unit in response to said communication unit being designated as a transmission routing unit and to process said received request to transmit information identified in said request to that neighboring routing unit.

**14.** The unit of claim **11** wherein said message forwarding module further includes:

a data accumulation module to accumulate information received within plural update messages and to transmit said accumulated information in the form of a single

26

transmission to neighboring routing units to facilitate synchronization of said link storage unit of said each routing unit.

**15.** The unit of claim **11** wherein said message forwarding module further includes:

a timer to indicate expiration of periodic reception intervals; and

a data accumulation module to accumulate information received within each of said periodic reception intervals and to transmit said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**16.** In a communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a routing unit for routing said messages from said member units, a method of configuring a network communication unit to transmit and receive messages within said network comprising the steps of:

(a) examining network connectivity information relating to said communication unit and corresponding neighboring units stored in a storage unit of said communication unit and identifying neighboring units that are isolated from communications with remaining neighboring units of said communication unit;

(b) designating said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit, wherein said communication unit designation as said routing unit is fixed for routing subsequent network messages; and

(c) re-evaluating said communication unit designation in response to connectivity changes in said network.

**17.** The method of claim **16** wherein said messages are transmitted in the form of radio signals.

**18.** The method of claim **16** wherein step (a) further includes:

(a.1) transmitting a unit status message at a periodic time interval, wherein said unit status message includes unit connectivity information relating to network connectivity of said communication unit; and

(a.2) receiving said unit status message from said each neighboring unit and updating said connectivity information within said storage unit in accordance with unit connectivity information contained within each received unit status message.

**19.** The method of claim **18** wherein step (a) further includes:

(a.3) adjusting said periodic time interval in response to detecting modifications in network connectivity indicated by said updated connectivity information within said storage unit.

**20.** The method of claim **19** wherein step (a.3) includes:

(a.3.1) increasing said periodic time interval in response to determining that a quantity of neighboring units of said communication unit is equal to said neighboring unit quantity of an immediately preceding periodic time interval.

**21.** The method of claim **18** wherein step (b) further includes:

(b.1) maintaining a count of unit status message transmissions by said communications unit and determining when a predetermined quantity of said unit status messages has been transmitted;

US 6,980,537 B1

27

(b.2) determining the presence of modifications to said connectivity information within said storage unit during said unit status message transmissions; and

(b.3) determining said status of said communication unit as said routing unit in response to an absence of modifications to said connectivity information as determined in step (b.2).

**22.** The method of claim **21** wherein step (b.3) further includes:

(b.3.1) designating said communication unit as said routing unit in response to determining that said communication unit communicates with at least one neighboring unit that is isolated from communications with remaining neighboring units of said communication unit;

(b.3.2) designating said communication unit as a master unit in response to determining that said communication unit and each neighboring unit are in communication with the same units and said communication unit is associated with an identifier superior to identifiers of said neighboring units; and

(b.3.3) designating said communication unit as a member unit of a corresponding routing unit in response to step (b.3.2) determining that said communication unit and each neighboring unit are in communication with at least one different unit and step (b.3.1) determining that said communication unit fails to qualify as said routing unit.

**23.** The method of claim **22** wherein step (b.3.2) further includes:

(b.3.2.1) determining said status of said neighboring units as said routing and member units in response to said communication unit being designated as said master unit; and

(b.3.2.2) transmitting status information to neighboring designated routing units to inform those units of their designation as routing units by said communication unit serving as said master unit.

**24.** The method of claim **16** further including:

(d) examining network connectivity information relating to routing units stored within a link storage unit of said communication unit in response to said communication unit being designated as said routing unit; and

(e) designating said communication unit as a transmission routing unit in response to determining that said communication unit communicates with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of said communication unit.

**25.** The method of claim **24** wherein said transmission routing unit transmits update messages including network connectivity information, and step (e) further includes:

(e.1) receiving an update message from a neighboring transmission routing unit in response to said communication unit being designated as said transmission routing unit and transmitting said received message to neighboring routing units to facilitate synchronization of said link storage unit of each said routing unit.

**26.** The method of claim **25** wherein step (e) further includes:

(e.2) receiving an update message from a neighboring transmission routing unit in response to said communication unit being designated as said routing unit and updating said link storage unit with said connectivity information contained within said received update message;

(e.3) examining said network connectivity information within said link storage unit and determining information missing from said link storage unit in response to said update by step (e.2); and

28

(e.4) requesting said neighboring transmission routing unit to transmit said missing information in response to step (e.3) determining that information is missing from said link storage unit.

**27.** The method of claim **26** wherein step (e) further includes:

(e.5) receiving said request from a neighboring routing unit in response to said communication unit being designated as a transmission routing unit and processing said received request to transmit information identified in said request to that neighboring routing unit.

**28.** The method of claim **25** wherein step (e.1) further includes:

(e.1.1) accumulating information received within plural update messages and transmitting said accumulated information in the form of a single transmission to neighboring routing units to facilitate synchronization of said link storage unit of said each routing unit.

**29.** The method of claim **25** wherein step (e.1) further includes:

(e.1.1) indicating expiration of periodic reception intervals; and

(e.1.2) accumulating information received within each of said periodic reception intervals and transmitting said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**30.** A communications network comprising:

a plurality of communication units to transmit and receive messages within said network, wherein each said communication unit includes:

a status transmission module to facilitate periodic transmission of a unit status message;

an interval module to adjust the time between each said periodic transmission in response to detecting modifications in connectivity with neighboring units; and

a configuration module to determine a status of that communication unit as a routing unit for routing network traffic or as a member unit of a corresponding routing unit in accordance with information contained within received unit status messages, wherein said communication unit status as said routing unit is fixed for routing subsequent network messages and re-evaluated in response to changes in network connectivity.

**31.** The network of claim **30** wherein said each communication unit transmits messages in the form of radio signals.

**32.** The network of claim **30** wherein said interval module further includes:

an interval adjustment module to increase said time between each said periodic transmission in response to determining that a quantity of neighboring units of that communication unit is equal to said neighboring unit quantity associated with an immediately preceding periodic transmission.

**33.** In a communications network including a plurality of communication units to transmit and receive messages within said network, a method of transmitting and receiving messages comprising the steps of:

(a) periodically transmitting a unit status message from each communication unit;

(b) adjusting the time between each periodic transmission of a communication unit in response to that communication unit detecting modifications in connectivity with neighboring units; and

(c) determining a status of said each communication unit as a routing unit for routing network traffic or as a

29

member unit of a corresponding routing unit in accordance with information contained within received unit status messages, wherein said communication unit status as said routing unit is fixed for routing subsequent network messages and re-evaluated in response to changes in network connectivity.

**34**. The method of claim **33** wherein said each communication unit transmits messages in the form of radio signals.

**35**. The method of claim **33** wherein step (b) further includes:

(b.1) increasing said time between each said periodic transmission in response to determining that a quantity of neighboring units of that communication unit is equal to said neighboring unit quantity associated with an immediately preceding periodic transmission.

**36**. A communications network comprising:

a plurality of communication units forming a first network tier to transmit and receive messages within said network, wherein at least one of said communication units is designated as a routing unit to form a second network tier to route network traffic and at least one of said designated routing units is designated as a transmission routing unit to form a third network tier to transmit network information throughout said second and third network tiers, and wherein each said communication unit includes:

a configuration module to determine a status of that communication unit as said routing unit of said second network tier for routing network traffic or as a member unit of said first network tier and associated with a routing unit, wherein said communication unit status as a routing unit is fixed for routing subsequent network messages;

a routing unit configuration module to determine a status of that communication unit as a transmission routing unit in response to that communication unit being designated as said routing unit, wherein said communication unit status as a transmission routing unit is fixed for flooding subsequent network connectivity messages; and

an evaluation module to re-evaluate said communication unit status in response to connectivity changes in said network.

**37**. The network of claim **36** wherein said each communication unit transmits messages in the form of radio signals.

**38**. The network of claim **36** wherein said configuration module further includes a unit designation module to examine network connectivity information relating to that communication unit and to designate that communication unit as said routing unit in response to that communication unit communicating with at least one neighboring unit that is isolated from communications with remaining neighboring units of that communication unit.

**39**. The network of claim **36** wherein said routing unit configuration module further includes a routing unit designation module to examine network connectivity information relating to designated routing units stored within a link storage unit of that communication unit and to designate that communication unit as a transmission routing unit in response to that communication unit communicating with at least one neighboring routing unit that is isolated from communications with remaining neighboring routing units of that communication unit.

**40**. The network of claim **39** wherein said transmission routing unit transmits update messages including network connectivity information, and said routing unit configuration module further includes:

a message forwarding module to receive an update message from a neighboring transmission routing unit in

30

response to that communication unit being designated as said transmission routing unit and to transmit said received message to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of each said routing unit.

