# EXHIBIT 6



US007327690B2

(12) **United States Patent**

Billhartz

(10) **Patent No.:** US 7,327,690 B2

(45) **Date of Patent:** Feb. 5, 2008

(54) **WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1067 days.

(21) Appl. No.: **10/217,243**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028001 A1 Feb. 12, 2004

(51) **Int. Cl.**
| | |
|---|---|
| *H04L 12/26* | (2006.01) |
| *H04Q 7/24* | (2006.01) |
| *G06F 11/30* | (2006.01) |
| *G06F 12/00* | (2006.01) |

(52) **U.S. Cl.** ..................... **370/245**; 370/338; 370/349; 709/224; 726/23

(58) **Field of Classification Search** ............... 370/245, 370/338, 349; 709/224; 726/23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,412,654 | A | | 5/1995 | Perkins ...................... 370/94.1 |
| 5,805,801 | A | * | 9/1998 | Holloway et al. ............ 726/22 |
| 5,901,284 | A | * | 5/1999 | Hamdy-Swink ............... 726/5 |
| 5,968,176 | A | * | 10/1999 | Nessett et al. ............... 726/11 |
| 5,978,669 | A | | 11/1999 | Sanmugam ................. 455/410 |
| 5,991,881 | A | * | 11/1999 | Conklin et al. ............... 726/22 |
| 6,047,330 | A | | 4/2000 | Stracke, Jr. ................. 709/238 |

| | | | | |
|---|---|---|---|---|
| 6,070,246 | A | * | 5/2000 | Beser ............................ 726/2 |
| 6,160,804 | A | | 12/2000 | Ahmed et al. ............... 370/349 |
| 6,282,546 | B1 | * | 8/2001 | Gleichauf et al. ........... 707/102 |
| 6,304,556 | B1 | | 10/2001 | Haas .......................... 370/254 |
| 6,353,385 | B1 | * | 3/2002 | Molini et al. ............... 340/506 |
| 6,405,318 | B1 | * | 6/2002 | Rowland ....................... 726/22 |
| 6,408,392 | B2 | * | 6/2002 | White ......................... 726/26 |
| 6,681,331 | B1 | * | 1/2004 | Munson et al. ............... 726/23 |
| 6,745,333 | B1 | * | 6/2004 | Thomsen ...................... 726/23 |
| 6,895,432 | B2 | * | 5/2005 | Ando et al. ................. 709/220 |
| 6,954,775 | B1 | * | 10/2005 | Shanklin et al. ............ 718/105 |
| 7,039,953 | B2 | * | 5/2006 | Black et al. ................. 726/14 |
| 7,093,291 | B2 | * | 8/2006 | Bailey ......................... 726/23 |
| 7,134,141 | B2 | * | 11/2006 | Crosbie et al. ............... 726/23 |
| 7,194,004 | B1 | * | 3/2007 | Thomsen ...................... 370/401 |

(Continued)

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update*, Nov. 13, 2001, available at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.

(Continued)

*Primary Examiner*—Alpus H. Hsu
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A wireless local or metropolitan area network may include a plurality of stations for transmitting data therebetween and a policing station. The policing station may detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect transmissions during an unauthorized period and generate an intrusion alert based thereon. The policing station may also detect intrusions based upon one or more of integrity check values which do not correspond with respective data packets, usage of non-consecutive media access control (MAC) sequence numbers by a station, and collisions of packet types and/or MAC addresses.

**80 Claims, 11 Drawing Sheets**



**US 7,327,690 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0084329 A1 * | 5/2003 | Tarquini | 713/200 |
| 2003/0084331 A1 * | 5/2003 | Dixon et al. | 713/200 |
| 2003/0149891 A1 * | 8/2003 | Thomsen | 713/201 |
| 2003/0217283 A1 * | 11/2003 | Hrastar et al. | 713/200 |
| 2003/0233567 A1 * | 12/2003 | Lynn et al. | 713/200 |

## OTHER PUBLICATIONS

Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network*, CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.

*Wireless LAN Security 802.11b and Corporate Networks*, Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.

Blackwell, *Serious WLAN Security Threats: Part II*, INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781_947571,00. html.

*Accessing Wireless Security with Airopeek*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white_papers.

*WildPackets' Guide to Wireless LAN Analysis*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white_papers.

Zhang et al., *Intrusion Detection in Wireless Ad-Hoc Networks*, ACM MOBICOM, 2000.

Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches*, Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

Kachirski et al., *Intrusion Detection Using Mobile Agents in Wireless Ad Hoo Networks*, IEEE Workshop on Knowledge Media Networking, 2002.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 1:19-cv-01306-MN   Document 16-2   Filed 09/03/19   Page 6 of 95 PageID #: 518



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15

FIG. 16



FIG. 17

FIG. 18



190
Start

191
Transmit Data
Between Stations

192
Monitor Transmissions for
Collisions of
Predetermined Packet
Type

193
Detected >
Predet. # of
Collisions?
No

Yes

194
Generate Intrusion
Alert

195
Finish

FIG. 19

200
Start

201
Transmit Data
Between Stations

202
Monitor Transmissions
for Collisions of Same
MAC Address

203
Detected >
Predet. # of
Collisions?
No

Yes

204
Generate Intrusion
Alert

205
Finish

FIG. 20



FIG. 21

US 7,327,690 B2

1

## WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

### FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to wireless local and metropolitan area networks and related methods.

### BACKGROUND OF THE INVENTION

Wireless networks have experienced increasing development over the past several years. Two particular examples are the wireless local area network (LAN), and the wireless metropolitan area network (MAN). In a basic service set (BSS), such networks include one or more wireless stations (e.g., a laptop with a wireless network interface card (NIC)) that communicate with an a point or base station (e.g., a server) via radio frequency signals, for example. The base station performs numerous functions, such as synchronization and coordination, forwarding of broadcast packets, and providing a bridge between the wireless LAN/MAN and a wired network, such as telephone network, for example.

In an extended service set (ESS), multiple base stations are included in the network. On the other hand, in some wireless LANs/MANs there may be no base stations at all, only wireless stations engaging in peer-to-peer communications with one another. This topology is called an independent basic service set (IBSS), and in an IBSS one of the wireless stations is typically elected to act as a proxy for the missing base station.

Perhaps the most significant reason for the popularity of wireless LANs/MANs is that such networks are relatively inexpensive and easy to deploy in that a wired infrastructure is not required. Yet, wireless LANs/MANs also have several significant drawbacks not found in wired networks. For example, because wireless LAN/MAN devices are so prevalent, such devices are readily available to would-be hackers who may attempt to intrude upon the network and compromise network security using an unauthorized wireless station (i.e., a rogue station). Also, if wireless LANs/MANs are operated too closely to one another the networks may intrude upon one another and cause network disruption, particularly if they share common channels.

One of the more prominent standards which has been developed for regulating communications within wireless LANs/MANs is that of the Institute of Electrical and Electronic Engineers' 802 LAN/MAN Standards Committee, entitled "IEEE Standards for Information Technology—Telecommunications and Information Systems—Local and Metropolitan Area Network—Specific Requirements—Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications," 1999, which is hereby incorporated herein in its entirety by reference. In addition to providing wireless communications protocols, the 802.11 standard also defines a wired equivalent privacy (WEP) algorithm which is used to protect wireless signals from eavesdropping. More particularly, WEP provides for the encryption of messages to be sent between stations as well as an integrity check to ensure that the integrity of the originally transmitted messages has not been compromised.

While the WEP algorithm does provide some measure of network security, it does not detect or report potential intrusions into the network. Only recently have such intrusion detection systems been made available. These systems

2

typically include security monitoring software to be installed on stations where intrusion detection is desired. Such software may attempt to detect intruders by monitoring and recording media access control (MAC) addresses or Internet protocol (IP) addresses and comparing them to known addresses of authorized network stations. Furthermore, such systems may observe when WEP is not enabled.

One particular example of an intrusion detection system from WildPackets, Inc. is called AiroPeek. AiroPeek searches for unauthorized rogue stations based upon ESS and BSS identifications (ESSIDs, BSSIDs) in use in the network. That is, a list of all authorized BSSIDs and ESSIDs in use in the network is created. A filter is then used to exclude all unauthorized stations. This filter is created by capturing normal network traffic and determining the data offset in an 802.11 frame corresponding to the ESSID or BSSID. AiroPeek also includes an alarm that is triggered on the basis of frame count. That is, if the frame count exceeds zero, the alarm is triggered (i.e., if any frames are detected from a rogue station, then the alarm is triggered). Further, AiroPeek can provide notification of an alarm via email or by using a modem to dial out of the system (e.g., to a pager).

Despite the advancements made by the above systems, some intrusions into a wireless LAN/MAN may still go undetected by such systems. That is, if a rogue station has obtained access to an authorized address and/or ID, for example, the above approaches may not detect the intrusion of the rogue station into the network.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a wireless LAN/MAN with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a wireless local or metropolitan area network which may include a plurality of stations for transmitting data therebetween and a policing station. The policing station may detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect transmissions during an unauthorized period and generate an intrusion alert based thereon.

More particularly, the stations may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the policing station may further detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect integrity check values which do not correspond with their respective data packets and generate an intrusion alert based thereon. Moreover, the data packets may be transmitted via a medium access control (MAC) layer, and the stations may also transmit a respective MAC sequence number with each data packet. Thus, the policing station may also detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station, and generate an intrusion alert based thereon.

Furthermore, each data packet may have a packet type associated therewith, so the policing station may additionally detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect collisions of packets having a predetermined packet type and generate an intrusion alert based thereon. In particular, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g.,

US 7,327,690 B2

**3**

request to send (RTS) and clear to send (CTS) packets, and data frame packets. Also, the threshold number of collisions of packets having the predetermined packet type may be greater than about three, for example. Moreover, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

Each station may have a MAC address associated therewith to be transmitted with data sent therefrom. As such, the policing station may further detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect collisions of a same MAC address, and generate an intrusion alert based thereon. By way of example, the threshold number of collisions of a same MAC address may be greater than about three.

In addition, the wireless network may have at least one service set identification (ID) associated therewith. Accordingly, the policing station may detect intrusions into the wireless network by monitoring transmissions among the plurality of stations to detect service set IDs associated therewith and generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, the plurality of stations may transmit over at least one channel, and the policing station may detect transmissions over the at least one channel not originating from one of the plurality of stations and generate an intrusion alert based thereon.

The policing station may further transmit the intrusion alert to at least one of the plurality of stations. Furthermore, the policing station be a base station, and it may also be a wireless station.

An intrusion detection method aspect of the invention is for a wireless local or metropolitan area network including a plurality of stations. More particularly, the method may include transmitting data between the plurality of stations and monitoring transmissions among the plurality of stations to detect transmissions during an unauthorized period. Further, an intrusion alert may be generated based upon detecting transmissions during the unauthorized period.

In addition, the plurality of stations may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the method may also include monitoring transmissions among the plurality of stations to detect integrity check values which do not correspond with their respective data packets, and generating an intrusion alert based thereon.

The data packets may be transmitted via a medium access control (MAC) layer, and the plurality of stations may also transmit a respective MAC sequence number with each data packet. Thus, the method may also include monitoring transmissions among the plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station, and generating an intrusion alert based thereon.

Each data packet may also have a packet type associated therewith. The method may therefore also include monitoring transmissions among the plurality of stations to detect collisions of packets having a predetermined packet type and generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type. By way of example, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., request to send (RTS) and clear to send (CTS) packets), and data frame packets. Furthermore, the threshold number of collisions may be greater than about three. Moreover, the threshold number

**4**

may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

The plurality of stations may transmit data via a MAC layer, and each station may have a MAC address associated therewith to be transmitted with data sent therefrom, as noted above. Accordingly, the method may further include monitoring transmissions among the plurality of stations to detect collisions of a same MAC address, and generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address. By way of example, the threshold number of collisions may be greater than about three.

The method may also include monitoring transmissions among the plurality of stations to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, transmissions may be detected over at least one channel which do not originate from one of the plurality of stations, and an intrusion alert may be generated based thereon. The intrusion alert may also be transmitted to at least one of the plurality of stations.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a wireless LAN/MAN in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

FIG. 2 is a schematic block diagram of an alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. 3 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. 4 and 5 are schematic block diagrams of further alternate embodiments of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. 6 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. 7 is a schematic block diagram of still another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 8 is a schematic block diagram of yet another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a station.

FIG. 9 is a schematic block diagram of another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. 10 is a schematic block diagram of yet another alternate embodiment of the wireless LAN/MAN of FIG. 1 for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. 11 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

US 7,327,690 B2

5

FIG. **12** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. **13** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. **14** and **15** are flow diagrams illustrating intrusion detection methods in accordance with the present invention based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. **16** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. **17** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. **18** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a station.

FIG. **19** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

FIG. **20** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. **21** is a flow chart illustrating additional method aspects of the invention for intrusion detection.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. **1-10**, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the wireless stations **11, 21, 31, 41, 51, 61, 71, 81, 91,** and **101** illustrated in FIGS. **1-10** are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. **1**, a wireless LAN/MAN **10** in accordance with the present invention illustratively includes a wireless station **11** and a base station (or access point) **12**. While only a single wireless station **11** and base station **12** are shown for clarity of illustration, those of skill in the art will appreciate that any number of wireless and/or base stations may be included within the wireless network **10**.

Before describing the wireless network **10** in further detail, a brief discussion regarding wireless LAN/MAN protocols is warranted. In particular, the foregoing discussion will assume a network implementation using the 802.11

6

standard for clarity of explanation. However, those of skill in the art will appreciate that numerous aspects and embodiments described herein may also be used with other suitable wireless LAN/MAN standards (e.g., Bluetooth, etc.).

The 802.11 standard is for use with the OSI network model for data transfer, which includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer. The data link layer further includes media access control (MAC) and logical link control sub-layers. The wireless station **11** and base station **12** in particular use the MAC layer for transmitting data therebetween, particularly respective MAC addresses associated therewith, for example. Of course, the remaining layers of the OSI model may also be used for data transmission as well. Moreover, data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the wireless network **10** illustratively includes a policing station **13** for detecting intrusions into the wireless network by a rogue station **14**. By way of example, the rogue station **14** may be used by a would-be hacker attempting to hack into the wireless network **10**, or it may simply be a node from a different wireless network that is operating too closely to the wireless network **10**. The policing station **13** may include one or more of a wireless station and/or a base station. In the present example, the policing station **13** monitors transmissions among the stations **11, 12** to detect frame check sequence (FCS) errors from a MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing station **13** generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the stations" is intended to mean any transmission directly to or from one of the stations **11, 12**, as well as any transmission within an operating range of the wireless network **10**. In other words, the policing station **13** may monitor transmissions directed to or originating from the stations **11, 12** as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a station in the network **10**.

In the above described embodiment (and those described below), the policing station **13** may advantageously transmit the alert to one or more of the stations **11, 12** in the wireless network **10**. By way of example, the policing station **13** may transmit the intrusion alert directly to the base station **12**, which may then notify all of the remaining stations in the wireless network. Alternately, the policing station **13** may broadcast the intrusion alert to all network stations. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. **2**, a first alternate embodiment of the wireless LAN/MAN **20** is now described. In this embodiment, the policing station **23** detects intrusions into the wireless network **20** by monitoring transmissions among the stations **21, 22** to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node **23** will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a station at least one attempt

US 7,327,690 B2

7

to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing station **23** may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

In accordance with the 802.11 standard, two stations wishing to communicate with one another within a wireless LAN/MAN typically transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining stations in the wireless LAN/MAN may be communicating on the same channel, the stations need to ensure that they are not transmitting at the same time as this could result in interference and network disruption. Moreover, RTS and CTS packets typically include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to all other stations in the wireless LAN/WAN, which will then stop transmission during the specified period.

Turning now additionally to FIG. **3**, a second alternate embodiment of the wireless LAN/MAN **30** is now described in which the policing station **33** detects intrusions into the wireless network **30** by monitoring RTS and CTS packets sent between the stations **31** and **32** to detect an illegal NAV value therein. For example, the wireless network **30** may be implemented in such a way that data transmission may not exceed a certain amount of time, which will be known to all of the authorized stations participating therein. Thus, if the policing station **33** detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

Another feature of the 802.11 standard is that stations within a wireless LAN/MAN may operate in contention or contention-free modes. That is, in a contention mode all stations are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), medium usage is controlled by the base station, which thus eliminates the need for stations to contend for channel access.

In accordance with a third embodiment of the wireless LAN/MAN **40** illustrated in FIG. **4**, the policing station **43** may advantageously detect intrusions into the wireless network **40** by monitoring transmissions among the stations **41**, **42** to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing station **43** based upon such detection. In other words, detection of a station operating in contention-free mode outside of a CFP indicates that this station is not an authorized station, as all authorized wireless stations will be informed by the base station **42** when a CFP has been instituted. Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. **5**. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. **6**, another embodiment of wireless LAN/MAN **60** is now described. Here, the policing station **63** detects intrusions into the wireless network **60** by monitoring transmissions among the stations **61**, **62** to detect transmissions during an unauthorized period. That is, the wireless network **60** may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing station **63** may advantageously generate an intrusion alert.

8

Turning now additionally to FIG. **7**, still another embodiment of the wireless LAN/MAN **70** is now described. In this embodiment, the various stations **71**, **72** have the above described WEP feature enabled and therefore generate and transmit integrity check values with respective data packets sent therefrom. Thus, the policing station **73** detects intrusions into the wireless network **70** by monitoring transmissions among the stations **71**, **72** to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect key stream is used to generate the message ciphertext, or if the message has been tampered with by the rouge station **84**, integrity check value will most likely be corrupted. As such, the policing station **73** may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another wireless LAN/MAN **80** in accordance with the invention is now described with reference to FIG. **8**. Typically, when the above-noted OSI network model is used, a respective MAC sequence number is generated and sent with each data packet from the stations **81**, **82**. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing station **83** may detect intrusions into the wireless network **80** by monitoring transmissions among the stations **81**, **82** to detect usage of non-consecutive MAC sequence numbers by a station, and generate an intrusion alert based thereon.

Turning now additionally to FIG. **9**, another embodiment of the wireless LAN/MAN **90** is illustrated in which the policing station **93** detects intrusions into the wireless network by monitoring transmissions among the stations **91**, **92** to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing station **93** may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. **10**, another embodiment of the wireless LAN/MAN **100** is described in which the policing station **103** detects intrusions into the wireless network by

US 7,327,690 B2

9

monitoring transmissions among the stations **101**, **102** to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the stations is a rogue station **104**. As such, the policing station **103** generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may be based upon a percentage, as previously described above.

An intrusion detection method aspect of the invention for the wireless network **10** will now be described with reference to FIG. **11**. Beginning at Block **110**, the method includes transmitting data between the plurality of stations **11**, **12** using the MAC layer, as previously noted above, at Block **111**. The transmissions among the stations **11**, **12** are monitored to detect FCS errors from one of the MAC addresses, at Block **112**. If a number of FCS errors for the MAC address exceeds a threshold, at Block **113**, an intrusion alert is generated based thereon, at Block **114**, thus ending the method (Block **115**). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. **12**, the method begins (Block **120**) with transmitting data between the stations **21**, **22**, at Block **121**, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block **122**, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block **123**, then an intrusion is generated, at Block **124**, thus concluding the method (Block **125**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. **13**. The method begins (Block **130**) with transmitting RTS and CTS packets between the stations **31**, **32** and then transmitting data, at Block **131**. The RTS and CTS packets transmitted between the stations **31**, **32** are monitored to detect an illegal NAV value therein, at Block **132**, as previously described above. If an illegal NAV value is detected, at Block **133**, an intrusion alert is generated based thereon, at Block **134**, thus concluding the method (Block **135**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **14**, a third alternate method aspect of the invention is now described. The method begins (Block **140**) with transmitting data between the stations **41**, **42**, at Block **141**, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block **142**, as previously described above. If such operation is detected outside a CFP, at Block **143**, an intrusion alert is generated based thereon, at Block **144**, thus concluding the method (Block **145**). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. **15** at Blocks **150**-**155**. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. **16**. The method begins (Block **160**) with transmitting data between the stations **61**, **62**, at Block **161**, and monitoring to detect transmissions during an unauthorized period, at Block **162**, as previously described above. If transmissions are detected during an unauthorized period, at Block **163**, an intrusion alert is

10

generated based thereon, at Block **164** thus concluding the method (Block **165**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. **17**. The method begins (Block **170**) with transmitting data between the stations **71**, **72**, at Block **171**, and monitoring transmissions **172** to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block **173**, thus ending the method (Block **175**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **18**, still another method aspect of the invention is described. The method begins (Block **180**) with transmitting data between the stations **81**, **82**, at Block **181**. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a station, at Block **182**, as previously described above. If such usage is detected, at Block **183**, an intrusion alert is generated, at Block **184**, thus ending the method (Block **185**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. **19**, another method aspect of the invention begins (Block **190**) with transmitting data packets between the stations **91**, **92**, at Block **201**, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block **192**. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block **193**, then an intrusion alert is generated, at Block **194**, ending the method (Block **195**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. **20**. The method begins (Block **200**) with transmitting data between the stations **101**, **102**, and monitoring transmissions to detect collisions of a same MAC address, at Block **202**, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block **203**, an intrusion alert is generated, at Block **204**, thus ending the method (Block **205**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. **21**. As noted above, a wireless LAN/MAN typically has one or more service set IDs associated therewith, such as IBSSIDs, BSSIDs, and/or ESSIDs. As illustratively shown, beginning at Block **210** data transmission may be sent between the stations **11**, **12**, at Block **211**, and transmissions among the plurality of stations may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized station, at Block **212**.

As such, if a service set ID that is different from an authorized service set ID of the wireless network **10** and/or transmission from an unauthorized station on a network channel is detected, at Block **213**, an intrusion alert may be generated based thereon, at Block **214**. Moreover, the intrusion alert may advantageously be transmitted to one or more stations in the network, as previously described above, or to another source via modem, etc., at Block **215**. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the wireless networks described above. Also, additional method aspects of the invention will be apparent

US 7,327,690 B2

11

to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above described invention may be implemented in several ways. For example, the policing station 13 could be implemented in one or more separate, dedicated devices that are not already part of the wireless network 10. Alternately, the invention may be implemented in software to be installed on one or more existing stations in a wireless LAN/MAN where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting wireless network intrusion even when a rogue station has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection A further advantage of the invention is that it may be used to supplement existing intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled WIRELESS LOCAL OR METROPOLITAN AREA NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, Ser. No. 10/217,042, the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A wireless local or metropolitan area network comprising:

  a plurality of stations for transmitting data in packets therebetween and generating respective integrity check values for transmission with each packet; and

  a policing station for detecting intrusions into the wireless network by

    monitoring transmissions among said plurality of stations to detect transmissions during an unauthorized period and integrity check values which do not correspond with their respective data packets; and

    generating an intrusion alert based upon detecting transmissions during the unauthorized period and an integrity check value which does not correspond with its respective data packet.

2. The wireless network of claim 1 wherein said plurality of stations transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and wherein said policing station further detects intrusions into the wireless network by:

  monitoring transmissions among said plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

  generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

3. The wireless network of claim 1 wherein said plurality of stations transmit data in packets each having a packet type associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

12

  monitoring transmissions among said plurality of stations to detect collisions of packets having a predetermined packet type; and

  generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

4. The wireless network of claim 3 wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

5. The wireless network of claim 3 wherein the threshold number of collisions is greater than about three.

6. The wireless network of claim 3 wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

7. The wireless network of claim 1 wherein said plurality of stations transmit data via a medium access control (MAC) layer; wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing station further detects intrusions into the wireless network by:

  monitoring transmissions among said plurality of stations to detect collisions of a same MAC address; and

  generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

8. The wireless network of claim 7 wherein the threshold number of collisions is greater than about three.

9. The wireless network of claim 1 wherein the wireless network has at least one service set identification (ID) associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

  monitoring transmissions among said plurality of stations to detect service set IDs associated therewith; and

  generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

10. The wireless network of claim 1 wherein said plurality of stations transmit over at least one channel;

  and wherein said policing station further detects transmissions over the at least one channel not originating from one of the plurality of stations and generates an intrusion alert based thereon.

