IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>L3HARRIS TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 19-1306-MN |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that Huawei Technologies Co., Ltd.'s time to move against, answer, or otherwise respond to L3Harris Technologies, Inc.'s Counterclaims (D.I. 8) is extended to and including September 24, 2019.

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

/s/ Anne Shea Gaza
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com
*Attorneys for Plaintiff*

SHAW KELLER LLP

/s/ David M. Fry
David M. Fry (No. 5486)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com
*Attorneys for Defendant*

Dated: September 4, 2019

      **SO ORDERED this _____ day of_____, 2019.**

                                                                         _____
                                                                          United States District Judge