IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 19-1306-MN |
| ) | |
| L3HARRIS TECHNOLOGIES, INC. ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF COREY JOHANNINGMEIER IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

|  |  |
|---|---|
| | David M. Fry (No. 5486) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Denise De Mory | dfry@shawkeller.com |
| Corey Johanningmeier | *Attorneys for Defendant* |
| Brenda Entzminger | |
| BUNSOW DE MORY LLP | |
| 701 El Camino Real | |
| Redwood City, CA 94063 | |
| (650) 651-7248 | |

Dated: September 10, 2019

I, COREY JOHANNINGMEIER, declare as follows:

1. I submit this declaration on behalf of defendant L3Harris Technologies, Inc. ("L3Harris"). I am a partner at Bunsow De Mory LLP, which represents L3Harris Technologies, Inc. in this lawsuit, and I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. On August 29, 2019, Huawei Technologies Co. Ltd. filed "Plaintiff's Amended Complaint for Patent Infringement" in the *Huawei v. L3Harris* Member Case currently pending in the Eastern District of Texas. E.D. Tex. Case No. 19-cv-00222-JRG, D.I. 12. A true and correct copy of this pleading is attached hereto as **Exhibit A**. In that Amended Complaint, Huawei added certain assertions against L3 Technologies, Inc., which I understand from public records to be a wholly owned subsidiary of L3Harris Technologies, Inc. (since the close of the June 29, 2019 merger in which Harris Corporation was also renamed L3Harris Technologies, Inc.).

3. On August 28, 2019, I received an email from counsel for Huawei, inquiring about the possibility of discovery cross-use discovery agreement. I responded on September 3, 2019, indicating that L3Harris was willing to discuss the potential for cross-use agreements at an appropriate time, and would consider any proposal that Huawei may send. Counsel for Huawei has not forwarded any draft proposal as of the time of this filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 10, 2019 in Redwood City, California.

_____
Corey Johanningmeier