IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1306-MN |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of James R. Batchelder, Esquire, Kevin J. Post, Esquire, and Alexander E. Middleton, Esquire of Ropes & Gray LLP, to represent Plaintiff Huawei Technologies Co., Ltd. in the above-captioned action.

Of Counsel:

Kevin J. Post
Alexander E. Middleton
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

James R. Batchelder
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4000
james.batchelder@ropesgray.com

Dated: September 10, 2019

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

 /s/ *Samantha G. Wilson*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*

01:25157746.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of James R. Batchelder, Esquire, Kevin J. Post, Esquire, and Alexander E. Middleton, Esquire is GRANTED.

Date: _____, 2019

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 8, 2019

_____
James R. Batchelder
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA  94303
Telephone: (650) 617-4018
Facsimile: (650) 566-4134
james.batchelder@ropesgray.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  September 6, 2019  _____
Kevin J. Post
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9181
Facsimile: (646) 728-1709
kevin.post@ropesgray.com

01:25129004.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  September 9, 2019

Alexander E. Middleton
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9680
Facsimile: (212) 596-9090
alexander.middleton@ropesgray.com

## **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, hereby certify that on September 10, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David M. Fry, Esquire
>Shaw Keller LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE 19801
>*dfry@shawkeller.com*
>
>*Attorneys for Defendant*

I further certify that on September 10, 2019**,** I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Corey Johanningmeier, Esquire
>Bunsow De Mory LLP
>701 El Camino Real
>Redwood City, CA  94063
>*cjohanningmeier@bdiplaw.com*
>
>*Attorney for Defendant*

01:24990347.1

2

| | |
|---|---|
| Dated: September 10, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/ Samantha G. Wilson* |
| | Adam W. Poff (No. 3990) |
| | Anne Shea Gaza (No. 4093) |
| | Samantha G. Wilson (No. 5816) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | 302-571-6600 |
| | *apoff@ycst.com* |
| | *agaza@ycst.com* |
| | *swilson@ycst.com* |
| | |
| | *Attorneys for Plaintiff* |