# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,<br><br>                Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.,<br><br>                Defendant. | C.A. No. 19-1306-MN |

## REQUEST FOR ORAL ARGUMENT
## BY PLAINTIFF HUAWEI TECHNOLOGIES CO., LTD.

Pursuant to D. Del. LR 7.1.4, Plaintiff Huawei Technologies Co., Ltd. ("Huawei") respectfully requests oral argument on the Motion to Transfer (the "Motion") filed by Defendant L3Harris Technologies, Inc. ("L3Harris"). The Motion was filed on August 19, 2019, along with L3Harris's Opening Brief (D.I. 11, 12). Huawei filed its Opposition to the Motion on September 3, 2019 (D.I. 15). L3Harris filed its Reply Brief in Support of the Motion on September 10, 2019 (D.I. 18).[1] Counsel for Huawei are available at the Court's convenience for a hearing on the Motion.

---

[1] Huawei intends to file shortly a Motion for Leave to File a Sur-Reply in Opposition to Defendant L3Harris's Motion to Transfer to address an argument raised for the first time in L3Harris's Reply. The parties have met and conferred on this motion, and L3Harris opposes it.

-2-

Dated: September 17, 2019

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

Of Counsel:

Kevin J. Post
Alexander E. Middleton
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

James R. Batchelder
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4000
james.batchelder@ropesgray.com

 /s/  *Adam W. Poff*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on September 17, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David M. Fry, Esquire
> Shaw Keller LLP
> I.M. Pei Building
> 1105 North Market Street, 12th Floor
> Wilmington, DE 19801
> *dfry@shawkeller.com*
>
> *Attorneys for Defendant*

I further certify that on September 17, 2019**,** I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

> Corey Johanningmeier, Esquire
> Bunsow De Mory LLP
> 701 El Camino Real
> Redwood City, CA  94063
> *cjohanningmeier@bdiplaw.com*
>
> *Attorney for Defendant*

2

| | |
|---|---|
| Dated: September 17, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>302-571-6600<br>*apoff@ycst.com*<br>*agaza@ycst.com*<br>*swilson@ycst.com*<br><br>*Attorneys for Plaintiff* |