**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> L3HARRIS TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. 19-1306-MN |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiff Huawei Technologies Co., Ltd. hereby avers and certifies that Defendant L3Harris Technologies, Inc. opposes Plaintiff Huawei Technologies Co., Ltd.'s Motion for Leave to File Sur-reply in Opposition to Defendant L3Harris's Motion to Transfer. The parties made a reasonable effort to resolve this dispute; those efforts included oral communications that involved Delaware counsel for both parties.

| | |
|---|---|
| Dated: September 18, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Of Counsel: | /s/ *Adam W. Poff* |
| | Adam W. Poff (No. 3990) |
| Kevin J. Post | Anne Shea Gaza (No. 4093) |
| Alexander E. Middleton | Samantha G. Wilson (No. 5816) |
| ROPES & GRAY LLP | Rodney Square |
| 1211 Avenue of the Americas | 1000 North King Street |
| New York, NY 10036-8704 | Wilmington, DE 19801 |
| (212) 596-9000 | (302) 571-6600 |
| kevin.post@ropesgray.com | apoff@ycst.com |
| alexander.middleton@ropesgray.com | agaza@ycst.com |
| | swilson@ycst.com |
| James R. Batchelder | |
| ROPES & GRAY LLP | *Attorneys for Plaintiff* |
| 1900 University Avenue, 6th Floor | |
| East Palo Alto, CA 94303-2284 | |
| (650) 617-4000 | |
| james.batchelder@ropesgray.com | |