# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., <br>                 Plaintiff, <br>    v. <br> L3HARRIS TECHNOLOGIES, INC., <br>                 Defendant. | C.A. No. 19-1306-MN |

## ORDER

At Wilmington this _____ day of _____, 2019, upon consideration of Plaintiff Huawei Technologies Co., Ltd.'s Motion for Leave to File Sur-reply in Opposition to Defendant L3Harris's Motion to Transfer, it is hereby ORDERED that:

1. The motion is **GRANTED**.

2. The [Proposed] Plaintiff Huawei Technologies Co., Ltd.'s Sur-reply to L3Harris's Motion to Transfer and accompanying Declaration of Alexander E. Middleton attached to its Motion for Leave shall be deemed **FILED** as of this date.

 

                                                            United States District Judge