# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD.,<br><br>    Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.,<br><br>    Defendant. | C.A. No. 19-1306-MN |

### PLAINTIFF HUAWEI TECHNOLOGIES CO., LTD.'S
### MOTION TO DISMISS COUNTS SIX TO TEN AND SEVENTEEN TO TWENTY OF
### DEFENDANT'S COUNTERCLAIMS UNDER FED. R. CIV. P. 12(B)(6)

Plaintiff Huawei Technologies Co., Ltd. ("Huawei") hereby respectfully moves this Court to dismiss Counts Six through Ten and Counts Seventeen through Twenty of Defendant L3 Harris Technologies, Inc.'s Counterclaims (D.I. 8), pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are fully set forth in Huawei's Opening Brief filed herewith. A proposed form of order is attached hereto.

-2-

Dated: September 24, 2019

| | |
|---|---|
| Of Counsel: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Kevin J. Post | |
| Alexander E. Middleton | /s/ *Anne Shea Gaza* |
| ROPES & GRAY LLP | Adam W. Poff (No. 3990) |
| 1211 Avenue of the Americas | Anne Shea Gaza (No. 4093) |
| New York, NY 10036-8704 | Samantha G. Wilson (No. 5816) |
| (212) 596-9000 | Rodney Square |
| kevin.post@ropesgray.com | 1000 North King Street |
| alexander.middleton@ropesgray.com | Wilmington, DE 19801 |
| | (302) 571-6600 |
| James R. Batchelder | apoff@ycst.com |
| ROPES & GRAY LLP | agaza@ycst.com |
| 1900 University Avenue, 6th Floor | swilson@ycst.com |
| East Palo Alto, CA 94303-2284 | |
| (650) 617-4000 | *Attorneys for Plaintiff* |
| james.batchelder@ropesgray.com | |

01:25229337.1

# **CERTIFICATE OF SERVICE**

I, Anne Shea Gaza, hereby certify that on September 24, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>David M. Fry, Esquire
>Shaw Keller LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE 19801
>*dfry@shawkeller.com*
>
>*Attorneys for Defendant*

I further certify that on September 24, 2019**,** I caused the foregoing document to be served via electronic mail upon the above-listed counsel and on the following:

>Corey Johanningmeier, Esquire
>Bunsow De Mory LLP
>701 El Camino Real
>Redwood City, CA  94063
>*cjohanningmeier@bdiplaw.com*
>
>*Attorney for Defendant*

2

Dated:  September 24, 2019

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/  Anne Shea Gaza*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
302-571-6600
*apoff@ycst.com*
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Plaintiff*

2

01:24990347.1