# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>L3HARRIS TECHNOLOGIES, INC., <br><br>　　　　　Defendant. | C.A. No. 19-1306-MN |

## [PROPOSED] ORDER

At Wilmington, this ____ day of _____, 2019, upon consideration of Plaintiff Huawei Technologies, Ltd.'s Motion to Dismiss Counts Six to Ten and Seventeen to Twenty of Defendant's Counterclaims under Fed. R. Civ. P. 12(b)(6) ("Motion"), and the papers submitted in connection therewith,

IT IS HEREBY ORDERED, that the Motion is GRANTED, and that Counts Six to Ten and Seventeen to Twenty of Defendant L3Harris Technologies, Inc.'s Counterclaims are hereby DISMISSED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE