## Appendix A

| Asserted Claim 10 of U.S. Patent No. 7,082,117 | Representative *FairWarning* Claim Found Invalid | Asserted Claim 29 of U.S. Patent No. 6,986,161 |
|---|---|---|
| 10. A **mobile ad-hoc network (MANET)** comprising: a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and a policing node for **detecting intrusions** into the MANET by **monitoring transmissions** among said plurality of nodes **to detect failed attempts to authenticate MAC addresses**; and **generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address**. | 1. A method of **detecting improper access** of a patient's protected health information (PHI) in a **computer environment**, the method comprising: generating **a rule for monitoring audit log data** representing at least one of transactions or activities that are executed in the computer environment . . . **applying the rule to the audit log data to determine if an event has occurred**, the event occurring if the at least one criterion has been met; storing, in a memory, a hit if the event has occurred; and **providing notification if the event has occurred**. | 29. A **mobile ad-hoc network (MANET)** comprising: a plurality of nodes for transmitting data via a medium access control (MAC) layer, each node having a MAC address associated therewith to be transmitted with data sent therefrom; and a policing node for **detecting intrusions** into the MANET by **monitoring transmissions** among said plurality of nodes **to detect collisions of a same MAC address**; and **generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address**. |