# Exhibit A

US007440572B2

(12) **United States Patent**　　　　(10) **Patent No.:**　　US 7,440,572 B2
Dellmo et al.　　　　　　　　　　　(45) **Date of Patent:**　　*Oct. 21, 2008

(54) **SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS**

(75) Inventors: **Russell Dellmo**, Palm Bay, FL (US);
**James Bergman**, Melbourne, FL (US);
**David W. Hall**, Satellite Beach, FL (US)

(73) Assignee: **Harris Corportation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1705 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/760,619**

(22) Filed: **Jan. 16, 2001**

(65) **Prior Publication Data**

US 2002/0094087 A1　　Jul. 18, 2002

(51) **Int. Cl.**
**H04L 9/00**　　(2006.01)
**H04L 9/10**　　(2006.01)

(52) **U.S. Cl.** ...................... **380/270**; 380/247; 380/277; 455/39; 455/426.2; 713/150; 713/168; 713/171; 726/2; 726/3

(58) **Field of Classification Search** ................. 380/270
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 6,259,933 | B1 * | 7/2001 | Bambridge et al. | ......... | 455/557 |
| 6,453,159 | B1 * | 9/2002 | Lewis | ......... | 455/411 |
| 6,480,477 | B1 * | 11/2002 | Treadaway et al. | ......... | 370/314 |
| 6,560,448 | B1 * | 5/2003 | Baldwin et al. | ......... | 455/234.1 |
| 6,691,227 | B1 * | 2/2004 | Neves et al. | ......... | 713/162 |
| 6,813,496 | B2 * | 11/2004 | Numminen et al. | ......... | 455/445 |
| 6,990,587 | B2 * | 1/2006 | Willins et al. | ......... | 713/182 |
| 7,142,557 | B2 * | 11/2006 | Dhir et al. | ......... | 370/463 |
| 7,174,564 | B1 * | 2/2007 | Weatherspoon et al. | ......... | 726/2 |
| 2001/0021926 | A1 * | 9/2001 | Schneck et al. | ......... | 705/54 |
| 2002/0114288 | A1 * | 8/2002 | Soliman | ......... | 370/310 |

(Continued)

OTHER PUBLICATIONS

Harris Product Sheet, "Sierra Cryptographic Module" Feb. 2000.

(Continued)

*Primary Examiner*—Syed A. Zia
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist

(57)　　　　**ABSTRACT**

A secure wireless LAN device includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations. The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector, for example.

**59 Claims, 10 Drawing Sheets**



**US 7,440,572 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2004/0230536 A1 * | 11/2004 | Fung et al. | 705/64 |
| 2005/0235149 A1 * | 10/2005 | Beckmann et al. | 713/168 |
| 2006/0002319 A1 * | 1/2006 | Lee et al. | 370/310.1 |
| 2006/0191996 A1 * | 8/2006 | Drummond et al. | 235/379 |
| 2007/0109994 A1 * | 5/2007 | Beach | 370/328 |
| 2007/0171883 A1 * | 7/2007 | Beach | 370/338 |
| 2007/0286416 A1 * | 12/2007 | Bertoni et al. | 380/37 |

### OTHER PUBLICATIONS

Website http://grouper.iee.org/groups/802/11/main.html, Document: IEEE P802.11-96/49C (Mar. 1996) pp. 1-4 and 1-22.

Website http://www.gd-cs.com/products/taclane.html Product: TACLANE Encryptor (KG-175) , pp. 1-4.

Website: http://www.symbol.com/products/wireless/wireless_sp24_2mb_broch.html "Symbol'Spectrum24® 2 Mbps Wireless LAN: Enabling Mobile Voice and Data Communications in Demanding Enterprise Environments", Apr. 2000.

Data Sheet, "3Com® AirConnect® 11 Mbps Wireless LAN Solution" May 2000, pp. 1-6.

Intersil Data Sheet, HFA3983, File No. 4634.6 "2.4GHz Power Amplifier and Detector", pp. 4/1-4/7 Mar. 2000.

Intersil Data Sheet, HFA3683A, File No. 4634.6 "2.4GHz RF/IF Converter and Synthesizer", pp. 2/1-2/23 Sep. 2000.

Intersil Data Sheet, HFA3783, File No. 4633.3 "I/Q Modulator/Demodulator and Synthesizer", pp. 7-36 Nov. 2000.

Intersil Data Sheet, HFA3841, File No. 4661.2 "Wireless LAN Medium Access Controller", pp. 1-27 Jan. 2000.

Intersil Data Sheet, HFA3861B, File No. 4816 "Direct Sequence Spread Spectrum Baseband Processor", pp. 1-37 Jan. 2000.

* cited by examiner

*FIG. 1*



*FIG. 2*



*FIG. 3*



Case 1:19-cv-01306-MN   Document 24-2   Filed 09/24/19   Page 5 of 68 PageID #: 1132



*FIG. 4*



FIG. 5

*FIG. 6*



FIG. 7



FIG. 8



FIG. 9



*FIG. 10*



*FIG. 11*

FIG. 12



FIG. 13



US 7,440,572 B2

**1**

## SECURE WIRELESS LAN DEVICE AND ASSOCIATED METHODS

### FIELD OF THE INVENTION

The present invention relates to the field of communications and computers, and, more particularly, to a secure wireless local area network (LAN), and associated methods.

### BACKGROUND OF THE INVENTION

Computers are often connected together as part of a Local Area Network (LAN). The LAN permits computers to share data and programs with one another. Many typical LANs are based upon physical connections between individual computers and a server, for example. The connections may be twisted pair conductors, coaxial cables, or optical fibers, for example.

There is also another class of LAN based upon wireless communication to the individual computers. A wireless LAN is not restricted to having physical connections to the individual computers. Accordingly, original installation may be simplified. Additionally, one or more of the computers may be used in a mobile fashion. In other words, the user may use a laptop computer and move from place to place while still being connected via the wireless LAN.

In particular, the IEEE standard 802.11 is directed to a wireless LAN. The IEEE 802.11 standard defines the protocol for several types of networks including ad-hoc and client/server networks. An ad-hoc network is a simple network where communications are established between multiple stations in a given coverage area without the use of an access point or server. The standard provides methods for arbitrating requests to use the medium to ensure that throughput is maximized for all of the users in the base service set.

The client/server network uses an access point that controls the allocation of transmit time for all stations and allows mobile stations to roam from one access point to another. The access point is used to handle traffic from the mobile radio to the wired or wireless backbone of the client/server network. This arrangement allows for point coordination of all of the stations in the basic service area and ensures proper handling of the data traffic. The access point routes data between the stations and other wired/wireless stations or to and from the network server.

Of course, two or more LANs may be interconnected using wireless LAN devices at respective access points. This may be considered a network bridge application.

Security is addressed in the 802.11 standard as an option and may be accomplished by an encryption technique known as the Wired Equivalent Privacy (WEP) algorithm. This algorithm is based on protecting the transmitted data over the radio transmission using a 64-bit seed key and the RC4 encryption algorithm. WEP, however, only protects the data packet information and does not protect the physical layer header. This is so that other stations on the network can listen to the control data needed to manage the network. Unfortunately, this may provide a reduced level of security.

To provide higher levels of security, more powerful cryptographic equipment is available, such as a TACLANE KG-175. This equipment provides confidentiality and end-to-end authentication to protect sensitive information. Unfortunately, for a wireless LAN, such a device is relatively bulky and expensive.

### SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the invention to provide a secure wireless LAN device that provides greater security, and yet without a significant increase in cost and/or complexity.

**2**

This and other objects, features and advantages in accordance with the present invention are provided by a secure wireless LAN device which in one embodiment includes a housing, a wireless transceiver carried by the housing, a medium access controller (MAC) carried by the housing, and a cryptography circuit carried by the housing and connected to the MAC and the wireless transceiver. The cryptography circuit may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. Accordingly, a higher level of security may be provided by the encryption of the address and control portions of the transmitted packet contained within the MAC generated header. This information is not encrypted in conventional LAN cryptographic devices. The cryptography circuit may implement an algorithm and use a key to provide a predetermined security level, such as up to Type 1 security, although lower levels may also be implemented. Of course, the secure wireless LAN device may be used with other LAN devices, such as user stations and/or access points, in any of a number of different LAN configurations.

The MAC may implement a predetermined wireless LAN MAC protocol. For example, the LAN MAC protocol may be based upon the IEEE 802.11 standard. The device may also include at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point. This connector may be a PCMCIA connector.

The cryptography circuit may also comprise a protection circuit to protect against transmission of unencrypted data. In addition, the cryptography circuit may include a cryptography processor, and a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver. The cryptography processor may add a plurality of encrypting bits to be transmitted over an extended time, and the control and gateway circuit may control the transmitter to operate for this extended time.

The control and gateway circuit may comprise a programmable gate array, for example. The cryptography circuit may also further comprise a serial-to-parallel converter connected between the MAC and the cryptography processor.

The wireless transceiver may include a baseband processor, a modem connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The secure wireless LAN device may also include at least one antenna carried by the housing and connected to the wireless transceiver.

A method aspect of the invention is for providing a secure wireless LAN. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing. The method may further include providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of the secure wireless LAN device in accordance with the invention.

FIG. 2 is a perspective view of a laptop computer including the secure wireless LAN device as shown in FIG. 1.

FIG. 3 is a perspective view of a LAN access point device including the secure wireless LAN device as shown in FIG. 1.

FIG. 4 is a schematic diagram of an ad-hoc LAN using the secure wireless LAN devices as shown in FIG. 1.

US 7,440,572 B2

**3**

FIG. **5** is a schematic diagram of an infrastructure LAN using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **6** is a schematic diagram of a network bridge LAN configuration using the secure wireless LAN devices as shown in FIG. **1**.

FIG. **7** is a schematic block diagram of the secure wireless LAN device as shown in FIG. **1**.

FIG. **8** is a chart of the data unit protocol for the secure wireless LAN device as shown in FIG. **1**.

FIG. **9** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the cryptographic traffic path.

FIG. **10** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the key fill and algorithm download connectors.

FIG. **11** is a more detailed schematic block diagram of the secure wireless LAN device as shown in FIG. **1** and illustrating the data bus protection.

FIG. **12** is a schematic transverse cross-sectional view of the secure wireless LAN device as shown in FIG. **1**. FIG. **13** is a schematic longitudinal cross-sectional view of a portion of the secure wireless LAN device as shown in FIG. **1**.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

Referring initially to FIGS. **1-6**, the secure wireless LAN device **20** and its use in various LAN configurations are first described. The device **20** is illustratively in the form of a PC-card, such as an extended Type **2** PC-card. The device **20** includes a housing **21** which carries a connector **27** at one end, and a pair of antennas **22** at the opposite end.

For example, the housing **21** may have a length of about **5.75** inches, which is slightly longer than typical PC-cards. This extended length may serve to accommodate additional cryptography circuitry as will be described in greater detail below. The housing **21** may also have a width of about 2.1 inches, and thickness of about 0.2 inches. Of course, other dimensions are also contemplated by the invention.

The interface connector **27** may be a PCMCIA connector or other similar connector that can readily interface to a number of possible LAN devices as will be appreciated by those skilled in the art. For example, as shown in FIG. **2**, the secure wireless LAN device **20** may be received in a corresponding PC-card slot in the side of a laptop computer **25**. The device **20** may also be received in a PC-card slot of an access point **30** as shown in FIG. **3**.

