# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HUAWEI TECHNOLOGIES CO., LTD.,   )
      )
   Plaintiff,   )
      )
   v.   )   C.A. No. 19-1306-MN
      )
L3HARRIS TECHNOLOGIES, INC.,   )
      )
   Defendant.   )

### STIPULATION AND [PROPOSED] ORDER TO STAY PENDING SETTLEMENT

WHEREAS, the parties have reached an agreement that resolves the disputes between them that are currently pending in this Court and desire a brief stay period in order to finalize and file a formal dismissal.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to the approval of the Court, that this action is STAYED through and including November 15, 2019.  If the parties have not filed a Stipulation and Order of Dismissal by the expiration of the stay, then the parties shall file a joint status report with the Court.

Dated:  October 3, 2019

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ *Anne Shea Gaza*
Adam W. Poff (No. 3990)
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

SHAW KELLER LLP

/s/ *David M. Fry*
David M. Fry (No. 5486)
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, DE 19801
(302) 298-0700
dfry@shawkeller.com

01:25313696.1

1

agaza@ycst.com
swilson@ycst.com

*Of Counsel:*

Kevin J. Post
Alexander E. Middleton
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

James R. Batchelder
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4000
james.batchelder@ropesgray.com

*Attorneys for Plaintiff*
*Huawei Technologies Co., Ltd.*

*Of Counsel:*

Denise De Mory
Corey Johanningmeier
Brenda Entzminger
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com

*Counsel for Defendant*
*L3Harris Technologies, Inc.*

SO ORDERED this _____ day of _____, 2019.


_____
The Honorable Maryellen Noreika
United States District Judge

01:25313696.1