IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1306-MN |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff and Counterclaim Defendant Huawei Technologies Co., Ltd. and Defendant and Counterclaimant L3Harris Technologies, Inc. respectfully submit this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The parties jointly stipulate that all claims and counterclaims should be dismissed without prejudice and that these actions should be dismissed in their entirety, with each party to bear its own costs, fees, and expenses.


Dated:  November 15, 2019

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| /s/ *Adam W. Poff* | /s/ *David M. Fry* |
| Adam W. Poff (No. 3990) | David M. Fry (No. 5486) |
| Anne Shea Gaza (No. 4093) | I.M. Pei Building |
| Samantha G. Wilson (No. 5816) | 1105 N. Market Street |
| Rodney Square | 12th Floor |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | dfry@shawkeller.com |
| apoff@ycst.com | |
| agaza@ycst.com | |
| swilson@ycst.com | |

| | |
|---|---|
| *Of Counsel:* | *Of Counsel:* |
| Kevin J. Post | Denise De Mory |
| Alexander E. Middleton | Corey Johanningmeier |
| ROPES & GRAY LLP | Brenda Entzminger |
| 1211 Avenue of the Americas | BUNSOW DE MORY LLP |
| New York, NY 10036-8704 | 701 El Camino Real |
| (212) 596-9000 | Redwood City, CA 94063 |
| kevin.post@ropesgray.com | (650) 351-7248 |
| alexander.middleton@ropesgray.com | Fax: (415) 426-4744 |
| | ddemory@bdiplaw.com |
| James R. Batchelder | cjohanningmeier@bdiplaw.com |
| ROPES & GRAY LLP | bentzminger@bdiplaw.com |
| 1900 University Avenue, 6th Floor | |
| East Palo Alto, CA 94303-2284 | *Counsel for Defendant* |
| (650) 617-4000 | *L3Harris Technologies, Inc.* |
| james.batchelder@ropesgray.com | |

*Attorneys for Plaintiff*
*Huawei Technologies Co., Ltd.*

SO ORDERED this  15th   day of  November         , 2019.

_____
The Honorable Maryellen Noreika
United States District Judge