IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HUAWEI TECHNOLOGIES CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1306-MN |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiff and Counterclaim Defendant Huawei Technologies Co., Ltd. and Defendant and Counterclaimant L3Harris Technologies, Inc. respectfully submit this stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties jointly stipulate that all claims and counterclaims should be dismissed without prejudice and that these actions should be dismissed in their entirety, with each party to bear its own costs, fees, and expenses.

Dated: November 15, 2019

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
| /s/ *Adam W. Poff* | /s/ *David M. Fry* |
| Adam W. Poff (No. 3990) | David M. Fry (No. 5486) |
| Anne Shea Gaza (No. 4093) | I.M. Pei Building |
| Samantha G. Wilson (No. 5816) | 1105 N. Market Street |
| Rodney Square | 12th Floor |
| 1000 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 571-6600 | dfry@shawkeller.com |
| apoff@ycst.com | |
| agaza@ycst.com | |
| swilson@ycst.com | |

1

*Of Counsel:*

Kevin J. Post
Alexander E. Middleton
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000
kevin.post@ropesgray.com
alexander.middleton@ropesgray.com

James R. Batchelder
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
(650) 617-4000
james.batchelder@ropesgray.com

*Attorneys for Plaintiff
Huawei Technologies Co., Ltd.*

*Of Counsel:*

Denise De Mory
Corey Johanningmeier
Brenda Entzminger
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
(650) 351-7248
Fax: (415) 426-4744
ddemory@bdiplaw.com
cjohanningmeier@bdiplaw.com
bentzminger@bdiplaw.com

*Counsel for Defendant
L3Harris Technologies, Inc.*

SO ORDERED this  15th   day of  November        , 2019.

_____
The Honorable Maryellen Noreika
United States District Judge