**41**. The network of claim **40** wherein said routing unit configuration module further includes:

an update module to receive an update message from a neighboring transmission routing unit in response to that communication unit being designated as said routing unit and to update said link storage unit of that communication unit with said connectivity information contained within said received update message;

a data integrity module to examine said network connectivity information within a link storage unit of that communication unit and determine information missing from that link storage unit in response to said update by said update module; and

a request module to request said neighboring transmission routing unit to transmit said missing information in response to said data integrity module determining that information is missing from said link storage unit of that communication unit.

**42**. The unit of claim **41** wherein said routing unit configuration module further includes:

a request processing module to receive said request from a neighboring routing unit in response to that communication unit being designated as a transmission routing unit and to process said received request to transmit information identified in said request to that neighboring routing unit.

**43**. The network of claim **40** wherein said message forwarding module further includes:

a data accumulation module to accumulate information received within plural update messages and to transmit said accumulated information in the form of a single transmission to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of said each routing unit.

**44**. The network of claim **40** wherein said message forwarding module further includes:

a timer to indicate expiration of periodic reception intervals; and

a data accumulation module to accumulate information received within each of said periodic reception intervals and to transmit said accumulated information of each periodic reception interval in the form of a single transmission to neighboring routing units of that communication unit at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**45**. In a communications network including a plurality of communication units forming a first network tier to transmit and receive messages within said network, wherein at least one of said communication units is designated as a routing unit to form a second network tier to route network traffic and at least one of said designated routing units is designated as a transmission routing unit to form a third network tier to transmit network information throughout said second and third network tiers, a method of configuring said network including the steps of:

(a) determining a status of each communication unit as said routing unit of said second network tier for routing network traffic or as a member unit of said first network tier and associated with a routing unit, wherein said communication unit status as a routing unit is fixed for routing subsequent network messages;

(b) determining a status of each communication unit as said transmission routing unit to transmit said network information throughout said second and third network

US 6,980,537 B1

31

tiers in response to that communication unit being designated as said routing unit, wherein said communication unit status as a transmission routing unit is fixed for flooding subsequent network connectivity messages; and

(c) re-evaluating said communication unit status in response to connectivity changes in said network.

**46**. The method of claim **45** wherein said each communication unit transmits messages in the form of radio signals.

**47**. The method of claim **45** wherein step (a) further includes:

(a.1) examining network connectivity information relating to each communication unit and designating as said routing unit each communication unit communicating with at least one neighboring unit isolated from communications with remaining neighboring units of that communication unit.

**48**. The method of claim **45** wherein step (b) further includes:

(b.1) examining network connectivity information relating to designated routing units and stored within a link storage unit of said each communication unit and designating as said transmission routing unit each communication unit that communicates with at least one neighboring routing unit isolated from communications with remaining neighboring routing units of that communication unit.

**49**. The method of claim **48** wherein said transmission routing unit transmits update messages including network connectivity information, and step (b) further includes:

(b.2) receiving an update message from a corresponding neighboring transmission routing unit at each communication unit designated as said transmission routing unit and transmitting said received message to neighboring routing units of that communication unit to facilitate synchronization of said link storage unit of each said routing unit.

**50**. The method of claim **49** wherein step (b) further includes:

(b.3) receiving an update message from a corresponding neighboring transmission routing unit at each communication unit designated as said routing unit and updating said link storage unit of that communication unit with said connectivity information contained within said received update message;

(b.4) examining said network connectivity information within said link storage unit of each communication unit and determining information missing from that link storage unit in response to said update; and

(b.5) requesting said corresponding neighboring transmission routing unit of each communication unit designated as said routing unit to transmit said missing information in response to said data integrity module determining that information is missing from a link storage unit of that communication unit.

**51**. The method of claim **50** wherein step (b) further includes:

(b.6) receiving at each communication unit designated as said transmission routing unit said request from a corresponding neighboring routing unit and processing said received request to transmit information identified in said request to that neighboring routing unit.

**52**. The method of claim **49** wherein step (b.2) further includes:

(b.2.1) accumulating information received within plural update messages at each communication unit designated as said transmission routing unit and transmitting said accumulated information in the form of a single transmission to corresponding neighboring routing

32

units of that communication unit to facilitate synchronization of said link storage unit of said each routing unit.

**53**. The method of claim **49** wherein step (b.2) further includes:

(b.2.1) indicating expiration of periodic reception intervals; and

(b.2.2) accumulating information received within each of said periodic reception intervals at each communication unit designated as said transmission routing unit and transmitting said accumulated information at each periodic reception interval in the form of a single transmission to corresponding neighboring routing units of that communication unit at expiration of that periodic reception interval to facilitate synchronization of said link storage unit of said each routing unit.

**54**. In a wireless communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a relay unit for transferring messages from said member units, a communication unit to transmit and receive messages within said network comprising:

a transmitter to transmit an outgoing message in the form of radio signals to each neighboring unit of said communication unit;

a receiver to receive an incoming message in the form of radio signals from said each neighboring unit;

a storage unit to store network information relating to said communication unit and corresponding neighboring units; and

a processor to control said transmission and reception of said outgoing and incoming messages, wherein said processor includes:

a configuration module to designate a status of said communication unit as one of said relay unit and said member unit to configure said communications network, wherein said configuration module includes:

a neighbor module to examine network connectivity information and identify at least one neighboring unit of said communication unit that is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from that neighboring unit;

a designation module to designate said communication unit as said relay unit based on said examination and in response to determining that at least one neighboring communication unit is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from said neighboring communication unit, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and

an evaluation module to re-evaluate said communication unit designation in response to connectivity changes in said network.

**55**. The unit of claim **54**, wherein said network is an ad-hoc wireless communications network.

**56**. The unit of claim **54**, wherein said processor further includes:

a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

US 6,980,537 B1

33

**57**. The unit of claim **56**, wherein said processor further includes:

an interval module to adjust said periodic time interval to accommodate network conditions.

**58**. The unit of claim **54**, wherein said plurality of communication units include said member units and said designated relay units, and wherein said relay units generate and forward network connectivity information through said network.

**59**. In a wireless communications network including a plurality of communication units, wherein at least one of those units is designated as a member unit for transmitting and receiving messages and at least one of those units is designated as a relay unit for transferring messages from said member units, a method of configuring a network communication unit to transmit and receive messages within said network comprising the steps of:

(a) examining network connectivity information relating to said communication unit and corresponding neighboring units stored in a storage unit of said communication unit and identifying at least one neighboring unit of said communication unit that is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from that neighboring unit;

(b) designating said communication unit as said relay unit based on said examination and in response to determining that at least one neighboring communication unit is required to utilize said communication unit to communicate with network communication units that are outside the range of and greater than one hop away from said neighboring communication unit, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and

(c) re-evaluating said communication unit designation in response to connectivity changes in said network.

**60**. The method of claim **59**, wherein said network is an ad-hoc wireless communications network.

**61**. The method of claim **59**, wherein step (a) further includes:

(a.1) transmitting a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

**62**. The method of claim **61**, wherein step (a) further includes:

(a.2) adjusting said periodic time interval to accommodate network conditions.

34

**63**. The method of claim **59**, wherein said plurality of communication units include said member units and said designated relay units, and said method further includes:

(d) generating and forwarding network connectivity information through said network via said designated relay units.

**64**. A wireless communications network comprising:

a plurality of communication units to transmit and receive messages in the form of radio signals within said network, wherein said communication units: examine network connectivity information; identify communication units that are required to be utilized by associated neighboring units to communicate with network communication units that are outside the range of and greater than one hop away from those neighboring units; designate at least one communication unit as a relay unit to transfer network information based on said examination and in response to determining that said at least one communication unit is required to be utilized by at least one neighboring unit to communicate with communication units that are outside the range of and greater than one hop away from said neighboring units, wherein said communication unit designation as said relay unit is fixed for transferring subsequent network messages; and re-evaluate said communication unit designation in response to connectivity changes in said network.

**65**. The network of claim **64**, wherein said network is an ad-hoc wireless communications network.

**66**. The network of claim **64**, wherein said communication units each include:

a status transmission module to facilitate transmission of a unit status message at a periodic time interval, wherein said unit status message includes network connectivity information.

**67**. The network of claim **66**, wherein said communication units each further include:

an interval module to adjust said periodic time interval to accommodate network conditions.

**68**. The network of claim **64**, wherein said designated relay units generate and forward network connectivity information through said network.

\*   \*   \*   \*   \*

# EXHIBIT 4

US007027426B2

(12) **United States Patent** (10) **Patent No.:** **US 7,027,426 B2**

Billhartz (45) **Date of Patent:** **Apr. 11, 2006**

(54) **MULTI-CHANNEL MOBILE AD HOC NETWORK**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 67 days.