11. The wireless network of claim 1 wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

12. The wireless network of claim 1 wherein said policing station comprises a base station.

13. The wireless network of claim 1 wherein said policing station comprises a wireless station.

14. A wireless local or metropolitan area network comprising:

  a plurality of stations for transmitting data in packets each having a packet type associated therewith and generating respective integrity check values for transmission with each packet; and

  a policing station for detecting intrusions into the wireless network by

    monitoring transmissions among said plurality of stations to detect transmissions during an unauthorized period, integrity check values which do not correspond with their respective data packets, and collisions of packets having a predetermined packet type; and

    generating an intrusion alert based upon detecting transmissions during the unauthorized period, an integrity check value which does not correspond

US 7,327,690 B2

13

14

with its respective data packet, and a threshold number of collisions of packets having the predetermined packet type.

**15**. The wireless network of claim **14** wherein said plurality of stations transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

**16**. The wireless network of claim **14** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**17**. The wireless network of claim **14** wherein the threshold number of collisions is greater than about three.

**18**. The wireless network of claim **14** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**19**. The wireless network of claim **18** wherein the threshold number of collisions is greater than about three.

**20**. The wireless network of claim **14** wherein said plurality of stations transmit data via a medium access control (MAC) layer; wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing station further detects intrusions to the wireless network by:

monitoring transmissions among said plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**21**. The wireless network of claim **14** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**22**. The wireless network of claim **14** wherein said policing station comprises at least one of a base station and a wireless station.

**23**. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data in packets via a medium access control (MAC) layer and also for transmitting a respective MAC sequence number with each data packet data; and

a policing station for detecting intrusions to the wireless network by

monitoring transmissions among said plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

**24**. The wireless network of claim **23** wherein said plurality of stations transmit data in packets each having a packet type associated therewith; and wherein said policing station further detects intrusions into the wireless network by:

monitoring transmissions among said plurality of stations to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**25**. The wireless network of claim **24** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**26**. The wireless network of claim **24** wherein the threshold number of collisions is greater than about three.

**27**. The wireless network of claim **24** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**28**. The wireless network of claim **23** wherein said plurality of stations transmit data via a medium access control (MAC) layer; wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing station further detects intrusions to the wireless network by:

monitoring transmissions among said plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**29**. The wireless network of claim **28** wherein the threshold number of collisions is greater than about three.

**30**. The wireless network of claim **23** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**31**. The wireless network of claim **23** wherein said policing station comprises at least one of a base station and a wireless station.

**32**. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data in packets each having a packet type associated therewith; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**33**. The wireless network of claim **32** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**34**. The wireless network of claim **32** wherein the threshold number of collisions is greater than about three.

**35**. The wireless network of claim **32** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**36**. The wireless network of claim **32** wherein said plurality of stations transmit data via a medium access control (MAC) layer; wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing station further detects intrusions to the wireless network by:

monitoring transmissions among said plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**37**. The wireless network of claim **32** wherein the threshold number of collisions is greater than about three.

**38**. The wireless network of claim **32** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

US 7,327,690 B2

15

**39**. The wireless network of claim **32** wherein said policing station comprises at least one of a base station and a wireless station.

**40**. A wireless local or metropolitan area network comprising:

a plurality of stations for transmitting data via a medium access control (MAC) layer, each station having a MAC address associated therewith to be transmitted with data sent therefrom; and

a policing station for detecting intrusions into the wireless network by

monitoring transmissions among said plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**41**. The wireless network of claim **40** wherein the threshold number of collisions is greater than about three.

**42**. The wireless network of claim **40** wherein said policing station further transmits an intrusion alert to at least one of said plurality of stations.

**43**. The wireless network of claim **40** wherein said policing station comprises at least one of a base station and a wireless station.

**44**. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data between the plurality of stations in packets and generating respective integrity check values for transmission with each packet;

monitoring transmissions among the plurality of stations to detect transmissions during an unauthorized period and integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and an integrity check value which does not correspond with its respective data packet.

**45**. The method of claim **44** wherein the plurality of stations transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and further comprising:

monitoring transmissions among the plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

**46**. The method of claim **44** wherein the plurality of stations transmit data in packets each having a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**47**. The method of claim **46** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**48**. The method of claim **46** wherein the threshold number of collisions is greater than about three.

**49**. The method of claim **46** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

16

**50**. The method of claim **49** wherein the threshold number of collisions is greater than about three.

**51**. The method of claim **44** wherein the plurality of stations transmit data via a medium access control (MAC) layer, and wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**52**. The method of claim **44** wherein the wireless network has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of stations to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network.

**53**. The method of claim **44** wherein the plurality of stations transmit over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of stations and generating an intrusion alert based thereon.

**54**. The method of claim **44** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

**55**. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data between the plurality of stations in packets each having a packet type associated therewith and generating respective integrity check values for transmission with each packet;

monitoring transmissions among said plurality of stations to detect transmissions during an unauthorized period, integrity check values which do not correspond with their respective data packets, and collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period, an integrity check value which does not correspond with its respective data packet, and a threshold number of collisions of packets having the predetermined packet type.

**56**. The method of claim **55** wherein the plurality of stations transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and further comprising:

monitoring transmissions among the plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

**57**. The method of claim **55** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**58**. The method of claim **55** wherein the threshold number of collisions is greater than about three.

**59**. The method of claim **55** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**60**. The method of claim **59** wherein the threshold number of collisions is greater than about three.

US 7,327,690 B2

17

**61**. The method of claim **59** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

**62**. The method of claim **55** wherein the plurality of stations transmit data packets via a medium access control (MAC) layer, and wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**63**. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data in packets via a medium access control (MAC) layer and transmitting a respective MAC sequence number with each data packet data;

monitoring transmissions among the plurality of stations to detect usage of non-consecutive MAC sequence numbers by a station; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a station.

**64**. The method of claim **63** wherein each data packet has a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**65**. The method of claim **64** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**66**. The method of claim **63** wherein the threshold number of collisions is greater than about three.

**67**. The method of claim **63** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**68**. The method of claim **63** wherein the plurality of stations transmit data packets via a medium access control (MAC) layer, and wherein each station has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**69**. The method of claim **68** wherein the threshold number of collisions is greater than about three.

**70**. The method of claim **63** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

18

**71**. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data in packets between the plurality of stations, each packet having a packet type associated therewith;

monitoring transmissions among the plurality of stations to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**72**. The method of claim **71** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**73**. The method of claim **71** wherein the threshold number of collisions is greater than about three.

**74**. The method of claim **71** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**75**. The method of claim **71** wherein the plurality of stations transmit data packets via a medium access control (MAC) layer, and wherein each station has a MAC address associated therewith to be transmitted with data packets sent therefrom; and further comprising:

monitoring transmissions among the plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**76**. The method of claim **75** wherein the threshold number of collisions is greater than about three.

**77**. The method of claim **71** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

**78**. An intrusion detection method for a wireless local or metropolitan area network comprising a plurality of stations, the method comprising:

transmitting data via a medium access control (MAC) layer between the plurality of stations, each station having a MAC address associated therewith to be transmitted with data sent therefrom;

monitoring transmissions among the plurality of stations to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**79**. The method of claim **78** wherein the threshold number of collisions of a same MAC address is greater than about three.

**80**. The method of claim **78** further comprising transmitting the intrusion alert to at least one of the plurality of stations.

* * * * *

# EXHIBIT 7



US007440572B2

(12) **United States Patent** (10) **Patent No.:** **US 7,440,572 B2**

Dellmo et al. (45) **Date of Patent:** *\*Oct. 21, 2008**

(54) **SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS**

(75) Inventors: **Russell Dellmo**, Palm Bay, FL (US); **James Bergman**, Melbourne, FL (US); **David W. Hall**, Satellite Beach, FL (US)

(73) Assignee: **Harris Corportation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1705 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/760,619**

(22) Filed: **Jan. 16, 2001**

(65) **Prior Publication Data**

US 2002/0094087 A1 Jul. 18, 2002

(51) **Int. Cl.**
 *H04L 9/00* (2006.01)
 *H04L 9/10* (2006.01)

(52) **U.S. Cl.** ...................... **380/270**; 380/247; 380/277; 455/39; 455/426.2; 713/150; 713/168; 713/171; 726/2; 726/3

(58) **Field of Classification Search** .................. 380/270
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,259,933 | B1 * | 7/2001 | Bambridge et al. | ......... 455/557 |
| 6,453,159 | B1 * | 9/2002 | Lewis | ......................... 455/411 |
| 6,480,477 | B1 * | 11/2002 | Treadaway et al. | ......... 370/314 |
| 6,560,448 | B1 * | 5/2003 | Baldwin et al. | ......... 455/234.1 |
| 6,691,227 | B1 * | 2/2004 | Neves et al. | ................ 713/162 |
| 6,813,496 | B2 * | 11/2004 | Numminen et al. | ......... 455/445 |
| 6,990,587 | B2 * | 1/2006 | Willins et al. | ............... 713/182 |
| 7,142,557 | B2 * | 11/2006 | Dhir et al. | .................... 370/463 |
| 7,174,564 | B1 * | 2/2007 | Weatherspoon et al. | ........ 726/2 |
| 2001/0021926 | A1 * | 9/2001 | Schneck et al. | ............... 705/54 |
| 2002/0114288 | A1 * | 8/2002 | Soliman | ..................... 370/310 |

(Continued)

OTHER PUBLICATIONS

Harris Product Sheet, "Sierra Cryptographic Module" Feb. 2000.

(Continued)

*Primary Examiner*—Syed A. Zia

(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist

(57) **ABSTRACT**

A secure wireless LAN device includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations. The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector, for example.

**59 Claims, 10 Drawing Sheets**



**US 7,440,572 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0230536 A1 * | 11/2004 | Fung et al. .................... | 705/64 |
| 2005/0235149 A1 * | 10/2005 | Beckmann et al. .......... | 713/168 |
| 2006/0002319 A1 * | 1/2006 | Lee et al. ................. | 370/310.1 |
| 2006/0191996 A1 * | 8/2006 | Drummond et al. ......... | 235/379 |
| 2007/0109994 A1 * | 5/2007 | Beach ........................ | 370/328 |
| 2007/0171883 A1 * | 7/2007 | Beach ........................ | 370/338 |
| 2007/0286416 A1 * | 12/2007 | Bertoni et al. ................ | 380/37 |

## OTHER PUBLICATIONS

Website http://grouper.iee.org/groups/802/11/main.html, Document: IEEE P802.11-96/49C (Mar. 1996) pp. 1-4 and 1-22.
Website http://www.gd-cs.com/products/taclane.html Product: TACLANE Encryptor (KG-175) , pp. 1-4.
Website: http://www.symbol.com/products/wireless/wireless__ sp24__2mb__broch.html "Symbol'Spectrum24® 2 Mbps Wireless LAN: Enabling Mobile Voice and Data Communications in Demanding Enterprise Environments", Apr. 2000.
Data Sheet, "3Com® AirConnect® 11 Mbps Wireless LAN Solution" May 2000, pp. 1-6.
Intersil Data Sheet, HFA3983, File No. 4634.6 "2.4GHz Power Amplifier and Detector", pp. 4/1-4/7 Mar. 2000.
Intersil Data Sheet, HFA3683A, File No. 4634.6 "2.4GHz RF/IF Converter and Synthesizer", pp. 2/1-2/23 Sep. 2000.
Intersil Data Sheet, HFA3783, File No. 4633.3 "I/Q Modulator/ Demodulator and Synthesizer", pp. 7-36 Nov. 2000.
Intersil Data Sheet, HFA3841, File No. 4661.2 "Wireless LAN Medium Access Controller", pp. 1-27 Jan. 2000.
Intersil Data Sheet, HFA3861B, File No. 4816 "Direct Sequence Spread Spectrum Baseband Processor", pp. 1-37 Jan. 2000.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



FIG. 4

Case 1:19-cv-01306-MN   Document 16-2   Filed 09/03/19   Page 29 of 95 PageID #: 541



FIG. 5

FIG. 6

FIG. 7



FIG. 8





FIG. 10



FIG. 11

FIG. 12



FIG. 13



US 7,440,572 B2

1

# SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of communications and computers, and, more particularly, to a secure wireless local area network (LAN) and associated methods.

## BACKGROUND OF THE INVENTION

Computers are often connected together as part of a Local Area Network (LAN). The LAN permits computers to share data and programs with one another. Many typical LANs are based upon physical connections between individual computers and a server, for example. The connections may be twisted pair conductors, coaxial cables, or optical fibers, for example.

There is also another class of LAN based upon wireless communication to the individual computers. A wireless LAN is not restricted to having physical connections to the individual computers. Accordingly, original installation may be simplified. Additionally, one or more of the computers may be used in a mobile fashion. In other words, the user may use a laptop computer and move from place to place while still being connected via the wireless LAN.

In particular, the IEEE standard 802.11 is directed to a wireless LAN. The IEEE 802.11 standard defines the protocol for several types of networks including ad-hoc and client/server networks. An ad-hoc network is a simple network where communications are established between multiple stations in a given coverage area without the use of an access point or server. The standard provides methods for arbitrating requests to use the medium to ensure that throughput is maximized for all of the users in the base service set.

The client/server network uses an access point that controls the allocation of transmit time for all stations and allows mobile stations to roam from one access point to another. The access point is used to handle traffic from the mobile radio to the wired or wireless backbone of the client/server network. This arrangement allows for point coordination of all of the stations in the basic service area and ensures proper handling of the data traffic. The access point routes data between the stations and other wired/wireless stations or to and from the network server.

Of course, two or more LANs may be interconnected using wireless LAN devices at respective access points. This may be considered a network bridge application.

Security is addressed in the 802.11 standard as an option and may be accomplished by an encryption technique known as the Wired Equivalent Privacy (WEP) algorithm. This algorithm is based on protecting the transmitted data over the radio transmission using a 64-bit seed key and the RC4 encryption algorithm. WEP, however, only protects the data packet information and does not protect the physical layer header. This is so that other stations on the network can listen to the control data needed to manage the network. Unfortunately, this may provide a reduced level of security.

To provide higher levels of security, more powerful cryptographic equipment is available, such as a TACLANE KG-175. This equipment provides confidentiality and end-to-end authentication to protect sensitive information. Unfortunately, for a wireless LAN, such a device is relatively bulky and expensive.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the invention to provide a secure wireless LAN device that provides greater security, and yet without a significant increase in cost and/or complexity.

2

This and other objects, features and advantages in accordance with the present invention are provided by a secure wireless LAN device which in one embodiment includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided by the encryption of the address and control portions of the transmitted packet contained within the MAC generated header. This information is not encrypted in conventional LAN cryptographic devices. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations.

The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector.

The cryptography circuit may also comprise a protection circuit to protect against transmission of unencrypted data. In addition, the cryptography circuit may include a cryptography processor, and a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver. The cryptography processor may add a plurality of encrypting bits to be transmitted over an extended time, and the control and gateway circuit may control the transmitter to operate for this extended time.

The control and gateway circuit may comprise a programmable gate array, for example. The cryptography circuit may also further comprise a serial-to-parallel converter connected between the MAC and the cryptography processor.

The wireless transceiver may include a baseband processor, a modem connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The secure wireless LAN device may also include at least one antenna carried by the housing and connected to the wireless transceiver.

A method aspect of the invention is for providing a secure wireless LAN. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing. The method may further include providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the secure wireless LAN device in accordance with the invention.

FIG. 2 is a perspective view of a laptop computer including the secure wireless LAN device as shown in FIG. 1.

FIG. 3 is a perspective view of a LAN access point device including the secure wireless LAN device as shown in FIG. 1.

FIG. 4 is a schematic diagram of an ad-hoc LAN using the secure wireless LAN devices as shown in FIG. 1.

US 7,440,572 B2

**3**

FIG. **5** is a schematic diagram of an infrastructure LAN using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **6** is a schematic diagram of a network bridge LAN configuration using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **7** is a schematic block diagram of the secure wireless LAN device as shown in FIG. **1**.

FIG. **8** is a chart of the data unit protocol for the secure wireless LAN device as shown in FIG. **1**.

FIG. **9** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the cryptographic critical path.

FIG. **10** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the key fill and algorithm download connectors.

FIG. **11** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the data bus protection.

FIG. **12** is a schematic transverse cross-sectional view of the secure wireless LAN device as shown in FIG. **13** is a schematic longitudinal cross-sectional view of a portion of the secure wireless LAN device as shown in FIG. **1**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. **1-6**, the secure wireless LAN device **20** and its use in various LAN configurations are first described. The device **20** is illustratively in the form of a PC-card, such as an extended Type **2** PC-card. The device **20** includes a housing **21** which carries a connector **27** at one end, and a pair of antennas **22** at the opposite end.

For example, the housing **21** may have a length of about **5.75** inches, which is slightly longer than typical PC-cards. This extended length may serve to accommodate additional cryptography circuitry as will be described in greater detail below. The housing **21** may also have a width of about 2.1 inches, and thickness of about 0.2 inches. Of course, other dimensions are also contemplated by the invention.

The interface connector **27** may be a PCMCIA connector or other similar connector that can readily interface to a number of possible LAN devices as will be appreciated by those skilled in the art. For example, as shown in FIG. **2**, the secure wireless LAN device **20** may be received in a corresponding PC-card slot in the side of a laptop computer **25**. The device **20** may also be received in a PC-card slot of an access point **30** as shown in FIG. **3**.

As shown in FIG. **4**, a plurality of user stations **25** may be connected in an ad-hoc LAN configuration **35** where each station can communicate with every other station using the secure wireless LAN devices **20**. Unencrypted data called "plain text" is generated at the station **25** and encrypted data called "cipher text" is sent over the radio frequency (RF) links between the secure wireless LAN devices **20**.

An infrastructure LAN configuration **40** is shown in FIG. **5**. In this LAN configuration **40**, each user station **25** communicates with the access point **30** via respective secure wireless

**4**

LAN devices **20**. In addition, in the illustrated LAN configuration **40**, the access point **30** is also connected to a conventional wired LAN. Cryptography may be optionally applied to the communications over the wired LAN using a conventional cryptography device **41** as will be appreciated by those skilled in the art.

A network bridge LAN system **45** is illustrated in FIG. **6**. This configuration or system **45** provides for communications between access points **30** of different LANs. The secure wireless LAN devices **20** are used to provide the secure RF links between the access points **30**. Cryptography devices **41** may be optionally used on the wired connections to the access points as shown in the illustrated LAN system **45**.

Turning now to FIGS. **7** and **8** the secure wireless LAN device **20** is now described in greater detail. The device **20** includes a wireless transceiver **50**, a medium access controller (MAC) **60** and its associated memory **61**, and a cryptography circuit **70**. Each of these circuit portions are carried by or contained within the housing **21** (FIG. **1**).

In accordance with one aspect of the invention, the cryptography circuit **70** may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. A higher level of security is thus provided. The cryptography circuit **70** may implement a cryptographic algorithm and use a cryptographic key to provide a predetermined security level. For example, the cryptography circuit **70** may use an algorithm and key to provide Type **1** security. Lower levels of security, such as DES and triple DES, may also be implemented as will be readily appreciated by those skilled in the art.

The MAC **60** may implement a predetermined wireless LAN MAC protocol. In one preferred embodiment, the LAN MAC protocol may be based upon the IEEE **802.11** standard. The MAC **60** may be a model HFA**3841** MAC chip available from INTERSIL of Melbourne, Fla. Other similar MACs may also be used. The model HFA3841 is a chip from among a chipset offered by INTERSIL as part of its PRISM® 2.4 Ghz WLAN chip set. Further details of the HFA3841 are available in the data sheet for this part dated January 2000, file number 4661.2, the entire disclosure of which is incorporated herein by reference.

The wireless transceiver **50** may include a baseband processor **51**, a modem **52** connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The RF transmitter and receiver are provided in the illustrated embodiment by the RF/IF converter **53**, the power amplifier **54** connected to the transmit output, and the pair of switches **55**, **56** connected to the antennas **22**.

The baseband processor **51** may be a model HFA3863 Direct Sequence Spread Spectrum Baseband Processor also available from INTERSIL. The baseband Processor **51** provides the functions needed for a full or half-duplex packet baseband transceiver. Further details of the HFA3863 are available in the data sheet for this part dated May 2000, file number 4856.1, the entire disclosure of which is incorporated herein by reference.

The modem **52** may be a model HFA3783 part also offered by INTERSIL which is a fully differential SiGe baseband converter for half-duplex wireless applications. It features the necessary circuitry for quadrature modulation and demodulation of "I" and "Q" baseband signals and includes the required synthesizer as will be appreciated by those skilled in the art. Further details of the HFA3783 are available in the data sheet for this part dated November 2000, file number 4633.3, the entire disclosure of which is incorporated herein by reference.

US 7,440,572 B2

5

The RF/IF converter and synthesizer **53** may be provided by an INTERSIL part number HFA3683A. This part is a SiGe half-duplex RF/IF transceiver for operation at the 2.4 Ghz ISM band. The HFA3683A is further described in the data sheet for this part dated September 2000, file number 4634.6, the entire disclosure of which is incorporated herein by reference.

The power amplifier **54** may be a model MA02303GJ available from M/A-COM. The power amplifier circuit **54** may also include an external detector so that an accurate automatic level control can be implemented. The MA02303GJ is further described in the data sheet for this part, the entire disclosure of which is incorporated herein by reference.

In addition to the INTERSIL and M/A-COM components described herein, other similar components may also be used from other manufacturers. Representative other products/manufacturers include the AirConnect® product of 3COM, and the Spectrum24® product from SYMBOL, for example.

The cryptography circuit **70** also includes a cryptography processor **72** and serial-to-parallel converter (CPLD) **71** connected to the MAC **60** and the cryptography processor. A control and gateway block **73** is provided as part of the field programmable gate array (FPGA) **74**. A FIFO **75** is also illustratively connected to the FPGA **74**.

As seen in the lower portion of FIG. **7**, the MAC **60** generates a payload **80** including a header **81**, the data **82**, and a CRC code **83**. This payload **80** is combined with the cryptography generated bits **85** and the baseband processor generated bits **84** in the illustrated embodiment.

Referring now additionally to FIG. **8**, exemplary data structures are further described. The upper portion of FIG. **8** sets forth the MAC protocol data unit **90**. of interest, addresses **1-4** may be indicated with reference numerals **91-94**. The lower portion of FIG. **8** illustrates the baseband output in greater detail, showing the physical layer convergence protocol (PLCP) frame format **100**. These various data structures or formats are exemplary only and will be appreciated by those of skill in the art without further discussion. Of course, other formats may also be used as will also be appreciated by those skilled in the art.

As will be appreciated by those skilled in the art, the cryptography processor **72** may add a plurality of encrypting bits **85** to be transmitted over an extended time, for example, as compared to the IEEE 802.11 standard. Accordingly, the control and gateway circuit **73** may control the transmitter to operate for this extended time. For example, the transmitter may be readied earlier and operate slightly longer than would otherwise be the case without the cryptography features of the present invention. Other schemes for handling the slightly longer data packets are also contemplated by the present invention.

Referring now additionally to FIG. **9**, additional portions of the secure wireless LAN device **20** are now described. The cryptography circuit **70** may be provided, for example, by a SIERRAT™ cryptographic module available from Harris Corporation of Melbourne, Florida which is also the assignee of the present invention. The cryptography processor **72** may be a Palisades ASIC, for example, as in the SIERRATM cryptographic module. The cryptography circuit **70** also includes a RAM and associated back-up battery **105** as will be discussed in greater detail below. The FPGA **74** may be programmed to produce the various devices and logic blocks as shown in FIG. **9** as will be appreciated by those skilled in the art.

As explained with additional reference to FIG. **10**, the secure wireless LAN device **20** may include a fifteen-pin

6

connector **110** carried by the housing and used to interface to external circuitry **111** as will be appreciated by those skilled in the art. The external circuitry **111** may include download terminal interface circuitry **111**a to permit the cryptographic algorithm, or at least portions thereof, to be loaded. In addition, the external circuitry **111** may include fill device interface circuitry **111**b to provide the key fill to the cryptography processor **72**. In other embodiments, different interfaces may be used for these features as will be appreciated by those skilled in the art.

The illustrated embodiment also includes an undervoltage, overvoltage, tamper, and zeroize circuit block **106** connected to the cryptography processor **72** and to the RAM **107**. The secure wireless LAN device **20** may have its key changed periodically as required, and may also have the cryptography algorithm updated or changed as well to provide further flexibility and security.