As shown in FIG. **4**, a plurality of user stations **25** may be connected in an ad-hoc LAN configuration **35** where each station can communicate with every other station using the secure wireless LAN devices **20**. Unencrypted data called "plain text" is generated at the station **25** and encrypted data called "cipher text" is sent over the radio frequency (RF) links between the secure wireless LAN devices **20**.

An infrastructure LAN configuration **40** is shown in FIG. **5**. In this LAN configuration **40**, each user station **25** communicates with the access point **30** via respective secure wireless

**4**

LAN devices **20**. In addition, in the illustrated LAN configuration **40**, the access point **30** is also connected to a conventional wired LAN. Cryptography may be optionally applied to the communications over the wired LAN using a conventional cryptography device **41** as will be appreciated by those skilled in the art.

A network bridge LAN system **45** is illustrated in FIG. **6**. This configuration or system **45** provides for communications between access points **30** of different LANs. The secure wireless LAN devices **20** are used to provide the secure RF links between the access points **30**. Cryptography devices **41** may be optionally used on the wired connections to the access points as shown in the illustrated LAN system **45**.

Turning now to FIGS. **7** and **8** the secure wireless LAN device **20** is now described in greater detail. The device **20** includes a wireless transceiver **50**, a medium access controller (MAC) **60** and its associated memory **61**, and a cryptography circuit **70**. Each of these circuit portions are carried by or contained within the housing **21** (FIG. **1**).

In accordance with one aspect of the invention, the cryptography circuit **70** may encrypt both address and data information for transmission, and decrypt both address and data information upon reception. A higher level of security is thus provided. The cryptography circuit **70** may implement a cryptographic algorithm and use a cryptographic key to provide a predetermined security level. For example, the cryptography circuit **70** may use an algorithm and key to provide Type **1** security. Lower levels of security, such as DES and triple DES, may also be implemented as will be readily appreciated by those skilled in the art.

The MAC **60** may implement a predetermined wireless LAN MAC protocol. In one preferred embodiment, the LAN MAC protocol may be based upon the IEEE **802.11** standard. The MAC **60** may be a model HFA**3841** MAC chip available from INTERSIL of Melbourne, Fla. Other similar MACs may also be used. The model HFA3841 is a chip from among a chipset offered by INTERSIL as part of its PRISM® 2.4 Ghz WLAN chip set. Further details of the HFA3841 are available in the data sheet for this part dated January 2000, file number 4661.2, the entire disclosure of which is incorporated herein by reference.

The wireless transceiver **50** may include a baseband processor **51**, a modem **52** connected to the baseband processor, and a radio frequency transmitter and receiver connected to the modem. The RF transmitter and receiver are provided in the illustrated embodiment by the RF/IF converter **53**, the power amplifier **54** connected to the transmit output, and the pair of switches **55**, **56** connected to the antennas **22**.

The baseband processor **51** may be a model HFA3863 Direct Sequence Spread Spectrum Baseband Processor also available from INTERSIL. The baseband processor **51** provides the functions needed for a full or half-duplex packet baseband transceiver. Further details of the HFA3863 are available in the data sheet for this part dated May 2000, file number 4856.1, the entire disclosure of which is incorporated herein by reference.

The modem **52** may be a model HFA3783 part also offered by INTERSIL which is a fully differential SiGe baseband converter for half-duplex wireless applications. It features the necessary circuitry for quadrature modulation and demodulation of "I" and "Q" baseband signals and includes the required synthesizer as will be appreciated by those skilled in the art. Further details of the HFA3783 are available in the data sheet for this part dated November 2000, file number 4633.3, the entire disclosure of which is incorporated herein by reference.

5

The RF/IF converter and synthesizer **53** may be provided by an INTERSIL part number HFA3683A. This part is a SiGe half-duplex RF/IF transceiver for operation at the 2.4 Ghz ISM band. The HFA3683A is further described in the data sheet for this part dated September 2000, file number 4634.6, the entire disclosure of which is incorporated herein by reference.

The power amplifier **54** may be a model MA02303GJ available from M/A-COM. The power amplifier circuit **54** may also include an external detector so that an accurate automatic level control can be implemented. The MA02303GJ is further described in the data sheet for this part, the entire disclosure of which is incorporated herein by reference.

In addition to the INTERSIL and M/A-COM components described herein, other similar components may also be used from other manufacturers. Representative other products/manufacturers include the AirConnect® product of 3COM, and the Spectrum24® product from SYMBOL, for example.

The cryptography circuit **70** also includes a cryptography processor **72** and serial-to-parallel converter (CPLD) **71** connected to the MAC **60** and the cryptography processor. A control and gateway block **73** is provided as part of the field programmable gate array (FPGA) **74**. A FIFO **75** is also illustratively connected to the FPGA **74**.

As seen in the lower portion of FIG. **7**, the MAC **60** generates a payload **80** including a header **81**, the data **82**, and a CRC code **83**. This payload **80** is combined with the cryptography generated bits **85** and the baseband processor generated bits **84** in the illustrated embodiment.

Referring now additionally to FIG. **8**, exemplary data structures are further described. The upper portion of FIG. **8** sets forth the MAC protocol data unit **90**. of interest, addresses **1-4** may be indicated with reference numerals **91-94**. The lower portion of FIG. **8** illustrates the baseband output in greater detail, showing the physical layer convergence protocol (PLCP) frame format **100**. These various data structures or formats are exemplary only and will be appreciated by those of skill in the art without further discussion. Of course, other formats may also be used as will also be appreciated by those skilled in the art.

As will be appreciated by those skilled in the art, the cryptography processor **72** may add a plurality of encrypting bits **85** to be transmitted over an extended time, for example, as compared to the IEEE 802.11 standard. Accordingly, the control and gateway circuit **73** may control the transmitter to operate for this extended time. For example, the transmitter may be readied earlier and operate slightly longer than would otherwise be the case without the cryptography features of the present invention. Other schemes for handling the slightly longer data packets are also contemplated by the present invention.

Referring now additionally to FIG. **9**, additional portions of the secure wireless LAN device **20** are now described. The cryptography circuit **70** may be provided, for example, by a SIERRA1™ cryptographic module available from Harris Corporation of Melbourne, Florida which is also the assignee of the present invention. The cryptography processor **72** may be a Palisades ASIC, for example, as in the SIERRATM cryptographic module. The cryptography circuit **70** also includes a RAM and associated back-up battery **105** as will be discussed in greater detail below. The FPGA **74** may be programmed to produce the various devices and logic blocks as shown in FIG. **9** as will be appreciated by those skilled in the art.

As explained with additional reference to FIG. **10**, the secure wireless LAN device **20** may include a fifteen-pin

6

connector **110** carried by the housing and used to interface to external circuitry **111** as will be appreciated by those skilled in the art. The external circuitry **111** may include download terminal interface circuitry **111**a to permit the cryptographic algorithm, or at least portions thereof, to be loaded. In addition, the external circuitry **111** may include fill device interface circuitry **111**b to provide the key fill to the cryptography processor **72**. In other embodiments, different interfaces may be used for these features as will be appreciated by those skilled in the art.

The illustrated embodiment also includes an undervoltage, overvoltage, tamper, and zeroize circuit block **106** connected to the cryptography processor **72** and to the RAM **107**. The secure wireless LAN device **20** may have its key changed periodically as required, and may also have the cryptography algorithm updated or changed as well to provide further flexibility and security.

Turning now to FIG. **11**, the cryptography circuit **70** may also comprise a protection circuit **114** to protect against transmission of unencrypted data. The protection circuit **114** may be provided by logic gates **115**, **116** and input registers **117** implemented within the FPGA **74** as will be appreciated by those skilled in the art. This protection circuit **114**, along with similar protection circuitry within the CPLD **71**, provides redundancy so that plain text is not accidentally transmitted from the secure wireless LAN device **20**. Also shown in the illustrated embodiment are FLASH **108** and RAM **107** to be used by the cryptography processor **72**.

One method aspect of the invention is for providing a secure wireless LAN system, such as the LAN configurations or systems **35**, **40** and **45** shown respectively in FIGS. **4-6**, for example. The method may include equipping a plurality of LAN devices with respective secure wireless LAN devices **20** as described herein. In particular, the method may further include providing a cryptography circuit **70** carried by the housing and cooperating with the MAC **60** and the wireless transceiver **50** for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

Yet other important features of the secure wireless LAN device **20** are now described with additional reference to FIGS. **12** and **13**. The device **20** illustratively includes a two-part housing **21** provided by a metal top and bottom **21**a, **21**b which clip or engage together along opposing longitudinal side edges. The housing **21**, in turn, carries a printed wiring board **118**. The printed wiring board **118** may carry the MAC, cryptography circuit, and wireless transceiver as discussed extensively above. In addition, other circuitry and devices may also be provided in the housing **21** as schematically indicated in FIG. **13** as components **125**. These components **125** may be carried by both sides of the printed wiring board **118**, and the printed wiring board maybe a multilayer wiring board as will be appreciated by those skilled in the art. Labels **126** may be carried in respective recesses formed in the housing **21** as shown in FIG. **13**.

The printed wiring board **118** also illustratively carries an indicator LED **119** and a zeroize switch or circuit **120** as shown in FIG. **12**. Ground clips **122** tie the housing bottom **21**b to an electrical ground on the printed wiring board **118**. In addition, tamper switch clips **123** engage the upper housing portion or top **21**a in the illustrated embodiment. The volatile memory or RAM **107** and back-up battery **109** are also schematically illustrated as being carried by the printed wiring board **118**.

The secure wireless LAN device **20** includes the cryptography circuit **70** described herein that operates using cryptography information. In accordance with this aspect of the

US 7,440,572 B2

7

invention, the cryptography circuit also renders unuseable the cryptography information based upon tampering. In other terms, the cryptography circuit may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. Accordingly, the cryptography circuit may further include at least one switch, such as the illustrated tamper clips **123** operatively connected to the housing **21**, and to associated circuitry, for disconnecting the battery **109** from the at least one volatile memory **107** so that the cryptography information therein is lost based upon breach of the housing.

As will be appreciated by those skilled in the art, the cryptographic information may comprise a cryptography key and/or at least a portion of a cryptography algorithm as discussed in detail above. This cryptographic information remains relatively secure and is lost upon tampering, such as removing or breaching the housing **21**.

Another method aspect of the invention is for making tamper resistant a secure wireless LAN device **20** comprising a housing **21**, a wireless transceiver **50** carried by the housing and a cryptography circuit **70** carried by the housing. The method may include storing cryptography information in the cryptography circuit **70**, and rendering unuseable the cryptography information based upon tampering with the secure wireless LAN device. The cryptography circuit **70** may comprise at least one volatile memory **107** for storing the cryptography information, and a battery **109** for maintaining the cryptography information in the at least one volatile memory. In this embodiment, rendering unuseable comprises disconnecting the battery from the at least one volatile memory based upon a breach of the housing. Of course, other schemes for rendering the cryptography information unuseable are also contemplated by the present invention.