(21) Appl. No.: **10/212,594**

(22) Filed: **Aug. 5, 2002**

(65) **Prior Publication Data**

US 2004/0022224 A1     Feb. 5, 2004

(51) **Int. Cl.**
*H04Q 7/24*     (2006.01)

(52) **U.S. Cl.** ...................................... **370/338**; 370/312

(58) **Field of Classification Search** ............... 370/220, 370/223, 238, 254–258, 310, 338, 345, 351, 370/464, 912, 913, 312, 329, 349, 390; 709/220, 709/223, 238–242; 455/422, 432, 433, 435, 455/456, 445, 450, 453
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,987,011 A | 11/1999 | Toh | 370/331 |
| 6,304,556 B1 | 10/2001 | Haas | 370/254 |
| 6,308,843 B1 * | 10/2001 | De Boer | 211/119.01 |
| 6,385,174 B1 | 5/2002 | Li | 370/252 |
| 2001/0033556 A1 | 10/2001 | Krishnamurthy et al. | 370/329 |

OTHER PUBLICATIONS

Lee, Routing and Multicasting Strategies in Wireless Mobile Ad Hoc Networks, Dissertation, University of California, pp. 1-260, 2000.*

Royer et al, An Implementation Study of the AODV Routing Protocol, IEEE, pp. 1003-1008, 2000.*

Sugano et al, Performance Evaluation of a Wireless Ad Hoc Networks: Flexible Radio Network (FRN), IEEE, pp. 350-354, 2000.*

Perkins et al, Internet Draft, Quality of Service for Ad hoc On-Demand Distance Vector Routing, pp. 1-7, 2000.*

Chang et al, Routing in wireless/mobile ad-hoc networks via dynamic group construction, Baltzer Science Publishers, pp. 27-37, 2000.*

Bangalore et al, DSR based mobile adhoc routing with a Multichannel Base Station infrastructure, pp. 1-10.*

Chakrabarti et al., "*QoS Issues in Ad Hoc Wireless Networks*", , IEEE Communications Magazine, (Feb. 2001), pp. 142-148.

(Continued)

*Primary Examiner*—Frank Duong
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A mobile ad hoc network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of channels. The method includes sending a route request over each of the plurality of channels to discover routing to a destination node, and selecting a route to the destination node on at least one of the plurality of channels. The route request may be sent over each of the plurality of channels sequentially, and the route request preferably includes a source node channel identifier.

**27 Claims, 7 Drawing Sheets**



US 7,027,426 B2

Page 2

## OTHER PUBLICATIONS

Chen, "*Routing Support for Providing Guaranteed End-to-End Quality-of-Service*," Ph.D. thesis, Univ. of Illinois at Urbana-Champaign, http://cairo.cs.uiuc.edu/papers/scthesis.ps. 1999.

Mirhakkak et al., *Dynamic Quality-of-Service of Mobile Ad Hoc Networks*, MITRE Corp., 2000.

Van Dyck et al., *Distributed Sensor Processing Over an Ad-Hoc Wireless Network: Simulation Framework And Performance Criteria*, Proceedings IEEE Milcom, Oct. 2001.

Zhu, *Medium Access Control and Quality-of-Service for Mobile Ad Hoc Networks*, PHD Thesis, Department of Computer Engineering, University of Maryland, College Park, MD, 2001.

Royer et al., *A Review of Current Routing Protocols for Ad Hoc Mobile Wireless Networks*, IEEE Personal Communications, Apr. 1999, pp. 46-55.

Corson et al., *A Reservation-Based Multicast (RBM) Routing Protocol for Mobile Networks: Initial Route Constructions Phase*, ACM/l. 1, No. 4, 1995, pp. 1-39.

Xiao et al., *A Flexible Quality of Service Model for Mobile Ad Hoc Networks, IEEE VTC2000-spring*, Tokyo, Japan, May 2000.

Wu et al., *QoS Support in Mobile Ad Hoc Networks*, Computing Science Department, University of Alberta, no date available.

Corson et al., *Mobile Ad Hoc Networking (MANET): Routing Protocol Performance Issues and Evaluation Considerations*, Network Working Group, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 1999.

Haas et al., *The Bordercast Resolution Protocol (BRP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Interzone Routing Protocol (IERP) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Haas et al., *The Intrazone Routing Protocol (IERP)* for Ad Hoc Networks, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jun. 2001.

Clausen et al. *Optimized Link State Routing Protocol*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Oct. 31, 2001.

Perkins et al., *Quality of Service in Ad Hoc On-Demand Distance Vector Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 2000.

Park et al., *Temporally-Ordered Routing Algorithm (TORA) Versoin 1 Functional Specification*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jul. 20, 2001.

Ogier et al., *Topology Broadcast Based on Reserve-Path Forwarding (TBRPF)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Jan. 10, 2002.

Gerla et al., *Landmark Routing Protocol (LANMAR) for Large Scale Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Hu et al., *Flow State in the Dynamic Socurce Routing Protocol for Mobile Ad Hoc Network*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Feb. 23, 2001.

Gerla et al., *Fisheye State Routing Protocol (FSR) for Ad Hoc Networks*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Dec. 17, 2001.

Johnson et al., *The Dynamic Source Routing Protocol for Mobile Ad Hoc Networks (DSR)*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 21, 2001.

Perkins et al., *Ad hoc On-Demand Distance Vector (ADOV) Routing*, Internet Engineering Task Force (IETF) MANET Working Group, Internet Draft, Nov. 9, 2001.

Perkins et al., "Multicast Operation of the Ad-Hoc On-Demand Distance Vector Routing", IEEE, pp. 1-11, 1999.

Perkins et al., "Multicast Operation of the Ad-Hoc On Demand Distance Vector Routing Protocol", http://citeseer.nj.nec.com/royer99multicast.html, pp. 1-12, 1999.

Tseng et al., "A Multi-Channel MAC Protocol with Power Control for Multi-Hop Mobile Ad Hoc Networks", IEEE, pp. 419-424, 2001.

* cited by examiner

Case 1:19-cv-01306-MN   Document 16-1   Filed 09/03/19   Page 109 of 144 PageID #: 477



FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



FIG. 5.



FIG. 6.



FIG. 7.



FIG. **8**.

US 7,027,426 B2

1

# MULTI-CHANNEL MOBILE AD HOC NETWORK

## FIELD OF THE INVENTION

The present invention relates to the field of communication networks, and, more particularly, to mobile ad hoc wireless networks and related methods.

## BACKGROUND OF THE INVENTION

A rapidly developing area of wireless networks is mobile ad hoc networks. Physically, a mobile ad hoc network includes a number of geographically-distributed, potentially mobile nodes wirelessly connected by one or more radio frequency channels. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad hoc networks is the lack of any fixed infrastructure. The network is formed of mobile nodes only, and a network is created on the fly as the nodes transmit to or receive from other nodes. The network does not in general depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

An ad hoc network can be quickly deployed and provide much needed communications. Ad hoc networks will allow people to exchange data in the field or in a class room without using any network structure except the one they create by simply turning on their computers or PDAs, for example.

New applications for mobile ad hoc networks will continue to emerge and become an important part of the communication structure. Due to the lack of a fixed infrastructure, nodes must self-organize and reconfigure as they move, join or leave the network. All nodes could potentially be functionally identical and there may not be any natural hierarchy or central controller in the network. Many network-controlling functions are distributed among the nodes. Nodes are often powered by batteries and have limited communication and computation capabilities. The bandwidth of the system is usually limited. The distance between two nodes often exceeds the radio transmission range, and a transmission has to be relayed by other nodes before reaching its destination. Consequently, a network has a multihop topology, and this topology changes as the nodes move around.

The Mobile Ad-Hoc Networks (MANET) working group of the Internet Engineering Task Force (IETF) has been actively evaluating and standardizing routing, including multicasting, protocols. Because the network topology changes arbitrarily as the nodes move, information is subject to becoming obsolete, and different nodes often have different views of the network, both in time (information may be outdated at some nodes but current at others) and in space (a node may only know the network topology in its neighborhood usually not far away from itself).

A routing protocol needs to adapt to frequent topology changes and with less accurate information. Because of these unique requirements, routing in these networks is very different from others. Gathering fresh information about the entire network is often costly and impractical. Many routing protocols are reactive (on-demand) protocols: they collect routing information only when necessary and to destinations they need routes to, and do not generally maintain unused routes after some period of time. This way the routing overhead is greatly reduced compared to pro-active protocols which maintain routes to all destinations at all times. It is important for a protocol to be adaptive. Ad Hoc on

2

Demand Distance Vector (AODV), Dynamic Source Routing (DSR) and Temporally Ordered Routing Algorithm (TORA) are representative of on-demand routing protocols presented at the MANET working group.