Turning now to FIG. **11**, the cryptography circuit **70** may also comprise a protection circuit **114** to protect against transmission of unencrypted data. The protection circuit **114** may be provided by logic gates **115**, **116** and input registers **117** implemented within the FPGA **74** as will be appreciated by those skilled in the art. This protection circuit **114**, along with similar protection circuitry within the CPLD **71**, provides redundancy so that plain text is not accidentally transmitted from the secure wireless LAN device **20**. Also shown in the illustrated embodiment are FLASH **108** and RAM **107** to be used by the cryptography processor **72**.

One method aspect of the invention is for providing a secure wireless LAN system, such as the LAN configurations or systems **35**, **40** and **45** shown respectively in FIGS. **4-6**, for example. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices **20** as described herein. In particular, the method may further include providing a cryptography circuit **70** carried by the housing and cooperating with the MAC **60** and the wireless transceiver **50** for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

Yet other important features of the secure wireless LAN device **20** are now described with additional reference to FIGS. **12** and **13**. The device **20** illustratively includes a two-part housing **21** provided by a metal top and bottom **21**a, **21**b which clip or engage together along opposing longitudinal side edges. The housing **21**, in turn, carries a printed wiring board **118**. The printed wiring board **118** may carry the MAC, cryptography circuit, and wireless transceiver as discussed extensively above. In addition, other circuitry and devices may also be provided in the housing **21** as schematically indicated in FIG. **13** as components **125**. These components **125** may be carried by both sides of the printed wiring board **118**, and the printed wiring board maybe a multilayer wiring board as will be appreciated by those skilled in the art. Labels **126** may be carried in respective recesses formed in the housing **21** as shown in FIG. **13**.

The printed wiring board **118** also illustratively carries an indicator LED **119** and a zeroize switch or circuit **120** as shown in FIG. **12**. Ground clips **122** tie the housing bottom **21**b to an electrical ground on the printed wiring board **118**. In addition, tamper switch clips **123** engage the upper housing portion or top **21**a in the illustrated embodiment. The volatile memory or RAM **107** and back-up battery **109** are also schematically illustrated as being carried by the printed wiring board **118**.

The secure wireless LAN device **20** includes the cryptography circuit **70** described herein that operates using cryptography information. In accordance with this aspect of the

US 7,440,572 B2

7

invention, the cryptography circuit also renders unuseable the cryptography information based upon tampering. In other terms, the cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. Accordingly, the cryptography circuit may further include at least one switch, such as the illustrated tamper clips **123** operatively connected to the housing **21**, and to associated circuitry, for disconnecting the battery **109** from the at least one volatile memory **107** so that the cryptography information therein is lost based upon breach of the housing.

As will be appreciated by those skilled in the art, the cryptography information may comprise a cryptography key and/or at least a portion of a cryptography algorithm as discussed in detail above. This cryptographic information remains relatively secure and is lost upon tampering, such as removing or breaching the housing **21**.

Another method aspect of the invention is for making tamper resistant a secure wireless LAN device **20** comprising a housing **21**, a wireless transceiver **50** carried by the housing and a cryptography circuit **70** carried by the housing. The method may include storing cryptography information in the cryptography circuit **70**, and rendering unuseable the cryptography information based upon tampering with the secure wireless LAN device. The cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. In this embodiment, rendering unuseable comprises disconnecting the battery from the at least one volatile memory based upon a breach of the housing. Of course, other schemes for rendering the cryptography information unuseable are also contemplated by the present invention.

Other aspects of the secure wireless LAN device **20** are described in copending patent application entitled "SECURE WIRELESS LAN DEVICE INCLUDING TAMPER RESISTANT FEATURE AND ASSOCIATED METHOD", Ser. No. 09/761,173, which is also assigned to the present assignee. The entire disclosure of this application is incorporated herein by reference. In addition, many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing;

a medium access controller (MAC) carried by said housing; and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information upon reception.

**2**. A secure wireless LAN device according to claim **1** wherein said MAC implements a predetermined wireless LAN MAC protocol.

8

**3**. A secure wireless LAN device according to claim **2** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**4**. A secure wireless LAN device according to claim **1** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**5**. A secure wireless LAN device according to claim **4** wherein said at least one connector comprises a PCMCIA connector.

**6**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**7**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**8**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**9**. A secure wireless LAN device according to claim **8** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**10**. A secure wireless LAN device according to claim **8** wherein said control and gateway circuit comprises a programmable gate array.

**11**. A secure wireless LAN device according to claim **8** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**12**. A secure wireless LAN device according to claim **1** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**13**. A secure wireless LAN device according to claim **1** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**14**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing for implementing a predetermined wireless LAN MAC protocol; and

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**15**. A secure wireless LAN device according to claim **14** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**16**. A secure wireless LAN device according to claim **14** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**17**. A secure wireless LAN device according to claim **16** wherein said at least one connector comprises a PCMCIA connector.

US 7,440,572 B2

9

**18**. A secure wireless LAN device according to claim **14** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**19**. A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**20**. A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography circuit to said MAC and said wireless transceiver.

**21**. A secure wireless LAN device according to claim **20** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**22**. A secure wireless LAN device according to claim **20** wherein said control and gateway circuit comprises a programmable gate array.

**23**. A secure wireless LAN device according to claim **20** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**24**. A secure wireless LAN device according to claim **14** wherein said wireless transceiver further comprises:

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**25**. A secure wireless LAN device according to claim **14** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**26**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing;

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception; and

at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**27**. A secure wireless LAN device according to claim **26** wherein said at least one connector comprises a PCMCIA connector.

**28**. A secure wireless LAN device according to claim **26** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**29**. A secure wireless LAN device according to claim **28** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**30**. A secure wireless LAN device according to claim **26** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**31**. A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**32**. A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

10

**33**. A secure wireless LAN device according to claim **32** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**34**. A secure wireless LAN device according to claim **32** wherein said control and gateway circuit comprises a programmable gate array.

**35**. A secure wireless LAN device according to claim **32** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**36**. A secure wireless LAN device according to claim **26** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**37**. A secure wireless LAN device according to claim **26** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**38**. A secure wireless local area network (LAN) system comprising:

a plurality of LAN devices;

a respective secure wireless LAN device connected to each of said plurality of LAN devices, each secure wireless LAN device comprising

a housing,

a wireless transceiver carried by said housing,

a medium access controller (MAC) carried by said housing, and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**39**. A secure wireless LAN system according to claim **38** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**40**. A secure wireless LAN system according to claim **39** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**41**. A secure wireless LAN system according to claim **38** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**42**. A secure wireless LAN system according to claim **38** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**43**. A secure wireless LAN system according to claim **38** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**44**. A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of user stations.

**45**. A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises at least one user station and at least one access point.

**46**. A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of access points.

US 7,440,572 B2

11

12

**47**. A method for providing a secure wireless local area network (LAN) comprising:

equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing; and

providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**48**. A method according to claim **47** wherein the MAC implements a predetermined wireless LAN MAC protocol.

**49**. A method according to claim **48** wherein the predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**50**. A method according to claim **47** further comprising providing at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point.

**51**. A method according to claim **50** wherein the at least one connector comprises a PCMCIA connector.

**52**. A method according to claim **47** wherein the cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**53**. A method according to claim **47** wherein the cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**54**. A method according to claim **47** wherein the cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver.

**55**. A method according to claim **54** wherein the cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein the control and gateway circuit controls the transmitter to operate for the extended time.

**56**. A method according to claim **54** wherein the control and gateway circuit comprises a programmable gate array.

**57**. A method according to claim **54** wherein the cryptography circuit further comprises a serial-to-parallel converter connected between the MAC and the cryptography processor.

**58**. A method according to claim **47** wherein the wireless transceiver comprises:

a baseband processor;

a modem connected to the baseband processor; and

a radio frequency transmitter and receiver connected to the modem.

**59**. A method according to claim **47** further comprising at least one antenna carried by the housing and connected to the wireless transceiver.

* * * * *

# EXHIBIT 8



US00RE44325E

(19) **United States**

(12) **Reissued Patent**
Vergnaud et al.

(10) Patent Number: **US RE44,325 E**
(45) Date of Reissued Patent: **Jun. 25, 2013**

(54) **METHOD OF PROVIDING A REMOTE POWER FEED TO A TERMINAL IN A LOCAL AREA NETWORK, AND CORRESPONDING REMOTE POWER FEED UNIT, CONCENTRATOR, REPEATER, AND TERMINAL**

(75) Inventors: **Gerard Vergnaud**, Fraconville (FR); **Luc Attimont**, Saint Germain en Laye (FR); **Jannick Bodin**, Garches (FR); **Raymond Gass**, Bolsenheim (FR); **Jean-Claude Laville**, Nanterre (FR)

(73) Assignee: **Alcatel Lucent**, Paris (FR)

(21) Appl. No.: **11/391,669**

(22) Filed: **Mar. 29, 2006**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **6,715,087**
    Issued: **Mar. 30, 2004**
    Appl. No.: **09/703,654**
    Filed: **Nov. 2, 2000**

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Nov. 4, 1999 | (FR) | 99 13834 |
| Apr. 14, 2000 | (FR) | 00 04834 |
| Jul. 3, 2000 | (FR) | 00 08592 |

(51) Int. Cl.
    *G06F 1/26*                (2006.01)
(52) U.S. Cl.
    USPC ........................................... **713/300**; 713/340
(58) **Field of Classification Search**
    USPC ........................................... 713/300, 330, 340
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,389,694 A * 6/1983 Cornwell, Jr. .................. 361/48

| | | | |
|---|---|---|---|
| 5,121,482 A * | 6/1992 | Patton | 710/16 |
| 5,402,073 A * | 3/1995 | Ross | 324/539 |
| 5,506,900 A * | 4/1996 | Fritz | 379/402 |
| 5,530,748 A * | 6/1996 | Ohmori | 379/413 |
| 5,991,885 A * | 11/1999 | Chang et al. | 713/300 |
| 6,175,556 B1 * | 1/2001 | Allen et al. | 370/293 |
| 6,218,930 B1 * | 4/2001 | Katzenberg et al. | 370/200 |
| 6,643,566 B1 * | 11/2003 | Lehr et al. | 700/286 |
| 6,681,013 B1 * | 1/2004 | Miyamoto | 379/413 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 981 227 A2 * | 2/2000 | |
| WO | WO 96/23377 | * 8/1996 | |

OTHER PUBLICATIONS

Bearfield, J.M., "Control the power interface of USB's Voltage Bus", Electronic Design, US, Penton Publishing, Cleveland, OH, vol. 45, No. 15, Jul. 27, 1997, pp. 80, 82, 84, 86. XP00078289 ISSN: 0013-48728.*

Richard Glaser et al, IEEE 802.3 DTE Power via MDI Detection and Signature Protocol, Lucent Technologies Apr. 18, 2000.

Robert Leonowich et al, IEEE 802.3af DTE Power via MDI Detection and Signature Tutorial, Alcatel Lucent, Jul. 10, 2000.

* cited by examiner

*Primary Examiner* — Dennis M Butler
(74) *Attorney, Agent, or Firm* — Sughrue Mion, PLLC

(57) **ABSTRACT**

A method for sending a remote power feed to a terminal in a local area network. A repeater of the local area network produces a [detection] *test* signal in a line to which a remote terminal is connected, and the signal has an energy level that will not damage the terminal. The presence of a remote terminal adapted to receive a remote power feed via the repeater is detected by detecting the presence of a predetermined impedance in the terminal, and power is supplied to the terminal via the repeater in response to detection of the presence of the terminal.

63 Claims, 13 Drawing Sheets





FIG_1

Case 1:19-cv-01306-MN   Document 16-2   Filed 09/03/19   Page 46 of 95 PageID #: 558



FIG_2

<u>FIG_3</u>



# FIG_4





FIG_5

## FIG_6





FIG_7

FIG_8





FIG_9

Case 1:19-cv-01306-MN   Document 16-2   Filed 09/03/19   Page 54 of 95 PageID #: 566



FIG_10



Case 1:19-cv-01306-MN Document 16-2 Filed 09/03/19 Page 56 of 95 PageID #: 568



FIG_12



US RE44,325 E

1

# METHOD OF PROVIDING A REMOTE POWER FEED TO A TERMINAL IN A LOCAL AREA NETWORK, AND CORRESPONDING REMOTE POWER FEED UNIT, CONCENTRATOR, REPEATER, AND TERMINAL

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

## CROSS REFERENCE TO RELATED APPLICATIONS

*The present application is a reissue of U.S. Pat. No. 6,715, 087 which is based on application Ser. No. 09/703,654, filed Nov. 2, 2000.*

The present invention relates generally to a data processing local area network, for example an Ethernet network. To be more precise, the invention relates to a method of providing a remote power feed to a terminal in a data processing local area network and also to a remote power feed unit, a concentrator, a repeater (also known as a hub), and a terminal adapted to implement the method.

## BACKGROUND OF THE INVENTION

FIG. **1** is a diagram showing, by way of illustrative and non-limiting example only, an Ethernet data processing local area network which includes a local area network server **1**, a switch **2**, a [repeater] *concentrator* **3** and N terminals [**4**₁ to **4**_N] *4-1 to 4-N* which include telephones operating in Voice over IP (VoIP) mode. The server **1** is connected to the Internet **0** and receives packets complying with the Internet protocol (TCP/IP). The packets of a given call are routed via the switch **2** and the [repeater] *concentrator* **3** to a terminal such as the telephone [**4**₁] *4-1* which is connected to the repeater by a 8-wire line L terminated with RJ45 connectors.

The terminals connected to a data processing local area network (for example personal computers, printers, etc.) are conventionally connected locally to the mains electrical power supply. 110 V or 220 V power cords independent of the data connections are therefore used to supply power to the terminals. This solution makes installation of the local area network more difficult:

Using two cables causes problems of congestion which can additionally impede the free movement of persons.

It creates electrical hazards.

In the case of a telephone, a local connection to the mains electrical power supply has the additional drawback that the telephone is out of service in the event of a mains power outage, in particular in the event of a fire or natural disaster. This is why conventional telephones receive a remote power feed from their local exchange, which includes emergency batteries.

It is therefore desirable for some of the terminals connected to a data processing local area network to be provided with a remote power feed via the same connection as is used to send and receive data. It is also desirable to be able to install the remote power feed unit anywhere on the line L (either inside or outside a repeater **3**), to enable easy addition to an existing network.

One way of transmitting a remote power feed current is to use two of the eight wires of the line L: four other wires form two pairs of wires respectively used to transmit and to receive

2

data. Another method, referred to as a phantom circuit, connects the two terminals of a power supply generator in the remote power feed unit to respective center-taps of a winding of a transformer connected to the pair for receiving data and a winding of another transformer connected to the pair for sending data. At the terminal, the supply voltage is obtained between respective center-taps of a winding of a transformer connected to the pair for receiving data and a winding of another transformer connected to the pair for sending data.

In both cases, providing a remote power feed to the terminal via the data processing local area network has the disadvantage that the remote power feed unit supplies power to a terminal "blind". The RJ45 connector at the end of the line L could be plugged into a terminal other than a telephone (for example a personal computer, a printer, etc.). There is a risk of damaging the electrical circuits of that terminal. The RJ45 connector of a terminal is generally used in the following manner:

Four of the eight wires are separated into two pairs for respectively sending and receiving data. The terminal includes a transformer having one winding connected to the receive pair and a transformer having one winding connected to the send pair, each of these windings having a center-tap which can be connected to a reference potential via a low-resistance resistor.

Four other wires are not used and are grounded, often via a combination of resistors and capacitors, to eliminate any crosstalk induced by the data signals in the first four wires and to reduce unwanted electromagnetic emission. If a relatively high remote power feed voltage, for example 48 volts, is applied to that combination of resistors and capacitors, or to the resistors connected to the center-taps of the transformers, the resistors can be destroyed by the current flowing in them.

## OBJECTS AND SUMMARY OF THE INVENTION

The invention therefore aims to solve this problem by proposing a method of providing a remote power feed to a terminal in a data processing local area network and systems for implementing the method which prevent all risk of damage if a terminal is plugged in which is not one of the terminals adapted to receive a remote power feed via the network.

The invention firstly provides a method of providing a remote power feed to a terminal in a local area network, the method entailing:

producing at least one [detection] *test* signal on at least two conductors of a line for connecting the local area network to a remote terminal, that signal having an energy such that the terminal cannot be damaged under any circumstances,

detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of predetermined impedance in the remote terminal on the basis of a current created by the test signal in that line, and

sending a power supply current in that line when the presence of a terminal adapted to receive a remote power feed is detected.

The above method prevents all risk to the terminals because the remote power feed current is sent only if the terminal has been identified as one which is adapted to receive a remote power feed. The intensity and duration of the [detection] *test* signal are chosen so that the operation of detecting the terminal cannot cause any damage if the terminal is not one which is adapted to receive a remote power feed.

US RE44,325 E

3

In one particular embodiment of the invention, to detect a predetermined impedance in the remote terminal, the presence of a capacitor in the remote terminal is detected.

The resulting method is particularly simple to implement. The capacitance of the capacitor is chosen so that it is significantly different from that of the line. Measuring a capacitive impedance then indicates a terminal adapted to receive a remote power feed. The capacitor can shunt two conductors used for the remote power feed without affecting transmission of the remote power feed current, which is a direct current.

In another particular embodiment of the invention, to detect a predetermined impedance in the remote terminal, the presence of a short-circuit in the remote terminal is detected.

The resulting method is particularly simple to implement, and therefore advantageous, when the short-circuit is applied between two conductors of the line which are chosen so that the short-circuit does not impede either the remote power feed or sending and receiving data.

In a preferred embodiment of the invention, to detect the presence of a capacitor in the remote terminal:

an alternating current test signal is applied to the line and it is verified that the remote terminal does not behave like an open circuit for that signal,

a direct current test signal is applied to the line and it is verified that the remote terminal behaves like an open circuit for that signal, and

the method concludes that a terminal adapted to receive a remote power feed is present if the results of both tests are positive.

In one particular implementation of the invention a remote power feed method is suited to a line including two pairs for sending/receiving data and each enabling the transmission of a remote power feed current in common mode and other conductors which can also be used for a remote power feed. In the method, detecting a remote terminal adapted to receive a remote power feed entails:

performing a first test to detect if the terminal is adapted to receive a remote power feed via the two pairs for sending/receiving data,

performing a second test to detect if the terminal is adapted to receive a remote power feed via the other conductors that can also be used for a remote power feed,

sending a remote power feed current in the two pairs for sending/receiving data only if the first test shows that the terminal is adapted to receive a remote power feed via those two pairs, and

sending a remote power feed current in the other conductors that can also be used for a remote power feed only if the second test shows that the terminal is adapted to receive a remote power feed via those other conductors.

In one particular embodiment of the invention the first test consists of detecting the presence of a first predetermined impedance in the terminal on the basis of a current created by a first test signal in the two pairs for sending/receiving data and the second test consists of detecting the presence of a second predetermined impedance in the terminal on the basis of a current created by a second test signal in the other conductors.

One of the two predetermined impedances is preferably a short-circuit and the other predetermined impedances is preferably a capacitance.

The resulting method enables the remote power feed current to be increased, because it enables up to eight conductors of an Ethernet line to be used and can discriminate between several types of terminal adapted to receive a remote power feed that have different power consumptions. For example:

4

If it detects that the terminal is not one which is adapted to receive a remote power feed via the available conductors in an Ethernet line, but is adapted to receive a remote power feed via a phantom circuit using the pairs for sending and receiving data, this means that the terminal has a low power consumption, in which case it is possible and sufficient to send a remote power feed current via the phantom circuit.

If it detects that the terminal is adapted to receive a remote power feed via the available conductors in an Ethernet line and is also adapted to receive a remote power feed via a phantom circuit using the pairs for sending and receiving data, this means that the terminal has a high power consumption, in which case it is possible and necessary to send a remote power feed current via the phantom circuit and a remote power feed current via the available conductors.

The invention secondly proposes a terminal adapted to implement the above remote power feed method, the terminal including at least one predetermined impedance connected to at least two conductors of the line and which identifies the terminals adapted to receive a remote power feed.

The predetermined impedance preferably includes a very much higher capacitance than that of terminations routinely connected to the ends of the line in terminals that are not adapted to receive a remote power feed but are adapted to be connected to the local area network concerned.

The invention thirdly proposes a remote power feed unit for implementing the method and which includes:

means for producing at least one [detection] *test* signal on at least two conductors of a line for connecting the local area network to a remote terminal, that signal having an energy such that the terminal cannot be damaged under any circumstance,

means for detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of a predetermined impedance in the remote terminal on the basis of a current created by the test signal in that connection, and

means for sending a power supply current in the line when the presence of a terminal adapted to receive a remote power feed is detected.

One particular advantage of the above remote power feed unit is that it can be installed anywhere on the line (inside or outside a repeater), because it can operate entirely independently of the units of a repeater.

Another object of the present invention is to propose a repeater and a concentrator which can be inserted (separately or together) between a remote power feed unit and a terminal (or another equipment unit adapted to receive a remote power feed, such as a repeater or a concentrator) without interfering with discrimination or the remote power feed.

The present invention fourthly proposes a repeater adapted to receive a remote power feed and adapted to be included between a network equipment unit including a remote power feed unit and another network equipment unit in a local area network,

the repeater including a power supply unit powered by a remote power feed and whose input is connected in parallel with the power supply input of the other network equipment unit to the conductors of the line that provide the remote power feed, and

the power supply unit having an input impedance whose modulus is very much higher than the modulus of the input impedance of the power supply unit which is char-

US RE44,325 E

5

acteristic of equipment units adapted to receive a remote power feed likely to be connected downstream of that repeater.

The resulting repeater does not interfere with discriminating between an equipment unit that is adapted to receive a remote power feed and an equipment unit that is not adapted to receive a remote power feed, because the power supply input impedance detected by an upstream remote power feed unit remains approximately the same when the power supply input impedance of the repeater is connected in parallel with that of another network equipment unit. Also, the other network equipment unit and the repeater both receive a remote power feed from the upstream remote power feed unit, because their respective power supply inputs are connected in parallel to the conductors of the line that provide the remote power feed.

The present patent application fifthly proposes a concentrator adapted to be inserted into a line between a network equipment unit including a remote power feed unit and at least one other network equipment unit in a local area network,

the concentrator including, for each of its ports adapted to be connected to another network equipment unit, a remote power feed unit which includes:

means for producing at least one [detection] *test* signal on at least two conductors of a line for connecting the concentrator to another network equipment unit, that signal having an energy such that the other network equipment unit cannot be damaged under any circumstances,

means for detecting the presence of another equipment unit adapted to receive a remote power feed by detecting the presence of a predetermined impedance in that other equipment unit on the basis of a current created by the test signal in the line, and

means for sending a power supply current in the line when the presence of another equipment unit adapted to receive a remote power feed is detected.

The resulting concentrator provides a remote power feed to downstream equipment units that are adapted to receive a remote power feed and does not provide a remote power feed to equipment units that are not adapted to receive a remote power feed because it includes an additional remote power feed unit specific to each of its ports, that additional remote power feed unit operating in a similar manner to but independently of the upstream remote power feed unit in a network equipment unit such as an Ethernet switch or another concentrator.

In a preferred embodiment of the invention, the concentrator is itself adapted to receive a remote power feed and includes at least one predetermined impedance connected to at least two conductors of the line connected to the upstream network equipment unit and which is characteristic of the power supply input of equipment units that are adapted to receive a remote power feed.

The resulting concentrator can be inserted into a line without compromising the advantages for that line of the remote power feed, because it can itself be detected as adapted to receive a remote power feed and therefore receive a remote power feed.

### BRIEF DESCRIPTION OF THE DRAWINGS

Other features and advantages of the present invention will become more clearly apparent on reading the following description, which is given with reference to the corresponding accompanying drawings, in which:

6

FIG. 1, already commented on, is a diagram showing the architecture of an Ethernet local area network in which the method of the invention can be used.

FIG. 2 is a block diagram of a first embodiment of a remote power feed unit located in a concentrator and of a first embodiment of a terminal receiving a remote power feed, where the remote power feed is provided via a common mode phantom circuit on the pairs for sending and receiving data.

FIG. 3 shows the principle of detecting a terminal adapted to receive a remote power feed.

FIG. 4 is a block diagram of a variant of the terminal receiving a remote power feed, that variant enabling use of a local power supply under normal circumstances and a remote power feed in the event of failure of the local power supply, in particular in the event of a mains power outage.

FIG. 5 is a more detailed block diagram of the first embodiment of the remote power feed unit shown in FIG. 2.