Other aspects of the secure wireless LAN device **20** are described in copending patent application entitled "SECURE WIRELESS LAN DEVICE INCLUDING TAMPER RESISTANT FEATURE AND ASSOCIATED METHOD", Ser. No. 09/761,173, which is also assigned to the present assignee. The entire disclosure of this application is incorporated herein by reference. In addition, many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

**1**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing;

a medium access controller (MAC) carried by said housing; and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission by at least adding a plurality of encrypting bits to both the address and the data information, and for decrypting both the address and the data information upon reception.

**2**. A secure wireless LAN device according to claim **1** wherein said MAC implements a predetermined wireless LAN MAC protocol.

8

**3**. A secure wireless LAN device according to claim **2** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**4**. A secure wireless LAN device according to claim **1** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**5**. A secure wireless LAN device according to claim **4** wherein said at least one connector comprises a PCMCIA connector.

**6**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**7**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**8**. A secure wireless LAN device according to claim **1** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**9**. A secure wireless LAN device according to claim **8** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**10**. A secure wireless LAN device according to claim **8** wherein said control and gateway circuit comprises a programmable gate array.

**11**. A secure wireless LAN device according to claim **8** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**12**. A secure wireless LAN device according to claim **1** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**13**. A secure wireless LAN device according to claim **1** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**14**. A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing for implementing a predetermined wireless LAN MAC protocol; and

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**15**. A secure wireless LAN device according to claim **14** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**16**. A secure wireless LAN device according to claim **14** further comprising at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**17**. A secure wireless LAN device according to claim **16** wherein said at least one connector comprises a PCMCIA connector.

US 7,440,572 B2

9 10

**18.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**19.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**20.** A secure wireless LAN device according to claim **14** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography circuit to said MAC and said wireless transceiver.

**21.** A secure wireless LAN device according to claim **20** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**22.** A secure wireless LAN device according to claim **20** wherein said control and gateway circuit comprises a programmable gate array.

**23.** A secure wireless LAN device according to claim **20** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**24.** A secure wireless LAN device according to claim **14** wherein said wireless transceiver further comprises:

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**25.** A secure wireless LAN device according to claim **14** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**26.** A secure wireless local area network (LAN) device comprising:

a housing;

a wireless transceiver carried by said housing and comprising a baseband processor;

a medium access controller (MAC) carried by said housing;

a cryptography circuit carried by said housing and connected to said MAC and said baseband processor for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception; and

at least one connector carried by said housing for connecting said MAC to at least one of a LAN station and a LAN access point.

**27.** A secure wireless LAN device according to claim **26** wherein said at least one connector comprises a PCMCIA connector.

**28.** A secure wireless LAN device according to claim **26** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**29.** A secure wireless LAN device according to claim **28** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**30.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**31.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**32.** A secure wireless LAN device according to claim **26** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**33.** A secure wireless LAN device according to claim **32** wherein said cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein said control and gateway circuit controls said transmitter to operate for the extended time.

**34.** A secure wireless LAN device according to claim **32** wherein said control and gateway circuit comprises a programmable gate array.

**35.** A secure wireless LAN device according to claim **32** wherein said cryptography circuit further comprises a serial-to-parallel converter connected between said MAC and said cryptography processor.

**36.** A secure wireless LAN device according to claim **26** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**37.** A secure wireless LAN device according to claim **26** further comprising at least one antenna carried by said housing and connected to said wireless transceiver.

**38.** A secure wireless local area network (LAN) system comprising:

a plurality of LAN devices;

a respective secure wireless LAN device connected to each of said plurality of LAN devices, each secure wireless LAN device comprising

a housing,

a wireless transceiver carried by said housing,

a medium access controller (MAC) carried by said housing, and

a cryptography circuit carried by said housing and connected to said MAC and said wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**39.** A secure wireless LAN system according to claim **38** wherein said MAC implements a predetermined wireless LAN MAC protocol.

**40.** A secure wireless LAN system according to claim **39** wherein said predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**41.** A secure wireless LAN system according to claim **38** wherein said cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

**42.** A secure wireless LAN system according to claim **38** wherein said cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting said cryptography processor to said MAC and said wireless transceiver.

**43.** A secure wireless LAN system according to claim **38** wherein said wireless transceiver comprises:

a baseband processor;

a modem connected to said baseband processor; and

a radio frequency transmitter and receiver connected to said modem.

**44.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of user stations.

**45.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises at least one user station and at least one access point.

**46.** A secure wireless LAN system according to claim **38** wherein said plurality of LAN devices comprises a plurality of access points.

US 7,440,572 B2

11

**47**. A method for providing a secure wireless local area network (LAN) comprising:

equipping a plurality of LAN devices with respective secure wireless LAN devices, each comprising a housing, a wireless transceiver carried by the housing, and a medium access controller (MAC) carried by the housing; and

providing a cryptography circuit carried by the housing and cooperating with the MAC and the wireless transceiver for encrypting both address and data information for transmission, and for decrypting both address and data information upon reception.

**48**. A method according to claim **47** wherein the MAC implements a predetermined wireless LAN MAC protocol.

**49**. A method according to claim **48** wherein the predetermined wireless LAN MAC protocol is based upon the IEEE 802.11 standard.

**50**. A method according to claim **47** further comprising providing at least one connector carried by the housing for connecting the MAC to at least one of a LAN station and a LAN access point.

**51**. A method according to claim **50** wherein the at least one connector comprises a PCMCIA connector.

**52**. A method according to claim **47** wherein the cryptography circuit implements an algorithm and uses a key to provide a predetermined security level.

12

**53**. A method according to claim **47** wherein the cryptography circuit comprises a protection circuit to protect against transmission of unencrypted data.

**54**. A method according to claim **47** wherein the cryptography circuit comprises:

a cryptography processor; and

a control and gateway circuit connecting the cryptography processor to the MAC and the wireless transceiver.

**55**. A method according to claim **54** wherein the cryptography processor adds a plurality of encrypting bits to be transmitted over an extended time; and wherein the control and gateway circuit controls the transmitter to operate for the extended time.

**56**. A method according to claim **54** wherein the control and gateway circuit comprises a programmable gate array.

**57**. A method according to claim **54** wherein the cryptography circuit further comprises a serial-to-parallel converter connected between the MAC and the cryptography processor.

**58**. A method according to claim **47** wherein the wireless transceiver comprises:

a baseband processor;

a modem connected to the baseband processor; and

a radio frequency transmitter and receiver connected to the modem.

**59**. A method according to claim **47** further comprising at least one antenna carried by the housing and connected to the wireless transceiver.

* * * * *

# Exhibit B



US007082117B2

(12) **United States Patent**    (10) **Patent No.:**     **US 7,082,117 B2**
Billhartz                          (45) **Date of Patent:**        *Jul. 25, 2006

(54) **MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 765 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,097**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028000 A1     Feb. 12, 2004

(51) **Int. Cl.**
*H04Q 7/24*      (2006.01)
(52) **U.S. Cl.** .......................... **370/338**; 726/23; 709/24
(58) **Field of Classification Search** ............... 370/252, 370/254, 240, 389, 351, 352, 401; 709/223, 709/224; 713/164, 187; 726/1–23
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,412,654 A | 5/1995 | Perkins | 370/94.1 |
| 5,978,669 A | 11/1999 | Sanmugam | 455/410 |
| 6,047,330 A | 4/2000 | Stracke, Jr. | 709/238 |
| 6,160,804 A | 12/2000 | Ahmed et al. | 370/349 |
| 6,304,556 B1 | 10/2001 | Haas | 370/254 |
| 6,791,996 B1 * | 9/2004 | Watanabe et al. | 370/447 |

| | | | |
|---|---|---|---|
| 6,914,890 B1 * | 7/2005 | Tobita et al. | 370/338 |
| 6,934,752 B1 * | 8/2005 | Gubbi | 709/225 |
| 6,950,946 B1 * | 9/2005 | Droz et al. | 340/5.74 |
| 7,027,462 B1 * | 4/2006 | Benveniste | 370/447 |

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update*, Nov. 13, 2001, avaliable at http://techupdate.zdnet.com/techupdate/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network*, CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.
*Wireless LAN Security 802.11b and Corporate Networks*, Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.

(Continued)

*Primary Examiner*—Chi Pham
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57)         **ABSTRACT**

A mobile ad-hoc network (MANET) may include a plurality of nodes for transmitting data therebetween using a media access layer (MAC), where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold. The policing node may also detect intrusions based upon one or more of failed MAC address authentications, illegal network allocation vector (NAV) values, and unexpected contention or contention-free operation.

**62 Claims, 11 Drawing Sheets**



US 7,082,117 B2

Page 2

OTHER PUBLICATIONS

Blackwell, *Serious WLAN Security Threats: Part II*, INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781__947571,00.html.

*Accessing Wireless Security with Airopeek*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white__papers.

*WildPackets' Guide to Wireless LAN Analysis*, WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white__papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks*, ACM MOBICOM, 2000.

Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches*, Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

* cited by examiner



FIG. 1.



FIG. 2.



FIG. 3.



FIG. 4.



FIG. 5.



FIG. 6.



FIG. 7.



FIG. 8.



FIG. 9.



FIG. 10.



FIG. 11.



FIG. 12.

U.S. Patent          Jul. 25, 2006          Sheet 7 of 11          US 7,082,117 B2



FIG. 13.



FIG. 14.



FIG. 15.



FIG. 16.



FIG. 17.



FIG. 18.



FIG. 19.



FIG. 20.



FIG. 21.

US 7,082,117 B2

1

# MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to mobile ad-hoc networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks, or MANETs for short. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes come close enough to transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of security. More particularly, since nodes in a mobile ad-hoc network all communicate wirelessly, there is a much greater risk of intrusion by unauthorized users. Because of the early stage of development of ad-hoc networks and the numerous other challenges these networks present, the above routing protocols have heretofore primarily focused solely on the mechanics of data routing and not on intrusion detection.

Some approaches are now being developed for providing intrusion detection in mobile ad-hoc networks. One such approach is outlined in an article by Zhang et al. entitled "Intrusion Detection in Wireless Ad-Hoc Networks," ACM MOBICOM, 2000. In this article, an intrusion detection architecture is proposed in which every node in the MANET

2

participates in intrusion detection and response. That is, each node is responsible for detecting signs of intrusion locally and independently, but neighboring nodes can collaboratively investigate in a broader range. Moreover, intrusion detection is based upon anomaly detections, such as the detection of abnormal updates to routing tables or anomalies in certain network layers, such as with media access control (MAC) layer protocols. Another similar MANET intrusion detection architecture is disclosed in "Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches," by Albers et al., in Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), April 2002.

While the architectures discussed in the above articles may provide a convenient starting point for implementing intrusion detection, much of the details regarding the implementation of intrusion detection in MANETs have yet to be determined. That is, the particular types of node characteristics which can reliably indicate whether a node is a rouge node attempting to intrude upon the network still remain largely undefined.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a mobile ad-hoc network (MANET) with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a MANET which may include a plurality of nodes for transmitting data therebetween using a media access (MAC) layer, where each of the nodes has a respective MAC address associated therewith. The MANET may also include a policing node for detecting intrusions into the network. This may be done by monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address, and generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Furthermore, the policing node may detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. More specifically, the policing node may generate an intrusion alert based upon detecting the number of failed attempts to authenticate a MAC address within a predetermined period.