Examples of other various routing protocols include Destination-Sequenced Distance Vector (DSDV) routing which is disclosed in U.S. Pat. No. 5,412,654 to Perkins, and Zone Routing Protocol (ZRP) which is disclosed in U.S. Pat. No. 6,304,556 to Haas. ZRP is a hybrid protocol using both proactive and reactive approaches based upon distance from a source node.

These conventional routing protocols use a best effort approach in selecting a route from the source node to the destination node. Typically, the number of hops is the main criteria (metric) in such a best effort approach. In other words, the route with the least amount of hops is selected as the transmission route. However, Quality-of-service (QoS) routing in mobile ad hoc networks is also gaining interest. To provide quality-of-service, the protocol needs not only to find a route but also to secure the resources along the route. Because of the limited, shared bandwidth of the network, and lack of central controller which can account for and control these limited resources, nodes must negotiate with each other to manage the resources required for QoS routes. This is further complicated by frequent topology changes. Due to these constraints, QoS routing is more demanding than best-effort routing.

Also, as mentioned, the bandwidth of a typical ad-hoc network is limited. Conventional mobile ad-hoc network routing protocols assume that all nodes are on the same channel permanently. This single channel operation is a factor in the bandwidth availability. Although some networks may use a separate control channel to reduce overhead on the transmission channel, conventional mobile ad-hoc networks do not utilize multiple channels for transmitting packet data.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a multichannel mobile ad hoc network to efficiently make use of a plurality of channels.

This and other objects, features, and advantages in accordance with the present invention are provided by a method for operating a mobile ad hoc network over a plurality of channels. The network includes a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over the plurality of channels. The method includes, at a source node, sending a route request over each of the plurality of channels to discover routing to a destination node, and selecting a route to the destination node on at least one of the plurality of channels. The route request may be sent over each of the plurality of channels sequentially, and the route request preferably includes a source node channel identifier.

Also, each intermediate node may determine whether the intermediate node can support the route requested and, if so, forward the route request to one of other intermediate nodes and the destination node. The intermediate node will forward the route request over the plurality of channels. Any node that has already heard this request will not continue this flooding. Furthermore, the method preferably includes generating a reply to the source node for each discovered route upon receiving the route request at the destination node. Generating the reply to the source node for each discovered route preferably includes sending the reply back to the

US 7,027,426 B2

3

source node along the discovered route in reverse. The source node sends a transmission to the destination node along the selected route, which may span several channels.

Before selecting the route, the source node may prioritize the discovered routes by calculating a metric for each discovered route to the destination nod. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority. The selected route to the destination node may include more than one of the plurality of channels. In other words, the selected route may be wholly, or in part, on a different channel than the source node.

A system aspect of the invention is directed to a multi-channel mobile ad hoc network including a plurality of mobile nodes, and a plurality of wireless communication links connecting the plurality of mobile nodes together over a plurality of channels. Each mobile node includes a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and a controller to route communications via the communications device. The controller includes a route discovery unit to transmit route requests over each of the plurality of channels to discover routing to a destination node, and a route selection unit to select a route to the destination node on at least one of the plurality of channels. The route discovery unit may send the route request over each of the plurality of channels sequentially, and the route request may include a channel identifier. The selected route to the destination node may include more than one of the plurality of channels.

The controller may further include a route processing unit to determine whether the node can support the route requested and, if so, to forward the route request to one of other intermediate nodes and the destination node. Also, the controller may include a reply generator to generate a route reply to a source node for each discovered route. Again, generating the reply to the source node for each discovered route preferably includes sending the reply back to the source node along the discovered route in reverse.

The controller may also include a data transmission unit to send a transmission to the destination node along the selected route, and a route prioritizing unit to prioritize discovered routes. Again, prioritizing may include calculating a metric for each discovered route to the destination node. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–5 are schematic diagrams of a multichannel mobile ad hoc network in accordance with the present invention.

FIG. 6 is a schematic diagram illustrating a router of a node in accordance with the network of the present invention.

FIG. 7 is a schematic diagram illustrating the details of the controller of the router in FIG. 6.

FIG. 8 is a flowchart illustrating the method steps for multichannel routing in a mobile ad hoc network in accordance with the present invention.

4

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout, and prime notation is used to indicate similar elements in alternative embodiments.

As will be appreciated by those skilled in the art, portions of the present invention may be embodied as a method, data processing system, or computer program product. Accordingly, these portions of the present invention may take the form of an entirely hardware embodiment, an entirely software embodiment, or an embodiment combining software and hardware aspects. Furthermore, portions of the present invention may be a computer program product on a computer-usable storage medium having computer readable program code on the medium. Any suitable computer readable medium may be utilized including, but not limited to, static and dynamic storage devices, hard disks, optical storage devices, and magnetic storage devices.

The present invention is described below with reference to flowchart illustrations of methods, systems, and computer program products according to an embodiment of the invention. It will be understood that blocks of the illustrations, and combinations of blocks in the illustrations, can be implemented by computer program instructions. These computer program instructions may be provided to a processor of a general purpose computer, special purpose computer, or other programmable data processing apparatus to produce a machine, such that the instructions, which execute via the processor of the computer or other programmable data processing apparatus, implement the functions specified in the block or blocks.

These computer program instructions may also be stored in a computer-readable memory that can direct a computer or other programmable data processing apparatus to function in a particular manner, such that the instructions stored in the computer-readable memory result in an article of manufacture including instructions which implement the function specified in the flowchart block or blocks. The computer program instructions may also be loaded onto a computer or other programmable data processing apparatus to cause a series of operational steps to be performed on the computer or other programmable apparatus to produce a computer implemented process such that the instructions which execute on the computer or other programmable apparatus provide steps for implementing the functions specified in the flowchart block or blocks.

Referring initially to FIGS. 1–5 and 8, a method for determining a route from a source node to a destination node in a mobile ad hoc network 20 will now be described. The network 20 includes a plurality of mobile nodes 30 including the source node S and the destination node D with intermediate nodes A–C and E–N therebetween. Also, in this example, nodes Y and Z are not within communication range of any of the other illustrated nodes 30. The nodes 30, such as laptop computers, personal digital assistants (PDAs) or mobile phones, are connected by wireless communication links 32 as would be appreciated by the skilled artisan. Contrary to conventional mobile ad-hoc networks, the com-

US 7,027,426 B2

5

munication links 32 exist over a plurality of channels, for example, between three to ten channels.

The method begins (block 100) and includes transmitting a route requests RREQ from the source node S to discover routing to the destination node D over multiple channels, as indicated at block 102 in FIG. 8. the source node S does not currently know what channel the destination node D is normally on. In the example illustrated in FIG. 1, the source node sends the route request RREQ to intermediate nodes A-C. The source node S and node C may normally be on a first channel, node B may normally be on a second channel, and node A may normally be on yet a third channel, for example. So, the source node S sends the route request RREQ over all the existing channels that the network is currently operating on to reach all nodes 30 within one-hop. Preferably, the route request RREQ would include a source node channel identifier indicating what channel the source node S is on.

Separately, on each channel, route discovery proceeds as usual (FIG. 2). Each intermediate node A, B and C determines whether the node can support the route request RREQ. If the node cannot support the particular request RREQ, then the request is denied or simply not forwarded by the node. If the node, for example node A, can support the particular request RREQ, then the node forwards the route request RREQ to other intermediate nodes, e.g node H, on all channels and temporarily reserves node resources for that route request if the request is for traffic other than best-effort. For best-effort, no resources necessarily need be reserved. The route request RREQ is eventually forwarded to the destination node D.

As illustrated in FIG. 3, the destination node D, upon receiving the route request RREQ, generates a reply RREP to the source node S (block 104). However, as illustrated in FIG. 4, the destination node D may have received the forwarded route request RREQ from any of various possible routes including, for example, S-A-H-J-D or S-B-G-K-D. A reply RREPQ is generated in each case. The reply RREP includes the discovered route from S to D, and is sent to the source node S back along a route obtained by reversing the route appended to the route request RREQ received by the destination node D. In the example illustrated in FIGS. 3 and 4, if nodes D, J, H and A are on a different channel than the source node S, then the last hop A must move to the same channel as the source node S and send the reply RREP with an indication of its normal channel. The RREPs include not only the list of nodes along the route, but which channel each node is on.

The source node S caches each discovered route including the channel to the first hop node. At block 106, the source node S may prioritize the discovered routes by calculating a metric for each discovered route to the destination node D. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority, for example. The selected route to the destination node may include more than one of the plurality of channels. In other words, the selected route may be wholly, or in part, on a different channel than the source node.