FIG. 6 is a diagram showing changes of state occurring in the embodiment shown in FIG. 5.

FIG. 7 is a block diagram of a second embodiment of a remote power feed unit located in a concentrator and a second embodiment of a terminal receiving a remote power feed, where the remote power feed is provided via a common mode phantom circuit on the pairs for sending and receiving data and simultaneously via at least one other available pair.

FIG. 8 is a more detailed block diagram of the second embodiment of the remote power feed unit shown in FIG. 7.

FIG. 9 is a diagram showing changes of state occurring in the embodiment shown in FIG. 8.

FIG. 10 is a block diagram of one embodiment of a repeater in accordance with the invention and shows its use in a line in which the remote power feed is provided only by a phantom circuit.

FIG. 11 is a block diagram of the same embodiment of a repeater according to the invention but this time used in a line in which the remote power feed is provided via a phantom circuit plus two available pairs.

FIG. 12 is a block diagram of one embodiment of a concentrator according to the invention adapted to receive a remote power feed and shows its use in a line where the remote power feed is provided by a phantom circuit plus two available pairs, fed with power by a remote power feed unit located in an Ethernet switch.

FIGS. 13 to 16 show preferred embodiments of parts of the embodiment shown in FIG. 8.

### MORE DETAILED DESCRIPTION

FIG. 2 is a block diagram of a first embodiment of a remote power feed unit located in a concentrator 3 and a first embodiment of a terminal $5_1$ adapted to receive a remote power feed, where the remote power feed is provided via a common mode phantom circuit on pairs for sending and receiving data. The line L3 includes four pairs:

pairs A1, A2 are not used,

pairs B1, B2 are not used,

pairs C1, C2 are used to send data to the network, in differential mode, and

pairs D1, D2 are used to send data to the terminal, in differential mode.

The pairs C1, C2 and D1, D2 are also used in common mode to provide a remote power feed to the terminal $5_1$ via a phantom circuit.

The concentrator 3 includes a remote power feed unit 31 and a combiner 32. The unit 31 is adapted to detect the presence of a terminal adapted to receive a remote power feed. The combiner 32 includes two transformers 33 and 34

US RE44,325 E

7

respectively transmitting a signal Tx to be sent to a terminal and a signal Rx received from a terminal. The transformers each have a first winding and a second winding. The first windings are respectively connected to the pairs D1, D2 and C1, C2. They each have a center-tap connected to a respective output of the remote power feed unit 31 adapted to detect the presence of a terminal adapted to receive a remote power feed. The second windings are connected to other units of the concentrator 3, not shown.

The terminal $5_1$ includes a splitter 20 and a power supply unit 22. The splitter 20 includes two transformers 41 and 40 respectively for transmitting a signal Tx' to be sent to the concentrator 3 and for transmitting a signal Rx' received by the terminal $5_1$. They each have a first winding and a second winding. The first windings are respectively connected to the pairs D1, D2 and C1, C2. They each have a center-tap connected to a respective input of the power supply unit 22.

An impedance 21 shunts the power supply input 22. The impedance 21 makes it possible to recognize the terminal as one that is adapted to receive a remote power feed. The impedance 21 and the frequency of the [detection] *test* signal are chosen so that the modulus of the impedance 21 is very much less than 75 ohms. The impedance 21 is chosen so that it does not short-circuit the DC voltage applied to the power supply 22 and is easy to distinguish from terminations routinely connected to the available conductors of the RJ45 connectors of terminals. The impedance 21 is preferably a capacitor with a capacitance of not less than 1 microfarad, for example 50 microfarads. If the power supply unit 22 is a DC-DC converter which reduces the voltage, the capacitor 21 can be the filter capacitor provided as standard at the input of a DC-DC converter, because the power supply unit 22 shunts the impedance 21. In this case, there is no need to add a component to constitute the impedance 21, which simplifies the production of the terminal.

IEEE Standard 802.3 requires the pairs for sending and receiving data to be able to withstand a common mode voltage of 25 V at a frequency up to 500 kHz, which means that a sinusoidal test signal at a voltage of a few volts and at a frequency of the order of 10 kHz does not interfere with the transmission of payload data.

FIG. 3 shows the principle of discriminating terminals that are adapted to receive a remote power feed and terminals that are not. For example, a terminal $5_1$ that is adapted to receive a remote power feed includes a capacitor 21 having a capacitance of 50 microfarads. That capacitance must be distinguished from an Ethernet line termination, for example on a personal computer PC. That termination typically includes, for each pair P1, P2 of the line, two resistors 37 and 38, each having a resistance of 75 ohms and each having one terminal connected to one conductor of the pair in question and another terminal connected to a reference potential via a capacitor 39 whose capacitance is less than or equal to 100 nanofarads. In a variant (not shown), both ends of the line are connected to a short-circuit connected to the reference potential via a 75 ohms resistor in series with a capacitor having a capacitance less than or equal to 100 nanofarads.

Each conductor of the pair P1, P2 has a resistance of the order of 20 ohms. For a sinusoidal signal at 10 kHz, for example, the modulus of the impedance $Z_{term}$ measured at the end of the line is therefore always significantly greater than 150 ohms when a conventional termination is connected to the pair. On the other hand, it is always significantly less than 150 ohms when a capacitance of 1 microfarad or more is connected to the pair. It is therefore sufficient to determine if the modulus of the impedance $Z_{term}$ is less then or greater than

8

150 ohms, for example, to determine whether a terminal adapted to receive a remote power feed is present at the end of the line or not.

In a variant, instead of providing a remote power feed via a phantom circuit, and depending on the power required by the terminal, a remote power feed can be provided:

via A1, A2 only, or

via B1, B2 only, or

via A1, A2, B1 and B2 simultaneously, or

via A1, A2, B1, B2 and the phantom circuit simultaneously.

In a variant, the unit 31 and the combiner 32 can be in a separate module and completely independent of the repeater 3, that module being simply inserted into the line L.

FIG. 4 shows the block diagram of a variant $5_2$ of a terminal according to the invention using a local power supply under normal circumstances and a remote power feed in the event of failure of the local power supply, in particular in the event of a mains power outage. The remote power feed circuit uses the available pair A1, A2, for example, but operation is exactly the same if it uses a phantom circuit supported by the pairs for sending and receiving data.

Components that are identical to those of the terminal $5_1$ are identified by the same reference numbers. The terminal $5_2$ further includes a conventional mains power supply unit 24 providing a DC voltage of 50 volts, for example, if the remote power feed voltage is 48 volts. The positive pole of the mains power supply unit 24 is connected to a positive input of the power supply unit 22 via a diode D1. The positive pole of the remote power feed circuit is connected to the positive input of the power supply unit 22 via a diode D2. In normal operation, the diode D1 conducts and the diode D2 does not conduct, because of the difference between the two supply voltages. In the event of a mains power outage, the voltage provided by the mains power supply unit 24 disappears, the diode D2 conducts and the diode D1 does not conduct. The power supply unit 22 can therefore continue to operate from the remote power feed.

A capacitor 23 shunts the diode D2 to pass an alternating current signal for detecting the terminal type. Its capacitance is chosen so that it offers a negligible impedance to the [detection] *test* signal, for example 1 microfarad. A terminal with a local power supply backed up by a remote power feed can therefore be detected as a terminal with a permanent remote power feed.

The remote power feed current can be reserved for essential functions of the terminal during mains power outages and not for other, non-essential functions which consume large quantities of energy.

FIG. 5 is a more detailed block diagram of the first embodiment of the remote power feed unit 31 shown in FIG. 2. The first embodiment includes:

a switch 44 having three inputs and one output, which output is connected to the center-tap of the transformer 33 via a resistor R2 shunted by a capacitor C1,

an AC test voltage generator 45 providing a sinusoidal signal at a voltage of a few volts and at a frequency of 10 kHz, for example, having one terminal connected to the center-tap of the transformer 34 and another terminal connected to a first terminal of a resistor R1; the second terminal of the resistor R1 is connected to a first input of the switch 44,

a DC voltage generator 46 providing a voltage of 48 V, for example, for remote power feeding a terminal, having a negative terminal connected to the center-tap of the transformer 34 and a positive terminal connected to a first terminal of a resistor R3 via an inductor 49; the

US RE44,325 E

9

second terminal of the resistor R3 is connected to a second input of the switch 44,

a DC test voltage generator 47 producing a voltage of 5 volts, for example, having a positive terminal connected to the center-tap of the transformer 34 and a negative terminal connected to a third input of the switch 44, and

a logic circuit 43 having a first input connected to the second terminal of the resistor R1, two further inputs respectively connected to the terminals of the resistor R2 and the capacitor C1, and an output which controls the switch 44.

In the above example:

R1=75 ohms,
R2=1 ohm,
R3=10 ohms,
C1=1 microfarad.

The inductor 49 in series with the generator 46 has an inductance such that, if the generators 45 and 46 are connected to the remote terminal simultaneously, the attenuation of the AC test signal caused by the generator 46 is negligible. In other embodiments this function can be implemented by an active circuit.

The resistance of R2 is chosen to define the maximum remote power feed current in the line and the capacitance of C1 is chosen to transmit the AC [detection] *test* signal with negligible attenuation. The voltage of the AC generator 45 and the resistance of the resistor R1 are chosen to pass a test current that is not hazardous for any terminal that might be connected to the end of the line, in particular if it is a terminal not adapted to receive a remote power feed. The DC test voltage provided by the generator 47 is very much lower than the remote power feed voltage and is therefore not hazardous to terminals which are not adapted to receive a remote power feed. Also, it is insufficient to start up the power supply of a terminal adapted to receive a remote power feed, which is therefore seen as an open circuit during the direct current test.

FIG. 6 is a diagram showing changes of state that occur in the embodiment of the unit 31 shown in FIG. 5. When the unit 31 is started up, it is in a state S1 and performs an alternating current test to detect the presence of a terminal adapted to receive a remote power feed: the logic circuit 43 operates the switch 44 to connect only its first input to its output. The remote power feed voltage is not applied to the line L, and there is therefore no risk to a conventional terminal. The switch 44 transmits an alternating current. The logic circuit 43 compares the AC voltage at the second terminal of the resistor R1 with a threshold voltage corresponding to a modulus of the impedance $Z_{term}$ equal to 50 ohms, for example. There are two possible outcomes:

Event 102: the modulus is greater than 50 ohms, this is an open circuit for the alternating current, there is therefore no terminal connected to the end of the line and the circuit 43 remains in state S1 to continue the alternating current test.

Event 101: the modulus is less than 50 ohms, there is a short-circuit for alternating current at least, and therefore there may be a terminal adapted to receive a remote power feed connected to the end of the line, or a short-circuit between two conductors of the line; the circuit 43 goes to the state S2 for discriminating between these two possibilities, by means of a low voltage direct current test of short duration. During this test the power supply unit 22 has a high resistance because the input voltage it receives is too low to start it up.

The test conducted in state S2 has two possible outcomes:

Event 105: the resistance is greater than 50 ohms, which is an open circuit for the direct current, and there is there-

10

fore no conventional terminal connected to the end of the line; the terminal is one adapted to receive a remote power feed or a terminal with a local power supply backed up by a remote power feed. The circuit 43 goes to a state S4 to remote power feed the terminal and continues the alternating current test to detect disconnection of the terminal which has been detected.

Event 104: the modulus is less than 50 ohms, and there is therefore a short-circuit for the direct current in the terminal or on the line; there is therefore either a conventional terminal (having a termination including a short-circuit) connected to the line, or an accidental short-circuit, in which case the remote power feed current must not be sent; the circuit 43 goes to state S3 to detect disappearance of the short-circuit.

In state S3, the circuit 43 performs a low DC voltage test of short duration to detect the disconnection of a conventional terminal, for example at periods of one second. The unit 31 provides a direct current of sufficiently low amplitude and sufficiently short duration to test for the presence of a conventional terminal with no risk of damaging it. The circuit 43 operates the switch 44 to connect only its second input to its output, for a period of only 150 milliseconds. At the end of 100 milliseconds (required to enable any capacitor to charge), the circuit 43 measures the voltage across R2. If the voltage is zero, the circuit is an open circuit for the direct current. The remote power feed voltage is not applied to the line L during this test. The test voltage applied is 5 volts in this example. This does not represent any danger to the terminal. The logic circuit 43 compares the DC voltage measured across the resistor R2 with a single threshold voltage, corresponding to a resistance of 50 ohms, for example.

The test is repeated until the modulus of the impedance exceeds 50 ohms (Event 106): the circuit 41 then reverts to state S1 so that it can detect the connection of a terminal adapted to receive a remote power feed.

In state S4 the unit 31 supplies a remote power feed current to the terminal adapted to receive a remote feed that it has detected, and detects the occurrence of two events:

disconnection of the terminal adapted to receive a remote power feed which has been detected, or

failure of the line or the terminal, producing a short-circuit for direct current.

The circuit 43 operates the switch 44 to connect its first and third inputs simultaneously to its output. A remote power feed current is therefore supplied to the line L. The generator 45 provides a permanent alternating current superimposed on the remote power feed direct current to monitor the presence of the terminal adapted to receive a remote power feed that has been detected. A direct current flows in the resistor R2 for as long as the terminal adapted to receive a remote power feed that has been detected is connected to the line L. The circuit 43 monitors the voltage drop across the resistor R2. It compares the AC voltage at the second terminal of the resistor R1 with a threshold voltage corresponding to a modulus of the impedance $Z_{term}$ equal to 50 ohms. It also compares the DC voltage across R2 with a threshold voltage corresponding to a resistance of 50 ohms.

Two events can occur in state S4:

Event 107: the modulus of the alternating current impedance rises above 50 ohms, the circuit is an open circuit for the alternating current, and the terminal adapted to receive a remote power feed has therefore been disconnected; the circuit 43 reverts to state S1. Because the remote power feed voltage is no longer applied to the line, any other terminal can be connected in complete safety.

US RE44,325 E

11

Event **108**: the DC resistance is less than 50 ohms and there is therefore a short-circuit either on the line or in the terminal. The circuit **43** goes to a state **S5** in which it stops the remote power feed for 30 seconds, for example, to prevent the remote power feed current from causing any damage. It then reverts to state **S1** in which the tests previously conducted are repeated.

FIG. **7** is a block diagram of a second embodiment of the remote power feed unit **31'** located in a concentrator **3'** and a second embodiment of a terminal **5₂** adapted to receive a remote power feed. This second embodiment is used to power terminals requiring a current that is too high to be provided only by the phantom circuit using the pairs for sending and receiving data or only by the available two pairs. The remote power feed current can be divided equally between the four pairs of the line, i.e. the phantom circuit plus the available two pairs. This enables the remote power feed current to be doubled. However, it is then necessary to verify that the terminal is adapted to receive a remote power feed current on all the pairs. If the remote power feed unit were to test only the phantom circuit and were then to apply the remote power feed voltage to all the pairs, it could destroy terminations at the ends of the available pairs in terminals adapted to receive a remote power feed only via the phantom circuit.

The remote power feed unit **31'** for detecting a terminal adapted to receive a remote power feed shown in FIGS. **7** and **8** verifies that the terminal is adapted to receive a remote power feed via the phantom circuit and that the terminal is further adapted to receive a remote power feed via the available two pairs. It can therefore distinguish between terminals of three types:

a terminal which is not adapted to receive a remote power feed,

a terminal that is adapted to receive a remote power feed only via the phantom circuit, and

a terminal that is adapted to receive a remote power feed via the phantom circuit and via the two available pairs.

The skilled person knows how to adapt the unit **31'** to permutate the test on the available pairs and the test on the phantom circuit to distinguish between terminals of three types:

a terminal that is not adapted to receive a remote power feed,

a terminal that is adapted to receive a remote power feed only via the available pairs, and

a terminal that is adapted to receive a remote power feed via the phantom circuit and via the two available pairs.

In this example the unit **31'** has four ports. Two ports are connected to the center-taps of respective transformers **33** and **34**. The common mode phantom circuit uses the two pairs C**1**, C**2** and D**1**, D**2** for sending and receiving data. A third port is connected to the available conductors A**1** and B**1**. A fourth port is connected to the available conductors A**2** and B**2**.

In the terminal **5₂**, the ends of the conductors A**1** and B**1** are connected together to a first port of the power supply **22** and are connected via a short circuit **51** to the center-tap of the transformer **41**, i.e. to one terminal of the phantom circuit. The ends of the conductors A**2** and B**2** are connected together to a second port of the power supply unit **22** and are connected via a short circuit **52** to the center-tap of the transformer **40**, i.e. to the other terminal of the phantom circuit. As previously, a capacitor **21** shunts the two ports of the power supply unit **22**.

The unit **31'** sends half the remote power feed current via the phantom circuit and the other half via the pairs A**1**, A**2**, B**1**, B**2**. The AC test signal is superimposed on the remote power feed current.

12

FIG. **8** is a more detailed block diagram of the second embodiment of the remote power feed unit shown in FIG. **7**. The remote power feed unit **31'** for detecting terminals adapted to receive a remote power feed includes, in addition to the components constituting the unit **31** previously described:

a resistor R**4** connected at one end to the common point of the resistor R**3** and the inductor **49**, and

a second switch **48** having one input, one output and one control input.

The logic circuit **43** is replaced by a logic circuit **43'** which controls the switches **44** and **48**. The input of the switch **48** is connected to a second end of the resistor R**4**. R**4** has the same resistance as R**3**; R**3** and R**4** divide the remote power feed current equally between the phantom circuit and the circuit via the pairs A**1**, A**2**, B**1**, B**2**. The output of the switch **48** is connected to the conductors A**2** and B**2** of the line L. The conductors A**1** and B**1** are connected to the common point of the generator **45**, the generator **47**, the generator **46** and the center-tap of the transformer **34**.

FIG. **9** is a diagram showing changes of state occurring in the embodiment shown in FIG. **8**. On start-up, and until the terminal has been identified as adapted to receive a remote power feed via the phantom circuit and via the available pairs, the input of the switch **48** is not connected to its output. The generator **46** therefore does not apply any voltage to the terminal. The states are the same as for the unit **31**, except that event **105**, which detects an open circuit for direct current which indicates that the terminal is a terminal adapted to receive a remote power feed via the phantom circuit (or has a local power supply backed up by the remote power feed), is not followed immediately by state **S4** in which the terminal receives the remote power feed.

The unit **31'** goes to a state S**4a** in which the circuit **43'** carries out a short duration low DC voltage test to test also the available pairs A**1**, A**2**, B**1**, B**2**. It operates the switch **44** to connect only its second input to its output for only 150 milliseconds. The logic circuit **43'** verifies that there is a DC voltage on the conductors A**2**, B**2**.

Event **111**: The circuit **43'** has detected a return DC voltage on the conductors A**2**, B**2** because the phantom circuit (at the center-tap of the transformer **40**) is connected to those conductors in the terminal by the short-circuit **52**. This means that the terminal is also adapted to receive a remote power feed via the available pairs. The circuit **43'** operates the switch **48** so that it connects its input and its output. The generator **46** therefore applies a remote power feed voltage to the available pairs. The circuit **43'** then goes to a state S**4b** analogous to the state S**4** previously described, in which it provides a remote power feed to the terminal via the phantom circuit in addition to the remote power feed via the available pairs.

Event **110**: The circuit **43'** has not detected a DC voltage on the conductors A**2**, B**2** because the phantom circuit is not connected to those conductors in the terminal. This means that the terminal is not adapted to receive a remote power feed via the available pairs. The circuit **43'** leaves the switch **48** open. The generator **46** therefore applies no remote power feed voltage to the available pairs and there is no risk of damaging the terminal. The circuit **43'** then goes to a state S**4b** identical to the state S**4** previously described, in which it provides a remote power feed to the terminal via the phantom circuit only.

FIG. **10** is a block diagram of one embodiment of a repeater RP1 according to the invention, and shows its use in a line in which the remote power feed is provided only via a phantom circuit. In a repeater **3**, each port includes a remote power feed

US RE44,325 E

13

unit **31** as previously described and providing the remote power feed and detection functions. The port considered in this example is connected to a terminal $4_1$ via the repeater RP1, which is necessary because of the length of the line. The concentrator **3** is connected to the repeater RP1 by a line section L1. The terminal $4_1$ is connected to the repeater RP1 by a line section L2 and includes: a splitter consisting of two transformers **40** and **41**, a power supply unit **22** and a capacitor **21** shunting the input terminals of the power supply unit **22**, as previously described.

The repeater RP1 includes:

a splitter **139** and a combiner **132**,

a power supply unit **122**, and

two regenerators **35** and **36**.

The combiner **132** includes two transformers **133** and **134** respectively transmitting a signal to be sent to the terminal $4_1$ and a signal received from the terminal $4_1$. Each has a first winding and a second winding. The first windings are connected to respective data transmission pairs of the line $L_2$. Each has a center-tap. The second winding of the transformer **133** is connected to differential outputs of the regenerator **35**. The second winding of the transformer **134** is connected to differential inputs of the regenerator **36**.

The splitter **139** includes two transformers **140** and **141** respectively transmitting the signal to be sent to the concentrator **3** and the signal received from the concentrator **3**. Each has a first winding and a second winding. The first windings are connected to respective data transmission pairs of the line $L_1$. The center-tap of the first winding of the transformer **140** is connected to a first input of the power supply unit **122** and to the center-tap of the transformer **133**. The center-tap of the first winding of the transformer **141** is connected to a second input of the power supply unit **122** and to the center-tap of the transformer **134**. The second winding of the transformer **141** is connected to differential outputs of the regenerator circuit **36**. The second winding of the transformer **140** is connected to differential outputs of the regenerator circuit **35**.

The connections between the center-taps of the transformers **140**, **141**, **133**, **134** enable the phantom circuit of the section L1 to be connected directly to the phantom circuit of the section L2 to carry the remote power feed direct current and test signals (direct current and alternating current). There is no capacitor connected to the input of the power supply unit **122** of the repeater. The power supply unit is designed to have an input impedance whose modulus is very much higher than 50 ohms during the alternating current test. The repeater RP1 must receive a remote power feed from the remote power feed unit **31** only when a terminal $4_1$ adapted to receive a remote power feed is actually connected to the repeater RP1. The repeater RP1 on its own must therefore not be detected as a terminal adapted to receive a remote power feed. The skilled person knows how to design a power supply unit **122** having an input impedance very much higher than 50 ohms for the alternating current test signal. For example, the input stage of the power supply unit can include an inductor or an active circuit equivalent to an inductor.

During the alternating current test (state S1, FIG. 6), the remote power feed unit **31** detects a closed circuit for alternating current if and only if a terminal $4_1$ adapted to receive a remote power feed is connected, by means of the capacitor **21** in the terminal $4_1$. Thereafter, during the direct current test (state S2), the power supply unit **122** and the power supply unit **22** each have a high resistance because they receive an input voltage which is too low to start them. If the remote power feed unit **31** finds that there is no direct current short-circuit, it concludes that a terminal adapted to receive a

14

remote power feed is connected. The repeater is therefore transparent vis-à-vis the remote power feed unit **31**.

FIG. **11** is a block diagram of the same embodiment of a repeater according to the invention, but showing its use in a line where the remote power feed is provided by a phantom circuit plus two available pairs A1, A2 and B1, B2. The two available pairs are used only in the line section L1 because they provide the surplus energy corresponding to the requirements of the circuits of the repeater RP1. The two conductors A1 and A2 together connect the center-tap of the transformer **33** to the center-tap of the transformer **140**. The two conductors B1 and B2 together connect the center-tap of the transformer **34** to the center-tap of the transformer **141**.

FIG. **12** is a block diagram of one embodiment of a concentrator **3'** according to the invention. In an Ethernet switch **2'**, a remote power feed unit **231** and a combiner consisting of two transformers **201** and **202** analogous to those previously described for a concentrator **3** provide the remote power feed and detection functions for the port in question of the switch **2'**. The concentrator **3'** is connected to that port. It has N ports connected to N respective terminals $5_1, \ldots, 5_N$ by individual lines L.

The concentrator **3'** is adapted to receive a remote power feed, and it receives its remote power feed via a phantom circuit on two pairs D1, D2, C1, C2 plus two available pairs B1, B2, A1, A2 of the line to the switch **2'** powered by the remote power feed unit **231** in the switch **2'**.

In the concentrator **3'**, each port includes a respective remote power feed unit $231_1, \ldots, 231_N$ analogous to the unit **31** previously described and a respective combiner $232_1, \ldots, 232_N$, analogous to the combiner **32** previously described; they provide the remote power feed and detection functions. The concentrator **3'** further includes:

a splitter **240**,

a power supply unit **222**,

a capacitor **221** shunting the input of the power supply unit **222**, and

a conventional concentrator **200**.