In addition, the plurality of nodes may transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The RTS and CTS packets may include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. As such, the policing node may further detect intrusions into the MANET by monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein and generate an intrusion alert based thereon.

The plurality of nodes may also intermittently operate in a contention-free mode during a contention-free period (CFP). Thus, the policing node may also advantageously detect intrusions into the wireless network by monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa) and generate an intrusion alert based thereon.

Additionally, the MANET may have at least one service set ID associated therewith. Accordingly, the policing node

US 7,082,117 B2

3

may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith. The policing node may further generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, the plurality of nodes may transmit data over at least one channel, and the policing node may detect transmissions over the at least one channel not originating from one of the plurality of nodes and generate an intrusion alert based thereon.

The policing node may advantageously transmit an intrusion alert to at least one of the plurality of nodes in some embodiments. As such, the appropriate countermeasures may be taken to respond to the intrusion.

An intrusion detection method aspect of the invention is for a MANET including a plurality of nodes. The method may include transmitting data between the plurality of nodes using a MAC layer, where each of the nodes has a respective MAC address associated therewith. Moreover, transmissions among the plurality of nodes may be monitored to detect FCS errors from a MAC address, and an intrusion alert generated based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

Additionally, the method may also include monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses, and generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address. In particular, an intrusion alert may be generated based upon detecting a number of failed attempts to authenticate a MAC address within a predetermined period.

Furthermore, the method may include transmitting RTS and CTS packets between the plurality of nodes prior to transmitting data. As noted above, the RTS and CTS packets typically include NAV values indicating a time duration reserved for transmitting the data. Moreover, the RTS and CTS packets transmitted between the plurality of nodes may be monitored to detect an illegal NAV value therein, and an intrusion alert generated based upon the detected illegal NAV value.

The plurality of nodes may intermittently operate in a contention-free mode during a CFP. As such, the method may also include monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP (or vice versa), and generating an intrusion alert based thereon.

In addition, the MANET may have at least one service set ID associated therewith. Thus, the method may further include monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the wireless network. Also, the plurality of nodes may transmit data over at least one channel. Transmissions over the at least one channel not originating from one of the plurality of nodes may therefore be detected, and an intrusion alert generated based thereon. The method may also include transmitting the intrusion alert to at least one of the plurality of nodes.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a schematic block diagram of a MANET in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

4

FIG. 2 is a schematic block diagram of an alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. 3 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. 4 and 5 are schematic block diagrams of further alternate embodiments of the MANET of FIG. 1 for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. 6 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. 7 is a schematic block diagram of still another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 8 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 9 is a schematic block diagram of another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. 10 is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. 1 for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. 11 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. 12 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. 13 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. 14 and 15 are flow diagrams illustrating intrusion detection methods in accordance with the present invention based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. 16 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. 17 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 18 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 19 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

US 7,082,117 B2

5

FIG. **20** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. **21** is a flow chart illustrating additional method aspects of the invention for intrusion detection.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. **1**–**10**, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the mobile ad-hoc network (MANET) nodes **11**, **21**, **31**, **41**, **51**, **61**, **71**, **81**, **91**, and **101** illustrated in FIGS. **1**–**10** are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. **1**, a MANET **10** in accordance with the present invention illustratively includes nodes **11**, **12**. While only the two nodes **11**, **12** are shown for clarity of illustration, those of skill in the art will appreciate that any number of nodes may be included within the MANET **10**. Such nodes may be laptop computers, personal data assistants (PDAs), cellular telephones, or other suitable devices, as will be appreciated by those of skill in the art. Further, in some embodiments one or more nodes in the MANET **10** may be fixed to provide a bridge to a wired (or satellite) communications infrastructure, such as a telephone network, for example.

Before describing the MANET **10** in further detail, a brief discussion regarding MANET protocols in general is warranted. While MANETs are still in their infancy and there is as yet no one common standard governing communications in such networks, one likely characteristic of MANETs is that MANET nodes will operate in accordance with the open system architecture (OSI) model for data transfer, which includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer.

The data link layer further includes media access control (MAC) and logical link control sub-layers. In accordance with the invention, the nodes **11**, **12** preferably use the MAC layer for transmitting data therebetween, and each has a respective MAC addresses associated therewith, as will be appreciated by those of skill in the art. Of course, the remaining layers of the OSI model may also be used for data transmission as well, and other suitable network data transfer models may also be used. Moreover, such data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the MANET **10** illustratively includes one or more policing nodes **13** for detecting intrusions into the network by a rogue node **14**. By way

6

of example, the rogue node **14** may be used by a would-be hacker attempting to hack into the MANET **10**, or it may simply be a node from a different MANET that is operating too closely to the MANET **10**. In the present example, the policing node **13** monitors transmissions among the nodes **11**, **12** to detect frame check sequence (FCS) errors from a given MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing node **13** generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the nodes" is intended to mean any transmission directly to or from one of the nodes **11**, **12**, as well as any transmission within an operating range of the MANET **10**. In other words, the policing node **13** may monitor transmissions directed to or originating from the nodes **11**, **12** as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a node in the MANET **10**.

In the above-described embodiment (and those described below), the policing node **13** may advantageously transmit the alert to one or more of the nodes **11**, **12** in the MANET **10**. By way of example, the policing node **13** may transmit the intrusion alert directly to the node **12**, which may then notify all of the remaining nodes in the wireless network. Alternately, the policing node **13** may broadcast the intrusion alert to all network nodes. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. **2**, a first alternate embodiment of the MANET **20** is now described. In this embodiment, the policing node **23** detects intrusions into the wireless network **20** by monitoring transmissions among the nodes **21**, **22** to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node **23** will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a node at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing node **23** may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

Turning now additionally to FIG. **3**, in accordance with another aspect of the invention the two nodes **31**, **32** of the MANET **30** transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining nodes in the MANET **30** may be communicating on the same channel, these nodes may need to ensure that they are not transmitting at the same time, as this could result in interference and network disruption.

Also, the RTS and CTS packets preferably include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to adjacent nodes in the MANET **30**, which will then stop transmission during the specified period, for example.

Accordingly, the policing node **33** may therefore detect intrusions into the wireless network **30** by monitoring RTS and CTS packets sent between the nodes **31**, **32** to detect an illegal NAV value therein. For example, the MANET **30** may be implemented in such a way that data transmission

US 7,082,117 B2

7

may not exceed a certain amount of time, which will be known to all of the authorized nodes participating therein. Thus, if the policing node 33 detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

In accordance with a another embodiment of the MANET 40 illustrated in FIG. 4, the nodes 41, 42 may operate in contention or contention-free modes. That is, in a contention mode all network nodes are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free mode (CFP), channel usage is controlled by a designated control node, which thus eliminates the need for nodes to contend for channel access. In the case of MANETs having nodes arranged in groups or clusters, a cluster leader node may designate when a CFP is to be implemented, for example, as will be appreciated by those of skill in the art.

Thus, the policing node 43 may advantageously detect intrusions into the MANET 40 by monitoring transmissions among the nodes 41, 42 to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing node 43 based upon such detection. In other words, detection of a node operating in contention-free mode outside of a CFP indicates that this node is not an authorized node, as all authorized nodes will be informed by the designated control node when a CFP has been instituted.

Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. 5. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. 6, another embodiment of MANET 60 is now described. Here, the policing node 63 detects intrusions into the MANET 60 by monitoring transmissions among the nodes 61, 62 to detect transmissions during an unauthorized period. That is, the MANET 60 may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing node 63 may advantageously generate an intrusion alert.

Turning now additionally to FIG. 7, still another embodiment of the MANET 70 is now described. In this embodiment, the various nodes 71, 72 generate integrity check values for data sent therefrom. These integrity check values are then verified by the receiving node to ensure that the integrity of the originally transmitted message data has not been compromised. By way of example, the integrity check value may be generated by processing the message data with an algorithm to provide a value to be included in the message text. This value may then be verified by a receiving node using the algorithm and the data received.

Thus, the policing node 73 detects intrusions into the MANET 70 by monitoring transmissions among the nodes 71, 72 to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect data encryption key is used to generate the message ciphertext, or if the message has been tampered with by the rouge node 84, the integrity check value will most likely be corrupted. As such, the policing node 73 may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another MANET 80 in accordance with the invention is now described with reference to FIG. 8. Typically, where the above-noted OSI network model is used, a respective

8

MAC sequence number is generated and sent with each data packet from the nodes 81, 82. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing node 83 may detect intrusions into the MANET 80 by monitoring transmissions among the nodes 81, 82 to detect usage of non-consecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Turning now additionally to FIG. 9, another embodiment of the MANET 90 is illustrated in which the policing node 93 detects intrusions into the network by monitoring transmissions among the nodes 91, 92 to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing node 93 may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. 10, another embodiment of the MANET 100 is described in which the policing node 103 detects intrusions into the network by monitoring transmissions among the nodes 101, 102 to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the nodes is a rouge node 104. As such, the policing node 103 generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may also be based upon a percentage, as previously discussed above.

An intrusion detection method aspect of the invention for the MANET 10 will now be described with reference to FIG. 11. Beginning at Block 110, the method includes transmitting data between the plurality of nodes 11, 12 using the MAC layer, as previously noted above, at Block 111. The transmissions among the nodes 11, 12 are monitored to detect FCS errors from one of the MAC addresses, at Block 112. If a number of FCS errors for the MAC address exceeds a threshold, at Block 113, an intrusion alert is generated based thereon, at Block 114, thus ending the method (Block

US 7,082,117 B2

9

115). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. 12, the method begins (Block 120) with transmitting data between the nodes 21, 22, at Block 121, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block 122, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block 123, then an intrusion is generated, at Block 124, thus concluding the method (Block 125). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. 13. The method begins (Block 130) with transmitting RTS and CTS packets between the nodes 31, 32 and then transmitting data, at Block 131. The RTS and CTS packets transmitted between the nodes 31, 32 are monitored to detect an illegal NAV value therein, at Block 132, as previously described above. If an illegal NAV value is detected, at Block 133, an intrusion alert is generated based thereon, at Block 134, thus concluding the method (Block 135). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 14, a third alternate method aspect of the invention is now described. The method begins (Block 140) with transmitting data between the nodes 41, 42, at Block 141, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block 142, as previously described above. If such operation is detected outside a CFP, at Block 143, an intrusion alert is generated based thereon, at Block 144, thus concluding the method (Block 145). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. 15 at Blocks 150–155. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. 16. The method begins (Block 160) with transmitting data between the nodes 61, 62, at Block 161, and monitoring to detect transmissions during an unauthorized period, at Block 162, as previously described above. If transmissions are detected during an unauthorized period, at Block 163, an intrusion alert is generated based thereon, at Block 164 thus concluding the method (Block 165). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. 17. The method begins (Block 170) with transmitting data between the nodes 71, 72, at Block 171, and monitoring transmissions 172 to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block 173, thus ending the method (Block 175). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. 18, still another method aspect of the invention is described. The method begins (Block 180) with transmitting data between the nodes 81, 82, at Block 181. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a node, at Block 182, as previously described above. If such usage is detected, at Block 183, an intrusion

10

alert is generated, at Block 184, thus ending the method (Block 185). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. 19, another method aspect of the invention begins (Block 190) with transmitting data packets between the nodes 91, 92, at Block 201, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block 192. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block 193, then an intrusion alert is generated, at Block 194, ending the method (Block 195). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. 20. The method begins (Block 200) with transmitting data between the nodes 101, 102, and monitoring transmissions to detect collisions of a same MAC address, at Block 202, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block 203, an intrusion alert is generated, at Block 204, thus ending the method (Block 205). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. 21. In accordance with the invention, a network or service set identification may be associated with the MANET 10, or smaller subsets (e.g., groups/clusters) thereof. As illustratively shown, beginning at Block 210, data may be transmitted between the nodes 11, 12, at Block 211, and the service set IDs transmitted therewith to identify authorized nodes of the MANET 10. As such, transmissions among the plurality of nodes 11, 12 may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized node, at Block 212.