Also, at block 108, the source node S then selects a route to the destination node D based upon the route metrics, and preferably transmits route confirmations CONFQ to intermediate nodes on the selected route. This is to confirm the use of the resources on the selected route that were temporarily reserved. Other temporarily reserved resources on discovered but non-selected routes may be permitted to time out by not transmitting CONFQ on those routes. Use of

6

CONFQ is associated with confirming use of resources for traffic that requires a QoS other that just best-effort. Route discovery for best-effort need not involve reserving resources at each intermediate node. Once the route is selected, message/packet data may be transmitted from the source node S to the destination node D via the selected route and on the appropriate channels, at Block 110, thus concluding the method (Block 112). As used herein, "message data" is intended to include any data that may be sent between nodes in the mobile ad-hoc network, including (but not limited to) additional route requests/replies, video data, audio data, alphanumeric data, etc., as would be appreciated by the skilled artisan.

The described method can be applied to any type of On-Demand or Reactive routing protocol, such as Dynamic Source Routing (DSR) or Ad-Hoc On-Demand Distance Vector (AODV) routing, or to any hybrid proactive/reactive protocol, such as Zone Routing Protocol (ZRP), as would be appreciated by the skilled artisan. A similar approach may also be used with proactive routing protocols to discover the best route spanning nodes that may be on different channels.

The described procedures are easily applied to the DSR protocol. The conventional DSR message types RREQ, RREP, RRER are defined as optional packet types, and can be used as defined for the conventional operation of the protocol to support "best effort" traffic in a backwards compatibility mode. Modified optional packet types may be defined to support multi-channel routing. Definition of the required header fields for these types is straightforward based on the functions defined above. A special type of source routed packet for mission data may also be included.

Referring now additionally to FIGS. 6 and 7, a system aspect of the invention will be described. As previously discussed, the mobile ad hoc network 20 includes a plurality of mobile nodes 30, and a plurality of wireless communication links 32 connecting the plurality of mobile nodes together. Each mobile node 30 includes a router 40 (FIG. 6) that has a communications device 42 to wirelessly and uni-directionally or bi-directionally communicate with other nodes over multiple channels and via the wireless communication links 32, and a controller 44 to route communications via the communications device 42. Also, a memory 46 may be included as part of the controller 44 or in connection with the controller.

As shown in FIG. 7, the controller 44 includes a route discovery unit 50 to transmit route requests RREQ over each of the plurality of channels to discover routing to the destination node D, and a route selection unit 52 to select a route to the destination node on at least one of the plurality of channels. The route discovery unit 50 may send the route request over each of the plurality of channels sequentially, and the route request may include a channel identifier. The selected route to the destination node may include more than one of the plurality of channels.

The controller 44 may further include a route request processing unit 54 to determine whether the node 30 can support the route requested and, if so, to forward the route request RREQ to one of other intermediate nodes and the destination node D. Also, the controller 44 may include a reply generator 56 to generate the route reply RREP to the source node S for each discovered route. Again, generating the reply RREP to the source node S for each discovered route preferably includes sending the reply back to the source node along the discovered route in reverse.

The controller 44 may also include a data transmission unit 58 to send a message/transmission to the destination node D along the selected route, and a route prioritizing unit

US 7,027,426 B2

7

60 to prioritize discovered routes. Again, prioritizing may include calculating a metric for each discovered route to the destination node. The metric may be based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

The present invention may make use of dynamic channel allocation in a mobile ad hoc network to efficiently make use of the plurality of channels, as described in copending application Ser. No. 10/134,862, filed Apr. 29, 2002 by the same assignee of record and incorporated by reference herein in its entirety. IEEE 802.11 spinoffs like 802.11a will make use of the ISM spectrum in the 5 GHz band. In this band, there is more bandwidth available to support many channels. As a result, a process to automatically assign a channel to an 802.11 node would be important. Such a channel decision would be based on current channel utilization and sampling of the other channels. Using dynamic channel selection would provide better performance since the spectrum would be used evenly. Additionally, channel use could be throttled such that Quality of Service (QoS) is maintained for current stations using the channel.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

The invention claimed is:

1. A method for operating a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of electrically separate wireless channels, the method comprising:

at a source node, sending a route request over each of the plurality of electrically separate channels to discover routing to a destination node;

at each intermediate node, determining whether the intermediate node can support the route requested and, if so, forwarding the route request to other intermediate nodes and the destination node over each of the plurality of electrically separate channels;

at the destination node, upon receiving the route request, generating a reply to the source node for each discovered route;

at the source node, selecting a route to the destination node on at least one of the plurality of electrically separate channels; and

at the source node, sending a transmission to the destination node along the selected route.

2. A method according to claim 1 wherein the source node sends the route request over each of the plurality of channels sequentially.

3. A method according to claim 1 wherein the route request includes a source node channel identifier.

4. A method according to claim 1 wherein generating the reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

5. A method according to claim 1 further comprising, at the source node, prioritizing discovered routes.

6. A method according to claim 5 wherein prioritizing comprises calculating a metric for each discovered route to the destination node, the metric being based upon at least

8

one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

7. A method according to claim 1 wherein a selected route to the destination node includes more than one of the plurality of channels.

8. A method for operating a mobile ad hoc network comprising a plurality of wireless mobile nodes and a plurality of wireless communication links connecting the plurality of nodes together over a plurality of electrically separate wireless channels, the method comprising:

at a source node, sending a route request over each of the plurality of electrically separate channels to discover routing to a destination node; and

at the source node, selecting a route to the destination node on at least one of the plurality of electrically separate channels.

9. A method according to claim 8 further comprising, at each intermediate node, determining whether the intermediate node can support the route requested and, if so, forwarding the route request to one of other intermediate nodes and the destination node.

10. A method according to claim 8 further comprising, at the destination node, upon receiving the route request, generating a reply to the source node for each discovered route.

11. A method according to claim 10 wherein generating the reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

12. A method according to claim 8 further comprising, at the source node, sending a transmission to the destination node along the selected route.

13. A method according to claim 8 wherein the source node sends the route request over each of the plurality of channels sequentially.

14. A method according to claim 8 wherein the route request includes a source node channel identifier.

15. A method according to claim 8 further comprising, at the source node, prioritizing discovered routes.

16. A method according to claim 15 wherein prioritizing comprises calculating a metric for each discovered route to the destination node, the metric being based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

17. A method according to claim 8 wherein a selected route to the destination node includes more than one of the plurality of channels.

18. A mobile ad hoc network comprising:

a plurality of mobile nodes; and

a plurality of wireless communication links connecting the plurality of mobile nodes together over a plurality of electrically separate wireless channels;

each mobile node comprising

a communications device to wirelessly communicate with other nodes of the plurality of nodes via the wireless communication links, and

a controller to route communications via the communications device, and comprising

a route discovery unit to transmit route requests over each of the plurality of electrically separate channels to discover routing to a destination node, and

a route selection unit to select a route to the destination node on at least one of the plurality of electrically separate channels.

US 7,027,426 B2

9

10

19. The mobile ad hoc network according to claim **18** wherein the controller further comprises a route request processing unit to determine whether the node can support the route requested and, if so, to forward the route request to one of other intermediate nodes and the destination node.

20. The mobile ad hoc network according to claim **18** wherein the controller further comprises a reply generator to generate a route reply to a source node for each discovered route.

21. The mobile ad hoc network according to claim **20** wherein generating the route reply to the source node for each discovered route comprises sending the reply back to the source node along the discovered route in reverse.

22. The mobile ad hoc network according to claim **18** wherein the controller further comprises a data transmission unit to send a transmission to the destination node along the selected route.

23. The mobile ad hoc network according to claim **18** wherein the route discovery unit sends the route request over each of the plurality of channels sequentially.

24. The mobile ad hoc network according to claim **18** wherein the route request includes a channel identifier.

25. The mobile ad hoc network according to claim **18** wherein the controller further comprises a route prioritizing unit to prioritize discovered routes.

26. The mobile ad hoc network according to claim **25** wherein the prioritizing unit calculates a metric for each discovered route to the destination node, the metric being based upon at least one of available bandwidth, error rate, end-to-end delay, end-to-end delay variation, hop count, expected path durability, and priority.

27. The mobile ad hoc network according to claim **18** wherein a selected route to the destination node includes more than one of the plurality of channels.