For example, the combiner $232_1$ includes two transformers **233** and **234** respectively transmitting a signal to be sent to a terminal $6_1$ and a signal received from the terminal $6_1$. They each have a first winding and a second winding. The first windings are connected to respective data transmission pairs of the line L to the terminal $6_1$. Each has a center-tap. The second winding of the transformer **233** is connected to differential outputs of the concentrator circuit **200**. The second winding of the transformer **234** is connected to differential inputs of the concentrator circuits **200**.

The splitter **239** includes two transformers **240** and **241** respectively transmitting the signal received from the concentrator **2'** and the signal to be sent to the concentrator **2'**. They each have a first winding and a second winding. The first windings are connected to respective data transmission pairs D1, D2, C1, C2. The center-tap of the first winding of the transformer **240** is connected to a first input of the power supply unit **222**, a first input of each remote power feed unit $231_1, \ldots, 231_N$, and the available wires A1, B1. The center-tap of the first winding of the transformer **241** is connected to a second input of the power supply unit **222**, a second input of each remote power feed unit $231_1, \ldots, 231_N$, and the available wires A2, B2. The second winding of the transformer **141** is connected to differential outputs of the concentrator **200**. The second winding of the transformer **240** is connected to differential inputs of the concentrator **200**.

The concentrator **3'** requires a remote power feed regardless of the terminals to which it is connected. Even if none of those terminals is adapted to receive a remote power feed,

15

they require the concentrator **3'** in order to be able to operate. The concentrator **3'** is detected by the remote power feed unit **231** as being a terminal adapted to receive a remote power feed, because of the capacitor **121** (whose capacitance is at least equal to one microfarad). This capacitor can be the filter capacitor conventionally included at the input of a power supply unit.

FIG. **13** shows part of the block diagram of a variant of the embodiment shown in FIG. **8**. Of the three switches **44**, the one which is connected to the resistor **R3**, on the one hand, and to the resistor **R2**, on the other hand, preferably consists of an electronic circuit **44'** shown in FIG. **16**. The switch **48** which is connected to the resistor **R4**, on the one hand, and to the conductors A2 and B2, on the other hand, preferably consists of an electronic circuit **48'** identical to the switch **44'**. The inductor **49** is preferably replaced with an electronic circuit **49'** for blocking an alternating current, namely the respective circuits **49'**a and **49'**b shown in FIGS. **14** and **15**.

FIG. **14** is the block diagram of a preferred first embodiment **49'**a of the electronic circuit **49'** for blocking an alternating current. This example includes three silicon diodes D5, D6, D7. The alternating current test signal generator applies to the terminals of the circuit **49'**a an AC voltage which in this example is equal to 1.2 volts. The current/voltage characteristic of any silicon diode is non-linear and has a threshold of approximately 0.6 volt. Beyond that threshold, the dynamic resistance is negligible. The diodes D5, D6, D7 have a combined threshold of approximately 1.8 volts. They therefore have a negligible conductance for the alternating current test signal when the remote power feed current is not flowing through them.

That signal is therefore not absorbed by the DC voltage generator **46** if no terminal adapted to receive a remote power feed is connected to the line. If a terminal adapted to receive a remote power feed is connected to the line, the alternating current test signal is absorbed but this is of no importance because at this time the test signal does not need to be used to detect the disconnection of a terminal. The skilled person knows how to adapt the number of semiconductor diodes to suit the voltage of the alternating current test signal.

FIG. **15** is the block diagram of a preferred second embodiment **49'**b of the electronic circuit **49'** for blocking an alternating current, which includes at least one transistor behaving as a direct current generator. The electronic circuit **49'**b includes a bipolar transistor T1 whose collector and emitter constitute respective terminals of the circuit **49'**b. The base is connected to a bridge made up of two resistors R6 and R7 connected between these two terminals. A capacitor C4 is connected between the base and the emitter. The time constant of the circuit **49'**b as a whole is made very much greater than the period of the alternating current test signal. It can be shown by calculation that the circuit then has a negligible conductance for the alternating current signal.

FIG. **16** is the block diagram of a preferred embodiment of the electronic switching circuits **44'** and **48'**. Each includes, in addition to at least one active component:

means for turning it on and off to activate or deactivate the remote power feed current, and

means for controlling it in such manner as to limit the remote power feed current to a predetermined current that is not hazardous to the line or the generator **46**.

To be more precise, in this example, the circuit **44'** or **48'** includes:

a port **71** which is coupled to the conductors D1 and D2 (FIG. **8**), respectively A2 and B2,

a control port **72** connected to the control circuit **43'** (FIG. **8**),

16

a port **73** which is connected to the resistor R3, respectively R4,

an MOS transistor T4 whose drain is connected to the port **71** and whose source is connected to the port **73** via a resistor R11,

an NPN bipolar transistor T3 whose collector is connected to the gate of the transistor T4, whose emitter is connected to a supply voltage −V via a resistor R9, and whose base is connected to the control port **72**,

an NPN bipolar transistor T5 whose collector is connected to the gate of the transistor T4, whose emitter is connected to the port **73**, and whose base is connected to the drain of the transistor T4, and

a resistor R10 connecting the gate of the transistor T4 to the port **73**.

A binary control signal is applied to the port **72**. When it turns off the transistor T3, the transistor T4 is turned off and the remote power feed is cut off. When it saturates the transistor T3, the transistor T4 conducts and the remote power feed is applied. The voltage drop in the resistor R11 caused by the remote power feed current turns on the transistor T5 when it reaches a threshold voltage. The transistor T5 then reduces the conductance of the transistor T4. This current regulation limits the remote power feed current to a maximum current essentially determined by the resistance of the resistor R11, the ratio of the resistances of the resistors R9 and R10, and the voltage −V. To complete the protection of the generator **46** against short-circuits, a fuse can be inserted as close as possible to the positive terminal of the generator **46**.

In a variant, the circuit **44'**, **48'** further includes means for controlling the active component so that it has a negligible conductance for the test alternating current. For example, a capacitor C5 can be connected between the gate of the transistor T4 and the port **73**. The transistor T4 then behaves as a direct current generator, presenting a high impedance to the alternating current test signal generator, in particular when the transistor T5 is not turned on. The time constant of the circuit as a whole is chosen so that the transistor T4 has a negligible conductance vis-à-vis the alternating current test signal. There is then no longer any need for the blocking device **49** or **49'**.

What is claimed is:

**1.** A method of providing a remote power feed to a terminal in a local area network, the method comprising:

producing [at least one detection] *an alternating current test* signal on at least two conductors of a line for connecting the local area network to a remote terminal, [that] *the test* signal having an energy such that the terminal cannot be damaged under any circumstances,

detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of predetermined impedance in the remote terminal on the basis of a current created by the test signal in [that] *said* line, and

sending a power supply current in [that] *said* line when the presence of a terminal adapted to receive a remote power feed is detected.

**2.** A remote power feed method according to claim **1**, wherein, to detect a predetermined impedance in the remote terminal, the method detects the presence of a capacitor in the remote terminal.

**3.** A remote power feed method according to claim **2**, wherein, to detect the presence of a capacitor in the remote terminal:

US RE44,325 E

17

[an] *said* alternating current test signal is applied to the line and it is verified that the remote terminal does not behave like an open circuit for [that] *the alternating current test* signal,

a direct current test signal is applied to the line and it is verified that the remote terminal behaves like an open circuit for [that] *the direct current test* signal, and

the method concludes that a terminal adapted to receive a remote power feed is present if the results of both tests are positive.

**4.** A remote power feed method according to claim **1**, wherein, to detect a predetermined impedance in the remote terminal, the method detects the presence of a short-circuit in the remote terminal.

**5.** A remote power feed method according to claim **1**, suited to a line including two pairs for sending/receiving data and each enabling the transmission of a remote power feed current in common mode and other conductors which can also be used for a remote power feed, wherein detecting a remote terminal adapted to receive a remote power feed comprises:

performing a first test to detect if the terminal is adapted to receive a remote power feed via the two pairs for sending/receiving data,

performing a second test to detect if the terminal is adapted to receive a remote power feed via the other conductors that can also be used for a remote power feed,

sending a remote power feed current in the two pairs for sending/receiving data only if the first test shows that the terminal is adapted to receive a remote power feed via those two pairs, and

sending a remote power feed current in the other conductors that can also be used for a remote power feed only if the second test shows that the terminal is adapted to receive a remote power feed via those other conductors.

**6.** A remote power feed method according to claim **5**, wherein the first test comprises [of] detecting the presence of a first predetermined impedance in the terminal on the basis of a current created by a first test signal in the two pairs for sending/receiving data and the second test comprises [of] detecting the presence of a second predetermined impedance in the terminal on the basis of a current created by a second test signal in the other conductors.

**7.** A remote power feed method according to claim **6**, wherein one of the two predetermined impedances is a short-circuit and the other predetermined impedance is a capacitance.

**8.** A remote power feed unit for implementing the method according to claim **1**, wherein the unit includes:

means for producing [at least one detection] *said alternating current test* signal on at least two conductors of a line for connecting the local area network to a remote terminal, [that] *the test* signal having an energy such that the terminal cannot be damaged under any circumstance,

means for detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of a predetermined impedance in the remote terminal on the basis of a current created by the test signal in [that connection] *said line*, and

means for sending a power supply current in [the] *said* line when the presence of a terminal adapted to receive a remote power feed is detected.

**9.** A [system] *remote power feed unit* according to claim **8**, wherein the means for detecting a predetermined impedance in the remote terminal include means for detecting the presence of a capacitor in the remote terminal.

**10.** A [system] *remote power feed unit* according to claim **8**, wherein the means for detecting a predetermined imped-

18

ance in the remote terminal include means for detecting the presence of a direct current short-circuit in the remote terminal.

**11.** A [system] *remote power feed unit* according to claim **9**, wherein the means for detecting the presence of a capacitor in the remote terminal include:

means for applying [an] *said* alternating current test signal to the line and verifying that the remote terminal does not behave like an open circuit for [that] *the alternating current test* signal,

means for applying a direct current test signal to the line and verifying that the remote terminal behaves like an open circuit for [that] *the direct current test* signal, and

logic means for concluding that a terminal adapted to receive a remote power feed is present if the results of both tests are positive.

**12.** A [system] *remote power feed unit* according to claim **10**, wherein the means for detecting the presence of a short-circuit in the remote terminal include:

means for applying a direct current test signal to the line, and

means for detecting if the remote terminal behaves like a short-circuit for [that] *the direct current test* signal and concluding that a terminal adapted to receive a remote power feed is present if the result of the test is positive.

**13.** A [system] *remote power feed unit* according to claim **8**, further including:

means for detecting disconnection of the terminal adapted to receive a remote power feed, and

means for interrupting the remote power feed current in response to detection of disconnection of the terminal.

**14.** A [system] *remote power feed unit* according to claim [8] *13*, wherein means for detecting disconnection of a terminal adapted to receive a remote power feed include:

means for applying an alternating current test signal to the line, and

means for verifying if the terminal behaves like an open circuit for [that] *the alternating current* test signal.

**15.** A [system] *remote power feed unit* according to claim **8**, further including:

means for detecting a short-circuit for the [remote] power [feed direct] *supply* current on the line after sending the [remote] power [feed] *supply* current, and

means for interrupting the sending of the [remote] power [feed] *supply* current for a predetermined time and then sending a [remote] power [feed] *supply* current again if a short-circuit is detected for the power supply [direct] current.

**16.** A [system] *remote power feed unit* according to claim **8**, further including:

means for concluding that a terminal that is not adapted to receive a remote power feed or a direct current short-circuit is present if the remote terminal does not behave like an open circuit for the alternating current test signal and does not behave like an open circuit for [the] *a* direct current test signal,

means for then applying a *further* direct current test signal to the line to verify that the remote terminal or the short-circuit is still connected, and

means for concluding that the terminal that is not adapted to receive a remote power feed or the short-circuit has been disconnected and if the result of the direct current test is negative, then the means for concluding:

applies [an] *a further* alternating current test signal to the line and verifies that the remote terminal does not behave like an open circuit for [that] *the further alternating current test* signal,

US RE44,325 E

19

applies a *further* direct current test signal to the line and verifies that the remote terminal behaves like an open circuit for [that] *the further direct current test* signal, and

concludes that a terminal adapted to receive a remote power feed is present if the results of both tests are positive.

**17**. A [system] *remote power feed unit* according to claim **8**, suitable for a line including two pairs for sending/receiving data each enabling the common mode transmission of a remote power feed current, and other conductors that can also be used for a remote power feed, wherein the means for detecting a remote terminal adapted to receive a remote power feed include:

means for performing a first test to detect if the terminal is adapted to receive a remote power feed via the two pairs for sending/receiving data,

means for performing a second test to detect if the terminal is adapted to receive a remote power feed via the other conductors that can also be used for a remote power feed,

means for sending a remote power feed current in the two pairs for sending/receiving data only if the first test shows that the terminal is adapted to receive a remote power feed via those two pairs, and

means for sending a remote power feed current in the other conductors that can also be used for a remote power feed only if the second test shows that the terminal is adapted to receive a remote power feed via those other conductors.

**18**. A [system] *remote power feed unit* according to claim **17**, wherein:

the means for performing the first test include means for detecting the presence of a first predetermined impedance in the terminal on the basis of a current created by a test signal in the two pairs for sending/receiving data, and

the means for performing the second test including means for detecting the presence of a second predetermined impedance in the terminal on the basis of a current created by a test signal in the other conductors.

**19**. A [system] *remote power feed unit* according to claim **18**, wherein one of the two predetermined impedances is a short-circuit and the other predetermined impedance is a capacitance.

**20**. A [system] *remote power feed unit* according to claim **10**, wherein the means for detecting the presence of a direct current short-circuit in the remote terminal include means for limiting the duration of the test signal so that the energy dissipated in the terminal cannot damage [it] *the terminal* under any circumstances.

**21**. A remote power feed unit according to claim **8**, wherein the means for sending a power supply current in the line include a direct current supply in series with a circuit for blocking an alternating current.

**22**. A remote power feed unit according to claim **21**, wherein the circuit for blocking an alternating current includes at least one semiconductor diode which is conducting in the direction of the remote power feed direct current.

**23**. A remote power feed unit according to claim **21**, wherein the circuit for blocking an alternating current includes at least one transistor behaving like a direct current generator.

**24**. A remote power feed unit according to claim **8**, wherein the means for sending a power supply current in the line include a DC voltage supply in series with at least one electronic switching circuit including an active component and:

20

means for turning it on and off to [active] *activate* or deactivate the remote power feed current, and

means for controlling it so as to limit the remote power feed current.

**25**. A remote power feed unit according to claim **24**, further including means for controlling the active component so that it has a negligible conductance for the test alternating current.

**26**. A terminal adapted to be connected to a local area network and to receive a remote power feed via a line, wherein the terminal includes at least one predetermined impedance connected to at least two conductors of the line and which identifies terminals adapted to receive a remote power feed, wherein the predetermined impedance is a very much higher capacitance than that of terminations routinely connected to the ends of the lines in terminals that are not adapted to receive a remote power feed but are adapted to be connected to the local area network.

**27**. A repeater adapted to receive a remote power feed and adapted to be included in a line between a network equipment unit including a remote power feed unit and another network equipment unit in a local area network,

the repeater including a power supply unit powered by a remote power feed and whose input is connected in parallel with the power supply input of the other network equipment unit to the conductors of the line that provide the remote power feed, and

the power supply unit having an input impedance whose modulus is very much higher than the modulus of the input impedance of the power supply unit which is characteristic of equipment units adapted to receive a remote power feed likely to be connected downstream of that repeater.

**28**. A concentrator adapted to be inserted into a line between a network equipment unit including a remote power feed unit and at least one other network equipment unit in a local area network,

the concentrator including, for each of its ports adapted to be connected to another network equipment unit, a remote power feed unit which includes:

means for producing [at least one detection] *an alternating current test* signal on at least two conductors of a line for connecting the concentrator to another network equipment unit, [that] *the test* signal having an energy such that the other network equipment unit cannot be damaged under any circumstances,

means for detecting the presence of another equipment unit adapted to receive a remote power feed by detecting the presence of a predetermined impedance in that other equipment unit on the basis of a current created by the test signal in the line, and

means for sending a power supply current in the line when the presence of another equipment unit adapted to receive a remote power feed is detected.

**29**. A concentrator according to claim **28**, adapted to receive a remote power feed, the concentrator including at least one predetermined impedance which is connected to at least two conductors of the line and is characteristic of network equipment units adapted to receive a remote power feed.

*30. A method of providing a remote power feed to a terminal in a local area network, the method comprising:*

*producing at least first and second test signals on at least two conductors of a line for connecting the local area network to a remote terminal, the test signals having an energy such that the terminal cannot be damaged under any circumstances,*

*detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of*

US RE44,325 E

21

predetermined impedance in the remote terminal in compliance with a predetermined impedance threshold, on the basis of a current created by at least one of the test signals in said line, and

sending a power supply current in said line when the presence of a terminal adapted to receive a remote power feed is detected.

31. A remote power feed method according to claim 30, wherein the first and second test signals are different electrical signals.

32. A remote power feed method according to claim 31, wherein one of said first and second test signals is an AC signal.

33. A remote power feed method according to claim 31, wherein one of said first and second test signals is a DC signal.

34. A remote power feed method according to claim 32, wherein the other of said first and second test signals is a DC signal.

35. A remote power feed method according to claim 30, wherein said step of detecting the presence of a remote terminal adapted to receive a remote power feed further comprises detecting the presence of predetermined impedances in the remote terminal on the basis of currents created by each of said first and second test signals.

36. A remote power feed method according to claim 35, wherein the first and second predetermined impedances are different types of impedance.

37. A remote power feed method according to claim 35, wherein said predetermined impedances comprise a low impedance to one of said first and second test signals and a higher impedance to the other of said first and second test signals.

38. A remote power feed method according to claim 37, wherein said one of said first and second test signals is an AC test signal and the other of said first and second test signals is a DC test signal.

39. A remote power feed method according to claim 35, wherein said predetermined impedances comprise an impedance in a first range detected on the basis of a current created by said first test signal and an impedance in a second range detected on the basis of a current created by said second test signal.

40. A remote power feed method according to claim 39, wherein said first and second ranges of impedances comprise impedances below and above respective impedance level thresholds.

41. A remote power feed method according to claim 40, wherein said impedance level thresholds are different from one another.

42. A remote power feed method according to claim 36, wherein one of the first and second predetermined impedances is capacitive impedance and the other is a resistive impedance.

43. A remote power feed method according to claim 35, wherein each of said predetermined impedances is a resistance.

44. A remote power feed method according to claim 43, wherein said first test signal is an AC test signal and said second test signal is a DC test signal.

45. A method of providing a remote power feed to a terminal in a local area network, the method comprising:

producing at least one test signal on at least two conductors of a line for connecting the local area network to a remote terminal, the test signal having an energy such that the terminal cannot be damaged under any circumstances,

22

detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of predetermined impedance in the remote terminal on the basis of a current created by the test signal in said line, and

sending a power supply current in said line when the presence of a terminal adapted to receive a remote power feed is detected;

said method further comprising the step of subsequently producing a disconnect test signal superimposed on the power supply current provided over said line to detect the removal of said remote terminal adapted to receive a remote power feed.

46. A method of providing a remote power feed according to claim 45, wherein the disconnect test signal is an AC signal and the said step of detecting the removal of said remote terminal includes detecting an impedance in response to the AC disconnect signal.

47. A method of providing a remote power feed according to claim 45, wherein said step of producing at least one test signal comprises producing first and second test signals on said at least two conductors, and said step of detecting the presence of a remote terminal adapted to receive a remote power feed comprises detecting the presence of first and second impedances in response to said first and second signals.

48. A method of providing a remote power feed to a terminal in a local area network, the method comprising:

producing at least one test signal on at least two conductors of a line for connecting the local area network to a remote terminal, the test signal having an energy such that the terminal cannot be damaged under any circumstances,

detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of predetermined impedance in the remote terminal on the basis of a current created by the test signal in said line, and

sending a power supply current in said line when the presence of a terminal adapted to receive a remote power feed is detected;

wherein the step of detecting the presence of predetermined impedance includes detecting predetermined capacitive impedance.

49. A method of providing a remote power feed according to claim 48, wherein said step of detecting the presence of predetermined impedance further includes detecting predetermined resistive impedance.

50. A method of providing a remote power feed to a terminal in a local area network, the method comprising:

producing at least first and second test signals on at least two conductors of a line for connecting the local area network to a remote terminal, the test signals having an energy such that the terminal cannot be damaged under any circumstances,

detecting the presence of a remote terminal adapted to receive a remote power feed by detecting the presence of first predetermined impedance and second predetermined impedance in the remote terminal on the basis of a current created by at least one of the test signals in said line, and

sending a power supply current in said line when the presence of a terminal adapted to receive a remote power feed is detected.

US RE44,325 E

23

51. A method of providing a remote power feed according to claim 50, wherein one of said first predetermined impedance and second predetermined impedance is a capacitive impedance.

52. A method of providing a remote power feed according to claim 50, wherein one of said first predetermined impedance and second predetermined impedance is a resistive impedance.

53. A method of providing a remote power feed according to claim 51, wherein the other of said first predetermined impedance and second predetermined impedance is a resistive impedance.

54. A method of providing a remote power feed according to claim 50, wherein one of said first and second test signals is a DC signal.

55. A method of providing a remote power feed according to claim 54, wherein the other of said first and second test signals is an AC signal.

56. A method of providing a remote power feed according to claim 53, wherein one of said first and second test signals is a DC signal.

57. A method of providing a remote power feed to a terminal in a local area network, the method comprising:

   producing at least one test signal on at least two conductors of a line for connecting the local area network to a remote terminal, the test signal having an energy such that the terminal cannot be damaged under any circumstances,

24

detecting the presence of a remote terminal adapted to receive a remote power feed by (i) detecting the presence of first predetermined impedance in the remote terminal on the basis of a current created by the test signal in said line, and (ii) detecting the presence of a second predetermined impedance, and

sending a power supply current in said line when the presence of a terminal adapted to receive a remote power feed is detected.

58. A remote power feed method according to claim 57, wherein one of said first and second predetermined impedances is a resistive impedance.

59. A remote power feed method according to claim 58, wherein the other of said first and second predetermined impedances is a capacitive impedance.

60. A remote power feed method according to claim 58, wherein said resistive impedance is a resistance in a range of resistance values.

61. A remote power feed method according to claim 60, wherein said range of resistance values is resistance values below a threshold resistance value.

62. A remote power feed method according to claim 59, wherein said capacitive impedance reflects a capacitance in a range of capacitance values.

63. A remote power feed method according to claim 62, wherein said range of capacitance values is capacitance values above a threshold capacitance value.

*   *   *   *   *

# EXHIBIT 9



US008416892B2

(12) **United States Patent**

Mauritz

(10) **Patent No.: US 8,416,892 B2**

(45) **Date of Patent: Apr. 9, 2013**

(54) **METHOD AND APPARATUS OF TRANSMITTING A RANDOM ACCESS PREAMBLE**

(75) Inventor: **Oskar Mauritz**, Stockholm (SE)

(73) Assignee: **Huawei Technologies Co., Ltd.**, Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/291,727**

(22) Filed: **Nov. 8, 2011**

(65) **Prior Publication Data**

US 2012/0051292 A1 Mar. 1, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/605,616, filed on Oct. 26, 2009, which is a continuation of application No. PCT/CN2008/070768, filed on Apr. 22, 2008.