As such, if a service set ID that is different from an authorized service set ID of the MANET 10 and/or transmission from an unauthorized node on a network channel is detected, at Block 213, an intrusion alert may be generated based thereon, at Block 214. Moreover, the intrusion alert may advantageously be transmitted to one or more nodes in the network, as previously described above, or to another source, at Block 215. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the MANETs described above. Also, additional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above-described invention may be implemented in several ways. For example, the policing node 13 could be implemented in one or more separate, dedicated devices that are not already part of the MANET 10. Alternately, the invention may be implemented in software to be installed on one or more existing nodes in a MANET where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting network intrusion even when a rogue node has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing

US 7,082,117 B2

11

intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled MOBILE AD-HOC NET-WORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, attorney docket no. GCSD-1331 (51289), the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and
a policing node for detecting intrusions into the MANET by
monitoring transmissions among said plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and
generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

2. The MANET of claim 1 wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and
generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

3. The MANET of claim 2 wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

4. The MANET of claim 1 wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:
monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

5. The MANET of claim 1 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

6. The MANET of claim 1 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode

12

outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and
generating an intrusion alert based upon detecting contention mode operation outside a CFP.

7. The MANET of claim 1 wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and
generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

8. The MANET of claim 1 wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

9. The MANET of claim 1 wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

10. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data therebetween using a media access layer (MAC), each of said nodes having a respective MAC address associated therewith; and
a policing node for detecting intrusions into the MANET by
monitoring transmissions among said plurality of nodes to detect failed attempts to authenticate MAC addresses; and
generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

11. The MANET of claim 10 wherein said policing node generates an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

12. The MANET of claim 10 wherein said plurality of nodes transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and wherein said policing node further detects intrusions into the MANET by:
monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and
generating an intrusion alert based upon the detected illegal NAV value.

13. The MANET of claim 10 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:
monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and
generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

14. The MANET of claim 10 wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and generating an intrusion alert based upon detecting contention mode operation during a CFP.

**15**. The MANET of claim **10** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**16**. The MANET of claim **10** wherein said plurality of nodes transmit data over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**17**. The MANET of claim **10** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**18**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween;

said plurality of nodes transmitting request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data; and

a policing node for detecting intrusions into the MANET by

monitoring RTS and CTS packets transmitted among said plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**19**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**20**. The MANET of claim **18** wherein said plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**21**. The MANET of claim **18** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**22**. The MANET of claim **18** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**23**. The MANET of claim **18** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**24**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP.

**25**. The MANET of claim **24** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**26**. The MANET of claim **24** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**27**. The MANET of claim **24** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**28**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data therebetween, said plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP.

**29**. The MANET of claim **28** wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**30**. The MANET of claim **28** wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

**31**. The MANET of claim **28** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**32**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

15

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect frame check sequence (FCS) errors from a MAC address; and

generating an intrusion alert based upon detecting a number of FCS errors for the MAC address exceeding a threshold.

**33.** The method of claim **32** further comprising:

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**34.** The method of claim **33** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**35.** The method of claim **32** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**36.** The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**37.** The method of claim **32** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**38.** The method of claim **32** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**39.** The method of claim **32** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**40.** The method of claim **32** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

16

**41.** An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes using a media access layer (MAC), each of the nodes having a respective MAC address associated therewith;

monitoring transmissions among the plurality of nodes to detect failed attempts to authenticate MAC addresses; and

generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address.

**42.** The method of claim **41** wherein generating an intrusion alert based upon detecting a number of failed attempts to authenticate a MAC address comprises generating an intrusion alert based upon detecting the number of failed attempts to authenticate the MAC address within a predetermined period.

**43.** The method of claim **41** further comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes prior to transmitting data, the RTS and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting the data;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**44.** The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**45.** The method of claim **41** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**46.** The method of claim **41** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**47.** The method of claim **41** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**48.** The method of claim **41** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**49.** An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting request to send (RTS) and clear to send (CTS) packets between the plurality of nodes, the RTS

US 7,082,117 B2

17                                          18

and CTS packets comprising a network allocation vector (NAV) value indicating a time duration reserved for transmitting data between the plurality of nodes;

transmitting data between the plurality of nodes;

monitoring the RTS and CTS packets sent between the plurality of nodes to detect an illegal NAV value therein; and

generating an intrusion alert based upon the detected illegal NAV value.

**50**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**51**. The method of claim **49** wherein the plurality of nodes intermittently operate in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs; and further comprising:

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**52**. The method of claim **49** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**53**. The method of claim **49** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**54**. The method of claim **49** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**55**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention-free mode operation outside of a CFP; and

generating an intrusion alert based upon detecting contention-free mode operation outside a CFP period.

**56**. The method of claim **55** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**57**. The method of claim **55** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**58**. The method of claim **55** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**59**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes, the plurality of nodes intermittently operating in a contention-free mode during contention-free periods (CFPs) and in a contention mode outside CFPs;

monitoring transmissions among the plurality of nodes to detect contention mode operation during a CFP; and

generating an intrusion alert based upon detecting contention mode operation during a CFP period.

**60**. The method of claim **59** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**61**. The method of claim **59** wherein transmitting data comprises transmitting data over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**62**. The method of claim **59** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

\*    \*    \*    \*    \*

# Exhibit C



US006986161B2

(12) **United States Patent**
Billhartz

(10) Patent No.: **US 6,986,161 B2**
(45) Date of Patent: *Jan. 10, 2006

(54) **MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS**

(75) Inventor: **Thomas Jay Billhartz**, Melbourne, FL (US)

(73) Assignee: **Harris Corporation**, Melbourne, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/217,017**

(22) Filed: **Aug. 12, 2002**

(65) **Prior Publication Data**

US 2004/0028016 A1    Feb. 12, 2004

(51) **Int. Cl.**
*G06F 11/30* (2006.01)
*G06F 15/16* (2006.01)
(52) **U.S. Cl.** .............................. **726/23**; 726/1; 709/224
(58) **Field of Classification Search** ................ 713/200,
713/201; 709/223, 224; 370/338, 389, 908,
370/912, 913, 339; 380/270
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,412,654 | A | | 5/1995 | Perkins ...................... 370/94.1 |
| 5,621,889 | A | * | 4/1997 | Lermuzeaux et al. ...... 713/200 |
| 5,991,881 | A | * | 11/1999 | Conklin et al. ............ 713/201 |
| 6,088,804 | A | * | 7/2000 | Hill et al. .................. 713/201 |
| 6,304,556 | B1 | | 10/2001 | Haas ......................... 370/254 |
| 6,519,703 | B1 | * | 2/2003 | Joyce ........................ 713/201 |
| 2003/0084321 | A1 | * | 5/2003 | Tarquini et al. ........... 713/200 |
| 2003/0210787 | A1 | * | 11/2003 | Billhartz et al. ........... 380/270 |
| 2003/0210788 | A1 | * | 11/2003 | Billhartz et al. ........... 380/270 |

| 2003/0237000 | A1 | * | 12/2003 | Denton et al. .............. 713/201 |
| 2004/0027988 | A1 | * | 2/2004 | Billhartz .................... 370/229 |
| 2004/0028000 | A1 | * | 2/2004 | Billhartz .................... 370/312 |
| 2004/0028001 | A1 | * | 2/2004 | Billhartz .................... 370/312 |
| 2004/0064737 | A1 | * | 4/2004 | Milliken et al. ............ 713/201 |

OTHER PUBLICATIONS

Kozup, *Secure Your WLAN Now, ZDNet Tech Update,* Nov. 13, 2001, available at http://techupdate.zdnet.com/techup-date/stories/main/0,14179,2835133,00.html.
Vamosi, *Go Away! How to Keep Hackers Out of Your Wireless Network,* CNET/ZDNet Reviews, Mar. 27, 2002, available at http://www.zdnet.com/anchordesk/stories/story/0,10738,2858228,00.html.
*Wireless LAN Security 802.11b and Corporate Networks,* Internet Security Systems, 2001, available at http://www.iss.net/support/documentation/whitepapers/iss.php.
Blackwell, *Serious WLAN Security Threats: Part II,* INT Media Group, Inc., 2002, available at http://www.80211-planet.com/columns/article/0,,1781_947571,00.html.
*Accessing Wireless Security with Airopeek,* WildPackets, Inc., 2001, available at http://www.wildpackets.com/products/airopeek/white_papers.

(Continued)

*Primary Examiner*—Christopher Revak
(74) *Attorney, Agent, or Firm*—Allen, Dyer, Doppelt, Milbrath & Gilchrist, P.A.

(57) **ABSTRACT**

A mobile ad-hoc network (MANET) may include a plurality of nodes for transmitting data therebetween and a policing node. The policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and generate an intrusion alert based thereon. The policing node may also detect intrusions based upon one or more of integrity check values which do not correspond with respective data packets, usage of non-consecutive media access control (MAC) sequence numbers by a node, and collisions of packet types and/or MAC addresses.

**78 Claims, 11 Drawing Sheets**



**US 6,986,161 B2**

Page 2

OTHER PUBLICATIONS

*WildPackets' Guide to Wireless LAN Analysis,* WildPackets, Inc., 2001, available at http://www.wildpackets.com/support/white_papers.

Zhang et al., *Intrusion Detection In Wireless Ad-Hoc Networks,* ACM MOBICOM, 2000.

Albers et al., *Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches,* Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), Apr. 2002.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

FIG. 14



*FIG. 15*                    *FIG. 16*



FIG. 17

FIG. 18



FIG. 19

FIG. 20



FIG. 21

US 6,986,161 B2

1

# MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS

## FIELD OF THE INVENTION

The present invention relates to the field of wireless networks, and, more particularly, to mobile ad-hoc networks and related methods.

## BACKGROUND OF THE INVENTION

Wireless networks have experienced increased development in the past decade. One of the most rapidly developing areas is mobile ad-hoc networks, or MANETs for short. Physically, a mobile ad-hoc network includes a number of geographically-distributed, potentially mobile nodes sharing a common radio channel. Compared with other types of networks, such as cellular networks or satellite networks, the most distinctive feature of mobile ad-hoc networks is the lack of any fixed infrastructure. The network may be formed of mobile nodes only, and a network is created "on the fly" as the nodes come close enough to transmit with each other. The network does not depend on a particular node and dynamically adjusts as some nodes join or others leave the network.