\* \* \* \* \*

# EXHIBIT 5

US007224678B2

(12) **United States Patent**

Billhartz

(10) **Patent No.:** **US 7,224,678 B2**

(45) **Date of Patent:** *May 29, 2007

(54) **WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 647 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,042**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0027988 A1     Feb. 12, 2004

(51) **Int. Cl.**
*H04Q 7/24*          (2006.01)

(52) **U.S. Cl.** ...................... **370/338**; 370/229; 370/236; 370/245; 709/224; 726/23

(58) **Field of Classification Search** ................ 370/229, 370/236, 245, 252, 254, 240, 338, 351, 352, 370/389, 401, 912–13, 908; 455/410, 411; 709/223, 224; 713/164, 187; 726/1–23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | ...................... 370/94.1 |
| 6,304,556 B1 | 10/2001 | Haas | ......................... 370/254 |
| 6,359,873 B1* | 3/2002 | Kobayashi | .................. 370/338 |
| 2003/0149891 A1* | 8/2003 | Thomsen | .................... 713/201 |
| 2003/0217189 A1 | 11/2003 | Kelley et al. | ............... 709/318 |
| 2003/0217289 A1* | 11/2003 | Ammon et al. | .............. 713/201 |
| 2003/0219008 A1* | 11/2003 | Hrastar | ........................ 370/352 |

OTHER PUBLICATIONS

IEEE Standard 802.11, "Local and Metropolitan Area Networks: Wireless LAN", 1999 Edition, Chapters 7-9, pp. 34-97.*
Kozup, *Secure Your WLAN Now, ZDNet Tech Update*, Nov. 13, 2001, available at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network*, CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.

(Continued)

*Primary Examiner*—Seema S. Rao
*Assistant Examiner*—Mark A. Mais
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A wireless local or metropolitan area network may include a plurality of stations for transmitting data therebetween using a media access layer (MAC), where each of the stations has a respective MAC address associated therewith. The wireless network may also include a policing station for detecting intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold. The policing station may also detect intrusions based upon one or more of failed MAC address authentications, illegal network allocation vector (NAV) values, and unexpected contention or contention-free operation.

**72 Claims, 11 Drawing Sheets**



**US 7,224,678 B2**

Page 2

## OTHER PUBLICATIONS

*Wireless LAN Security 802.11b and Corporate Networks*, Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.

Blackwell, *Serious WLAN Security Threats: Part II*, INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781_947571,00.html.

*Accessing Wireless Security with Airopeek*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white_papers.

*WildPackets' Guide to Wireless LAN Analysis*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white_papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks*, ACM MOBICOM, 2000.

Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches*, Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

Chakrabarti et al., "*QoS Issues in Ad Hoc Wireless Networks*", , IEEE Communications Magazine, (Feb. 2001), pp. 142-148.

Chen, "*Routing Support for Providing Guaranteed End-to-End Quality-of-Service*," Ph.D. thesis, Univ. of Illinois at Urbana-Champaign, http://cairo.cs.uiuc.edu/papers/Scthesis.ps. 1999.

IEEE Standard 802.11, Local and Metropolitan Area Networks: Wireless LAN, IEEE 1999, chapters 7-9, pp. 34-97.

\* cited by examiner



FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



FIG. 5.



FIG. 6.



FIG. 7.



FIG. 8.



FIG. 9.



FIG. 10.



FIG. 11.



FIG. 12.

Case 1:19-cv-01306-MN   Document 16-1   Filed 09/03/19   Page 130 of 144 PageID #: 498



FIG. 13.



FIG. 14.



FIG. 15.



FIG. 16.



FIG. 17.



FIG. 18.



FIG. 19.



FIG. 20.

Case 1:19-cv-01306-MN   Document 16-1   Filed 09/03/19   Page 134 of 144 PageID #: 502



FIG. 21.

US 7,224,678 B2

1

# WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to wireless local and metropolitan area networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increasing development over the past several years. Two particular examples are the wireless local area network (LAN), and the wireless metropolitan area network (MAN). In a basic service set (BSS), such networks include one or more wireless stations (e.g., a laptop with a wireless network interface card (NIC)) that communicate with an access point or base station (e.g., a server) via radio frequency signals, for example. The base station performs numerous functions, such as synchronization and coordination, forwarding of broadcast packets, and providing a bridge between the wireless LAN/MAN and a wired network, such as telephone network, for example.

In an extended service set (ESS), multiple base stations are included in the network. On the other hand, in some wireless LANs/MANs there may be no base stations at all, only wireless stations engaging in peer-to-peer communications with one another. This topology is called an independent basic service set (IBSS), and in an IBSS one of the wireless stations is typically elected to act as a proxy for the missing base station.

Perhaps the most significant reason for the popularity of wireless LANs/MANs is that such networks are relatively inexpensive and easy to deploy in that a wired infrastructure is not required. Yet, wireless LANs/MANs also have several significant drawbacks not found in wired networks. For example, because wireless LAN/MAN devices are so prevalent, such devices are readily available to would-be hackers who may attempt to intrude upon the network and compromise network security using an unauthorized wireless station (i.e., a rogue station). Also, if wireless LANs/MANs are operated too closely to one another the networks may intrude upon one another and cause network disruption, particularly if they share common channels.

One of the more prominent standards which has been developed for regulating communications within wireless LANs/MANs is that of the Institute of Electrical and Electronic Engineers' 802 LAN/MAN Standards Committee, entitled "IEEE Standards for Information Technology—Telecommunications and Information Systems—Local and Metropolitan Area Network—Specific Requirements—Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," 1999, which is hereby incorporated herein in its entirety by reference. In addition to providing wireless communications protocols, the 802.11 standard also defines a wired equivalent privacy (WEP) algorithm which is used to protect wireless signals from eavesdropping. More particularly, WEP provides for the encryption of messages to be sent between stations as well as an integrity check to ensure that the integrity of the originally transmitted messages has not been compromised.

While the WEP algorithm does provide some measure of network security, it does not detect or report potential intrusions into the network. Only recently have such intrusion detection systems been made available. These systems

2

typically include security monitoring software to be installed on stations where intrusion detection is desired. Such software may attempt to detect intruders by monitoring and recording media access control (MAC) addresses or Internet protocol (IP) addresses and comparing them to known addresses of authorized network stations. Furthermore, such systems may observe when WEP is not enabled.

One particular example of an intrusion detection system from WildPackets, Inc. is called AiroPeek. AiroPeek searches for unauthorized rogue stations based upon ESS and BSS identifications (ESSIDs, BSSIDs) in use in the network. That is, a list of all authorized BSSIDs and ESSIDs in use in the network is created. A filter is then used to exclude all unauthorized stations. This filter is created by capturing normal network traffic and determining the data offset in an 802.11 frame corresponding to the ESSID or BSSID. AiroPeek also includes an alarm that is triggered on the basis of frame count. That is, if the frame count exceeds zero, the alarm is triggered (i.e., if any frames are detected from a rogue station, then the alarm is triggered). Further, AiroPeek can provide notification of an alarm via email or by using a modem to dial out of the system (e.g., to a pager).

Despite the advancements made by the above systems, some intrusions into a wireless LAN/MAN may still go undetected by such systems. That is, if a rogue station has obtained access to an authorized address and/or ID, for example, the above approaches may not detect the intrusion of the rogue station into the network.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a wireless LAN/MAN with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a wireless local or metropolitan area network which may include a plurality of stations for transmitting data therebetween using a media access (MAC) layer, where each of the stations has a respective MAC address associated therewith. The wireless network may also include a policing station for detecting intrusions into the wireless network. This may be done by monitoring transmissions among the plurality of stations to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Furthermore, the policing station may detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. More specifically, the policing station may generate an intrusion alert based upon detecting the number of failed attempts to authenticate a MAC address within a predetermined period.

In addition, the plurality of stations may transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The RTS and CTS packets typically include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. As such, the policing station may further detect intrusions into the wireless network by monitoring the RTS and CTS packets sent between the plurality of stations to detect an illegal NAV value therein and generate an intrusion alert based thereon.

US 7,224,678 B2

3

The plurality of stations may also intermittently operate in a contention-free mode during a contention-free period (CFP). Thus, the policing station may also advantageously detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP (or vice versa) and generate an intrusion alert based thereon.

Additionally, the wireless network may have at least one service set ID associated therewith, such as a BSSID and/or an ESSID, for example. Accordingly, the policing station may further detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect service set IDs associated therewith. The policing station may further generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, the plurality of stations may transmit data over at least one channel, and the policing station may detect transmissions over the at least one channel not originating from one of the plurality of stations and generate an intrusion alert based thereon.

The policing station may advantageously transmit an intrusion alert to at least one of the plurality of stations in some embodiments. As such, the appropriate countermeasures may be taken to respond to the intrusion. Further, the policing station may include one or more base stations and/or wireless stations.

An intrusion detection method aspect of the invention is for a wireless local or metropolitan area network including a plurality of stations. The method may include transmitting data between the plurality of stations using a MAC layer, where each of the stations has a respective MAC address associated therewith. Moreover, transmissions among the plurality of stations may be monitored to detect FCS errors from a MAC address, and an intrusion alert generated based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Additionally, the method may also include monitoring transmissions among the plurality of stations to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. In particular, an intrusion alert may be generated based upon detecting a number of failed attempts to authenticate a MAC address within a predetermined period.