(30) **Foreign Application Priority Data**

Apr. 30, 2007 (CN) ......................... 2007 1 0074200

(51) **Int. Cl.**
 *H03D 1/00* (2006.01)
(52) **U.S. Cl.**
 USPC ............ **375/343**; 375/146; 375/147; 375/267
(58) **Field of Classification Search** ................ 375/314, 375/246, 253, 240.247
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,963,600 B1 | 11/2005 | Fan et al. | | |
| 7,720,161 B1 * | 5/2010 | Dogan et al. | ................. | 375/259 |
| 7,738,356 B2 | 6/2010 | Kim | | |
| 7,778,151 B2 * | 8/2010 | Bertrand et al. | ............. | 370/208 |
| 7,792,212 B2 * | 9/2010 | Lee et al. | ..................... | 375/295 |
| 8,098,745 B2 * | 1/2012 | Bertrand et al. | ............. | 375/260 |
| 2004/0001529 A1 | 1/2004 | Cai | | |
| 2005/0103168 A1 | 5/2005 | Wei | | |
| 2008/0235314 A1 | 9/2008 | Lee | | |
| 2010/0074372 A1 | 3/2010 | Mauritz | | |

FOREIGN PATENT DOCUMENTS

CN 1297628 A 5/2001

OTHER PUBLICATIONS

English Translation of the Written Opinion of the International Search Authority for International application No. PCT/CN2008/070768, mailed Jul. 31, 2008, total 3 pages.
International Search Report for International application No. PCT/CN2008/070768, mailed Jul. 31, 2008, total 4 pages.
QUALCOMM European, "RACH Sequence Structure and Evaluation," 3GPP TSG-RAN WG1;R1-062048 Tallinn Estonia, Aug. 28-Sep. 1, 2006, 4 pages.
LGE, "RACH Sequence Design Based on Repetition Method", 3GPP TSG RAN1 LTE WG1 Meeting #46bits; R1-062556; Seoul, Korea, Oct. 9-13, 2006, 8 pages.

(Continued)

*Primary Examiner* — Daniel Washburn
*Assistant Examiner* — Qutbuddin Ghulamali

(57) **ABSTRACT**

Method and apparatus are provided for transmitting a random access preamble in a mobile communication system. The preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}, and transmitted.

**20 Claims, 3 Drawing Sheets**



US 8,416,892 B2

Page 2

### OTHER PUBLICATIONS

European Patent Office Communication including,pursuant to Rule 62 EPC,the supplementary European search report (Art. 153(7)EPC)and the European search opinion for application No. 0873126.9.dated Jul. 6, 2010,total 6 pages.

Huawei,"Specification of restricted set of cyclic shifts of root Zadoff-Chu sequences",TSG RAN WG1 meeting #48bis; R1-071408,St. Julian's, Malta, Mar. 26-30, 2007,4 pages.

Panasonic,"RACH sequence indication method on BCH",3GPP TSG RAN WG1 Meeting #48bis;R1-071519,St. Julians, Malta, Mar. 26-30, 2007,3 pages.

LG Electronics Inc.,"Design for restricted set of cyclic shifts",3GPP TSG RAN WG1 #48bis;St. Julians, Malta, Mar. 26-30, 2007,3 pages.

First Examination Report issued by IP Australia for application No. 2008247204,dated Jul. 26, 2010,1 page.

"Outstanding Issues in Random Access Preamble Design for E-UTRA" St.Julian's,Malta,Mar. 26-30, 2007;3GPP TSG RAN WG 1 #48bits;pp. 1-6.

"3rd Generation Partnership Project :Technical Specification Group Radio Access Network;Physical Channels and Modulation(Release 8)",3GPP Organizational Partners;3GPP TS 36.211 v1.0.0(Mar. 2007);pp. 1-30.

"On Construction and Signaling of RACH Preambles",Nokia, Siemens,St.Julian's,Malta,Mar. 26-30, 2007;3GPP TSG RAN WG 1 #48bits;R1-071661;pp. 1-2.

Qingmei Liang et al.: "A Novel Spreading Sequence Set Applied in Qua si2synchronous CDMA Systems," dated May 2006, 5 pages total.

Office action issued in corresponding U.S. Appl. No. 12/605,616, dated Sep. 19, 2012, 20 pages total.

Branislav M. Popovic, "Generalized Chirp-Like Polyphase Sequences with Optimum Correlation Properties," IEEE Transactions on Information Theory, Vol. 38, No. 4, July 1992, total 4 pages.

Branislav M. Popovic, "Efficient Matched Filter for the Generalized Chirp-Like Polyphase Sequences", IEEE Transactions on Aerospace and Electronic Systems, Vol. 30, No. 3, July 1994, total 9 pages.

* cited by examiner



S101

The length of the root sequence is determined

S102

A set of ZCZ lengths is selected so that, for any cell radius, the maximum number of preambles obtained from a ZCZ length which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles obtained from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum preamble number, wherein the maximum number of preambles is determined from the length of a root sequence and a ZCZ length selected.

**Fig. 1**



**Fig. 2**



**Fig. 3**



**Fig. 4**



**Fig. 5**

US 8,416,892 B2

1

# METHOD AND APPARATUS OF TRANSMITTING A RANDOM ACCESS PREAMBLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 12/605,616, filed on Oct. 26, 2009, which is a continuation of International Patent Application No. PCT/CN2008/070768, filed on Apr. 22, 2008, which claims priority to Chinese Patent Application No. 200710074200.1, filed on Apr. 30, 2007, all of which are incorporated by reference herein in their entireties.

## TECHNICAL FIELD

The disclosure relates to the technology of mobile communication, and more particularly, to a method, an apparatus and a mobile communication system of selecting and transmitting a Random Access Preamble (RAP).

## BACKGROUND

In a mobile communication system, a Random Access Preamble is normally transmitted to a base station by a mobile terminal to initiate the random access procedure and to enable synchronization of the mobile terminal with the base station.

There are 64 preambles in each cell in the document entitled "3GPP TS 36.211 v1.0.0—Physical Channels and Modulation" which was published in March 2007. When initiating a random access procedure, a mobile terminal transmits one of the 64 preambles. A message is transmitted to a base station by the mobile terminal selecting a particular preamble.

Before transmitting the preamble, a mobile terminal must synchronize to the carrier frequency and the frame timing of a base station to become downlink synchronized. Although the mobile terminal is downlink synchronized, there is uncertainty when a signal transmitted by the mobile terminal arrives at the base station. This is because a mobile terminal far away from the base station will receive downlink signals with a larger delay than a mobile terminal close to the base station, and the transmitted signals in the uplink will take a longer time to propagate to the base station for a mobile terminal which is far away from the base station compared to the signals from a mobile terminal close to the base station. The uncertainty in round trip time causes interference between uplink signals transmitted by different mobile terminals unless uplink synchronization is performed before data transmission in uplink.

The transmission of any of the RAPs allows a base station to estimate the time of arrival of an uplink signal. The base station can then, based on the time of arrival estimate, transmit a time advance command to a mobile terminal to ensure uplink synchronization. Hence, once a preamble is transmitted by a mobile terminal, the base station may detect which preamble has been transmitted and estimate the time of arrival.

To obtain good detection properties of the preambles, or to accurately estimate the time of arrival of the uplink signal, the set of preambles should be designed to have good autocorrelation and cross-correlation properties.

The set of RAPs in Evolved UTRA (E-UTRA) is defined from one or several root sequences. A subset of the preambles $x_{u,v}(k)$ is generated from the $u^{th}$ order root Zadoff-Chu (ZC) sequence $x_u(k)$ by cyclic shifts of a plurality of the shift

2

increments $N_{CS}$. Specifically, $x_{u,v}(k)$ may be generated according to the equation below:

$$x_{u,v}(k) = x_{u,v}((k+vN_{CS}) \bmod N_{ZC} \qquad (1)$$

where v is an integer, and $N_{ZC}$ is the length of the ZC sequence

$$x_u(k) = W^{uk(k+1)/2}, k=0,1,\ldots,N_{ZC}-1, W=e^{-j2\pi/N_{ZC}}, j=\sqrt{-1} \qquad (2)$$

The number of preambles that may be generated from a single root sequence is $N_{pre}[N_{ZC}/N_{CS}]$, where $\lfloor n \rfloor$ denotes the largest integer not greater than n. If $N_{pre} < 64$, then several preamble subsets generated from different root sequences are required to obtain 64 preambles in a cell. The cross-correlation between different root sequences is small but still larger than the cross-correlation between sequences generated by a single root sequence. Thus it is beneficial for the detection performance to have $N_{pre} = 64$ if $N_{pre}$ could not be set greater.

The number of ZC sequences contained in each set of ZC sequences with length of $N_{ZC}$ is $N_{ZC}-1$. If the number of root sequences for obtaining the 64 preambles of a cell is $N_r$, $N_r = \lceil 64/N_{pre} \rceil$, where $\lceil n \rceil$ denotes the minimal integer not smaller than n, then the number of disjoint sets is $N_D = \lfloor (N_{ZC}-1/N_r \rfloor$. Different cells in a network should make use of preambles obtained from disjoint sets of root sequences, so that the base station knows whether a transmitted preamble is intended for a certain cell or not. The larger the number of root sequences $N_r$ that is needed for obtaining 64 preambles in a cell, the smaller is the number of disjoint sets of RAPs $N_D$. Thus, from a network planning perspective, it is desirable to have $N_{pre} = 64$, and if that is not possible, to have as high value as possible of $N_{pre}$.

A subset of preambles generated with equation (1) is a set of so-called Zero-Correlation Zone (ZCZ) sequences. The definition for a set of ZCZ sequences is as follows: a set of M sequences $\{d_v(k)\}$, v=0, 1, ..., M−1, k=0, 1, ..., N−1, of length N, is said to be a set of ZCZ sequences, if all the sequences in the set satisfy the following autocorrelation and cross-correlation properties:

The periodic autocorrelation function $\Sigma_{k=0}^{N-1} d_v(k) d_v^*((k+p) \bmod N)$ is zero for all p such that $0 < |p| \leq T$, and the periodic cross-correlation function $\Sigma_{k=0}^{N-1} d_v(k) d_w^*((k+p) \bmod N)$ is zero for all p such that $|p| \leq T$ (including p=0), where T is the length of the ZCZ.

A ZC sequence has ideal periodic autocorrelation when, for example, $\Sigma_{k=0}^{N-1} x_u(k) x_u^*((k+p) \bmod N)$ is zero for all nonzero p. Thus the set of preambles defined as cyclic shifts of the root sequence according to equation (1) is a set of ZCZ sequences, where the ZCZ length is $T = N_{CS}-1$.

Based on $N_{pre} = \lfloor N_{ZC}/N_{CS} \rfloor$, $N_{CS}$ should be as small as possible in order to make $N_{pre}$ be as great as possible. But the value of $N_{CS}$ should not be too small. In a base station a bank of correlators are used when receiving RAPs, so that there is one correlator for each preamble. Each correlator outputs time of arrival from 0 to $T \times T_S - (N_{CS}-1) \times T_s$, where $T_s$ is the symbol period of the sequence. The ZCZ property of the set of preambles implies that the correlator for any preamble will give a zero output if any other preamble is transmitted as long as the sum of the round trip time and delay spread in the cell is less than or equal to the product of the length of ZCZ and $T_s$ (i.e., $T \times T_s$). The maximum round trip time $T_r$ in a cell is given by the cell radius R: $T_r = 2R/c$, where c is the speed of light. Thus, the minimum value of the length of ZCZ and the minimum value of $N_{CS}$ length for a certain cell increase with the cell radius. Therefore, the value of the selected $N_{CS}$ should be large enough to ensure that the conditions mentioned above are satisfied.

Since the cell radius to be supported in E-UTRA is from 1 km to 100 km, and since $N_{CS}$ should be as small as possible

US 8,416,892 B2

3

for any given cell, there is a need for multiple values of $N_{CS}$. The value of an $N_{CS}$ in a cell is broadcast to a mobile terminal by a base station. Of course, the base station may broadcast the length of ZCZ to the mobile terminal, so that the mobile terminal knows how to generate preambles. It is desirable to have as small amount of signaling as possible on the broadcast channel to save overload. Therefore, to achieve low signaling overload, there should be a limited predefined set of values of $N_{CS}$ or a set of lengths of ZCZ.

It is proposed in the 3GPP Tdoc "R1-071661—On construction and signaling of RACH preambles" disclosed in March 2007 that, the cyclic shift increment value $N_{CS}$ in the cell was proposed to be signalled to the UE but there was no restriction on the values of the cyclic shift increment, which would then give rise to a substantial amount of signalling. An alternative proposal is given in the 3GPP Tdoc "R1-071471— Outstanding issues in random access preamble design for E-UTRA" disclosed in March 2007, which is to have 11 values of $N_{CS}$ without specification how to select the values. However, it is not described in these documents how to select the lengths of ZCZ. Currently there is no feasible scheme for selecting an appropriate limited set of ZCZ lengths, in order to ensure a small and limited signaling overload.

SUMMARY

In one aspect, an embodiment of the disclosure provides a method of selecting and transmitting a random access preamble in a mobile communication system. A random access preamble is selected from a set of random access preambles and transmitted, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, the $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides an apparatus that includes a processor configured to select a random access preamble from a set of random access preambles and transmit the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, the $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides a method of receiving a random access preamble in a mobile communication system. The method provides for receipt of an uplink signal that includes a random access preamble, estimating a time of arrival of the uplink signal, and transmitting a time advance based on the time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

In another aspect, an embodiment of the disclosure provides an apparatus that includes a processor configured to receive an uplink signal having a random access preamble, estimate a time of arrival of the uplink signal and transmit a time advance based on the time of arrival. The random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}-1$, wherein $N_{CS}$ is a cyclic shift increment selected from a set of cyclic shift increments {0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419}.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow chart illustrating an method embodiment of the disclosure;

4

FIG. 2 is a diagram illustrating the relationship between the maximum number of preambles and the cell radius according to an embodiment of the disclosure;

FIG. 3 is a diagram illustrating the value of maximum relative difference in the cell radius interval k according to an embodiment of the disclosure;

FIG. 4 is a block diagram of the base station according to an embodiment of the disclosure; and

FIG. 5 is a diagram illustrating the mobile communication system according to an embodiment of the disclosure.

DETAILED DESCRIPTION

The general solution of an embodiment of the disclosure is described first, incorporating FIG. 1. As illustrated in FIG. 1, the embodiment includes:

Step 101: The length of the root sequence is determined;

Step 102: A set of ZCZ lengths is selected so that, for any cell radius, the maximum number of preambles determined from a ZCZ length is selected from the selected set of ZCZ lengths, is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles obtained from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

In an embodiment of the disclosure, it should be ensured that the product of a ZCZ length and the symbol period of the sequence is greater than the sum of the round trip time and the delay spread of a cell, i.e., $T \times T_s > T_r + T_d$, in which, T is the length of ZCZ, $T_s$ is the symbol period, $T_r$ is the round trip time, and $T_d$ is the delay spread.

Since the maximum round trip time $T_r$ in a cell is determined by the cell radius R, i.e., $T_r = 2R/c$, where c is the speed of light, $T \times T_s > T_r + T_d$ may be rewritten as $T \times T_s > 2R/c + T_d$.

Furthermore, since $T = N_{CS} - 1$, $T \times T_s > 2R/c + T_d$ may be rewritten as $(N_{CS}-1) \times T_s > 2R/c + T_d$. Therefore, $N_{CS} > 1 + (2R/c + T_d)/T_s$.

Additionally, since $N_{pre} = \lfloor N_{ZC}/N_{CS} \rfloor$, $N_{pre} < \lfloor N_{ZC}/(1 + (2R/c + T_d)/T_s) \rfloor$. Thus, $N_{pre}$ may be a function of the cell radius R. Of course, the cell radius may also be varying; and the value of $N_{pre}$ decreases as the value of $N_{CS}$ increases.

In an embodiment of the disclosure, a limited set of $N_{CS}$ values is constructed, i.e., for a certain cell radius, the $N_{pre}$ corresponding to the minimum $N_{CS}$ value which is selected from the limited set and is applicable to the cell, is closest to the $N_{pre}$ corresponding to the minimum $N_{CS}$ value which is selected from the set of all integers and is applicable to the cell. Furthermore, a maximum relative difference may be constructed from $N_{pre}$. This maximum relative difference is between the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the set of integers and is applicable to the cell, and the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the limited set and is applicable to the cell. If the finally determined or selected limited set is such a set that the maximum relative difference between the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the set of integers and is applicable to the cell, and the $N_{pre}(R)$, which is determined from the minimum $N_{CS}$ value selected from the limited set and is applicable to the cell, is minimized in a cell of any radius.

As illustrated in FIG. 2, curve A indicates that for any one cell radius, an integer from the set of all integers may be selected as $N_{CS}$ of the cell, wherein a maximum number of preamble sequences may be generated based on the integer

US 8,416,892 B2

5

selected, and the generated preamble sequences are applicable to the cell. Curve B indicates a set of $N_{CS}$ including a limited number of $N_{CS}$. When the limited number of $N_{CS}$ is applied in cells of all radii, within a certain interval of cell radii, a same $N_{CS}$ will be used for all cell radii. Thus, the $N_{CS}$ should be determined according to the maximum cell radius in the interval of cell radii. Compared with A, the preamble number generated according to B decreases.

Under these conditions, if the selected limited set ensures that the maximum relative difference between the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from any integer and the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from the limited set is minimized, and it is assumed that the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from any integer is $A(R)$ and the $N_{pre}(R)$ determined from a $N_{CS}$ value selected from the limited set is $B(R)$, then $A(R)$ and $B(R)$ are respectively illustrated in FIG. **2**.

As seen from FIG. **2**, there is a small deviation between $A(R)$ and $B(R)$. For a certain cell radius R, the deviation of $B(R)$ from $A(R)$ for some cell radius R may increase the number of required root sequences for that cell radius R. The increase of the number of root sequences becomes very important for large cell radii where $N_{pre}$ is small. For example, if $A(R)=3$ and $B(R)=2$, the number of root sequences increases significantly, from $\lceil 64/3 \rceil = 22$ to $\lceil 64/2 \rceil = 32$. An appropriate measure of the deviation of B from A should therefore weigh the difference A-B with higher weight for small $N_{pre}$, e.g., by considering the maximum relative difference between $A(R)$ and $B(R)$, i.e., $[A(R)-B(R)]/A(R)$. We will adopt the maximum relative difference between $A(R)$ and $B(R)$ over all cell radii as the measurement of the deviation of $B(R)$ from $A(R)$, and find a set of $N_{CS}$ values that minimizes this measurement. This set may consist of one $N_{CS}=0$ and K+1 non-zero $N_{CS}$ values. The total number of $N_{CS}$ values in the set is K+2.

For example, in a relatively small cell, it would be possible to generate 64 ZCZ preambles from a single root sequence if $N_{CS}=\lceil N_{ZC}/64 \rceil$. This value is the smallest value in the set $N_{CS}(k)$.

The maximum value, $N_{CS}(K)$, is the one that allows for having 2 ZCZ sequences from a set single root sequence, so it is $\lfloor N_{ZC}/2 \rfloor$.

For the largest cells there is only one RAP generated for each root sequence. Therefore, $N_{CS}(K+1)=0$.

The maximum relative difference between $A(R)$ and $B(R)$, i.e., $[A(R)-B(R)]/A(R)$, is non-increasing with radius R within the interval of $[(r(k-1), r(k)]$ and the interval being k, as illustrated in FIG. **2**. In FIG. **2**, r(k) denotes the kth cell radius arranged orderly from small ones to large ones. The reason is that $B(R)$ is constant in the interval, whereas A is inversely proportional to the smallest possible $N_{CS}$ for given R. This value of $N_{CS}$ increases with the round trip time and hence with R.

If it is assumed that the maximum number of preamble sequences of the set $A(R)$ is $N_{pre}(k-1)-1$ in the cell radius interval of $[(r(k-1), r(k)]$, the maximum number of preamble sequences of the set $B(R)$ generated in this interval associate with the cell radius r(k), i.e., the maximum number of preamble sequences is $N_{pre}(k)$. The maximum relative difference $D_k$ in the interval k may be obtained from the following equation:

$$D_k = \frac{N_{pre}(k-1)-1-N_{pre}(k)}{N_{pre}(k-1)-1}$$

6

If $D_k$ and $N_{pre}(k-1)$ are given, $N_{pre}(k)$ may be obtained by rearranging the above equation, i.e.:

$$N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$$

The maximum relative difference $D_{max}$ for all cell radii may be given by $D_{max}=\max \{D_k\}_{k=1}^K$.

For $N_{pre}(k)$, we will first allow $N_{pre}(k)$ to be a real number, and then round the result to the nearest integer. Additionally, $N_{pre}(0)$ and $N_{pre}(K)$ are fixed.

Then $D_{max}$ is minimized if all $D_k$ are equal, i.e. $D_k=D$, k=1, 2, . . . , K, as will be proved in the following.

A set of values, $\{N_{pre}^{(1)}(k)\}_{k=0}^K$, is constructed with the constraint that $N_{pre}^{(1)}(k)=N_{pre}(k)$ for k=0 and k=K, so that $D_k^{(1)}=D$, k=1, 2, . . . , K. For this set, $D_{max}^{(1)}=D$.

Next, another set of values, $\{N_{pre}^{(2)}(k)\}_{k=0}^K$, is constructed with the constraint that $N_{pre}^{(2)}(k)=N_{pre}(k)$ for k=0 and k=K, so that $D_k^{(2)}<D_k^{(1)}$, k=1, 2, . . . , K.

When k=1, since $D_1^{(2)}<D_1^{(1)}$ and $N_{pre}^{(2)}(0)=N_{pre}^{(1)}(0)=N_{pre}^{(2)}(1)>N_{pre}^{(1)}(1)$ is obtained according to $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$.

When k=2, since $D_2^{(2)}<D_2^{(1)}$ and $N_{pre}^{(2)}(1)>N_{pre}^{(1)}$, $N_{pre}^{(2)}(2)>N_{pre}^{(1)}(2)$ is obtained according to $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$.

Similarly, for all k, since $N_{pre}^{(2)}(K)=N_{pre}^{(1)}(K)=N_{pre}(K)$, $N_{pre}^{(2)}(k)>N_{pre}^{(1)}(k)$ is impossible.

Thus, it is impossible to construct a set of values $N_{pre}(k)$ such that $D_{max}<D$, which proves that $D_{max}$ is minimized if all $D_k$ are equal, i.e. $D_k=D$, k=1, 2, . . . , K.

In this way, the set of values $\{N_{pre}(k)\}_{k=0}^K$ which minimizes $D_{max}$ may be found.

Replacing $D_k$ by D in $N_{pre}(k)=(1-D_k)(N_{pre}(k-1)-1)$ and rearranging the equation, a linear difference equation is obtained as follows:

$$N_{pre}(k)-aN_{pre}(k-1)=-a, \text{ wherein } a=(1-D).$$

By recursion, it is obtained from the above equation:

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k-1) \qquad (3)$$

From the above equation and the boundary conditions $N_{pre}(0)$ and $N_{pre}(K)$, a may be determined numerically.

For example, the maximum number of preambles generated from one root sequence is 64, i.e., $N_{pre}(0)=64$. The minimum number of preamble obtained by cyclic shift is 2, for example, $N_{pre}(14)=2$. Thus, a=0.856 may be obtained from these two parameters, and all $N_{pre}(k)$, k=1, 2, . . . may further be obtained.

The maximum relative difference is minimized through an approximate minimization by a sub-optimal algorithm, i.e., by minimizing the maximum relative difference for fictive real-valued maximum number of ZCZ RAPs, and the maximum number of the ZCZ RAPs is thereafter quantized. The method is specified below.

By first rounding the fictive real-valued $N_{pre}(k)$ in

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k-1),$$

the following equation is obtained:

$$N_{CS}(k)=\lfloor N_{ZC}/[N_{pre}(0)\times a^k + a/(1-a)(a^k-1)] \rfloor \qquad (4)$$

US 8,416,892 B2

7

where $\lfloor x \rfloor$ denotes the maximum integer not greater than x, $N_{ZC}$ is the length of the root sequence, $N_{pre}(0)$ denotes the maximum number of preambles generated from the root sequence.