Because of these unique characteristics, routing protocols for governing data flow within ad-hoc networks are required which can adapt to frequent topology changes. Two basic categories of ad-hoc routing protocols have emerged in recent years, namely reactive or "on-demand" protocols, and proactive or table-driven protocols. Reactive protocols collect routing information when a particular route is required to a destination in response to a route request. Examples of reactive protocols include ad-hoc on demand distance vector (AODV) routing, dynamic source routing (DSR), and the temporally ordered routing algorithm (TORA).

On the other hand, proactive routing protocols attempt to maintain consistent, up-to-date routing information from each node to every other node in the network. Such protocols typically require each node to maintain one or more tables to store routing information, and they respond to changes in network topology by propagating updates throughout the network to maintain a consistent view of the network. Examples of such proactive routing protocols include destination-sequenced distance-vector (DSDV) routing, which is disclosed in U.S. Pat. No. 5,412,654 to Perkins; the wireless routing protocol (WRP); and cluster-head gateway switch routing (CGSR). A hybrid protocol which uses both proactive and reactive approaches is the zone routing protocol (ZRP), which is disclosed in U.S. Pat. No. 6,304,556 to Haas.

One challenge to the advancement of ad-hoc network development is that of security. More particularly, since nodes in a mobile ad-hoc network all communicate wirelessly, there is a much greater risk of intrusion by unauthorized users. Because of the early stage of development of ad-hoc networks and the numerous other challenges these networks present, the above routing protocols have heretofore primarily focused solely on the mechanics of data routing and not on intrusion detection.

Some approaches are now being developed for providing intrusion detection in mobile ad-hoc networks. One such approach is outlined in an article by Zhang et al. entitled "Intrusion Detection in Wireless Ad-Hoc Networks," ACM MOBICOM, 2000. In this article, an intrusion detection architecture is proposed in which every node in the MANET

2

participates in intrusion detection and response. That is, each node is responsible for detecting signs of intrusion locally and independently, but neighboring nodes can collaboratively investigate in a broader range. Moreover, intrusion detection is based upon anomaly detections, such as the detection of abnormal updates to routing tables or anomalies in certain network layers, such as with media access control (MAC) layer protocols. Another similar MANET intrusion detection architecture is disclosed in "Security in Ad Hoc Networks: a General Intrusion Detection Architecture Enhancing Trust Based Approaches," by Albers et al., in Proceedings of the International First Workshop on Wireless Information Systems (Wis-2002), April 2002.

While the architectures discussed in the above articles may provide a convenient starting point for implementing intrusion detection, much of the details regarding the implementation of intrusion detection in MANETs have yet to be determined. That is, the particular types of node characteristics which can reliably indicate whether a node is a rouge node attempting to intrude upon the network still remain largely undefined.

## SUMMARY OF THE INVENTION

In view of the foregoing background, it is therefore an object of the present invention to provide a mobile ad-hoc network (MANET) with intrusion detection features and related methods.

This and other objects, features, and advantages in accordance with the present invention are provided by a MANET which may include a plurality of nodes for transmitting data therebetween and a policing node. The policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and generate an intrusion alert based thereon.

More particularly, the nodes may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the policing node may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets and generate an intrusion alert based thereon. Moreover, the data packets may be transmitted via a medium access control (MAC) layer, and the nodes may also transmit a respective MAC sequence number with each data packet. Thus, the policing node may also detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Furthermore, each data packet may have a packet type associated therewith, so the policing node may additionally detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type and generate an intrusion alert based thereon. In particular, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., request to send (RTS) and clear to send (CTS) packets), and data frame packets. Also, the threshold number of collisions of packets having the predetermined packet type may be greater than about three, for example. Moreover, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

US 6,986,161 B2

3

Each node may have a MAC address associated therewith to be transmitted with data sent therefrom. As such, the policing node may further detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address, and generate an intrusion alert based thereon. By way of example, the threshold number of collisions of a same MAC address may be greater than about three.

In addition, the MANET may have at least one service set identification (ID) associated therewith. Accordingly, the policing node may detect intrusions into the MANET by monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith and generate an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, the plurality of nodes may transmit over at least one channel, and the policing node may detect transmissions over the at least one channel not originating from one of the plurality of nodes and generate an intrusion alert based thereon. The policing node may further transmit the intrusion alert to at least one of the plurality of nodes.

An intrusion detection method aspect of the invention is for a MANET including a plurality of nodes. More particularly, the method may include transmitting data between the plurality of nodes and monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period. Further, an intrusion alert may be generated based upon detecting transmissions during the unauthorized period.

In addition, the plurality of nodes may transmit data in packets and generate respective integrity check values for transmission with each packet. As such, the method may also include monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets, and generating an intrusion alert based thereon.

The data packets may be transmitted via a medium access control (MAC) layer, and the plurality of nodes may also transmit a respective MAC sequence number with each data packet. Thus, the method may also include monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node, and generating an intrusion alert based thereon.

Each data packet may also have a packet type associated therewith. The method may therefore also include monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type and generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type. By way of example, the predetermined packet type may include at least one of management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., request to send (RTS) and clear to send (CTS) packets), and data frame packets. Furthermore, the threshold number of collisions may be greater than about three. Moreover, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type.

The plurality of nodes may transmit data via a MAC layer, and each node may have a MAC address associated therewith to be transmitted with data sent therefrom, as noted above. Accordingly, the method may further include monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address, and generating an intrusion alert based upon detecting a threshold number of

4

collisions of a same MAC address. By way of example, the threshold number of collisions may be greater than about three.

The method may also include monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith, and generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET. Also, transmissions may be detected over at least one channel which do not originate from one of the plurality of nodes, and an intrusion alert may be generated based thereon. The intrusion alert may also be transmitted to at least one of the plurality of nodes.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic block diagram of a MANET in accordance with the present invention for providing intrusion detection based upon frame check sequence (FCS) errors.

FIG. **2** is a schematic block diagram of an alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon failed authentications of media access control (MAC) addresses.

FIG. **3** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon illegal network allocation vectors (NAVs).

FIGS. **4** and **5** are schematic block diagrams of further alternate embodiments of the MANET of FIG. **1** for providing intrusion detection based upon contention-free mode operation outside of a contention-free period (CFP) and based upon contention mode operation during a CFP, respectively.

FIG. **6** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon transmissions occurring during an unauthorized period.

FIG. **7** is a schematic block diagram of still another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. **8** is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. **9** is a schematic block diagram of another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting collisions of packets having a predetermined packet type.

FIG. **10** is a schematic block diagram of yet another alternate embodiment of the MANET of FIG. **1** for providing intrusion detection based upon detecting collisions of a same MAC address.

FIG. **11** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting FCS errors.

FIG. **12** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting failed authentications of MAC addresses.

FIG. **13** is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting illegal network allocation vector (NAV) values.

FIGS. **14** and **15** are flow diagrams illustrating intrusion detection methods in accordance with the present invention

5

based upon detecting contention-free mode operation outside of a CFP and detecting contention mode operation during a CFP, respectively.

FIG. 16 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting transmissions occurring during an unauthorized period.

FIG. 17 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting integrity check values which do not correspond with their respective data packets.

FIG. 18 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting usage of non-consecutive MAC sequence numbers by a node.

FIG. 19 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of packets having a predetermined packet type.

FIG. 20 is a flow diagram illustrating an intrusion detection method in accordance with the present invention based upon detecting collisions of a same MAC address.

FIG. 21 is a flow chart illustrating additional method aspects of the invention for intrusion detection.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art.

For purposes of the foregoing discussion, like numbers refer to like elements throughout. Moreover, referring particularly to FIGS. 1–10, reference numerals differing by decades are used to indicate similar elements in alternate embodiments. For example, the mobile ad-hoc network (MANET) nodes 11, 21, 31, 41, 51, 61, 71, 81, 91, and 101 illustrated in FIGS. 1–10 are all similar elements, and so on. As such, these elements may only be described in detail upon their first occurrence to avoid undue repetition, but later occurring elements are understood to be similar to those first described.

Referring now to FIG. 1, a MANET 10 in accordance with the present invention illustratively includes nodes 11, 12. While only the two nodes 11, 12 are shown for clarity of illustration, those of skill in the art will appreciate that any number of nodes may be included within the MANET 10. Such nodes may be laptop computers, personal data assistants (PDAs), cellular telephones, or other suitable devices, as will be appreciated by those of skill in the art. Further, in some embodiments one or more nodes in the MANET 10 may be fixed to provide a bridge to a wired (or satellite) communications infrastructure, such as a telephone network, for example.

Before describing the MANET 10 in further detail, a brief discussion regarding MANET protocols in general is warranted. While MANETs are still in their infancy and there is as yet no one common standard governing communications in such networks, one likely characteristic of MANETs is that MANET nodes will operate in accordance with the open system architecture (OSI) model for data transfer, which

6

includes seven layers at which certain types of data are sent using various protocols. These layers include the application layer, presentation layer, session layer, transport layer, network layer, data link layer, and physical layer.

The data link layer further includes media access control (MAC) and logical link control sub-layers. In accordance with the invention, the nodes 11, 12 preferably use the MAC layer for transmitting data therebetween, and each has a respective MAC addresses associated therewith, as will be appreciated by those of skill in the art. Of course, the remaining layers of the OSI model may also be used for data transmission as well, and other suitable network data transfer models may also be used. Moreover, such data is typically sent in packets, and various packets types are used for different types of message data, as will be described further below.

In accordance with the invention, the MANET 10 illustratively includes one or more policing nodes 13 for detecting intrusions into the network by a rogue node 14. By way of example, the rogue node 14 may be used by a would-be hacker attempting to hack into the MANET 10, or it may simply be a node from a different MANET that is operating too closely to the MANET 10. In the present example, the policing node 13 monitors transmissions among the nodes 11, 12 to detect frame check sequence (FCS) errors from a given MAC address. If a number of FCS errors detected for a given MAC address exceeds a threshold, the policing node 13 generates an intrusion alert based thereon.

It should be noted that, as used herein, the phrase "transmissions among the nodes" is intended to mean any transmission directly to or from one of the nodes 11, 12, as well as any transmission within an operating range of the MANET 10. In other words, the policing node 13 may monitor transmissions directed to or originating from the nodes 11, 12 as well as any other transmissions it may receive whether or not they are specifically directed to or originate from a node in the MANET 10.

In the above-described embodiment (and those described below), the policing node 13 may advantageously transmit the alert to one or more of the nodes 11, 12 in the MANET 10. By way of example, the policing node 13 may transmit the intrusion alert directly to the node 12, which may then notify all of the remaining nodes in the wireless network. Alternately, the policing node 13 may broadcast the intrusion alert to all network nodes. In either case, the appropriate countermeasures may then be taken to respond to the unauthorized intrusion, as will be appreciated by those skilled in the art. Such countermeasures are beyond the scope of the present invention and will therefore not be discussed herein.

Turning now to FIG. 2, a first alternate embodiment of the MANET 20 is now described. In this embodiment, the policing node 23 detects intrusions into the wireless network 20 by monitoring transmissions among the nodes 21, 22 to detect failed attempts to authenticate MAC addresses. Upon detecting a certain predetermined number of failed attempts to authenticate a particular MAC address, the policing node 23 will generate an intrusion alert.