Furthermore, the method may include transmitting RTS and CTS packets between the plurality of stations prior to transmitting data. As noted above, the RTS and CTS packets typically include NAV values indicating a time duration reserved for transmitting the data. Moreover, the RTS and CTS packets transmitted between the plurality of stations may be monitored to detect an illegal NAV value therein, and an intrusion alert generated based upon the detected illegal NAV value.

The plurality of stations may intermittently operate in a contention-free mode during a CFP. As such, the method may also include monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP (or vice versa), and generating an intrusion alert based thereon.

In addition, the wireless network may have at least one service set ID associated therewith. Thus, the method may further include monitoring transmissions among the plurality of stations to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Here again, the

4

service set IDs may be ESSIDs and/or BSSIDs, for example. Also, the plurality of nodes may transmit data over at least one channel. Transmissions over the at least one channel not originating from one of the plurality of stations may therefore be detected, and an intrusion alert generated based thereon. The method may also include transmitting the intrusion alert to at least one of the plurality of stations.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a wireless LAN/MAN in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

FIG. 2 is a schematic block diagram of an alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. 3 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. 4 and 5 are schematic block diagrams of further alternate embodiments of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. 6 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. 7 is a schematic block diagram of still another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 8 is a schematic block diagram of yet another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a station.

FIG. 9 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. 10 is a schematic block diagram of yet another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. 11 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. 12 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. 13 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. 14 and 15 are flow diagrams illustrating intrusion detection methods in accordance with the present invention based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

US 7,224,678 B2

5

FIG. **16** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. **17** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. **18** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a station.

FIG. **19** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

FIG. **20** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. **21** is a flow chart illustrating additional method aspects of the invention for intrusion detection.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. **1–10**, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the wireless stations **11, 21, 31, 41, 51, 61, 71, 81, 91**, and **101** illustrated in FIGS. **1–10** are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. **1**, a wireless LAN/MAN **10** in accordance with the present invention illustratively includes a wireless station **11** and a base station (or access point) **12**. While only a single wireless station **11** and base station **12** are shown for clarity of illustration, those of skill in the art will appreciate that any number of wireless and/or base stations may be included within the wireless network **10**.

Before describing the wireless network **10** in further detail, a brief discussion regarding wireless LAN/MAN protocols is warranted. In particular, the foregoing discussion will assume a network implementation using the 802.11 standard for clarity of explanation. However, those of skill in the art will appreciate that numerous aspects and embodiments described herein may also be used with other suitable wireless LAN/MAN standards (e.g., Bluetooth, etc.).

The 802.11 standard is for use with the OSI network model for data transfer, which includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer. The data link layer further includes media access control (MAC) and logical link control sub-layers. The wireless station **11** and base station **12** in particular use

6

the MAC layer for transmitting data therebetween, particularly respective MAC addresses associated therewith, for example. Of course, the remaining layers of the OSI model may also be used for data transmission as well. Moreover, data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the wireless network **10** illustratively includes a policing station **13** for detecting intrusions into the wireless network by a rogue station **14**. By way of example, the rogue station **14** may be used by a would-be hacker attempting to hack into the wireless network **10**, or it may simply be a node from a different wireless network that is operating too closely to the wireless network **10**. The policing station **13** may include one or more of a wireless station and/or a base station. In the present example, the policing station **13** monitors transmissions among the stations **11, 12** to detect frame check sequence (FCS) errors from a MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing station **13** generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the stations" is intended to mean any transmission directly to or from one of the stations **11, 12**, as well as any transmission within an operating range of the wireless network **10**. In other words, the policing station **13** may monitor transmissions directed to or originating from the stations **11, 12** as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a station in the network **10**.

In the above described embodiment (and those described below), the policing station **13** may advantageously transmit the alert to one or more of the stations **11, 12** in the wireless network **10**. By way of example, the policing station **13** may transmit the intrusion alert directly to the base station **12**, which may then notify all of the remaining stations in the wireless network. Alternately, the policing station **13** may broadcast the intrusion alert to all network stations. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. **2**, a first alternate embodiment of the wireless LAN/MAN **20** is now described. In this embodiment, the policing station **23** detects intrusions into the wireless network **20** by monitoring transmissions among the stations **21, 22** to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node **23** will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a station at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing station **23** may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

In accordance with the 802.11 standard, two stations wishing to communicate with one another within a wireless LAN/MAN typically transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining stations in the wireless LAN/MAN may be communicating

US 7,224,678 B2

7

on the same channel, the stations need to ensure that they are not transmitting at the same time as this could result in interference and network disruption. Moreover, RTS and CTS packets typically include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to all other stations in the wireless LAN/WAN, which will then stop transmission during the specified period.

Turning now additionally to FIG. 3, a second alternate embodiment of the wireless LAN/MAN 30 is now described in which the policing station 33 detects intrusions into the wireless network 30 by monitoring RTS and CTS packets sent between the stations 31 and 32 to detect an illegal NAV value therein. For example, the wireless network 30 may be implemented in such a way that data transmission may not exceed a certain amount of time, which will be known to all of the authorized stations participating therein. Thus, if the policing station 33 detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

Another feature of the 802.11 standard is that stations within a wireless LAN/MAN may operate in contention or contention-free modes. That is, in a contention mode all stations are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), medium usage is controlled by the base station, which thus eliminates the need for stations to contend for channel access.

In accordance with a third embodiment of the wireless LAN/MAN 40 illustrated in FIG. 4, the policing station 43 may advantageously detect intrusions into the wireless network 40 by monitoring transmissions among the stations 41, 42 to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing station 43 based upon such detection. In other words, detection of a station operating in contention-free mode outside of a CFP indicates that this station is not an authorized station, as all authorized wireless stations will be informed by the base station 42 when a CFP has been instituted. Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. 5. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. 6, another embodiment of wireless LAN/MAN 60 is now described. Here, the policing station 63 detects intrusions into the wireless network 60 by monitoring transmissions among the stations 61, 62 to detect transmissions during an unauthorized period. That is, the wireless network 60 may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing station 63 may advantageously generate an intrusion alert.

Turning now additionally to FIG. 7, still another embodiment of the wireless LAN/MAN 70 is now described. In this embodiment, the various stations 71, 72 have the above described WEP feature enabled and therefore generate and transmit integrity check values with respective data packets sent therefrom. Thus, the policing station 73 detects intrusions into the wireless network 70 by monitoring transmissions among the stations 71, 72 to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect key stream is used to generate the message ciphertext, or if the message has been tampered with by the rouge station 84, the integrity check

8

value will most likely be corrupted. As such, the policing station 73 may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another wireless LAN/MAN 80 in accordance with the invention is now described with reference to FIG. 8. Typically, when the above-noted OSI network model is used, a respective MAC sequence number is generated and sent with each data packet from the stations 81, 82. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing station 83 may detect intrusions into the wireless network 80 by monitoring transmissions among the stations 81, 82 to detect usage of non-consecutive MAC sequence numbers by a station, and generate an intrusion alert based thereon.

Turning now additionally to FIG. 9, another embodiment of the wireless LAN/MAN 90 is illustrated in which the policing station 93 detects intrusions into the wireless network by monitoring transmissions among the stations 91, 92 to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing station 93 may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. 10, another embodiment of the wireless LAN/MAN 100 is described in which the policing station 103 detects intrusions into the wireless network by monitoring transmissions among the stations 101, 102 to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the stations is a rouge station 104. As such, the policing station 103 generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may be based upon a percentage, as previously described above.