Still taking the above as an example, if $N_{pre}(0)$=64 and $N_{pre}(14)$=2, a=0.856 is obtained based on equation (3). Next, when $N_{ZC}$=839, $N_{CS}(k)$, k=0, 1, 2, . . . , 14 obtained based on equation (4) is illustrated in table 1:

TABLE 1

| k | $N_{CS}(k)$ |
|---|---|
| 0 | 13 |
| 1 | 15 |
| 2 | 18 |
| 3 | 22 |
| 4 | 26 |
| 5 | 32 |
| 6 | 38 |
| 7 | 46 |
| 8 | 59 |
| 9 | 76 |
| 10 | 93 |
| 11 | 119 |
| 12 | 167 |
| 13 | 279 |
| 14 | 419 |

If only one preamble sequence is obtained for a very large cell, which is the sequence itself, then $N_{CS}$=0. Adding this value into the above table, table 2 is obtained:

TABLE 2

| k | $N_{CS}(k)$ |
|---|---|
| 0 | 13 |
| 1 | 15 |
| 2 | 18 |
| 3 | 22 |
| 4 | 26 |
| 5 | 32 |
| 6 | 38 |
| 7 | 46 |
| 8 | 59 |
| 9 | 76 |
| 10 | 93 |
| 11 | 119 |
| 12 | 167 |
| 13 | 279 |
| 14 | 419 |
| 15 | 0 |

Finally, the true integer value of $N_{pre}(k)$ is obtained from $N_{pre}(k)=\lfloor N_{ZC}/N_{CS}(k) \rfloor$ that for some values of k $N_{ZC}/N_{CS}(k)$ are greater than the rounded values $N_{pre}(k)$. As illustrated in FIG. 3, when K=14, the value of $D_k$ obtained from the real number value of $N_{pre}(k)$ is D=0.144. It can be seen from FIG. 3 that the true integer values of $N_{pre}(k)$ will cause $D_k$ to deviate from D. But the deviation is still very small for all cells except the two largest cells. Thus, the selected limited set of values of $N_{CS}$ is applicable.

It should be noted that if the limited set of values of $N_{CS}$ is determined, the limited set of lengths of ZCZ may also be determined, for instance, according to T=$N_{CS}$-1.

Correspondingly, the disclosure provides an embodiment of an apparatus of determining a set of ZCZ lengths. As illustrated in FIG. 4, the apparatus includes: a length determination unit 410, configured to determine a length of a root sequence; and a set selection unit 420, configured to select such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length

8

which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined by the length of the root sequence and a ZCZ length selected.

The set selection unit 420 may include: a module 421 adapted for the selection of a set of cyclic shift increments, wherein, the module 421 is configured to select such a set of cyclic shift increments that, for any cell radius, the maximum number of preambles determined from a cyclic shift increment which is selected from the selected set of cyclic shift increments, and is applicable to the cell, is closest to the maximum number of preambles determined from a cyclic shift increment which is selected from the set of all integers and is applicable to the cell, wherein the maximum number of preambles is determined by the root sequence length and a cyclic shift increment selected; and a module 422 adapted to obtain a set of ZCZ lengths, wherein the module is configured to obtain the set of ZCZ lengths according to the selected set of cyclic shift increments.

In the above apparatus embodiment, the cyclic shift increment selected from the selected set of cyclic shift increments is the minimum cyclic shift increment in the selected set of cyclic shift increments; and the cyclic shift increment selected from the set of all integers is the minimum cyclic shift increment in the set of all integers.

The disclosure provides an embodiment of a base station, as illustrated in FIG. 4, which includes: a length determination unit 410, configured to determine a length of a root sequence; and a set selection unit 420, configured to select such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length which is selected from the selected set of ZCZ lengths, is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

The disclosure further provides an embodiment of a mobile communication system, as illustrated in FIG. 5. The system comprises a base station 400 and a mobile terminal 500. The base station 400 is configured to interact with the mobile terminal 500, and to specify a ZCZ length from a set of ZCZ lengths for the mobile terminal 500; the mobile terminal 500 is configured to generate a preamble according to the ZCZ length specified by the base station 400, and to transmit an uplink signal to the base station 400 using the preamble; the set of ZCZ lengths is such a set of ZCZ lengths that, for any cell radius, the maximum number of preambles determined from a ZCZ length which is selected from the selected set of ZCZ lengths, and is applicable to the cell and capable of determining a maximum number of preambles, is closest to the maximum number of preambles determined from a ZCZ length which is selected from the set of all integers, and is applicable to the cell and capable of determining a maximum number of preambles, wherein the maximum number of preambles is determined from the length of the root sequence and a ZCZ length selected.

In the above embodiment of the mobile communication system, the cyclic shift increment selected from the selected set of cyclic shift increments is the minimum cyclic shift

US 8,416,892 B2

9

increment applicable to the cell in the selected set of cyclic shift increments, the cyclic shift increment selected from the set of all integers is the minimum cyclic shift increment applicable to the cell in the set of all integers.

In general, in embodiments of the disclosure, the selected limited set of $N_{CS}$ values should be such a set that, in a plurality of intervals of cell radii, the maximum relative difference between the maximum number of the ZCZ RAPs determined from the minimum $N_{CS}$ value of the limited set, which is applicable to the plurality of cells, and the maximum number of the ZCZ RAPs determined from a plurality of $N_{CS}$ values of a set of integers which are applicable to the plurality of cells is minimized. Furthermore, a limited set of ZCZ lengths may be selected. Of course, in a plurality of intervals of cell radii, the maximum relative difference between the maximum number of the ZCZ RAPs determined from the minimum ZCZ length of the limited set of ZCZ lengths, which is applicable to the plurality of cells, and the maximum number of the ZCZ RAPs determined from a plurality of ZCZ lengths of the set of all integers which are applicable to the plurality of cells, is minimized.

What are described above are only preferred embodiments of the disclosure. It should be noted that, for a person skilled in the art, variations and improvements may be made without deviating from the principle of the disclosure. Those variations and improvements are all regarded to within the scope of the disclosure.

The invention claimed is:

1. A method of facilitating communication in a mobile communication system, the method comprising:
   selecting, by a user equipment (UE), a random access preamble from a set of random access preambles; and
   transmitting, by the UE, the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

2. The method according to claim 1, wherein the set of random access preambles is generated from one or more than one root sequences.

3. The method according to claim 2, wherein the root sequence is a Zadoff-Chu sequence.

4. The method according to claim 3, wherein the number of preambles generated from a single root sequence is $N_{pre}=\lfloor N_{ZC}/N_{CS}\rfloor$, where $\lfloor n\rfloor$ denotes the largest integer not greater than n, and $N_{ZC}$ is the length of the Zadoff-Chu sequence.

5. The method according to claim 1, wherein a subset of random access preambles $x_{u,v}(k)$ of the set of random access preambles is generated from the $u^{th}$ order root Zadoff-Chu sequence $x_u(k)$, where v is an integer.

6. The method according to claim 5, wherein the sequence $x_{u,v}(k)$ are generated according to

$$x_{u,v}(k)=x_{u,v}((k+vN_{CS})\bmod N_{ZC}),$$

where v is an integer and $N_{ZC}$ is the length of the Zadoff-Chu sequence $x_u(k)$ defined by:

$$x_u(k)=W^{uk(k+1)/2}, k=0,1,\ldots,N_{ZC}-1, W=e^{-j2\pi/N_{ZC}}, j=\sqrt{-1}.$$

7. The method according to claim 1, wherein the number of random access preambles in the set of random access preambles is 64.

10

8. The method according to claim 1, wherein non-zero cyclic shift increments $N_{CS}(k)$ in the set of cyclic shift increments are generated from the following formula:

$$N_{CS}(k)=\lfloor N_{ZC}/[N_{pre}(0)\times a^k+a/(1-a)\times(a^k-1)]\rfloor,k=0,1,2\ldots K;$$

wherein $\lfloor x\rfloor$ denotes the maximum integer not greater than x, $\lceil x\rceil$ denotes rounding x, a=0.856, $N_{pre}(0)=64$ and $N_{ZC}=839$.

9. The method according to claim 8, wherein the value a =0.856 is obtained from the following formula:

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k - 1), k = 1, 2 \ldots$$

where

$$N_{pre}(14) = 2.$$

10. An apparatus operable to communicate in a wireless communications system, the apparatus comprising:
   a processor; and
   a non-transitory computer readable storage medium storing programming for execution by the processor, the programming including instructions that direct the processor to:
   select a random access preamble from a set of random access preambles; and
   transmit the selected random access preamble, wherein the set of random access preambles is provided with Zero Correlation Zones of length $N_{CS}-1$, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

11. The apparatus according to claim 10, wherein the set of random access preambles is generated from one or more than one root sequences.

12. The apparatus according to claim 11, wherein the root sequence is a Zadoff-Chu sequence.

13. The apparatus according to claim 12, wherein the number of preambles generated from a single root sequence is $N_{pre}=\lfloor N_{ZC}/N_{CS}\rfloor$, where $\lfloor n\rfloor$ denotes the largest integer not greater than n, and $N_{ZC}$ is the length of the Zadoff-Chu sequence.

14. The apparatus according to claim 10, wherein a subset random access preambles $x_{u,v}(k)$ of the set of random access preambles is generated from the $u^{th}$ order root Zadoff-Chuse-quence $x_u(k)$, where v is an integer.

15. The apparatus according to claim 14, wherein the sequence $x_{u,v}(k)$ is generated according to

$$x_{u,v}(k)=x_{u,v}((k+vN_{CS})\bmod N_{ZC}),$$

where v is an integer, and $N_{ZC}$ is the length of the Zadoff-Chu sequence $x_u(k)$ defined by:

$$x_u(k)=W^{uk(k+1)/2}, k = 0, 1, \ldots,$$
$$N_{ZC}-1, W = e^{-j2\pi/N_{ZC}}, j = \sqrt{-1}.$$

16. The apparatus according to claim 10, wherein the number of random access preambles in the set of random access preambles is 64.

US 8,416,892 B2

11

**17**. The apparatus according to claim **10**, wherein non-zero cyclic shift increments $N_{CS}(k)$ in the set of cyclic shift increments are generated from the following formula:

$$N_{CS}(k) = \lfloor N_{ZC}/[N_{pre}(0) \times a^k + a/(1-a) \times (a^k - 1)] \rfloor, k = 0,1,2 \dots K;$$  5

wherein $\lfloor x \rfloor$ denotes the maximum integer not greater than x, $[x]$ denotes rounding x, a=0.856, $N_{pre}(0)$=64 and $N_{ZC}$=839.

**18**. The apparatus according to claim **17**, wherein the value  10 a=0.856 is obtained from the following formula:

$$N_{pre}(k) = N_{pre}(0)a^k + \frac{a}{1-a}(a^k - 1), k = 1, 2 \dots$$  15

where

$$N_{pre}(14) = 2.$$

**19**. A method of facilitating communication in a mobile  20 communication system, the method comprising:

receiving, by an apparatus of the mobile communication system, an uplink signal comprising a random access preamble;

estimating, by the apparatus, a time of arrival of the uplink  25 signal; and

12

transmitting, by the apparatus, a time advance based on the time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

**20**. An apparatus comprising:

a processor; and

a non-transitory computer readable storage medium storing programming having instructions which, upon execution by the processor, causes the processor to:

estimate a time of arrival of an uplink signal comprising a random access preamble; and

transmit a time advance based on the uplink signal time of arrival, wherein the random access preamble is selected from a set of random access preambles provided with Zero Correlation Zones of length $N_{CS}$−1, where $N_{CS}$ is a cyclic shift increment selected from a pre-defined set of cyclic shift increments, the pre-defined set including all of the following cyclic shift increments of 0, 13, 15, 18, 22, 26, 32, 38, 46, 59, 76, 93, 119, 167, 279, 419.

\* \* \* \* \*

# EXHIBIT 10



US008798575B2

(12) **United States Patent**
Duan et al.

(10) **Patent No.:** **US 8,798,575 B2**
(45) **Date of Patent:** **Aug. 5, 2014**

(54) **METHOD FOR IMPROVING SERVICE DATA FLOW BASED CHARGING AND SYSTEM THEREOF**

(75) Inventors: **Xiaoqin Duan**, Shenzhen (CN); **Yajuan Wu**, Shenzhen (CN)

(73) Assignee: **Huawei Technologies Co., Ltd.,** Shenzhen (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1610 days.

(21) Appl. No.: **11/558,774**

(22) Filed: **Nov. 10, 2006**

(65) **Prior Publication Data**
US 2007/0124160 A1 May 31, 2007

**Related U.S. Application Data**

(63) Continuation of application No. PCT/CN2005/000665, filed on May 12, 2005.

(30) **Foreign Application Priority Data**

May 12, 2004   (CN) ......................... 2004 1 0044433

(51) **Int. Cl.**
| | |
|---|---|
| *H04M 11/00* | (2006.01) |
| *H04L 12/14* | (2006.01) |
| *G06Q 40/02* | (2012.01) |
| *H04M 15/00* | (2006.01) |
| *H04W 4/24* | (2009.01) |

(52) **U.S. Cl.**
CPC ............ *H04L 12/14* (2013.01); *H04L 12/1467* (2013.01); *H04W 4/24* (2013.01); *H04M 2215/0108* (2013.01); *H04M 2215/22* (2013.01); *H04L 12/1485* (2013.01); *H04M 2215/0188* (2013.01); *G06Q 40/025* (2013.01); *H04M 15/58* (2013.01); *H04M 2215/204* (2013.01); *H04M 15/745* (2013.01); *H04M 15/66* (2013.01)
USPC .......................... **455/405**; 455/432.1; 455/416

(58) **Field of Classification Search**
USPC ................ 455/405, 432.1, 416; 370/392, 394
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,781,431 A | 7/1998 | Duret et al. | |
| 2007/0274522 A1* | 11/2007 | Boman et al. | ................. 380/247 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1411305 A | 4/2003 |
| CN | 1429005 A | 7/2003 |

(Continued)

OTHER PUBLICATIONS

3GPP; 3rd Generation Partnership Project; Technical Specification Group Services and Systems Aspects; Overall High Level Functionality and Architecture Impacts of Flow Based Charging, Release 6 3GPP TS 23.15 V.6.0.0.*

(Continued)

*Primary Examiner* — Manpreet Matharu
(74) *Attorney, Agent, or Firm* — Staas & Halsey LLP

(57) **ABSTRACT**

A method for improving service data flow based charging and a system thereof are disclosed. A CRF may determine, according to input information provided by an AF or TPF, that the charging method for the current data flow service is an online or offline charging method, and provide the TPF with the charging rules with the corresponding mechanism. Moreover, the CRF may provide the TPF with the address information of an OCS or OFCS corresponding to the UE, to enable the TPF to address the corresponding OCS according to the address information of the OCS and trigger the following credit request procedure for the UE, or enable the TPF to address the corresponding OFCS according to address information of the OFCS and send collected charging data information of the UE to the OFCS. Therefore the charging procedure based on the FBC mechanism is more complete and more reasonable.

**20 Claims, 4 Drawing Sheets**



**US 8,798,575 B2**

Page 2

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0639013 A1 | 2/1995 |
| WO | WO 03/092317 A2 | 3/2003 |
| WO | WO 03/092317 A1 | 11/2003 |

OTHER PUBLICATIONS

ETSI Standards, *European Telecommunications Standards Institute*, Sophia-Antipo, FR (TS 32.015 V 3.12.0), No. V3120 (Dec. 31, 2003), pp. 1-66, XP002419212 ISSN: 0000-0001.

Technical Specification Group Services and System Aspects (TS 23.125 V6.2.0), [Online] Sep. 2004, pp. 1-47, XP002427252

Retrieved from the Internet: URL: http://www.3gpp.org/ftp/Specs/html-info/23125.html> [retrieved on Mar. 28, 2007].

3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Overall High Level Functionality and Architecture Impacts of Flow Based Charging; Stage 2(Release 6).

English Translation of the Written Opinion of the International Search Authority for International Application No. PCT/CN2005/000665, dated Sep. 15, 2005.

Chinese office action for Chinese patent application No. 200410044433.3, dated Sep. 22, 2006.

European office action for European patent application No. 05745147.8, dated Jun. 26, 2007.

European office action for European patent application No. 05745147.8, dated Nov. 28, 2007.

* cited by examiner



FIG. 1

FIG. 2A

FIG. 2B



FIG. 3A

FIG. 3B



FIG. 3C



FIG. 4



FIG. 5



FIG. 6

US 8,798,575 B2

**1**

## METHOD FOR IMPROVING SERVICE DATA FLOW BASED CHARGING AND SYSTEM THEREOF

This application is a continuation of International Patent Application No. PCT/CN2005/000665, filed May 12, 2005, which claims priority to Chinese Patent Application No. 200410044433.3, filed May 12, 2004, all of which are hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to charging techniques, and particularly to a method for improving service data flow based charging and a system thereof.

### BACKGROUND OF THE INVENTION

Along with the wide applications of packet data services, an accurate and appropriate charging method for packet data services is concerned by the operators.

FIG. **1** is a flowchart illustrating activation, data transmission and deactivation of Packet Data Protocol Context (PDP Context).

Step **101**: a User Equipment (UE) sends an Activate PDP Context Request to a Serving GPRS Support Node (SGSN). The Activate PDP Context Request carries the information of a Network Layer Service Access Point Identifier (NSAPI), a PDP type, an Access Point Name (APN), a required Quality of Service (QoS) parameter, a Transaction Identifier (TI) and etc. The NSAPI serves as a part of a Tunnel Identifier (TEID) between the SGSN and a Gateway GPRS Support Node (GGSN), for identifying the PDP Context. The PDP type includes a Peer-Peer Protocol (PPP) type, an Internet Protocol (IP) type and etc. The APN is provided by the UE for the SGSN, the SGSN addresses the corresponding GGSN according to the APN, the corresponding GGSN determines an external network which the UE shall access according to the APN; also, the UE may not provide the SGSN with the APN, in this case, the SGSN chooses a default APN according to the subscription information of the UE. The QoS parameter is the desired quality requirement of the packet data service designated by the UE. The TI is used for the UE to identify one PDP Context.

Step **102**: The SGSN receives the Activate PDP Context Request, performs a security check and encryption with the UE. This step is optional.

Step **103**: the SGSN resolves the address information of the GGSN according to the APN. If the SGSN is able to resolve the address information of the GGSN, a TEID is created for the PDP Context. The TEID is a combination of the International Mobile Subscriber Identity (IMSI) and the NSAPI, to identify the unique PDP Context between the SGSN and the GGSN. The SGSN sends a Create PDP Context Request to the GGSN, the Create PDP Context Request carries a PDP type, a PDP address, an APN, a QoS parameter, a TEID, a select mode, etc, wherein the PDP address is the IP address of the UE, which is an optional parameter. When the PDP address is not carried in the Create PDP Context Request, the IP address may be assigned to the UE by the GGSN or by the Packet Data Network (PDN) which establishes a connection with the UE finally. The select mode is that for the APN, indicating that the APN is selected by the UE or by the SGSN. If the SGSN is unable to resolve the address information of the GGSN according to the APN, it rejects the Create PDP Context Request initiated by the UE.

**2**

Step **104**: upon receiving the Create PDP Context Request, the GGSN determines the external PDN according to the APN, assigns the Charging ID, initiates the charging procedure and negotiates the QoS parameter. If the GGSN is able to satisfy the service quality requirement defined by the QoS parameter, it returns to the SGSN a Create PDP Context Response which carries the TEID, the PDP address, the Backbone Bearer protocol, the QoS parameter, the Charging ID and etc. If the GGSN is unable to satisfy the service quality requirement defined by the QoS parameter, it rejects the Create PDP Context Request initiated by the SGSN and the SGSN then rejects the Activate PDP Context Request initiated by the UE.

Step **105**: upon receiving the Create PDP Context Response, the SGSN inserts the NSAPI and the GGSN address information into the PDP Context to identify the PDP Context. selects the radio priority according to the QoS parameter, and then returns to the UE an Activate PDP Context Accept which carries the information of the PDP type, the PDP address, the TI, the QoS parameter, the radio priority, the PDP configuration options and etc; and the SGSN initiates the charging. Upon receiving the Activate PDP Context Accept, the UE establishes a route to the GGSN and thus a transmission tunnel to the PDN, by which the data can be transmitted.

Step **106**: the UE transmits the data via the SGSN and GGSN to the PDN.

Step **107**: after completing the data transmission, the UE sends to the SGSN a Deactivate PDP Context Request which carries the TI.

Step **108**: upon receiving the Deactivate PDP Context Request, the SGSN performs the security examination and encryption with the UE. This step is optional.

Step **109**–Step **111**: the SGSN sends to the GGSN a Delete PDP Context Request which carries the TEID. Upon receiving the Delete PDP Context Request, the GGSN terminates the charging for the UE, deletes the PDP Context corresponding to the TEID, and sends to the SGSN a Delete PDP Context Response which carries the TEID. Upon receiving the Delete PDP Context Response, the SGSN terminates the charging for the UE, deletes the PDP Context corresponding to the TEID, and sends to the UE a Deactivate PDP Context Response which carries the TI. Upon receiving the Deactivate PDP Context Response, the UE deletes the PDP Context corresponding to the TI.

As can be seen from the procedure illustrated in FIG. **1**, in the prior GPRS charging system, the charging is set to be started when the PDP Context is activated and be terminated when the PDP Context is deleted. Thus, the charging can be implemented based on the data flow transmitted through the PDP Context or on the duration of activated state of the PDP Context. However, in practical applications, after a transmission tunnel is established between the UE and the PDN, the UE may obtain multiple services based on one activated PDP Context, such as the Email sending-receiving service, the browsing service based on Wireless Application Protocol (WAP), the file transmission service based on File Transfer Protocol (FTP) and etc. That is, when the PDN can provide multiple services, after a transmission tunnel is established between the UE and the PDN, the multiple services provided by the PDN may be borne by one activated PDP Context. However, the operators may apply different charging policies to different services. For example, an Email sending-receiving service may be charged according to the times of the triggered receiving and sending events, a WAP browsing service may be charged according to the data flow, and a file transmission service may also be charged according to the data flow, while with a charging rate different from that of the

US 8,798,575 B2

3

WAP surfing service. Therefore, the prior GPRS charging system is unable to apply different charging policies to different services using the same PDP Context as the bearer.

In view of the above, the 3rd Generation Partnership Project (3GPP) is now discussing how to implement Flow Based Charging (FBC). As for a packet data service which is being used by the UE, all the IP flows or IP packets sent and received by the UE are generally called Service Data Flow. The Service Data Flow is the aggregation of a plurality of IP flows, therefore, the FBC is able to reflect the resource occupation of a certain service data flow.

FBC can be regarded to be implemented by filtering the IP flows for different services borne in the same PDP context through different sieve-like "filters" and then charging for different services according to the corresponding "filters". Therefore, the "pore size" of the charging "filter" based on IP flows is much less than that based on one PDP Context. The "pore size" of the charging "filter" can be regarded as to indicate the size of a sieve hole. If the charging is based on one PDP Context, one PDP Context corresponds to one sieve hole; while if the charging is based on IP flows, one IP flow corresponds to one sieve hole and thus one PDP Context corresponds to multiple sieve holes in the FBC mode. Therefore, compared with the charging based on one PDP Context, the FBC provides more abundant charging means for operators or service providers.

The systematic configuration, function requirements and information interacting procedure of FBC are all descried in the standard of 3GPP. Referring to FIG. 2, the systematic configuration of FBC for the online charging includes an Online Charging System (OCS) **206**, a Service Data Flow Based Charging Rule Function (CRF) **203**, an Application Function (AF) **204**, and a Traffic Plane Function (TPF) **205**. The OCS **206** includes a Customized Application for Mobile Network Enhanced Logic (CAMEL) based Service Control Point (SCP) **201** and a Service Data Flow Based Credit Control Function (CCF) **202**. The CCF **202** is connected through an Ry interface to the CRF **203**, the CRF **203** is connected through an Rx interface to the AF **204** and through a Gx interface to the TPF **205**; the CCF **202** is connected through a Gy interface to the TPF **205**.

Referring to FIG. 2B, the systematic configuration of FBC for the offline charging includes a CRF **203**, an AF **204**, a TPF **205**, a Charging Gateway Function (CGF) **207** and a Charging Collection Function (CCF) **208**. The CRF **203** is connected through an Rx interface to the AF **204** and through a Gx interface to the TPF **205**, the TPF **205** is connected through a Gz interface to the CGF **207** and to the CCF **208**, respectively. Generally, the functions of the CGF **207** and the CCF **208** are implemented by one network entity, which therefore provides the charging gateway functions and the charging collection functions for offline charging and is referred to as an Offline Charging System (OFCS) hereinafter.