Any number of failed attempts may be used as the threshold for generating the intrusion alert, but it may generally be desirable to allow a node at least one attempt to authenticate its MAC address without generating the intrusion alert. Moreover, in some embodiments the policing node 23 may advantageously only generate the intrusion alert if the detected number of failures occur within a predetermined period (e.g., an hour, day, etc.).

US 6,986,161 B2

7

Turning now additionally to FIG. **3**, in accordance with another aspect of the invention the two nodes **31**, **32** of the MANET **30** transmit request to send (RTS) and clear to send (CTS) packets therebetween prior to transmitting data. The reason for this is to avoid collisions with other transmissions. That is, since many or all of the remaining nodes in the MANET **30** may be communicating on the same channel, these nodes may need to ensure that they are not transmitting at the same time, as this could result in interference and network disruption.

Also, the RTS and CTS packets preferably include a network allocation vector (NAV) indicating a time duration reserved for transmitting the data. This information is transmitted to adjacent nodes in the MANET **30**, which will then stop transmission during the specified period, for example.

Accordingly, the policing node **33** may therefore detect intrusions into the wireless network **30** by monitoring RTS and CTS packets sent between the nodes **31**, **32** to detect an illegal NAV value therein. For example, the MANET **30** may be implemented in such a way that data transmission may not exceed a certain amount of time, which will be known to all of the authorized nodes participating therein. Thus, if the policing node **33** detects a NAV value outside of the allotted amount of time, it will then generate an intrusion alert based thereon.

In accordance with a another embodiment of the MANET **40** illustrated in FIG. **4**, the nodes **41**, **42** may operate in contention or contention-free modes. That is, in a contention mode all network nodes are required to contend for access to the particular channel being used for each packet of data that is transmitted. During a contention-free period (CFP), channel usage is controlled by a designated control node, which thus eliminates the need for nodes to contend for channel access. In the case of MANETs having nodes arranged in groups or clusters, a cluster leader node may designate when a CFP is to be implemented, for example, as will be appreciated by those of skill in the art.

Thus, the policing node **43** may advantageously detect intrusions into the MANET **40** by monitoring transmissions among the nodes **41**, **42** to detect contention-free mode operation outside of a CFP. As such, an intrusion alert may be generated by the policing node **43** based upon such detection. In other words, detection of a node operating in contention-free mode outside of a CFP indicates that this node is not an authorized node, as all authorized nodes will be informed by the designated control node when a CFP has been instituted.

Of course, this would also be the case when contention mode operation is detected during a CFP, and such embodiment is illustratively shown in FIG. **5**. It will be appreciated by those skilled in the art that either one or both of the above CFP intrusion detection approaches may be implemented in a given application.

Referring now to FIG. **6**, another embodiment of MANET **60** is now described. Here, the policing node **63** detects intrusions into the MANET **60** by monitoring transmissions among the nodes **61**, **62** to detect transmissions during an unauthorized period. That is, the MANET **60** may be implemented such that no users are allowed to access the network during specified hours (e.g., between midnight and 6:00 AM). Thus, upon detecting transmissions within this unauthorized period, the policing node **63** may advantageously generate an intrusion alert.

Turning now additionally to FIG. **7**, still another embodiment of the MANET **70** is now described. In this embodiment, the various nodes **71**, **72** generate integrity check values for data sent therefrom. These integrity check values

8

are then verified by the receiving node to ensure that the integrity of the originally transmitted message data has not been compromised. By way of example, the integrity check value may be generated by processing the message data with an algorithm to provide a value to be included in the message text. This value may then be verified by a receiving node using the algorithm and the data received.

Thus, the policing node **73** detects intrusions into the MANET **70** by monitoring transmissions among the nodes **71**, **72** to detect integrity check values which do not correspond with their respective data packets. That is, if an incorrect data encryption key is used to generate the message ciphertext, or if the message has been tampered with by the rogue node **84**, the integrity check value will most likely be corrupted. As such, the policing node **73** may generate an intrusion alert when such errant integrity check values are detected, as will be appreciated by those of skill in the art.

Still another MANET **80** in accordance with the invention is now described with reference to FIG. **8**. Typically, when the above-noted OSI network model is used, a respective MAC sequence number is generated and sent with each data packet from the nodes **81**, **82**. That is, with each successive data packet the MAC sequence number is incremented, and thus each packet has a unique MAC sequence number associated therewith. As such, the policing node **83** may detect intrusions into the MANET **80** by monitoring transmissions among the nodes **81**, **82** to detect usage of non-consecutive MAC sequence numbers by a node, and generate an intrusion alert based thereon.

Turning now additionally to FIG. **9**, another embodiment of the MANET **90** is illustrated in which the policing node **93** detects intrusions into the network by monitoring transmissions among the nodes **91**, **92** to detect collisions of packets having a predetermined packet type. In particular, the predetermined packet type may include management frame packets (e.g., authentication, association, and beacon packets), control frame packets (e.g., RTS and CTS packets), and/or data frame packets. The policing node **93** may thus generate an intrusion alert based upon detecting a threshold number of collisions of the predetermined packet type.

As used herein, "collisions" is meant to include simultaneous transmission of packets as well as transmissions within a certain time of one another. That is, if a certain type of packet is supposed to have a time delay between transmissions, (e.g., a few seconds, etc.), if two such packet types are transmitted too close together (i.e., with less than the requisite delay time between them), this would be considered a collision. By way of example, the threshold number of collisions may be greater than about three, for example, although other thresholds may be used as well. Moreover, the threshold number may be based upon the particular packet type in question, i.e., the threshold number may be different for different packet types.

Additionally, the threshold number may be based upon a percentage of a total number of monitored packets having the predetermined packet type. For example, if a certain percentage (e.g., greater than about 10%) of packets transmitted during a period (e.g., one hour) are involved in collisions, then the intrusion alert may be generated. Alternatively, if a certain percentage of packets out of a total number of packets monitored (e.g., 3 out of 10) are involved in collisions, then the intrusion alert may be generated. Of course, other suitable threshold numbers and methods for establishing the same may also be used.

Referring now to FIG. **10**, another embodiment of the MANET **100** is described in which the policing node **103** detects intrusions into the network by monitoring transmis-

US 6,986,161 B2

9

sions among the nodes **101**, **102** to detect collisions of a same MAC address. That is, if multiple terminals lay claim to the same MAC address simultaneously or relatively closely to one another, then either an error has occurred or one of the nodes is a rouge node **104**. As such, the policing node **103** generates an intrusion alert based upon detecting a threshold number of such collisions, e.g., greater than about three. Here again, other threshold numbers may also be used, and the threshold number may also be based upon a percentage, as previously discussed above.

An intrusion detection method aspect of the invention for the MANET **10** will now be described with reference to FIG. **11**. Beginning at Block **110**, the method includes transmitting data between the plurality of nodes **11**, **12** using the MAC layer, as previously noted above, at Block **111**. The transmissions among the nodes **11**, **12** are monitored to detect FCS errors from one of the MAC addresses, at Block **112**. If a number of FCS errors for the MAC address exceeds a threshold, at Block **113**, an intrusion alert is generated based thereon, at Block **114**, thus ending the method (Block **115**). Otherwise, the transmissions will continue to be monitored, as illustratively shown.

In accordance with a first alternate method aspect of the invention now described with reference to FIG. **12**, the method begins (Block **120**) with transmitting data between the nodes **21**, **22**, at Block **121**, and monitoring transmissions to detect failed attempts to authenticate MAC addresses, at Block **122**, as previously noted above. If a number of failed attempts to authenticate a MAC address is detected, at Block **123**, then an intrusion is generated, at Block **124**, thus concluding the method (Block **125**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

A second alternate method aspect of the invention will now be described with reference to FIG. **13**. The method begins (Block **130**) with transmitting RTS and CTS packets between the nodes **31**, **32** and then transmitting data, at Block **131**. The RTS and CTS packets transmitted between the nodes **31**, **32** are monitored to detect an illegal NAV value therein, at Block **132**, as previously described above. If an illegal NAV value is detected, at Block **133**, an intrusion alert is generated based thereon, at Block **134**, thus concluding the method (Block **135**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **14**, a third alternate method aspect of the invention is now described. The method begins (Block **140**) with transmitting data between the nodes **41**, **42**, at Block **141**, and monitoring transmissions to detect contention-free mode operation outside of a CFP, at Block **142**, as previously described above. If such operation is detected outside a CFP, at Block **143**, an intrusion alert is generated based thereon, at Block **144**, thus concluding the method (Block **145**). Otherwise, the intrusion monitoring may continue, as illustratively shown. The opposite case in which transmissions are monitored for contention mode operation during CFPs is illustratively shown in FIG. **15** at Blocks **150**–**155**. Here again, both of these methods could be used in a single embodiment, though this need not always be the case.

A fourth method aspect of the invention will now be described with reference to FIG. **16**. The method begins (Block **160**) with transmitting data between the nodes **61**, **62**, at Block **161**, and monitoring to detect transmissions during an unauthorized period, at Block **162**, as previously described above. If transmissions are detected during an unauthorized period, at Block **163**, an intrusion alert is generated based thereon, at Block **164** thus concluding the

10

method (Block **165**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Yet another intrusion detection method aspect of the invention will now be described with reference to FIG. **17**. The method begins (Block **170**) with transmitting data between the nodes **71**, **72**, at Block **171**, and monitoring transmissions **172** to detect integrity check values which do not correspond with their respective data packets, as previously described above. If this is the case, an intrusion alert is generated, at Block **173**, thus ending the method (Block **175**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Turning now to FIG. **18**, still another method aspect of the invention is described. The method begins (Block **180**) with transmitting data between the nodes **81**, **82**, at Block **181**. Thus, the method may also include monitoring transmissions to detect usage of non-consecutive MAC sequence numbers by a node, at Block **182**, as previously described above. If such usage is detected, at Block **183**, an intrusion alert is generated, at Block **184**, thus ending the method (Block **185**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Referring additionally to FIG. **19**, another method aspect of the invention begins (Block **190**) with transmitting data packets between the nodes **91**, **92**, at Block **201**, and monitoring transmissions to detect collisions of packets having a predetermined packet type, as noted above, at Block **192**. If a threshold number of collisions of packets having the predetermined packet type are detected, at Block **193**, then an intrusion alert is generated, at Block **194**, ending the method (Block **195**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Another intrusion detection method aspect of the invention will now be described with respect to FIG. **20**. The method begins (Block **200**) with transmitting data between the nodes **101**, **102**, and monitoring transmissions to detect collisions of a same MAC address, at Block **202**, as previously described above. If a threshold number of collisions of a same MAC address are detected, at Block **203**, an intrusion alert is generated, at Block **204**, thus ending the method (Block **205**). Otherwise, the intrusion monitoring may continue, as illustratively shown.

Further intrusion detection aspects of the invention will now be described with reference to FIG. **21**. In accordance with the invention, a network or service set identification may be associated with the MANET **10**, or smaller subsets (e.g., groups/clusters) thereof. As illustratively shown, beginning at Block **210**, data may be transmitted between the nodes **11**, **12**, at Block **211**, and the service set IDs transmitted therewith to identify authorized nodes of the MANET **10**. As such, transmissions among the plurality of nodes **11**, **12** may be monitored to detect service set IDs associated therewith and/or transmissions over a designated network channel not originating from an authorized node, at Block **212**.