US 7,224,678 B2

9

An intrusion detection method aspect of the invention for the wireless network **10** will now be described with reference to FIG. **11**. Beginning at Block **110**, the method includes transmitting data between the plurality of stations **11**, **12** using the MAC layer, as previously noted above, at Block **111**. The transmissions among the stations **11**, **12** are monitored to detect FCS errors from one of the MAC addresses, at Block **112**. If a number of FCS errors for the MAC address exceeds a threshold, at Block **113**, an intrusion alert is generated based thereon, at Block **114**, thus ending the method (Block **115**). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. **12**, the method begins (Block **120**) with transmitting data between the stations **21**, **22**, at Block **121**, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block **122**, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block **123**, then an intrusion is generated, at Block **124**, thus concluding the method (Block **125**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. **13**. The method begins (Block **130**) with transmitting RTS and CTS packets between the stations **31**, **32** and then transmitting data, at Block **131**. The RTS and CTS packets transmitted between the stations **31**, **32** are monitored to detect an illegal NAV value therein, at Block **132**, as previously described above. If an illegal NAV value is detected, at Block **133**, an intrusion alert is generated based thereon, at Block **134**, thus concluding the method (Block **135**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **14**, a third alternate method aspect of the invention is now described. The method begins (Block **140**) with transmitting data between the stations **41**, **42**, at Block **141**, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block **142**, as previously described above. If such operation is detected outside a CFP, at Block **143**, an intrusion alert is generated based thereon, at Block **144**, thus concluding the method (Block **145**). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. **15** at Blocks **150**–**155**. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. **16**. The method begins (Block **160**) with transmitting data between the stations **61**, **62**, at Block **161**, and monitoring to detect transmissions during an unauthorized period, at Block **162**, as previously described above. If transmissions are detected during an unauthorized period, at Block **163**, an intrusion alert is generated based thereon, at Block **164** thus concluding the method (Block **165**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. **17**. The method begins (Block **170**) with transmitting data between the stations **71**, **72**, at Block **171**, and monitoring transmissions **172** to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert

10

is generated, at Block **173**, thus ending the method (Block **175**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **18**, still another method aspect of the invention is described. The method begins (Block **180**) with transmitting data between the stations **81**, **82**, at Block **181**. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a station, at Block **182**, as previously described above. If such usage is detected, at Block **183**, an intrusion alert is generated, at Block **184**, thus ending the method (Block **185**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. **19**, another method aspect of the invention begins (Block **190**) with transmitting data packets between the stations **91**, **92**, at Block **201**, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block **192**. If a threshold number of collisions of packets having the predetermined packet type is detected, at Block **193**, then an intrusion alert is generated, at Block **194**, ending the method (Block **195**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. **20**. The method begins (Block **200**) with transmitting data between the stations **101**, **102**, and monitoring transmissions to detect collisions of a same MAC address, at Block **202**, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block **203**, an intrusion alert is generated, at Block **204**, thus ending the method (Block **205**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. **21**. As noted above, a wireless LAN/MAN typically has one or more service set IDs associated therewith, such as IBSSIDs, BSSIDs, and/or ESSIDs. As illustratively shown, beginning at Block **210** data transmission may be sent between the stations **11**, **12**, at Block **211**, and transmissions among the plurality of stations may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized station, at Block **212**.

As such, if a service set ID that is different from an authorized service set ID of the wireless network **10** and/or transmission from an unauthorized station on a network channel is detected, at Block **213**, an intrusion alert may be generated based thereon, at Block **214**. Moreover, the intrusion alert may advantageously be transmitted to one or more stations in the network, as previously described above, or to another source via modem, etc., at Block **215**. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the wireless networks described above. Also, additional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above described invention may be implemented in several ways. For example, the policing station **13** could be implemented in one or more separate, dedicated devices that are not already part of the wireless network **10**. Alternately, the invention may be implemented in software to be installed on one or more existing stations in a wireless LAN/MAN where intrusion detection is desired.

US 7,224,678 B2

11

Further, many of the above-described aspects of the present invention may advantageously be used for detecting wireless network intrusion even when a rogue station has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application Ser. No. 10/217,243 entitled WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data therebetween using a media access layer (MAC), each of said stations having a respective MAC address associated therewith; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

2. The wireless network of claim 1 wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

3. The wireless network of claim 2 wherein said policing station generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

4. The wireless network of claim 1 wherein said plurality of stations transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing station further detects intrusions into the wireless network by:

monitoring RTS and CTS packets transmitted among said plurality of stations to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

5. The wireless network of claim 1 wherein said plurality of stations intermittently operate in a contention-free mode

12

during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

6. The wireless network of claim 1 wherein said plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

7. The wireless network of claim 1 wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

8. The wireless network of claim 1 wherein said plurality of stations transmit data over at least one channel; and wherein said policing station further detects transmissions over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

9. The wireless network of claim 1 wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

10. The wireless network of claim 1 wherein said policing station comprises a base station.

11. The wireless network of claim 1 wherein said policing station comprises a wireless station.

12. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data therebetween using a media access layer (MAC), each of said stations having a respective MAC address associated therewith; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

13. The wireless network of claim 12 wherein said policing station generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

14. The wireless network of claim 12 wherein said plurality of stations transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing station further detects intrusions into the wireless network by:

US 7,224,678 B2

13

monitoring RTS and CTS packets transmitted among said plurality of stations to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**15**. The wireless network of claim **12** wherein said plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**16**. The wireless network of claim **12** wherein said plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**17**. The wireless network of claim **12** wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**18**. The wireless network of claim **12** wherein said plurality of stations transmit data over at least one channel; and wherein said policing station further detects transmissions over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

**19**. The wireless network of claim **12** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**20**. The wireless network of claim **12** wherein said policing station comprises a base station.

**21**. The wireless network of claim **12** wherein said policing station comprises a wireless station.

**22**. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data therebetween; said plurality of stations transmitting request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and

a policing station for detecting intrusions into the wireless network by

monitoring RTS and CTS packets transmitted among said plurality of stations to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**23**. The wireless network of claim **22** wherein said plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a

14

contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**24**. The wireless network of claim **22** wherein said plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**25**. The wireless network of claim **22** wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**26**. The wireless network of claim **22** wherein said plurality of stations transmit over at least one channel; and wherein said policing station further detects transmissions over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

**27**. The wireless network of claim **22** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**28**. The wireless network of claim **22** wherein said policing station comprises a base station.

**29**. The wireless network of claim **22** wherein said policing station comprises a wireless station.

**30**. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data therebetween, said plurality of stations intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**31**. The wireless network of claim **30** wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**32**. The wireless network of claim **30** wherein said plurality of stations transmit over at least one channel; and wherein said policing station further detects transmissions

US 7,224,678 B2

15                                                           16

over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

**33.** The wireless network of claim **30** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**34.** The wireless network of claim **30** wherein said policing station comprises a base station.

**35.** The wireless network of claim **30** wherein said policing station comprises a wireless station.

**36.** A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data therebetween, said plurality of stations intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**37.** The wireless network of claim **36** wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**38.** The wireless network of claim **36** wherein said plurality of stations transmit over at least one channel; and wherein said policing station further detects transmissions over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

**39.** The wireless network of claim **36** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**40.** The wireless network of claim **36** wherein said policing station comprises a base station.

**41.** The wireless network of claim **36** wherein said policing station comprises a wireless station.

**42.** An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data between the plurality of stations using a media access layer (MAC), each of the stations having a respective MAC address associated therewith;

monitoring transmissions among the plurality of stations to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

**43.** The method of claim **42** further comprising:

monitoring transmissions among the plurality of stations to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**44.** The method of claim **43** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises gener-

ating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**45.** The method of claim **42** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of stations prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of stations to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**46.** The method of claim **42** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**47.** The method of claim **42** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of stations to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**48.** The method of claim **42** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**49.** The method of claim **42** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

**50.** The method of claim **42** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

**51.** An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data between the plurality of stations using a media access layer (MAC), each of the stations having a respective MAC address associated therewith;

monitoring transmissions among the plurality of stations to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**52.** The method of claim **51** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

US 7,224,678 B2

**17**

53. The method of claim **51** further comprising:
transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of stations prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;
monitoring the RTS and CTS packets sent between the plurality of stations to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

54. The method of claim **51** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:
monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

55. The method of claim **51** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:
monitoring transmissions among the plurality of stations to detect contention mode operation during a CFP; and
generating an intrusion alert based upon detecting contention mode operation during a CFP period.

56. The method of claim **51** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:
monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and
generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

57. The method of claim **51** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

58. The method of claim **51** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

59. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:
transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of stations, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting data between the plurality of stations;
transmitting data between the plurality of stations;
monitoring the RTS and CTS packets sent between the plurality of stations to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

60. The method of claim **59** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:
monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**18**

61. The method of claim **59** wherein the plurality of stations intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:
monitoring transmissions among the plurality of stations to detect contention mode operation during a CFP; and
generating an intrusion alert based upon detecting contention mode operation during a CFP period.

62. The method of claim **59** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:
monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and
generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

63. The method of claim **59** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

64. The method of claim **59** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

65. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:
transmitting data between the plurality of stations, the plurality of stations intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;
monitoring transmissions among the plurality of stations to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

66. The method of claim **65** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:
monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and
generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

67. The method of claim **65** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

68. The method of claim **65** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

69. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:
transmitting data between the plurality of stations, the plurality of stations intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;
monitoring transmissions among the plurality of stations to detect contention mode operation during a CFP; and
generating an intrusion alert based upon detecting contention mode operation during a CFP period.

70. The method of claim **69** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:

US 7,224,678 B2

19

monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

71. The method of claim 69 wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least

20

one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

72. The method of claim 69 further comprising transmitting the intrusion alert to at least one of the plurality of stations.

\* \* \* \* \*