According to the definition in 3GPP of the FBC functions, the TPF **205** bears IP flow, and sends a Charging Rules Request to the CRF **203** through the Gx interface when an IP flow bearer is established. The Charging Rules Request carries the UE-related information, the bearer characteristics and the network-related information, wherein UE-related information may be the Mobile Station International Integrated Services Digital Network (ISDN) Number (MSISDN), the International Mobile Subscriber Identifier (IMSI) and etc; and the network-related information may be the Mobile Network Code (MNC), the Mobile Country Code (MCC) and etc. The bearer may be modified during the transmission of the IP flow, for example, the QoS parameter may

4

be renegotiated, which may lead to different charging rules for the same UE service according to different QoS parameters, such as lower charging rate corresponding to lower QoS parameter. In this case, when the bearer is modified, the TPF **205** may resend a Charging Rules Request to the CRF **203** for new charging rules; the CRF **203** selects appropriate charging rules according to the input information provided by the TPF **205** described above, and returns to the TPF **205** the selected charging rules including the charging mechanism, charging type, charging keys, IP flow filter, charging rule priority and etc. The charging mechanism may be online charging or offline charging; the charging type may be duration based charging or flow based charging, the charging key is a parameter related to the charging rate, whereby the CRF **203** may provide the TPF **205** with the charging rate related parameter instead of the charging rate directly; the IP flow filter is used for indicating the IP flows that need to be filtered for the TPF **205**, and the TPF **205** charges for the filtered IP flows according to the charging rules. The IP flow filter may include IP5 vector which may include the information of the source/ destination IP address, the source/destination Port Number, the Protocol ID and etc. For example, the CRF **203** may instruct the TPF **205** to filter the IP flow with the source address of 10.0.0.1, the destination address of 10.0.0.2, the source/destination Port Number of 20 and the protocol type of the Transmission Control Protocol (TCP), and then charge for the filtered IP flows according to the charging rules. Finally, when the bearer is removed, the TPF **205** may also send a Charging Rules Request to the CRF **203** for new charging rules, in this case, the CRF **203** may instruct the TPF **205** to delete the charging rules established previously.

The CRF **203** determines the charging rules not only according to the input information from the TPF **205**, but also according to that from the AF **204** or the OCS **206**. For example, the AF **204** may notify the CRF **203** of the service type that the UE currently uses, and the CRF **203** may determine the corresponding charging rules according to the service type.

The OCS **206** includes the SCP **201** and the CCF **202**. The CCF **202** is used for credit control and used in the OCS, whose function can be implemented by adding new function entity to the prior OCS **206**. During the online charging procedure, the CCF **202** manages and controls the UE credit and provides the related information used to determine the charging rules through the Ry interface for the CRF **203**. The user of the UE may set several credit pools for different packet data services. When the UE uses a certain packet data service, the CCF **202** may authenticate the credit in the credit pool corresponding to the packet data service and provides the TPF **205** with the available UE credit. The user of the UE may also set one shared credit pool for different packet data services. When the UE uses a packet data service, the CCF **202** may authenticate the credit in the credit pool corresponding to the packet data service and provides the TPF **205** with the available UE credit.

In a GPRS network, the TPF **205** is in the GGSN, the AF is a service gateway or service server in the PDN and the CRF **203** is an added logic entity. The TPF **205** is the implementation point of the charging rules and the CRF **203** is the control point of charging rules.

As shown in FIG. 3A, the implementation procedure of issuing the charging rules when a bearer is established includes the following steps:

Step 301A: the UE sends an Establish Bearer Service Request to the TPF, while in a GPRS network, the GGSN receives a Create PDP Context Request.

US 8,798,575 B2

5

Step **302**A: upon receiving the Establish Bearer Service Request, the TPF sends to the CRF a Charging Rules Request which carries the input information for the CRF to determine the charging rules.

Step **303**A–Step **304**A: upon receiving the Charging Rules Request, the CRF determines the appropriate charging rules according to the input information carried in the Charging Rules Request or the related input information provided by the AF, and returns to the TPF a Provision Charging Rules message which carries the determined charging rules and the operation instructions for the charging rules.

Step **305**A; upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step **306**A–Step **307**A: in the case of an online charging process, the TPF sends a Credit Request to the OCS for the UE credit information. Upon receiving the Credit Request, the OCS determines the UE credit and returns to the TPF a Credit Response, which carries the UE credit if the OCS succeeds in determining the UE credit or carries the value indicating the reason of error if the OCS fails to determine the UE credit.

Step **308**A: upon receiving the Credit Response, the TPF returns an Establish Bearer Service Accept to the UE. If the Credit Response carries the UE credit, the TPF accepts the Establish Bearer Service Request initiated by the UE and continues with the following procedure for bearer establishment; otherwise, the TPF rejects the Establish Bearer Service Request initiated by the UE.

As shown in FIG. **3**B, the implementation procedure of issuing the charging rules when a bearer is modified includes the following steps:

Step **301**B: the UE sends a Modify Bearer Service Request to the TPF, while in a GPRS network, the GGSN receives an Update PDP Context Request;

Step **302**B: upon receiving the Modify Bearer Service Request, the TPF sends to the CRF a Charging Rules Request which carries the input information for the CRF to determine the charging rules.

Step **303**B–Step **304**B: upon receiving the Charging Rules Request, the CRF determines the appropriate charging rules according to the input information carried in the Charging Rules Request or the related input information provided by the AF, and returns to the TPF a Provision Charging Rules message which carries the determined charging rules and the operation instructions for the charging rules.

Step **305**B: upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step **306**B–Step **307**B: in the case of an online charging process, the TPF sends a Credit Request to the OCS for the UE credit information. Upon receiving the Credit Request, the OCS determines the UE credit and returns to the TPF a Credit Response, which carries the UE credit if the OCS succeeds in determining the UE credit or carries the value indicating the reason of error if the OCS fails to determine the UE credit.

Step **308**B: upon receiving the Credit Response, the TPF returns a Modify Bearer Service Accept to the UE. If the Credit Response carries the UE credit, the TPF accepts the Modify Bearer Service Request initiated by the UE and continues with the following procedure for bearer modification; otherwise, the TPF rejects the Modify Bearer Service Request initiated by the UE.

6

As shown in FIG. **3**C, the implementation procedure of issuing the charging rules when a bearer is removed includes the following steps:

Step **301**C: the UE sends a Remove Bearer Service Request to the TPF, while in a GPRS network, the GGSN receives a Delete PDP Context Request;

Step **302**C: upon receiving the Remove Bearer Service Request, the TPF sends to the CRF a Charging Rules Request which carries the input information for the CRF to determine the charging rules.

Step **303**C–Step **304**C: upon receiving the Charging Rules Request, the CRF determines the appropriate charging rules according to the input information carried in the Charging Rules Request or the related input information provided by the AF, and returns to the TPF a Provision Charging Rules message which carries the determined charging rules and the operation instructions for the charging rules.

Step **305**C: upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step **306**C–Step **307**C: in the case of an online charging process, the TPF sends a Final Remaining Credit Report to the OCS to notify the OCS that the bearer established for the UE has been terminated. The Final Remaining Credit Report carries the usage information of the UE credit, such as the duration or the data flow of the packet data service used by the UE. Upon receiving the Final Remaining Credit Report, the OCS returns a Credit Report Response to the TPF.

Step **308**C: upon receiving the Credit Report Response, the TPF returns a Remove Bearer Service Accept to the UE, accepts the Remove Bearer Service Request initiated by the UE, and continues with the following bearer removing procedure.

As shown in FIG. **4**, the implementation procedure of CRF initiating to deliver the charging rules to the TPF includes the following steps:

Step **401**: the CRF receives an Internal or External Trigger Event and related information, such as an event in which the AF sends the input information to the CRF to determine the charging rules.

Step **402**: the CRF determines the appropriate charging rules according to the input information obtained. The input information may be the charging-related input information provided by the AF. For example, when a service is provided by the AF for the UE and the service is of special charging requirement, such as a charging rate different from that of other services, the AF provides the CRF with the charging input information related to the service. Besides, the input information may also be the charging-related input information provided by the TPF.

Step **403**: if the charging rules are modified, the CRF sends to the TPF a Provision Charging Rules message which may carry the determined charging rules and the operation instructions for the charging rules.

Step **404**: upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step **405**–Step **406**: in the case of an online charging process, the TPF sends a Credit Request to the OCS for the UE credit information. Upon receiving the Credit Request, the OCS determines the UE credit and returns to the TPF a Credit Response, which carries the UE credit if the OCS succeeds in determining the UE credit or carries the value indicating the reason of error if the OCS fails to determine the UE credit.

US 8,798,575 B2

7

As can be seen from the above description, in the implementation procedure of the online charging described in 3GPP standard, when the bearer is established or modified, the TPF requests the UE credit from the OCS and the OCS returns the UE credit to the TPF according to the Credit Request from the TPF. However, neither the triggering mechanism for the online charging nor the means by which the TPF may address the correct OCS of the UE is described in 3GPP standard.

## SUMMARY OF THE INVENTION

A method for improving service data flow based charging is provided, which includes the step of: a CRF providing a TPF with the address information of a charging system.

The charging system may be an OCS or an OFCS.

The CRF may provide the TPF with the address information of a plurality of OCSs and selection priorities corresponding to the OCSs; the TPF may first request the credit information from the OCS with a highest selection priority, if not succeed, request the credit information from the next OCS in the descending order of the selection priority levels until succeeds.

The CRF may provide the TPF with the address information of a plurality of OFCSs and the selection priorities corresponding to the OFCSs; the TPF may first send the collected charging data information of the UE to the OFCS with a highest selection priority, if not succeed, send the collected charging data information of the UE to the next OFCS in the descending order of the selection priority levels until succeeds.

Also, a system for improving service data flow based charging is provided, which includes: a CRF, a TPF and a charging system, wherein the CRF provides the TPF with the address information of the charging system.

The charging system may be an OCS or an OFCS.

The CRF may provide the TPF with the address information of a plurality of OCSs and selection priorities corresponding to the OCSs; the TPF may first request the credit information from the OCS with a highest selection priority, if not succeed, request the credit information from the next OCS in the descending order of the selection priority levels until succeeds.

The CRF may provide the TPF with the address information of a plurality of OFCSs and the selection priorities corresponding to the OFCSs; the TPF may first send the collected charging data information of the UE to the OFCS with a highest selection priority, if not succeed, send the collected charging data information of the UE to the next OFCS in the descending order of the selection priority levels until succeeds.

According to the present invention, in the charging implementation procedure, the CRF may determine whether the charging method of the current packet data service is online charging method or offline charging method, according to the input information provided by the AF or the TPF, and then provide the TPF with the charging rules with the mechanism of "online charging" or "offline charging". Moreover, the CRF may provide the TPF with the address information of an OCS or OFCS corresponding to the UE, so that the TPF may address the corresponding OCS according to the address information of the OCS and trigger the following credit request procedure for the UE, or enable the TPF to address the corresponding OFCS according to address information of the OFCS and send collected charging data information of the UE

8

to the OFCS. Therefore the charging implementation procedure based on the FBC mechanism may be more complete and more reasonable.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flowchart illustrating the activation, data transmission and deactivation of a PDP Context;

FIG. 2A is a schematic diagram illustrating the FBC systematic configuration for the online charging;

FIG. 2B is a schematic illustrating the FBC systematic configuration for the offline charging;

FIG. 3A is a flowchart illustrating the issuance of the charging rules when a bearer is established;

FIG. 3B is a flowchart illustrating the issuance of the charging rules when a bearer is modified;

FIG. 3C is a flowchart illustrating the issuance of the charging rules when a bearer is removed;

FIG. 4 is a flowchart illustrating that the CRF initiates to deliver the charging rules to the TPF;

FIG. 5 is a flowchart illustrating the online charging procedure according to an embodiment of the present invention when a bearer is established;

FIG. 6 is a flowchart illustrating the offline charging procedure according to an embodiment of the present invention when the CRF initiates to deliver the charging rules to the TPF.

## EMBODIMENTS OF THE INVENTION

In order to further clarify the technical schemes and the advantages of the present invention, the present invention are hereinafter described in details with reference to the embodiments and the accompanying drawings.

In the implementation course of charging according to an embodiment of the present invention, the CRF provides the TPF with the OCS or OFCS address information corresponding to the UE, according to which the TPF addresses the corresponding OCS or OFCS, then the TPF requests the UE credit from the corresponding OCS or sends the collected charging data information of the UE to the corresponding OFCS.

After determining that the charging method for a certain data flow service is online charging, the CRF provides the TPF with the charging rules, the online charging indication to notify the TPF that the current charging method for the data flow service is online charging, and the OCS address information for the TPF to be able to address the OCS corresponding to the UE when the TPF requests the UE credit from the OCS. The OCS address information may be carried in the online charging indication.

Likewise, after determining that the charging method for a certain data flow service is offline charging, the CRF provides the TPF with the charging rules, the offline charging indication to notify the TPF that the current charging method for the data flow service is offline charging, and the OFCS address information for the TPF to be able to address the OFCS corresponding to the UE when the TPF sends the collected charging data information of the UE to the OFCS. The OFCS address information may be carried in the offline charging indication.

The OCS address information may be the address information of the Function that is able to implement the UE credit control in the OCS. For example, the CCF is a function that manages and controls the UE credit in an OCS, therefore the OCS address information may be the address information of the CCF in the OCS.

9

The CRF may determine whether the charging method of the current data flow service is online charging or offline charging according to the input information provided by the AF. For example, the CRF may determine the charging method according to the service identifier in the charging rules input information provided by the AF. The CRF may also determine whether the charging method of the current data flow service is online charging or offline charging according to the UE information. For example, the CRF may determine that the user of the UE is provided with the prepaid service according to the UE identifier in the charging rules input information provided by the TPF and therefore determine that the charging method of the current packet data service is online charging; For another example, the CRF may determine that the user of the UE is provided with the post-paid service according to the UE identifier in the charging rules input information provided by the TPF and therefore determine that the charging method of the current data flow service is offline charging.

The CRF may store the OCS or OFCS address information corresponding to the UE, or obtain the OCS or OSF address information by interacting with other entities in the network. For example, the CRF may interact with the Home Location Register (HLR)/Home Subscriber Server (HSS) to obtain the OCS or OFCS address information corresponding to the UE.

Besides, there may be multiple OCSs in a network to share the working loads, and a UE may correspond to multiple OCSs. Therefore, a selection priority may be set for each of the multiple OCSs, such as the primarily selected OCS or the secondly selected OCS. The CRF may provide the TPF with multiple OCS addresses corresponding to the UE including the primary OCS address of the primarily selected OCS and the secondary OCS address of the secondly selected OCS. When the TPF fails to establish a credit request session with the primarily selected OCS, it may initiate a credit request to the secondly selected OCS to establish a credit request session with the secondly selected OCS, according to the OCS selection priorities.

Operators may also pre-configure an OCS address in the TPF for all the UEs. Therefore, when the CRF does not provide the TPF with an OCS address, in other words, when the OS address provided by the CRF for the TPF is empty, the TPF sends a Credit Request to the pre-configured OCS to establish a credit request session with the set OCS.

Likewise, there may be multiple OFCSs in a network to share the working loads, and a UE may correspond to multiple OFCSs. Therefore, a selection priority may be set for each of the multiple OFCSs, such as the primarily selected OFCS or the secondly selected OFCS. The CRF may provide the TPF with multiple OFCS addresses corresponding to the UE, including the primary OFCS address of the primarily selected OFCS and the secondary OFCS address of the secondly selected OFCS. When the TPF fails to transmit the charging data information of the UE to the primarily selected OFCS, it may send the charging data information of the UE to the secondly selected OFCS, according to the OFCS selection priorities.

Operators may also pre-configure an OFCS address in the TPF for all the UEs. Therefore, when the CRF does not provide the TPF with an OFCS address, in other words, when the OFCS address provided by the CRF for the TPF is empty, the TPF sends the charging data information of the UE to the pre-configured OFCS.

FIG. 5 is a flowchart illustrating the online charging procedure according to the present invention when a bearer is

10

established. As shown in FIG. 5, the online charging implementation procedure when a bearer is established includes the following steps:

Step 501: the UE sends an Establish Bearer Service Request to the TPF, while in a GPRS network, the GGSN receives a Create PDP Context Request.

Step 502: upon receiving the Establish Bearer Service Request, the TPF sends to the CRF a Charging Rules Request that carries the input information for the CRF to determine the charging rules.

Step 503~Step 504: upon receiving the Charging Rules Request, the CRF firstly determines that the charging method of the current packet data service is online charging according to the input information carried in the Charging Rules Request or the related input information provided by the AF; and secondly determines the appropriate charging rules and the corresponding OCS address information according to the UE information; and thirdly returns to the TPF the Provision Charging Rules message which carries the determined charging rules and the operation instructions for the charging rules, and may further carry the online charging indication and the OCS address information.

Step 505: upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step 506~Step 507: the TPF determines according to the online charging indication that it needs to request the OCS credit from the OCS, and then sends a Credit Request to the corresponding OCS according to the OCS address information. The Credit Request carries the related input information for the OCS to determine the UE credit. Upon receiving the Credit Request, the OCS determines the UE credit according to the input information provided by the TPF and returns to the TPF a Credit Response, which carries the UE credit if the OCS succeeds in determining the UE credit corresponding to the charging rules or carries the value indicating the reason of error if the OCS fails to determine the UE credit.

Step 508: upon receiving the Credit Response, the TPF returns an Establish Bearer Service Accept to the UE. If the Credit Response carries the UE credit, the TPF accepts the Establish Bearer Service Request initiated by the UE and continues with the following bearer establishment procedure; otherwise, the TPF rejects the Establish Bearer Service Request initiated by the UE.

The present invention is described above according to example of the online charging implementation procedure when a bearer is established, while the online charging implementation procedure when a bearer is modified or removed is almost the same as the procedure when a bearer is established, except for the different messages sent. Therefore, the online charging procedures will not be further described herein.

Besides, the offline charging implementation procedure when a bearer is established, modified or removed is quite similar to the corresponding online charging implementation procedure, with such differences as the determination result by the CRF on the charging method of the current packet data service being the offline charging method, the address information carried in the sent messages being the OFCS address information, and the omission of the following credit interacting procedure for the online charging. Therefore, the offline charging procedures will not be further described herein.

FIG. 6 is a flowchart illustrating the offline charging procedure according to the present invention when the CRF initiates to deliver the charging rules to the TPF. As shown in

US 8,798,575 B2

11

12

FIG. **6**, the offline charging implementation procedure when the CRF initiates to deliver the charging rules to the TPF includes the following steps:

Step **601**: the CRF receives an Internal or External Trigger Event and related information, such as an event in which the AF sends the input information to the CRF to determine the charging rules.

Step **602**: the CRF determines the charging method of the current packet data service as the online charging method and determines the appropriate charging rules, according to the input information obtained, and determines the corresponding OCS address information according to the UE information. The input information described above may be the charging-related input information provided by the AF, such as the corresponding service identifier provided by the AF for the CRF when the UE is provided with a certain packet data service by the AF; also, the input information may be the charging-related input information provided by the TPF, such as the UE identifier in the Charging Rules Request provided by the TPF for the CRF.

Step **603**: if the CRF determines according to the received input information that the charging rules are modified, for example, when the CRF determines according to the service identifier provided by the AF that the charging method of the current packet data service is online charging method and the UE's fee for using the current packet data service needs to be deducted in real time, or when the CRF determines according to the UE identifier provided by the TPF that the user of the UE is a post-pay user and all the current packet data services used by the UE could be charged after the use of the services, the CRF determines the new charging rules and send to the TPF a Provision Charging Rules message which carries the determined charging rules and the operation instructions for the charging rules, and may further carry the offline charging indication and the OFCS address information.

Step **604**: upon receiving the Provision Charging Rules message, the TPF performs the corresponding operations according to the charging rules operation instructions and the charging rules determined by the CRF.

Step **605**: the TPF makes the collection for the charging data information of the UE according to the offline charging indication and the filter information in the charging rules, and then sends the collected charging data information of the UE to the corresponding OFCS according to the OFCS address information.

A system for improving service data flow based charging is also provided, which includes: a CRF, a TPF and a charging system, wherein the CRF provides the TPF with the address information of the charging system.

The charging system may be an OCS or an OFCS.

After the CRF provides the TPF with the address information, the TPF may request the credit information from the OCS according to the address information, and the OCS may provide the TPF with the credit information.

The CRF may provide the TPF with the address information of a plurality of OCSs and selection priorities corresponding to the OCSs; the TPF may first request the credit information from the OCS with a highest selection priority, if not succeed, request the credit information from the next OCS in the descending order of the selection priority levels until succeeds.

After the CRF provides the TPF with the address information, the TPF may send the collected charging data information of the UE to the OFCS according to the address information.

The CRF may provide the TPF with the address information of a plurality of OFCSs and the selection priorities cor-

responding to the OFCSs; the TPF may first send the collected charging data information of the UE to the OFCS with a highest selection priority, if not succeed, send the collected charging data information of the UE to the next OFCS in the descending order of the selection priority levels until succeeds.

The description above is the preferred embodiments rather than limitation of the present invention, any changes and modifications can be made by those skilled in the art without departing from the spirit and scope of the present invention and therefore will be protected by the scope as the set by the appended claims.

What is claimed is:

**1**. A method for improving service data flow based charging in a communications network, comprising:

a Charging Rules Function (CRF) determining a charging method and charging rules in response to a service request or other trigger event, and

the CRF providing a Traffic Plane Function (TPF) with the charging rules and address information of a charging system.

**2**. The method according to claim **1**, wherein the charging system is an Online Charging System (OCS).

**3**. The method according to claim **2**, after the CRF providing the TPF with the address information, further comprising:

the TPF requesting the credit information from the OCS according to the address information; and the OCS providing the TPF with the credit information.

**4**. The method according to claim **2**, wherein

the CRF provides the TPF with the address information of a plurality of OCSs and selection priorities corresponding to the OCSs;

the TPF first requests the credit information from the OCS with a highest selection priority, if not succeed, requests the credit information from the next OCS in the descending order of the selection priority levels until succeeds.

**5**. The method according to claim **3**, wherein the address information is empty, the TPF requests the credit information from an OCS according to pre-configured OCS address information.

**6**. The method according to claim **2**, wherein the address information of the OCS is configured in the CRF.

**7**. The method according to claim **2**, further comprising: the CRF obtaining the address information of the OCS by the interacting with other network entity before the CRF providing the TPF with the address information.

**8**. The method according to claim **1**, wherein the charging system is an Offline Charging System (OFCS).

**9**. The method according to claim **8**, further comprising; the TPF sending collected charging data information of the UE to the OFCS according to the address information.

**10**. The method according to claim **8**, wherein

the CRF provides the TPF with the address information of a plurality of OFCSs and the selection priorities corresponding to the OFCSs;

the TPF first sends the collected charging data information of the UE to the OFCS with a highest selection priority, if not succeed, sends the collected charging data information of the UE to the next OFCS in the descending order of the selection priority levels until succeeds.

**11**. The method according to claim **8**, wherein the address information of the OFCS is empty, the TPF sends the collected charging data information of the UE to an OFCS according to pre-configured OFCS address information.

**12**. The method according to claim **8**, wherein the address information of the OFCS is configured in the CRF.

US 8,798,575 B2

13

**13**. The method according to claim **8**, further comprising: the CRF obtaining the address information of the OFCS by the interacting with other network entity before the CRF providing the TPF with the address information.

**14**. The method according to claim **7**, wherein the network entity is a Home Location Register (HLR) or Home Subscriber Server (HSS).

**15**. The method according to claim **13**, wherein the network entity is an HLR or HSS.

**16**. A system for improving service data flow based charging in a communications network, comprising:

a Charging Rules Function (CRF), a Traffic Plane Function (TPF) and a charging system;

wherein the CRF is configured to determine a charging method and charging rules in response to a service request or other trigger event and to provide the TPF with the charging rules and address information of the charging system.

**17**. The system according to claim **16**, wherein the charging system is an Online Charging System (OCS);

after the CRF provides the TPF with the address information, the TPF requests the credit information from the OCS according to the address information, and the OCS provides the TPF with the credit information.

**18**. The system according to claim **16**, wherein the charging system is an OCS;

14

the CRF provides the TPF with the address information of a plurality of OCSs and selection priorities corresponding to the OCSs; the TPF first requests the credit information from the OCS with a highest selection priority, if not succeed, requests the credit information from the next OCS in the descending order of the selection priority levels until succeeds.

**19**. The system according to claim **16**, wherein the charging system is an Offline Charging System (OFCS);

after the CRF provides the TPF with the address information, the TPF sends the collected charging data information of the UE to the OFCS according to the address information.

**20**. The system according to claim **16**, wherein the charging system is an OFCS;

the CRF provides the TPF with the address information of a plurality of OFCSs and the selection priorities corresponding to the OFCSs; the TPF first sends the collected charging data information of the UE to the OFCS with a highest selection priority, if not succeed, sends the collected charging data information of the UE to the next OFCS in the descending order of the selection priority levels until succeeds.

\*   \*   \*   \*   \*