As such, if a service set ID that is different from an authorized service set ID of the MANET **10** and/or transmission from an unauthorized node on a network channel is detected, at Block **213**, an intrusion alert may be generated based thereon, at Block **214**. Moreover, the intrusion alert may advantageously be transmitted to one or more nodes in the network, as previously described above, or to another source, at Block **215**. Otherwise, the intrusion monitoring may continue, as illustratively shown.

It will be understood by those skilled in the art that the above described method aspects may all be implemented in one or more of the MANETs described above. Also, addi-

US 6,986,161 B2

11

tional method aspects of the invention will be apparent to those of skill in the art based upon the above description and will therefore not be discussed further herein.

It will also be appreciated that the above-described invention may be implemented in several ways. For example, the policing node **13** could be implemented in one or more separate, dedicated devices that are not already part of the MANET **10**. Alternately, the invention may be implemented in software to be installed on one or more existing nodes in a MANET where intrusion detection is desired.

Further, many of the above-described aspects of the present invention may advantageously be used for detecting network intrusion even when a rogue node has an authorized network or MAC ID (e.g., contention-free operation outside a CFP, transmission during an unauthorized period, etc.) Moreover, one or more of the above aspects may advantageously be used in a given application to provide a desired level of intrusion detection. A further advantage of the invention is that it may be used to supplement existing intrusion detection systems, particularly those that focus on intrusion in the upper OSI network layers.

Additional features of the invention may be found in the co-pending application entitled MOBILE AD-HOC NETWORK WITH INTRUSION DETECTION FEATURES AND RELATED METHODS, attorney docket no. GCSD-1330 (51288), the entire disclosure of which is hereby incorporated herein by reference.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data therebetween during an authorized period; and
a policing node for detecting intrusions into the MANET by
    monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period in which data transmissions are prohibited; and
    generating an intrusion alert based upon detecting transmissions during the unauthorized period.

2. The MANET of claim 1 wherein the MANET has at least one service set identification (ID) associated therewith; and wherein said policing node further detects intrusions into the MANET by:
    monitoring transmissions among said plurality of nodes to detect service set IDs associated therewith; and
    generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

3. The MANET of claim 1 wherein said plurality of nodes transmit over at least one channel; and wherein said policing node further detects transmissions over the at least one channel not originating from one of the plurality of nodes and generates an intrusion alert based thereon.

4. The MANET of claim 1 wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

12

5. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data in packets and generating respective integrity check values for transmission with each packet; and
a policing node for detecting intrusions into the MANET by
    monitoring transmissions among said plurality of nodes to detect integrity check values which do not correspond with their respective data packets; and
    generating an intrusion alert based upon detecting an integrity check value which does not correspond with its respective data packet.

6. The MANET of claim 5 wherein said plurality of nodes transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and wherein said policing node further detects intrusions into the MANET by:
    monitoring transmissions among said plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and
    generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

7. The MANET of claim 5 wherein said plurality of nodes transmit data in packets each having a packet type associated therewith; and wherein said policing node further detects intrusions into the MANET by:
    monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and
    generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

8. The MANET of claim 7 wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

9. The MANET of claim 7 wherein the threshold number of collisions is greater than about three.

10. The MANET of claim 7 wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

11. The MANET of claim 5 wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:
    monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and
    generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

12. The MANET of claim 11 wherein the threshold number of collisions is greater than about three.

13. The MANET of claim 5 wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

14. A mobile ad-hoc network (MANET) comprising:
a plurality of nodes for transmitting data in packets via a medium access control (MAC) layer and also for transmitting a respective MAC sequence number with each data packet data; and
a policing node for detecting intrusions into the MANET by
    monitoring transmissions among said plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

US 6,986,161 B2

13

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**15**. The MANET of claim **14** wherein said plurality of nodes transmit data in packets each having a packet type associated therewith; and wherein said policing node further detects intrusions in the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**16**. The MANET of claim **15** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**17**. The MANET of claim **15** wherein the threshold number of collisions is greater than about three.

**18**. The MANET of claim **15** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**19**. The MANET of claim **14** wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**20**. The MANET of claim **19** wherein the threshold number of collisions is greater than about three.

**21**. The MANET of claim **14** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**22**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets each having a packet type associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**23**. The MANET of claim **22** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**24**. The MANET of claim **22** wherein the threshold number of collisions is greater than about three.

**25**. The MANET of claim **22** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**26**. The MANET of claim **22** wherein said plurality of nodes transmit data via a medium access control (MAC) layer; wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and wherein said policing node further detects intrusions into the MANET by:

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

14

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**27**. The MANET of claim **22** wherein the threshold number of collisions is greater than about three.

**28**. The MANET of claim **22** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**29**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data via a medium access control (MAC) layer, each node having a MAC address associated therewith to be transmitted with data sent therefrom; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**30**. The MANET of claim **29** wherein the threshold number of collisions is greater than about three.

**31**. The MANET of claim **29** wherein said policing node further transmits an intrusion alert to at least one of said plurality of nodes.

**32**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes of the MANET during an authorized period;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period in which data transmissions are prohibited; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period.

**33**. The method of claim **32** wherein the MANET has at least one service set identification (ID) associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect service set IDs associated therewith; and

generating an intrusion alert based upon one of the detected service set IDs being different than the at least one service set ID of the MANET.

**34**. The MANET of claim **32** wherein the plurality of nodes transmit over at least one channel; and further comprising detecting transmissions over the at least one channel not originating from one of the plurality of nodes and generating an intrusion alert based thereon.

**35**. The MANET of claim **32** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**36**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data between the plurality of nodes in packets and generating respective integrity check values for transmission with each packet;

monitoring transmissions among the plurality of nodes to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting an integrity check value which does not correspond with its respective data packet.

**37**. The method of claim **36** wherein the plurality of nodes transmit data in packets via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet; and further comprising:

monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

US 6,986,161 B2

15

16

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**38**. The method of claim **36** wherein the data packets each have a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**39**. The method of claim **38** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**40**. The method of claim **38** wherein the threshold number of collisions is greater than about three.

**41**. The method of claim **38** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**42**. The method of claim **36** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**43**. The method of claim **42** wherein the threshold number of collisions is greater than about three.

**44**. The method of claim **36** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**45**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets via a medium access control (MAC) layer and transmitting a respective MAC sequence number with each data packet data;

monitoring transmissions among the plurality of nodes to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting usage of non-consecutive MAC sequence numbers by a node.

**46**. The method of claim **45** wherein each data packet has a packet type associated therewith; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**47**. The method of claim **46** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**48**. The method of claim **45** wherein the threshold number of collisions is greater than about three.

**49**. The method of claim **45** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**50**. The method of claim **45** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**51**. The method of claim **50** wherein the threshold number of collisions is greater than about three.

**52**. The method of claim **45** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**53**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes, each packet having a packet type associated therewith;

monitoring transmissions among the plurality of nodes to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting a threshold number of collisions of packets having the predetermined packet type.

**54**. The method of claim **53** wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

**55**. The method of claim **53** wherein the threshold number of collisions is greater than about three.

**56**. The method of claim **53** wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

**57**. The method of claim **53** wherein the plurality of nodes transmit data packets via a medium access control (MAC) layer, and wherein each node has a MAC address associated therewith to be transmitted with data packets sent therefrom; and further comprising:

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**58**. The method of claim **57** wherein the threshold number of collisions is greater than about three.

**59**. The method of claim **53** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**60**. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data via a medium access control (MAC) layer between the plurality of nodes, each node having a MAC address associated therewith to be transmitted with data sent therefrom;

monitoring transmissions among the plurality of nodes to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting a threshold number of collisions of a same MAC address.

**61**. The method of claim **60** wherein the threshold number of collisions of a same MAC address is greater than about three.

**62**. The method of claim **60** further comprising transmitting the intrusion alert to at least one of the plurality of nodes.

**63**. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween and generating respective integrity check values for transmission with each packet; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized

US 6,986,161 B2

17

period and to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting an integrity check value which does not correspond with its respective data packet.

64. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween via a medium access control (MAC) layer and also transmitting a respective MAC sequence number with each data packet; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting usage of non-consecutive MAC sequence numbers by a node.

65. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween each having a packet type associated therewith; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of packets having the predetermined packet type.

66. The MANET of claim 65 wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

67. The MANET of claim 65 wherein the threshold number of collisions is greater than about three.

68. The MANET of claim 65 wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

69. A mobile ad-hoc network (MANET) comprising:

a plurality of nodes for transmitting data in packets therebetween via a medium access control (MAC) layer, each node haVING a MAC address associated therewith to be transmitted with data sent therefrom; and

a policing node for detecting intrusions into the MANET by

monitoring transmissions among said plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of a same MAC address.

70. The MANET of claim a 69 wherein the threshold number of collisions is greater than about three.

71. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

18

transmitting data in packets between the plurality of nodes and generating respective integrity check values for transmission with each packet;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect integrity check values which do not correspond with their respective data packets; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting an integrity check value which does not correspond with its respective data packet.

72. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes via a medium access control (MAC) layer and also transmit a respective MAC sequence number with each data packet;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect usage of non-consecutive MAC sequence numbers by a node; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting usage of non-consecutive MAC sequence numbers by a node.

73. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes and each having a packet type associated therewith; and further comprising;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of packets having a predetermined packet type; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of packets having the predetermined packet type.

74. The method of claim 73 wherein the predetermined packet type comprises at least one of authentication packets, association packets, beacon packets, request to send (RTS) packets, and clear to send (CTS) packets.

75. The method of claim 73 wherein the threshold number of collisions is greater than about three.

76. The method of claim 73 wherein the threshold number is based upon a percentage of a total number of monitored packets having the predetermined packet type.

77. An intrusion detection method for a mobile ad-hoc network (MANET) comprising a plurality of nodes, the method comprising:

transmitting data in packets between the plurality of nodes via a medium access control (MAC) layer, each node having a MAC address associated therewith to be transmitted with data sent therefrom;

monitoring transmissions among the plurality of nodes to detect transmissions during an unauthorized period and to detect collisions of a same MAC address; and

generating an intrusion alert based upon detecting transmissions during the unauthorized period and based upon detecting a threshold number of collisions of a same MAC address.

78. The method of claim 77 wherein the threshold number of collisions is greater than about three.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,986,161 B2                                  Page 1 of  3
APPLICATION NO. : 10/217017
DATED              : January 10, 2006
INVENTOR(S)       : Billhartz

    It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


In the Drawings          Delete FIG. 17



FIG. 17

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.          : 6,986,161 B2                                    Page 2 of 3
APPLICATION NO. : 10/217017
DATED               : January 10, 2006
INVENTOR(S)      : Billhartz

    It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Insert new FIG. 17



FIG. 17

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 6,986,161 B2                                    Page 3 of 3
APPLICATION NO. : 10/217017
DATED                : January 10, 2006
INVENTOR(S)      : Billhartz

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 7, Line 26            Delete: "a"

Column 15, Line 39           Delete: "data packet data"
                             Insert--data packet--

Column 17, Line 49           Delete: "haVING"
                             Insert -- having --

Signed and Sealed this

Second Day of October, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*